**ORIGINAL**

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

05- 714

TO: _Deveail Bacon_ SBI#: _221242_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _September 20, 2005_

FILED
SEP 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _March 1, 2005_ to _August 31, 2005_

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| March | 6.68 |
| April | 63.00 |
| May | 89.35 |
| June | 9.45 |
| July | 0 |
| Aug | 6.74 |

Average daily balances/6 months: _29.13_

Attachments
CC: File

_Stacy Shane_
9/20/05

_[signature]_
Notary public
9/23/05

# Individual Statement

## For Month of March 2005

Date Printed: 9/19/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $27.37 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/1/2005 | ($12.75) | $0.00 | $0.00 | $14.62 | 75718 | | | |
| Canteen | 3/15/2005 | ($14.47) | $0.00 | $0.00 | $0.15 | 81103 | | | |
| | | Ending Mth Balance: | | | $0.15 | | | | |

# Individual Statement

## For Month of April 2005

Date Printed: 9/19/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.15 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 4/14/2005 | $30.00 | $0.00 | $0.00 | $30.15 | 94352 | 41538571 | | L SUTTON |
| Mail | 4/15/2005 | $25.00 | $0.00 | $0.00 | $55.15 | 94832 | 1300483444 | | N WARD |
| Pay-To | 4/15/2005 | ($0.37) | $0.00 | $0.00 | $54.78 | 94964 | | DST/POSTAGE | |
| Pay-To | 4/15/2005 | ($0.37) | $0.00 | $0.00 | $54.41 | 94966 | | DST/POSTAGE | |
| Mail | 4/19/2005 | $100.00 | $0.00 | $0.00 | $154.41 | 96235 | 36828200 | | F BACON |
| Canteen | 4/26/2005 | ($29.99) | $0.00 | $0.00 | $124.42 | 98166 | | | |
| Pay-To | 4/28/2005 | ($5.70) | $0.00 | $0.00 | $118.72 | 99717 | | PRISON INDUSTRIES | |
| Pay-To | 4/29/2005 | ($22.00) | $0.00 | $0.00 | $96.72 | 99805 | | N. WARD | |
| Pay-To | 4/29/2005 | ($0.37) | $0.00 | $0.00 | $96.35 | 100177 | | DST | |
| Pay-To | 4/29/2005 | ($0.37) | $0.00 | $0.00 | $95.98 | 100180 | | DST | |

Ending Mth Balance: $95.98

# Individual Statement

## For Month of May 2005

Date Printed: 9/19/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $95.98 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/11/2005 | ($28.52) | $0.00 | $0.00 | $67.46 | 105864 | | | |
| Mail | 5/12/2005 | $25.00 | $0.00 | $0.00 | $92.46 | 105998 | 154315043 | | JP MEYER |
| Mail | 5/12/2005 | $25.00 | $0.00 | $0.00 | $117.46 | 106041 | 254756412 | | C BACON |
| Canteen | 5/18/2005 | ($18.43) | $0.00 | $0.00 | $99.03 | 108548 | | | |
| Pay-To | 5/20/2005 | ($0.72) | $0.00 | $0.00 | $98.31 | 109577 | | DST/POSTAGE | |
| Pay-To | 5/20/2005 | ($7.90) | $0.00 | $0.00 | $90.41 | 109611 | | DST/POSTAGE | |
| Pay-To | 5/20/2005 | ($0.37) | $0.00 | $0.00 | $90.04 | 109686 | | DST/POSTAGE | |
| Canteen | 5/26/2005 | ($40.14) | $0.00 | $0.00 | $49.90 | 111931 | | | |

Ending Mth Balance: $49.90

# Individual Statement

## For Month of June 2005

Date Printed: 9/19/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $49.90 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/1/2005 | ($19.91) | $0.00 | $0.00 | $29.99 | 114762 | | | |
| Canteen | 6/8/2005 | ($19.74) | $0.00 | $0.00 | $10.25 | 117339 | | | |
| Supplies-MailP | 6/14/2005 | $0.00 | $0.00 | ($2.12) | $10.25 | 120289 | | 5/5/04 | |
| Canteen | 6/15/2005 | ($10.04) | $0.00 | $0.00 | $0.21 | 120368 | | | |
| Supplies-MailP | 6/23/2005 | ($0.21) | $0.00 | ($1.91) | $0.00 | 124195 | | 5/5/4 | |

Ending Mth Balance: **$0.00**

# Individual Statement

Date Printed: 9/19/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | | |
|---|---|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | | | |
| Current Location: | 22 | | Comments: | | | | | |

## For Month of July 2005

Beg Mth Balance: $0.00

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 132860 | | DST/POSTAGE | |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 134201 | | DST/POSTAGE | |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 134202 | | DST/POSTAGE | |
| Medical | 7/28/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | 137334 | | 7/25/05 | |

Ending Mth Balance: $0.00

# Individual Statement

## For Month of August 2005

Date Printed: 9/19/2005    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($1.06) | $0.00 | 140559 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($5.30) | $0.00 | 140563 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 140729 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 140730 | | DST/POSTAGE | |
| Mail | 8/12/2005 | $30.00 | $0.00 | $0.00 | $30.00 | 144461 | 243773368 | | J P MEYER |
| Canteen | 8/17/2005 | ($1.58) | $0.00 | $0.00 | $28.42 | 145544 | | | |
| Pay-To | 8/17/2005 | $1.00 | $0.00 | $0.00 | $29.42 | 146103 | | STALE DATED CH#2 | |
| Pay-To | 8/18/2005 | $0.00 | $0.00 | ($0.37) | $29.42 | 146846 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($0.60) | $0.00 | $0.00 | $28.82 | 147044 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($0.60) | $0.00 | $0.00 | $28.22 | 147045 | | DST/POSTAGE | |
| Medical | 8/19/2005 | ($6.00) | $0.00 | $0.00 | $22.22 | 147162 | | 7/25/05 | |
| Pay-To | 8/19/2005 | ($0.83) | $0.00 | $0.00 | $21.39 | 147260 | | DST/POSTAGE | |
| Supplies-MailP | 8/19/2005 | ($1.91) | $0.00 | $0.00 | $19.48 | 147320 | | 5/5/4 | |
| Pay-To | 8/19/2005 | ($2.67) | $0.00 | $0.00 | $16.81 | 147322 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($2.67) | $0.00 | $0.00 | $14.14 | 147323 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($1.06) | $0.00 | $0.00 | $13.08 | 147351 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($5.30) | $0.00 | $0.00 | $7.78 | 147352 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($0.37) | $0.00 | $0.00 | $7.41 | 147368 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($3.95) | $0.00 | $0.00 | $3.46 | 147371 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($3.46) | $0.00 | ($0.49) | $0.00 | 147372 | | DST/POSTAGE | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 149844 | | POSTAGE | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 149848 | | POSTAGE | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 149849 | | POSTAGE | |

Ending Mth Balance: $0.00