Exhibit C

HAND-DELIVERY VERIFICATION

By my signature listed below, I certify that on Wednesday, September 14, 2005, I

received a copy of an Opinion regarding case numbers IN 00-07-01666-1667R1,

1671-1673-R1; and IN  00-07-0347-0349-R1, 0351-0352-R1, 0356-0358-R1

0358-R1 – ID 0006017660 from Judge Susan C. Del Pesco decided upon on

August 29, 2005.   The opinion consisted of 13 pages including one sheet of

copies of envelopes regarding non-delivery of opinion.

Devereal L. Bacon

Devean L. Bacon
(Print name)

Staff Witness  - Cindy Atallian
Master Correctional Counselor

Cindy Atallian
(Print name)

Staff Witness - Thomas Seacord
Lieutenant

Thomas J Seacord
(Print name)

SUPERIOR COURT OF THE STATE OF DELAWARE
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
020310

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300

RECEIVED
SEP 06 2005
JUDGE DEL PESCO'S OFFICE

19801-3733 12

Devearl L. Bacon, ID 0006017660
Delaware Correctional Center
1811 Paddock Rd.

RTS
RETURN TO SENDER

A □ INSUFFICIENT ADDRESS
C □ ATTEMPTED NOT KNOWN
  □ NO SUCH NUMBER/STREET
S □ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

POSTAGE DUE

State Mail

SUPERIOR COURT OF THE STATE OF DELAWARE
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
020310

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300

RECEIVED
SEP 18 2005
JUDGE DEL PESCO'S OFFICE

State Mail

Devearl L. Bacon, ID 0006017660
Delaware Correctional Center
1811 Paddock Rd.
P.O. Box 500
Smyrna, DE 19440

Screened by:
Delaware Capitol
Police

STATE MAIL

*EMERGENCY GRIEVANCE          Copy*

**FORM   #584**

**GRIEVANCE FORM**

FACILITY: _D.C.C._                    DATE: _9-15-5_

GRIEVANT'S NAME: _DEVEARL BACON_      SBI#: _221242_

CASE#: _____              TIME OF INCIDENT: _____

HOUSING UNIT: _22-B-U-2_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On Sept. 17, 2004 I filed for Post-Conviction Appeal.

On About Oct. 3, 2004, I recieved Legal Mail with ORDER missing.

On About JAN. 2, 2005 A 3rd PARTY was helping me with Appeal, sent from Prison my 1st & 2nd grounds for my Appeal HOWEVER this mail was held by D.C.C. Prison for 3 months then finally mailed.

ACTION REQUESTED BY GRIEVANT: _For the Stress I've Suffered for delay's in my Appeal Along with Denied Access to the Court, I ask to be paid damages._

GRIEVANT'S SIGNATURE: _____    DATE _Sept. 15, 2005_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

*EMERGENCY GRIEVANCE*

*Copy*

**FORM  #584**

**GRIEVANCE FORM**

**FACILITY:** J.C.C.

**DATE:** 9-15-5

**GRIEVANT'S NAME:** SEVEARL BACON

**SBI#:** 221242

**CASE#:** _____

**TIME OF INCIDENT:** _____

**HOUSING UNIT:** 22 - B-U-2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On Sept. 6, 2005 Hon. Judge Susan DEL/Pesco sent me a
Copy of my Post-Conviction Appeal Decision, J.C.C. Prison
has sent it back twice to Judge.

On Sept. 14, 2005 I was called out of Cell by C/o too talk
to Counselor Ms. Attian, Counselor Ms. Brittinham, And Lt.
Seacord. They handed me a "HAND-DELIVERY VERIFICATION" to
be signed by each of us to prove that I recieved a Copy of
my Post-Conviction Decision. This Documents Also Prove
"Forgery"

**ACTION REQUESTED BY GRIEVANT:** The Prison has Denied me "ACCESS" To
The Court. I Need to be paid for mental stress that I've
been going through.

**GRIEVANT'S SIGNATURE:** [signature]           **DATE:** Sept. 15, 2005

**WAS AN INFORMAL RESOLUTION ACCEPTED?** _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

**GRIEVANT'S SIGNATURE:** _____        **DATE:** _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV