

Rev. 5/05

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Devearl L. Bacon #221242
(Name of Plaintiff)    (Inmate Number)

D.CC., 1181 Paddock Rd. Smyrna Del. 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Warden Carroll
(2) Captian Sagers
(3) Lt. Forbes
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

05 - 714

(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

FILED
Jury Trial Requested
SEP 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   ① 02-431-JJF (2002)
   ② 04-841-JJF (2004)

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

    A.    Is there a prisoner grievance procedure available at your present institution? • **Yes** (circled) • •No

    B.    Have you fully exhausted your available administrative remedies regarding each of your present claims? • •Yes • **No** (circled)

    C.    If your answer to "B" is <u>Yes</u>:

        1. What steps did you take? _____

        2. What was the result? _____

    D.    If your answer to "B" is <u>No</u>, explain why not: **See Attach Sheets & Exhibit**

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: **Warden Carroll**
    Employed as **Warden** at **D.C.C. Prison**
    Mailing address with zip code: **1181 Paddock Rd., Smyrna Del. 19977**

(2) Name of second defendant: **Captian Sagers**
    Employed as **Captain** at **D.C.C. Prison**
    Mailing address with zip code: **Same As Above**

(3) Name of third defendant: **Lt. Forbes**
    Employed as **Lt** at **D.C.C. Prison**
    Mailing address with zip code: **Same As Above**

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. "Mail To And From The Courts"
   "1st Amendment Right"

2. "Forgery" See Attach

3. Sheets



V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. See Attach Sheet

3

## NATURE AND STAGES

On September 17, 2004 Plaintiff filed Pro-Se Post-Conviction Appeal In The Superior Court of Delaware.

On October 3, 2004 Plaintiff recieved Legal Mail from Smyrna Prison Officals that had already been open, with Order missing, Plaintiff never witness the opening of Legal Mail.

Plaintiff filed agrievance and rasied the issue, then Plaintiff felt " Mail may have been negligently opened.

On January 3, 2005 A 3rd Part Aid sent Plaintiff's arguments for reply to State's Reply to Plaintiff's Post-Convictions; This Mail

I

was "so-called" lost by Mail Room Staff, 3 months later Plaintiff's 3rd Party Aid finally recieved Arguements 1+2 from Prison Officals.

On September 14, 2005 Hon. Judge Susan C. Delfeso ordered "A Hand-Delivery Verification of Plaintiff's Opinion" which was "Forged" by dates and sent back from Prison Officals, twice.

The Plaintiff now can prove a "Deliberate - Evil At Work", and Plaintiff is now forced to Smuggle Mail to 3rd Party whom has been Aiding Plaintiff to file Appeal in the Supreme Court of Delaware.

# COUNT I
# RIGHT TO THE COURT

① On Sept. 17, 2004 Plaintiff filed PRO-SE Post-Conviction Appeal In Delaware Superior Court.

② On Oct. 3, 2004 Plaintiff recieved Legal Mail from Smyrna Prison Officals that had Already been open., This Legal Document Also had the ORDER "taken out"; This information could have been a Timely ORDER by The Court, Plaintiff could have faced the grave dangers of being Time Barred.

③ Plaintiff had the Right to witness the opening of this Legal document.

④ The document came in a prison envelope, had message from Mail Room Staff writen in it, a message to Sean Lugg (Deputy Attorney Gen.) and on last page had a message writen to staff member of D.C.C. (See original document Hon. Judge Susan C. Delpesco has); (See Exhibit A).

⑤ Plaintiff filed this information to the Court Court (See Exh. A Court Docket #51 + #56), to make the Court awair.

⑥ Plaintiff felt something was wrong but this incident could have been a misteak.

⑦ Plaintiff filed agrievance and also had investigation done (see Exhibit A).

⑧ On November 10, 2004 Plaintiff recieved response to Post-Conviction from Mr. Sean Lugg

(2)

Deputy Attorney Gen.), Plaintiff filed for enlargement of time until January 10, 2005. Plaintiff had to waite to file "Reply" to State's response because Plaintiff was being helped by 3rd (Jeffrey Fogg) and 4th (Mrs. Jeanne P. Meyer) parties.

