REDACTED

# Exhibit A

copy/04                    ORIGINAL

FORM #584

## GRIEVANCE FORM

FACILITY: D.C.C          DATE: 10-9-4

GRIEVANT'S NAME: Devearl Bacon    SBI#: 221242

CASE#: 8099             TIME OF INCIDENT: 8:35 pm

HOUSING UNIT: 21-C-U-6

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 10-3-4 I recieved legal mail that had already been open by mail room. This legal document also has missing information which can seriously harm me while filen my Postconviction Appeal.

ACTION REQUESTED BY GRIEVANT: To be payed for this prejudicial act.

GRIEVANT'S SIGNATURE: [signature]    DATE: Oct. 9, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED? ___ (YES) ___ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
OCT 21 2004
Inmate Grievance Office

Deveral Bacon
21

**RECEIVED**
OCT 0 3 2004
Delaware Correctional Center



```
                    SUPERIOR COURT CRIMINAL DOCKET                Page     1
                         ( as of  09/21/2004 )

State of Delaware v.  DEVEARL L BACON                       DOB:      /1969
State's Atty: SEAN P LUGG , Esq.          AKA: DEVERAL BACON
Defense Atty: EDMUND M HILLIS , Esq.           DEVERAL BACON
                                               DEVEAR L BACON
                                               DEVIAL L BACON
                                               MARK WILSON
                                               LOST BACON
                                               DAVID JOHNSON


Assigned Judge:

Charges:
Count     DUC#         Crim.Action#     Description     Dispo.    Dispo. Date
-------------------------------------------------------------------------------
 001    0006017660     IN00070367       PFDCF           NOLP      06/22/2001
 002    0006017660     IN00070368       ROB?            NOLP      06/22/2001
 003    0006017660     IN00070369                       NOLP      06/22/2001
 004    0006017660     IN0007037?                       NOLP      06/22/2001
 014    0006017660     IN00?                            NOLP      06/22/2001
 015    0006017660                                      TG        06/22/2001
 016    000601766?                                      TG        06/22/2001
 017    0006?                                           TNG       06/22/2001
 018                                                    TNG       06/22/2001
 019                                                    TNG       06/22/2001
 020                                                    TG        06/22/2001
 021                                                    TG        06/22/2001
 022                                                              06/22/2001
 023                                                              06/22/2001
 024                                                              06/22/2001
 025                                                              06/22/2001
 026                                                    ?P        06/22/2001
 027                                                    TG        06/22/2001
 028                                                    TG        06/22/2001
 029    00.                              ?NG 2ND        NOLP      06/22/2001
 030    0006                             ?GUISE         TG        06/22/2001
 031    000?                             PFDCF          NOLP      06/22/2001
 032    0006            ?R1              ROBBERY 1ST    TG        06/22/2001
 033    0006            ?70357R1         ROBBERY 1ST    TG        06/22/2001
 034    00060          IN00070358R1      ROBBERY 1ST    TG        06/22/2001
 035    00060?   ??    IN00070359        DISGUISE       TNG       06/22/2001
 036    0006017660     IN00071776        PDWBPP         TNG       06/22/2001

        Event
No.     Date           Event                                      Judge
-------------------------------------------------------------------------------
 1    07/06/2000
        CASE ACCEPTED IN SUPERIOR COURT.
```

*[Handwritten annotations: "To" with arrow pointing to Defense Atty line; "You have to send this Out yourself" with signature]*

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page     2
                         ( as of  05/09/2005 )

State of Delaware v.  DEVEARL L BACON                          DOB:      /1969
State's Atty: SEAN P LUGG , Esq.            AKA: DEVERAL BACON
Defense Atty:                                    DAVID JOHNSON


