Exhibit C

HAND-DELIVERY VERIFICATION

By my signature listed below, I certify that on Wednesday, September 14, 2005, I received a copy of an Opinion regarding case numbers IN 00-07-01666-1667R1, 1671-1673-R1; and IN 00-07-0347-0349-R1, 0351-0352-R1, 0356-0358-R1 0358-R1 – ID 0006017660 from Judge Susan C. Del Pesco decided upon on August 29, 2005.   The opinion consisted of 13 pages including one sheet of copies of envelopes regarding non-delivery of opinion.

_____          Devearl L. Bacon
Devereal L. Bacon                                              (Print name)

_____          Cindy Atallian
Staff Witness - Cindy Atallian                         (Print name)
Master Correctional Counselor

_____          Thomas J Seacord
Staff Witness - Thomas Seacord                   (Print name)
Lieutenant

SUPERIOR COURT OF THE STATE OF DELAWARE
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733

020310

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300

RECEIVED
SEP 0 6 2005
JUDGE DEL PESCO'S OFFICE

19801-3733 12

Devearl L. Bacon, ID 00060176660
Delaware Correctional Center
1811 Paddock Rd.
[illegible]

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
   — UNABLE TO FORWARD
☒ OTHER

RTS
RETURN TO SENDER

POSTAGE DUE
State Mail

---

SUPERIOR COURT OF THE STATE OF DELAWARE
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733

020310

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300

RECEIVED
SEP 1 8 2005
JUDGE DEL PESCO'S OFFICE

Devearl L. Bacon, ID 00060176660
Delaware Correctional Center
1811 Paddock Rd.
P.O. Box 500
Smyrna, DE [illegible]

Screened by:
Delaware Capitol Police

STATE MAIL

State Mail

*Emergency Grievance Copy*

FORM #584

## GRIEVANCE FORM

FACILITY: D.C.C.       DATE: 9-15-5

GRIEVANT'S NAME: Devearl Bacon      SBI#: 221242

CASE#: _____       TIME OF INCIDENT: _____

HOUSING UNIT: 22-B-U-2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On Sept. 17, 2004 I filed for Post-Conviction Appeal.

On About Oct. 3, 2004, I recieved Legal Mail with Order missing.

On About Jan. 2, 2005 a 3rd party was helping me with Appeal, sent from prison my 1st & 2nd grounds for my Appeal however this mail was held by D.C.C. prison for 3 months then finally mailed.

ACTION REQUESTED BY GRIEVANT: For the stress I've suffered for delay's in my Appeal along with denied access to the Court, I ask to be paid damages.

GRIEVANT'S SIGNATURE: [signature]      DATE: Sept. 15, 2005

WAS AN INFORMAL RESOLUTION ACCEPTED?  ✗ (YES)   ___ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____      DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

*EMERGENCY GRIEVANCE*  *Copy*

FORM #584

## GRIEVANCE FORM

FACILITY: J.C.C.  DATE: 9-15-5
GRIEVANT'S NAME: Jevearl Bacon  SBI#: 221242
CASE#: ___  TIME OF INCIDENT: ___
HOUSING UNIT: 22-B-U-2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On Sept. 6, 2005 Hon. Judge Susan Del Pesco sent me a copy of my Post-Conviction Appeal Decision, J.C.C. prison has sent it back twice to Judge.

On Sept. 14, 2005 I was called out of cell by c/o too talk to Counselor Ms. Attian, Counselor Ms. Brittingham, And Lt. Seacord. They handed me a "Hand-Delivery Verification" to be signed by each of us to prove that I recieved a copy of my Post-Conviction Decision. This Documents also prove "Forgery"

ACTION REQUESTED BY GRIEVANT: The Prison has Denied me "Access" to The Court. I need to be paid for mental stress that I've been going through.

GRIEVANT'S SIGNATURE: [signature]  DATE: Sept. 15, 2005

WAS AN INFORMAL RESOLUTION ACCEPTED? ___ (YES) ___ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: ___  DATE: ___

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV