Devearl C. Bacon
#221242
D.C.C. Smyrna, Del. 19977

Case No. 02-431-JJF;
04-841-JJF

Hon. Judge JJF
U.S. District Court
Wilmington, Del. 19801

FILED OCT 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Oct. 13, 2005

Your Honor;

With this letter is a copy of "Hand Delivery Verification Form" from Hon. Judge Susan C. Del Pesco Superior Court.

D.C.C. staff has been holding All of my Legal Mail, and also Personal Mail to                    

Last Night I had got legal mail

(1)

dated Sept 11, 2005 it was held for a month. That mail is with Regards to my Appeal in the Supreme Court and a (last) outsi Party who has been helping me!

I'm writing for the following (from a letter that I smuggled to This Court):

① As to 02-431-JJF; (wh.) was decision made on that.

② As to 04-841-JJF; I sent This Court My "Authorization form" and asked for an Extention for 7.50 filing fee.

③ I filed Colorable Suit "AGAIN" with This Court, did This Court Recieve it.

Can You please help me recieve my mail, I think Lt. Forbes + (1) St. Lt. Ramons Taylor are stopping