

Clerk of Court
U.S. District Court
844 N. King Street
Wilmington, Delaware
19801

U.S.M.S.
X-RAY

I/M Gregory DeShields
SBI# 256942   UNIT 23B11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977