Deverrl L Bacon
#221242
S.C.C., Smyrna

Case No. 05-714-JJF

Clerk of Court
U.S. District Court
Wilmington, Del. 19801

## MOTION TO EXTEND FILING FEE

FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk;

Plaintiff at this moment

① Indigent.

② Faced with dangers of Appeal in Delaware Supreme Court being placed in trash-can or hidden.

Deverrl L Bacon
S.C.C.



Severel L. Bacon
SBI# 22/242 UNIT 22-B-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
U.S. District Court
844 N. King St- Lockbox 18
Wilmington, Del 19801

Legal Mail