IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON )
      Plaintiff, )
)
v. ) Civil Action No. 05-714 JJF
)
)
)
WARDEN CARROLL, CAPTAIN SAGERS, )
and LT. FORBES )
      Defendants. )

FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, DEVEARL L. BACON, SBI #221242, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $7.87 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated Oct. 14, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: October 19, 2005.

_____
Name of Plaintiff
Devearl L. Bacon



I/M Severl L Bacon
SBI# 22/242 UNIT 22-B-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, Del 19801