IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
  Plaintiff )
 )
   v. )   Case No. 05-714-JJF
 )
Warden Carroll, etc. )
  Defendant. )
 )

**FILED**
NOV 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO AMEND RULE 15(A)

Comes now, Plaintiff Devearl L. Bacon pray this Court amend and change "the order" in which paragraph so that **newly** violations which Plaintiff suffered maybe placed **infront** of issue "Deamd" closed on 4-27-5*. These **newly** constitutional violations have **already** been "provided" in thee above claim in paragraphs 8 through 19. Plaintiff prays the following:

*(See exhibit A, compair with exhibit B)

(1)

① Please change issue in paragraphs 1 through 7 (page 1+2 of 1983 form) at the **end** of paragraph 19 so the issues from November 10, 2004 – July 2005 paragraphs 8–14 maybe first.

② At end of paragraph 10 page 4 1983 form "inmates inartful attempts to present a legal claim to the Court". (see exhibit B), Add: "by this blockage Plaintiff was prejudice by the denial of access to the Court, this also prevented Plaintiff from litigating his claim".

③ At end of paragraph 14 page 6 1983 form "This opinion was sent back to Judge "twice"., Thus stopping Plaintiff's "Lifeline to the Court". (see exh.C) Add:



" plaintiff suffered injury because prejudical denial to the Court, this blockage, prevention and impairment could have caused plaintiff to be Time Barred. Plaintiff's post-conviction Appeal could have been rejected.

(4) If This Court Has Granted the change in paragraphs at the end of paragraph 19 page 8 of 1983 Form...." Decision on Post-Conviction because Prison may just be holding mail. **Add** (A colon) : (then **inside** parentheses) place paragraphs 1 through 7 pages 1 + 2 of 1983 Form.

Wherefore, It is prayed This Court will change order of paragraphs and amend the prejudice in which plaintiff suffered.

Nov. 15, 2005

Deverel L. Bacon
D.C.C.
Smyrna, Del 19977

③

## Certificate of Service

I, __Devearl L Bacon__, hereby certify that I have served a true and correct cop(ies) of the attached: __Motion To Amend & Exhibits__ upon the following parties/person (s):

TO: __Warden Carroll__
__D.C.C. Prison__
__1181 Paddock Rd.__
__Smyrna, Del 19977__

TO: __4. Forbes__
__D.C.C. Prison__
__1181 Paddock Rd.__
__Smyrna, Del 19977__

TO: __Captian Sagers__
__D.C.C. Prison__
__1181 Paddock Rd.__
__Smyrna, Del 19977__

TO: __Jane Brady__
__Attorney General__
__820 N. French St.__
__Wilmington, Del 19801__

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __18__ day of __November__, 2005

I/M Severl L. Bacon
SBI# 221240
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
U.S. District Ct.
844 N. King St. Lockbox 18
Wilmington, Del 19801


U.S.M.S. X-RAY