Exhibit A

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Devearl L. Bacon
(Enter above the full name of the plaintiff in this action)

V.

Warden Carroll
Captain Sagers

(Enter above the full name of the defendant(s) in this action)

I.  Previous lawsuits

   A. Have you begun other lawsuits in state of federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   YES [ ]     NO [✓]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit

      Plaintiffs _____

      _____

      Defendants _____

      _____

2. Court (if federal court, name the district, if state court, name the county)
_____

3. Docket Number _____

4. Name of judge to whom case was assigned
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? YES [✓] NO [ ]

B. Did you present the facts relating to your complaint in the state prisoner Grievance procedure: YES [✓] NO [ ]

C. If your answer is YES,

1. What steps did you take? Filed Grievance And Another Prison Origin

2. What was the result? Request was denied.
_____

D. If your answer is NO, explain why not "Request are not Processed through the Grievance procedure."

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? YES [ ] NO [ ]

F. If your answer is YES,

1. What steps did you take? _____
_____

2. What was the result? _____
_____

-2-

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff _Devearl L. Bacon_
Address _D.C.C., Smyrna, Del 1181 Paddock Rd._

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B.  Defendant _Warden Carroll_ is employed as _D.C.C._
at _Smyrna Prison_

C.  Additional Defendants _Captain Sagers_

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_See Attach Sheet_

-3-

V.  Relief

(State briefly exactly what you want the courts to do for you. Make no legal arguments. Cite no cases or statutes.)

*Attach Sheet*

Signed this _____ day of _____, 20___.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_____        _____
        Date                              (Signature of Plaintiff)

-4-

On Sept. 17, 2004 Plaintiff filed Post Conviction Appeal in Delaware Superior Court.

On Oct. 3, 2004 Plaintiff recieved Legal Mail from Smyrna Prison Officals that had already been open. This Legal document also has missing information which seriously prejudice the Plaintiff; The missing information could well have been a Timely Order by the Court and Plaintiff faced grave dangers of being Time Barred by the Court.

Plaintiff had the Right to witness the openning of his Legal Mail and the Constitutional Right to have access to the missing Legal Document(s)

The Prejudicial "Acts" by the Prison

①

casused U.S. Constitutional Violations:

① Two letters (see exhibits) from law libaray in regards to the openning and missing document(s).

② The envalope which the document came in (clearly not a court envalope).

③ The note from prison mail room to plaintiff which states "you have to send this out your self".

④ Someone wrote the message <u>To</u> with arrows pointing to Sean Lugg (Deputy Attorn. Gen.).

⑤ On the last page of court docket there was a message written to someone (In these works the message

②

was not copied by the Prothonotary, Plaintiff had to inform asigned Hon. Judge Susan C. DelPesco of this Act as a safeguard, then asks the Court for a copy so Plaintiff may file Civil Suit), other then Plaintiff.

⑥ At the top left curner of Court Docket you'll see, a piece of paper ripped and left under two staples.

With thee above said, the Prison violated Plaintiff's Constitutional Rights:

Ⓐ By not letting Plaintiff witness the openning of legal mail and the missing of legal documents

③

Smyrna Prison Denied Plaintiff access to The Court

(B) By Prison's acts of missing documents Plaintiff was denied due process Rights.

(C) By Plaintiff's labors (to find the missing document(s)), hardships and timely stress Plaintiff sought for mental help. These acts of the Prison was cruel.

## Conclusion

Whether if these "acts" where evil or not the timing and integrity is to be questioned, Plaintiff had just filed an adequate Appeal, these acts were fresh, the docket was up to date on #47 it referrs to Plaintiff's

(4)

PRO-SE postconviction, only the Court, State, and Plaintiff should have been aware of this information at that particular time.

For these violations Plaintiff ask the Defendants each pay Plaintiff:

1. for violation of 1st Amendment 500,000, Punitive + Compensatory damages.
2. for violation of 8th Amendment 500,000, Punitive + Mental damages.
3. for violation of 14th Amendment 500,000, Punitive + Compensatory damages.

Which brings the total of 3,000,000.

Jan 5, 2005



AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Plaintiff

V.

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __Severn L Bacon__ declare that I am the (check appropriate box)
☒ **Petitioner/Plaintiff/Movant**   ☐ **Other** in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to Question 2)

    If "YES" state the place of your incarceration

    Are you employed at the institution?   ☐ Yes ☒ No

    Do you receive any payment from the institution? ☐ Yes ☒ No

    *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions.   Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed? ☐ Yes ☒ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __June 19, 2004, Youngs Lumber Yard (Wilm.) $350 wk.__

3. In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment      ☐ Yes ☒ No
    b.  Rent payments, interest or dividends               ☐ Yes ☒ No
    c.  Pensions, annuities or life insurance payments     ☐ Yes ☒ No
    d.  Disability or workers compensation payments        ☐ Yes ☒ No
    e.  Gifts or inheritances                              ☐ Yes ☒ No
    f.  Any other sources                                  ☐ Yes ☒ No

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☐ Yes  ☒ No

   If "Yes" state the total amount  $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.

Date: Jan 5, 2005        Signature of Applicant _____