⑨ Mr. Fogg (3rd party) sent 2 or more envelopes with Plaintiff's Reply to State's response to 4th part Mrs. J. P. Meyer, HOWEVER; the envelope which had Plaintiff's Reply Arguement 1 & 2 was held., Plaintiff had to file Reply without Arguements 1 & 2 (See Exh. B pg. 32).

⑩ On April 11, 2005 — 4th party Mrs. Meyer after recieving Arguements 1 & 2 from D.C.C. Prison filed to Amend Arguements 1 & 2 Mrs. Meyer on

(3)

behalf of Plaintiff states : "I would
" like to clarify the reason for tardiness of
" Arguement One and Arguement Two. You will
" note by Attached 'envelope' that the Arguements
" were mailed by Jeffrey Fogg on January 2, 2005.
" Jeffrey is the inmate who helped me write my
" Reply. After grievances were filed and much
" searching, someone discovered in an office ---;
Mail which very well represents an "inmates inartful
Attempts to present a legal claim to the Court". (See
Exhibit B).

⑪ On About 3rd week of July 2005 Plaintiff
Recieved an Court Docket Sheet "And Noticed";
  The State 'Replyed' to Plaintiff's 'Reply' on
Plaintiff's Post-Conviction (see Exh. B Court
Docket #68), So Plaintiff on July 31, 2005

filed to The Court and asked "was the Amended Arguements 1+2 Accepted by The Court (see Exh. B).

(12) Thee Above being done "The Toll of Stress" Apon Plaintiff has been harsh, Plaintiff's Mental Health is being "weatherd".

(13) On September 14, 2005 10:08 Am. Plaintiff was called out of cell by C/O, Plaintiff was talked to by Counselors Ms. Brittenham (or Jackson) and Ms. Attlian, Lt. Seacord, Plaintiff was told "Hon. Judge Susan C. DelPesco orders a hand-delivery verification to prove Plaintiff has recieved 'Opinion' on Post-Conviction Appeal".; Hon. Judge Susan C. DelPesco Also made sure Plaintiff recieved "copies" of envelopes regarding Non-delivery Opinion. (see Exh. C).

(5)

(14) Hon. Judge DelPesco made a Decision on Post-Conviction August 29, 2005; IF IT WAS NOT FOR HIS MERCY Plaintiff would ran out of time within wit: to file Notice of Appeal In The Supreme Court of Delaware; This Opinion was sent back to Judge "twice"; thus stopping Plaintiff's "Lifeline To The Court". (SEE Exh. C).

## COUNT II
## FORGERY

(15) On Second copy of "Non-Deliverd" Opinion Hon. Judge Susan C. DelPesco ORDERS for Plaintiff to be given a copy; on "Recieved Sept. (?) 2005", Someone Forged 18 on the envelope and it wasn't near Sept. 18, 2005 because Judge ORDERS for copy of these Non-delivered envelopes on

Sept. 14, 2005. (SEE Exh. C).

(16) Legal Mail on these daies are given out out on Lt. Forbes shift, it is clear that someone "thinks" they are above YAHWEH and the Courts below; "what man can call himself 'Brethren' and delight in such evil".

(17) Thee above was agrieved (See Exh. C).

(18) The Courts have held: "...were tampering has actually occurred and mail to Courts is not being sent an inmate may be forced to smuggle documents to the Court..., government authorities should assure access to the courts".

(19) Now Plaintiff has to file Appeal In The Supreme Court and needs the Aid of 3rd + 4th parties to wit: may or may not know about Plaintiff's

(7)

Decision on Post-Conviction because Prison may just be holding mail.

## CONCLUSION

WHEREFORE, Plaintiff prays this Hon. Court grants that the Defendant's pay the total of:

2 million dollars in damages, this includes Mental, Punitive, Compensatory and any other Damages Plaintiff is entitled.

September 28, 2005

Deverel L. Bacon
D.C.C.
Smyrna, Del. 1997

⑧

2. 

3. 

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _28_ day of _September_, 2_005_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

Everal C. Bacon
271242 UNIT 22-B-U-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
U.S. District Ct.
844 N. King St. Lockbox 18
Wilmington, Del. 19801

$03.95 US Postage, SEP 29 2005, Mailed from ZIP Code 19977

U.S.M. X-RAY'D