        Event
No.     Date            Event                                       Judge
-------------------------------------------------------------------------------
        ARREST DATE: 06/23/2000
        PRELIMINARY HEARING DATE:
        BAIL:
        HELD ON CASH BAIL                          55000.00 100
        BAIL CONDITIONS:  NO DIRECT OR INDIRECT CONTACT WITH WILLIAM DAVIS,
        GULF SERVICE STATION, SHAH HASSAN GULF SERVICE STATION.
        REPORT TO PROBATION OFFICER.
2       07/14/2000
        MOTION FOR REDUCTION OF BAIL FILED.
        RAYMOND RADULSKI, ESQ.
4       07/17/2000
        INDICTMENT, TRUE BILL FILED. NO 47
        FAST TRACK VOP/CASE REVIEW ON 8/3/00
        WILL CONSOLIDATE WITH 0006017683 WHEN FIXED.
5       07/17/2000
        CASE CONSOLIDATED WITH: 0006017683
3       07/25/2000                                          REYNOLDS MICHAEL P.
        MOTION FOR REDUCTION OF BAIL WITHDRAWN.
        BY DEFT.
        08/03/2000                                          GEBELEIN RICHARD S.
        FAST TRACK CALENDAR/CASE REVIEW:  SET FOR FAST TRACK FINAL CASE REVIEW
        ON: 102600
6       08/14/2000
        DEFENDANT'S LETTER FILED. TO RAYMOND RADULSKI, ESQ.
        RE: DEF REQUESTING A MOTION FOR DISMISSAL BE FILED.
        * ATTACHED IS A COURTESY COPY OF THE LETTER FOR THE PROTHONOTARY.
7       08/21/2000
        REFERRAL TO COUNSEL MEMORANDUM FILED.
        ATTACHING LETTER/DOCUMENT FROM DEFENDANT.  REFERRED TO DEFENSE COUNSEL
        AS ATTORNEY OF RECORD.  COPY OF DEFENDANT'S LETTER NOT REVIEWED BY THE
        COURT AND NOT RETAINED WITH THE COURT'S FILE.  PLEASE ADVISE YOUR
        CLIENT THAT FURTHER COMMUNICATIONS REGARDING THIS CASE SHOULD BE
        DIRECTED TO YOU. RAYMOND RADULSKI, ESQ
        REFERRED BY:   (AMH)
8       09/26/2000
        DEFENDANT'S LETTER FILED TO: RAY RADULSKI.
        RE: WANTS MOTION OF DISCOVERY SENT TO HIM ASAP.
9       10/06/2000
        NOTICE OF SERVICE - DISCOVERY REQUEST.
        TO: JAMES RAMBO  FROM: RAY RADULSKI.
10      11/01/2000
        LETTER FROM: SEAN LUGG  TO:  RAY OTLOWSKI.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                 Page     3
                         ( as of   05/09/2005 )

State of Delaware v.  DEVEARL L BACON                        DOB:        /1969
State's Atty: SEAN P LUGG , Esq.            AKA: DEVERAL BACON
Defense Atty:                                    DAVID JOHNSON


         Event
No.      Date            Event                                    Judge
------------------------------------------------------------------------------
         RE: INFORMING THAT HE HAS TAKING OVER FOR JAMES FREEBERY, AND GIVES
         HIM RESPONSE TO HIS DISCOVERY REQUEST.
11       12/01/2000
         ORDER SCHEDULING TRIAL FILED.
         TRIAL DATE: 6/19/01
         CASE CATEGORY:     1
         ASSIGNED JUDGE (CATEGORY 1 CASES ONLY): DEL PESCO
         UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
         OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
         FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
         CONTINUANCE REQUESTS WILL BE DENIED.
12       12/27/2000
         DEFENDANT'S LETTER FILED.
         TO: ED HILLIS.
         RE: WANTS TRANSCRIPTS FROM PRELIMINARY HEARING, BUT DOESN'T HAVE MONEY
         FOR THEM.
13       03/08/2001
         DEFENDANT'S LETTER TO EDMUND HILLIS, THANKING HIM FOR A COPY OF TRANS-
         CRIPT OF PRELIM AND ASKING HIM TO SEND AN INVESTIGATOR TO THE VICTIMS
         FOR QUESTIONING.
15       03/09/2001
         DEFENDANT'S LETTER TO PROTHONOTARY REQUESTING TRANSCRIPTS OF PRELIM
         & LETTER FROM ATTORNEY BE PLACED IN HIS FILE.
14       03/21/2001
         DEFENDANT'S LETTER TO PROTHONOTARY REQUESTING A COPY OF LETTER TO MR.
         HILLIS BE PLACED IN DEF.'S FILE.
16       03/23/2001
         REFERRAL TO COUNSEL MEMORANDUM FILED.
         ATTACHING LETTER/DOCUMENT FROM DEFENDANT.  REFERRED TO DEFENSE COUNSEL
         AS ATTORNEY OF RECORD.  COPY OF DEFENDANT'S LETTER NOT REVIEWED BY THE
         COURT AND NOT RETAINED WITH THE COURT'S FILE.  PLEASE ADVISE YOUR
         CLIENT THAT FURTHER COMMUNICATIONS REGARDING THIS CASE SHOULD BE
         DIRECTED TO YOU.  EDMUND HILLIS, ESQ
         REFERRED BY:  (AMH)
         DEFENDANT REQUEST LETTER SENT TO COUNSEL
17       04/17/2001
         DEFENDANT'S LETTER FILED REQUESTING ALL BRADY V MARYLAND MATERIALS BE
         PLACED ON HIS COURT DOCKET
18       05/01/2001
         DEFENDANT'S LETTER FILED REQUESTING A COPY OF THIS LETTER BE SENT TO
         HIS PUBLIC DEFENDER AND ASKING HIM TO FILE A MOTION TO SEVER & PUT IT
         IN HIS COURT DOCKET
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page    4
                          ( as of  05/09/2005 )

State of Delaware v.  DEVEARL L BACON                              DOB:      '/1969
State's Atty: SEAN P LUGG , Esq.              AKA: DEVERAL BACON
Defense Atty:                                      DAVID JOHNSON

         Event
No.      Date          Event                                        Judge
---------------------------------------------------------------------------------
19    05/18/2001
        DEFENDANT'S LETTER FILED. DEFENDANT WANTS A COPY OF HIS LETTER SENT TO
        MR. EDMUND HILLIS OF THE PUBLIC DEFENDERS OFFICE. DEFENDANT ALSO WANTS
        A COPY OF HIS DOCKET SHEET SENT TO HIM.
20    05/18/2001
        LETTER FROM DEVEARL L. BACON TO EDMUND HILLIS OF THE PUBLIC DEFENDERS
        OFFICE. RE: TO SUBPENA "ALL" STATE WITNESS(S), ALONG WITH MY
        WITNESS(S) ON MY BEHALF.
        MR. HILLIS:
        PLEASE SUBPENA ALL STATE WITNESS(S), AND ALSO THE FOLLOWING:
        1. ALBERT WILSON, 2. MANLY WILSON, 3. RUTH WILSON.
        ALL OF 706 TOWNSEND PL., WILMINGTON, DE 19801.
21    06/04/2001
        SUBPOENA(S) MAILED.
27    06/04/2001
        STATE'S WITNESS SUBPOENA ISSUED.
        WILLIAM DAVIS, SHAH HASSAN, DAWN SMITH, AVON MATTHEWS, JACQUELINE JOHN
        SON, JAMIE ROSS, MICHAEL SCOTT, CATHY BARON, ROSHELLE CONKEY,
        STEFFANIE WEST, R LECCIA WPD, BERNADETTE SELBY.
28    06/12/2001
        DEFENDANT IS REQUESTING DELAY IN TRAIL
22    06/13/2001
        SHERIFF'S COSTS FOR SUBPOENAS DELIVERED.
        SHAH HASSAN,DAWN SMITH.AVON MATTHEWS,JACQUELINE JOHNSON,
        JAMIE ROSS,CATHY BARON,ROSHELLE CONKEY
23    06/14/2001                                           GOLDSTEIN CARL
        TRIAL CALENDER/PLEA HEARING:  PLEA REJECTED/SET FOR TRIAL
24    06/19/2001                                           DEL PESCO SUSAN C.
        TRIAL CALENDAR- WENT TO TRIAL JURY
25    06/22/2001                                           DEL PESCO SUSAN C.
        CHARGE TO THE JURY FILED. FILED JUNE 22, 2001
26    06/22/2001                                           DEL PESCO SUSAN C.
        JURY TRIAL HELD.
        TRIAL HELD 6-19 THROUGH 6-22-2001.  VERDITS WERE GUILTY ON ALL COUNTS
        EXCEPT 10,11,12,13 WHERE THE VERDICT WAS NOT GUILTY.  CLERK WAS G.
        BROOKS AND COURT REPORTER WAS ROFLE EXCEPT FOR 6-22 IT WAS CAHILL
        ALL EXHIBITS WERE RETURNED.  DAG WAS SEAN LUGG AND DEFENSE WAS
        ED HILLIS.  JURY WAS SWORN ON JUNE 19TH.
      07/20/2001                                           DEL PESCO SUSAN C.
        SENTENCING CALENDAR: DEFENDANT SENTENCED.
32    08/03/2001
        DEFENDANT'S LETTER FILED.              TO MARY ELIZABETH PITCAVAGE.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page    5
                         ( as of  05/09/2005 )

State of Delaware v.  DEVEARL L BACON                          DOB:    _ _/1969
State's Atty: SEAN P LUGG , Esq.            AKA: DEVERAL BACON
Defense Atty:                                    DAVID JOHNSON


        Event
No.     Date            Event                                     Judge
-------------------------------------------------------------------------------
        LETTER FROM DEFENDANT ASKING FOR A LETTER TO MR. HILLIS TO FILE A
        NOTICE OF APPEAL BE PUT IN HIS FILE AND TO BE DOCKETED.
        *SEE FULL LETTER IN FILE WITH A LETTER TO MR. HILLIS TO FILE A NOTICE
        OF APPEAL ATTACHED.
29      08/16/2001
        TRANSCRIPT FILED.
        VERDICT TRANSCRIPT JUNE 22, 2001
        BEFORE JUDGE DEL PESCO.
30      08/17/2001
        LETTER FROM SUPREME COURT TO KATHLEEN FELDMAN
        RE: AMENDED DIRECTIONS TO THE COURT REPORT WERE FILED IN THIS
        COURT ON AUGUST 16, 2001. THE TRANSCRIPT MUST BE FILED WITH THE
        PROTHONOTARY NO LATER THAN SEPTEMBER 25, 2001.
31      08/22/2001
        AMENDED DIRECTIONS TO COURT REPORTER TO PROCEEDINGS BELOW
        TO BE TRANSCRIBED. (COPY)
        FILED BY DEFENDANT IN SUPREME COURT
33      09/14/2001                                       DEL PESCO SUSAN C.
        (ERROR/FILED DATE): SENTENCE ORDER SIGNED & FILED 9/17/01.
        ** NOTE ** CORRECT FILED DATE IS 7/20/2001. ***
34      09/14/2001
        TRANSCRIPT FILED.
        SENTENCING ON JULY 20, 2001
        BEFORE JUDGE DELPESCO
35      09/25/2001
        TRANSCRIPT FILED.
        TRIAL TRANSCRIPT FOR JUNE 19, 2001
        BEFORE JUDE DEL PESCO
36      09/25/2001
        TRANSCRIPT FILED.
        TRIAL TRANSCRIPT JUNE 20, 2001
        BEFORE JUDGE DEL PESCO
37      09/26/2001
        LETTER FROM SUPREME COURT TO MICHELE ROLFE, COURT REPORTER
        RE: THE COURT IS IN RECEIPT OF YOUR LETTER DATED SEPTEMBER 21, 2001.
        REQUESTING AN EXTENSION OF TIME TO FILE THE TRANSCRIPT. PLEASE BE
        ADVISED THAT YOUR REQUEST IS GRANTED. THE TRANSCRIPT IN DUE NO
        LATER THAN OCTOBER 9, 2001.
38      10/09/2001
        TRANSCRIPT FILED.
        TRIAL TRANSCRIPT FOR JUNE 21, 2001.
        BEFORE JUDGE DEL PESCO.
```

```
                   SUPERIOR COURT CRIMINAL DOCKET                    Page      6
                        ( as of   05/09/2005 )

State of Delaware v.  DEVEARL L BACON                        DOB:        /1969
State's Atty: SEAN P LUGG , Esq.          AKA: DEVERAL BACON
Defense Atty:                                  DAVID JOHNSON

       Event
No.    Date           Event                                    Judge
-------------------------------------------------------------------------------
 39    10/16/2001
         RECORDS SENT TO SUPREME COURT.
 40    10/16/2001
         RECEIPT FROM SUPREME COURT ACKNOWLEDGING THE RECORD.
 41    01/25/2002
         TRANSCRIPT FILED.
         ORAL ARGUMENT, JUNE 21, 2001.
         BEFORE JUDGE DEL PESCO.
 42    07/19/2002
         MANDATE FILED FROM SUPREME COURT:  SUPERIOR COURT JUDGMENT AFFIRMED.
         SUPREME COURT CASE NO: 369. 2002
         SUBMITTED: MAY 7, 2002
         DECIDED: JULY 1, 2002
         BEFORE HOLLAND, BERGER AND STEELE, JUSTICES.
 43    01/24/2003
         DEFENDANT'S LETTER FILED.
         REQUEST FOR P.D. OFFICE TO GIVE TRANSCRIPTS.
 45    02/13/2003
         DEFENDANT'S LETTER FILED.
         REQUEST FOR JUDGE TO ORDER P.D. OFFICE TO GIVE TRANSCRIPTS.
 44    02/20/2003                                      DEL PESCO SUSAN C.
         MOTION FOR TRANSCRIPT FILED PRO-SE.  REFERRED TO JUDGE DEL PESCO FOR
         REVIEW.  ALSO REQUEST FOR EXTENTION OF TIME TO FILE POST CONVICTION
         RELIEF.
 46    03/31/2003                                      DEL PESCO SUSAN C.
         ORDER:  IN RESPONSE TO YOUR MOTION FOR COPIES OF TRIAL TRANSCRIPTS
         ENCLOSED PLEASE FIND COPIES OF THE FOLLOWIN:
         1. TRIAL TRANSCRIPTS, 6/19/01;
         2. TRIAL TRANSCRIPTS, 6/20/01; AND
         3. TRIAL TRANSCRIPTS, 6/21/01.
         YOUR REQUEST FOR AN EXTENTION OF TIME WITHIN WHICH TO FILE RULE 61
         POSTCONVICTION RELIEF IS DENIED.
         SO ORDERED JUDGE DEL PESCO
 47    09/17/2004
         MOTION FOR POSTCONVICTION RELIEF FILED. PRO SE
         REFERRED TO JUDGE DELPESCO
 48    09/21/2004
         LETTER FROM A. HAIRSTON, PROTHONOTARY OFFICE   TO SEAN LUGG, DAG
         RE: NOTICE OF PRO SE FILING OF MOTION FOR POSTCONVICTION RELIEF.
         ATTACHED: COPY OF MOTION
 49    09/23/2004
         EMAIL FILED TO: SEAN LUGG, DAG & EDMUND HILLIS, ESQ. RE: RULE 61
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page    7
                         ( as of  05/09/2005 )

State of Delaware v.  DEVEARL L BACON                          DOB:      /1969
State's Atty: SEAN P LUGG , Esq.              AKA: DEVERAL BACON
Defense Atty:                                      DAVID JOHNSON

        Event
No.     Date            Event                                          Judge
-------------------------------------------------------------------------------
        RE: COUNSEL'S RESPONSES ARE DUE 10/6/04
50      10/06/2004
          EMAIL FILED TO: JUDGE DEL PESCO FROM: EDMUND HILLIS, ESQ
          RE: STATE'S REQUEST FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO
          MOTION FOR POSTCONVICTION. MR. HILLIS IS ALSO REQUESTING ENLARGEMENT
          OF TIME TO FILE RESPONSE.
          * REQUEST GRANTED. RESPONSES DUE 10/22/04
51      10/12/2004
          DEFENDANT'S LETTER FILED. REQUESTING CURRENT COURT DOCKET, TO ENSURE
          THAT A DECISION HAS NOT BEEN MADE ON RULE 61.
          DEFENDANT INDICATES IN LETTER THAT LEGAL MAIL WAS OPENED BY DOC.
          SENT DOCKET 10/18/04 AMH
          LETTER REFERRED TO JUDGE DEL PESCO.
53      10/19/2004
          DEFENDANT'S LETTER FILED.
          TO: JUDGE DELPESCO
          RE: LEGAL MAIL ISSUE AT PRISON
52      10/22/2004
          STATE'S RESPONSE TO DEFENDANT'S MOTION FOR POST CONVICTION RELIEF.
          FILED BY SEAN LUGG, DAG
          REFERRED TO JUDGE DELPESCO
54      11/15/2004
          MOTION FOR EXTENSION OF TIME FILED. PRO SE
          REFERRED TO JUDGE DEL PESCO.
56      11/17/2004
          DEFENDANT'S REQUEST FILED.
          TO: JUDGE DEL PESCO
          REQUEST TO ORDER WARDEN CARROL TO PAY MOVANT $300 PRIVATE USE PENALTY
          FOR OPENING DEFENDANT'S MAIL.
55      11/19/2004
          DEFENDANT'S LETTER FILED. RE: PRAYED THIS COURT WILL AMEND DOCUMENTS
          THAT MOVANT RECEIVED STATE'S RESPONSE ON NOV. 10. 2004 (PRO SE)
          REFERRED TO JUDGE DEL PESCO.
57      12/07/2004
          MOTION FOR EXTENSION OF TIME FILED. PRO SE
          REFERRED TO JUDGE DEL PESCO.
63      12/18/2004
          AFFIDAVIT OF DEVERAL BACON . RULE 61. REFERRED TO JUDGE DELPESCO.
64      12/18/2004
          DEFENDANT'S RESPONSE FILED. RE: RULE 61
          REFERRED TO JUDGE DELPESCO
58      12/20/2004
```

```
                      SUPERIOR COURT CRIMINAL DOCKET                  Page    8
                           ( as of  05/09/2005 )

State of Delaware v.  DEVEARL L BACON                          DOB:        /1969
State's Atty: SEAN P LUGG , Esq.            AKA: DEVERAL BACON
Defense Atty:                                    DAVID JOHNSON

        Event
No.     Date            Event                                  Judge
--------------------------------------------------------------------------------
        DEFENDANT'S RESPONSE FILED. RE: POSTCONVICTION RELIEF.
        REFERRED TO JUDGE DEL PESCO
59      12/29/2004
        MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY ( PRO SE) FILED.
        REFERRED TO JUDGE DELPESCO
60      01/04/2005
        MOTION TO AMEND SUBISSUES OF GROUND ONE (RULE 61) FILED. PRO SE
        REFERRED TO JUDGE DEL PESCO.
61      01/06/2005
        MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY (PRO SE) FILED.
        REFERRED TO JUDGE DEL PESCO.
62      01/10/2005
        MOTION TO WITHDRAW DEFENDANT'S REPLY TO STATE'S RESPONSE FILED.
        FILED PRO SE
        REFERRED TO JUDGE DELPESCO
65      01/19/2005
        DEFENDANT'S LETTER FILED.
        LETTER ASKING TO STRIKE THE FIRST REPLY LETTER TO THE COURT FROM THE
        RECORD.  REFERRED TO JUDGE DEL PESCO.
66      02/15/2005
        DEFENDANT'S REQUEST FILED.
        COPY OF JURY INSTRUCTIONS
67      04/14/2005
        DEFENDANT'S RESPONSE FILED. RE: RULE 61
        REFERRED TO JUDGE DELPESCO

                *** END OF DOCKET LISTING AS OF  05/09/2005 ***
                        PRINTED BY: CSCDMOR
```