Exhibit A
To Suit

FORM #584

# GRIEVANCE FORM

FACILITY: D.C.C.         DATE: 10-9-4

GRIEVANT'S NAME: Deveari Bacon     SBI#: 221242

CASE#: 8099              TIME OF INCIDENT: 8:35 pm

HOUSING UNIT: 21-C-U-6

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 10-3-4 I recieved legal mail that had already been open by mail room. This legal document also has missing information which can seriously harm me while filen my Postconviction Appeal.

ACTION REQUESTED BY GRIEVANT: To be payed for this prejudicial act.

GRIEVANT'S SIGNATURE: [signature]     DATE: Oct. 9, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED? ____(YES) ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
OCT 21 2004
Inmate Grievance Office

Deveral Bacon
21

**RECEIVED**
OCT 0 3 2004
Delaware Correctional Center

```
                   SUPERIOR COURT CRIMINAL DOCKET                    Page    1
                          ( as of  09/21/2004 )

State of Delaware v.   DEVEARL L BACON                    DOB: 11/27/1969
State's Atty:  SEAN P LUGG , Esq.           AKA: DEVERAL BACON
Defense Atty: EDMUND M HILLIS , Esq.             DEVERAL BACON
                                                 DEVEAR L BACON
                                                 DEVIAL L BACON
                                                 MARK WILSON
                                                 LOST BACON
                                                 DAVID JOHNSON




Assigned Judge:

Charges:
Count      DUC#          Crim.Action#     Description       Dispo.      Dispo. Date
-------------------------------------------------------------------------------
001       0006017660     IN00070367       PFDCF             NOLP        06/22/2001
002       0006017660     IN00070368       ROBB              NOLP        06/22/2001
003       0006017660     IN00070369                         NOLP        06/22/2001
004       0006017660     IN00070370                         NOLP        06/22/2001
014       0006017660     IN000                              NOLP        06/22/2001
015       0006017660                                        TG          06/22/2001
016       00060176                                          TG          06/22/2001
017       0006                                              TNG         06/22/2001
018                                                         TNG         06/22/2001
019                                                         TNG         06/22/2001
020                                                         TG          06/22/2001
021                                                         G           06/22/2001
022                                                                     06/22/2001
023                                                                     06/22/2001
024                                                                     06/22/2001
025                                                                     06/22/2001
026                                                         P           06/22/2001
027                                                         TG          06/22/2001
028                                                         TG          06/22/2001
029                             ING 2ND                     NOLP        06/22/2001
030                             GUISE                       TG          06/22/2001
031                             PFDCF                       NOLP        06/22/2001
032       0006             R1   ROBBERY 1ST                 TG          06/22/2001
033       0006           /0357R1 ROBBERY 1ST                TG          06/22/2001
034       00060         IN00070358R1 ROBBERY 1ST            TG          06/22/2001
035       00060          IN00070359  DISGUISE               TNG         06/22/2001
036       0006017660     IN00071776   PDWBPP                TNG         06/22/2001

        Event
No.     Date           Event                                Judge
-------------------------------------------------------------------------------
1    07/06/2000
         CASE ACCEPTED IN SUPERIOR COURT.
```

*[Handwritten annotations on page: arrow pointing to "SEAN P LUGG" and "EDMUND M HILLIS" with note "To"; across the charges section: "you have to send this Out your self Bacon"]*

```
                          SUPERIOR COURT CRIMINAL DOCKET                  Page    2
                              ( as of   05/09/2005 )

State of Delaware v.  DEVEARL L BACON                              DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.             AKA: DEVERAL BACON
Defense Atty:                                     DAVID JOHNSON

         Event
No.      Date           Event                                      Judge
-----------------------------------------------------------------------------------
         ARREST DATE: 06/23/2000
         PRELIMINARY HEARING DATE:
         BAIL:
         HELD ON CASH BAIL                         55000.00 100
         BAIL CONDITIONS:  NO DIRECT OR INDIRECT CONTACT WITH WILLIAM DAVIS,
         GULF SERVICE STATION, SHAH HASSAN GULF SERVICE STATION.
         REPORT TO PROBATION OFFICER.
2        07/14/2000
         MOTION FOR REDUCTION OF BAIL FILED.
         RAYMOND RADULSKI, ESQ.
4        07/17/2000
         INDICTMENT, TRUE BILL FILED. NO 47
         FAST TRACK VOP/CASE REVIEW ON 8/3/00
         WILL CONSOLIDATE WITH 0006017683 WHEN FIXED.
5        07/17/2000
         CASE CONSOLIDATED WITH: 0006017683
3        07/25/2000                                        REYNOLDS MICHAEL P.
         MOTION FOR REDUCTION OF BAIL WITHDRAWN.
         BY DEFT.
         08/03/2000                                        GEBELEIN RICHARD S.
         FAST TRACK CALENDAR/CASE REVIEW:  SET FOR FAST TRACK FINAL CASE REVIEW
         ON: 102600
6        08/14/2000
         DEFENDANT'S LETTER FILED. TO RAYMOND RADULSKI, ESQ.
         RE: DEF REQUESTING A MOTION FOR DISMISSAL BE FILED.
         * ATTACHED IS A COURTESY COPY OF THE LETTER FOR THE PROTHONOTARY.
7        08/21/2000
         REFERRAL TO COUNSEL MEMORANDUM FILED.
         ATTACHING LETTER/DOCUMENT FROM DEFENDANT.  REFERRED TO DEFENSE COUNSEL
         AS ATTORNEY OF RECORD.  COPY OF DEFENDANT'S LETTER NOT REVIEWED BY THE
         COURT AND NOT RETAINED WITH THE COURT'S FILE.  PLEASE ADVISE YOUR
         CLIENT THAT FURTHER COMMUNICATIONS REGARDING THIS CASE SHOULD BE
         DIRECTED TO YOU. RAYMOND RADULSKI, ESQ
         REFERRED BY:   (AMH)
8        09/26/2000
         DEFENDANT'S LETTER FILED TO: RAY RADULSKI.
         RE: WANTS MOTION OF DISCOVERY SENT TO HIM ASAP.
9        10/06/2000
         NOTICE OF SERVICE - DISCOVERY REQUEST.
         TO: JAMES RAMBO  FROM: RAY RADULSKI.
10       11/01/2000
         LETTER FROM: SEAN LUGG  TO:  RAY OTLOWSKI.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                      Page     3
                           ( as of  05/09/2005 )

State of Delaware v.   DEVEARL L BACON                          DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.             AKA: DEVERAL BACON
Defense Atty:                                     DAVID JOHNSON

          Event
No.       Date          Event                                          Judge
------------------------------------------------------------------------------
          RE: INFORMING THAT HE HAS TAKING OVER FOR JAMES FREEBERY, AND GIVES
          HIM RESPONSE TO HIS DISCOVERY REQUEST.
11        12/01/2000
          ORDER SCHEDULING TRIAL FILED.
          TRIAL DATE: 6/19/01
          CASE CATEGORY:      1
          ASSIGNED JUDGE (CATEGORY 1 CASES ONLY): DEL PESCO
          UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
          OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
          FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
          CONTINUANCE REQUESTS WILL BE DENIED.
12        12/27/2000
          DEFENDANT'S LETTER FILED.
          TO: ED HILLIS.
          RE: WANTS TRANSCRIPTS FROM PRELIMINARY HEARING, BUT DOESN'T HAVE MONEY
          FOR THEM.
13        03/08/2001
          DEFENDANT'S LETTER TO EDMUND HILLIS, THANKING HIM FOR A COPY OF TRANS-
          CRIPT OF PRELIM AND ASKING HIM TO SEND AN INVESTIGATOR TO THE VICTIMS
          FOR QUESTIONING.
15        03/09/2001
          DEFENDANT'S LETTER TO PROTHONOTARY REQUESTING TRANSCRIPTS OF PRELIM
          & LETTER FROM ATTORNEY BE PLACED IN HIS FILE.
14        03/21/2001
          DEFENDANT'S LETTER TO PROTHONOTARY REQUESTING A COPY OF LETTER TO MR.
          HILLIS BE PLACED IN DEF.'S FILE.
16        03/23/2001
          REFERRAL TO COUNSEL MEMORANDUM FILED.
          ATTACHING LETTER/DOCUMENT FROM DEFENDANT.  REFERRED TO DEFENSE COUNSEL
          AS ATTORNEY OF RECORD.  COPY OF DEFENDANT'S LETTER NOT REVIEWED BY THE
          COURT AND NOT RETAINED WITH THE COURT'S FILE.  PLEASE ADVISE YOUR
          CLIENT THAT FURTHER COMMUNICATIONS REGARDING THIS CASE SHOULD BE
          DIRECTED TO YOU.  EDMUND HILLIS, ESQ
          REFERRED BY:  (AMH)
          DEFENDANT REQUEST LETTER SENT TO COUNSEL
17        04/17/2001
          DEFENDANT'S LETTER FILED REQUESTING ALL BRADY V MARYLAND MATERIALS BE
          PLACED ON HIS COURT DOCKET
18        05/01/2001
          DEFENDANT'S LETTER FILED REQUESTING A COPY OF THIS LETTER BE SENT TO
          HIS PUBLIC DEFENDER AND ASKING HIM TO FILE A MOTION TO SEVER & PUT IT
          IN HIS COURT DOCKET
```

```
                         SUPERIOR COURT CRIMINAL DOCKET                Page      4
                              ( as of   05/09/2005 )

State of Delaware v.   DEVEARL L BACON                          DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.              AKA: DEVERAL BACON
Defense Atty:                                      DAVID JOHNSON

         Event
No.      Date            Event                                  Judge
-----------------------------------------------------------------------------
19       05/18/2001
           DEFENDANT'S LETTER FILED. DEFENDANT WANTS A COPY OF HIS LETTER SENT TO
           MR. EDMUND HILLIS OF THE PUBLIC DEFENDERS OFFICE. DEFENDANT ALSO WANTS
           A COPY OF HIS DOCKET SHEET SENT TO HIM.
20       05/18/2001
           LETTER FROM DEVEARL L. BACON TO EDMUND HILLIS OF THE PUBLIC DEFENDERS
           OFFICE. RE: TO SUBPENA "ALL" STATE WITNESS(S), ALONG WITH MY
           WITNESS(S) ON MY BEHALF.
           MR. HILLIS:
           PLEASE SUBPENA ALL STATE WITNESS(S), AND ALSO THE FOLLOWING:
           1. ALBERT WILSON, 2. MANLY WILSON, 3. RUTH WILSON.
           ALL OF 706 TOWNSEND PL., WILMINGTON, DE 19801.
21       06/04/2001
           SUBPOENA(S) MAILED.
27       06/04/2001
           STATE'S WITNESS SUBPOENA ISSUED.
           WILLIAM DAVIS, SHAH HASSAN, DAWN SMITH, AVON MATTHEWS, JACQUELINE JOHN
           SON, JAMIE ROSS, MICHAEL SCOTT, CATHY BARON, ROSHELLE CONKEY,
           STEFFANIE WEST, R LECCIA WPD, BERNADETTE SELBY.
28       06/12/2001
           DEFENDANT IS REQUESTING DELAY IN TRAIL
22       06/13/2001
           SHERIFF'S COSTS FOR SUBPOENAS DELIVERED.
           SHAH HASSAN,DAWN SMITH.AVON MATTHEWS,JACQUELINE JOHNSON,
           JAMIE ROSS,CATHY BARON,ROSHELLE CONKEY
23       06/14/2001                                       GOLDSTEIN CARL
           TRIAL CALENDER/PLEA HEARING:  PLEA REJECTED/SET FOR TRIAL
24       06/19/2001                                       DEL PESCO SUSAN C.
           TRIAL CALENDAR- WENT TO TRIAL JURY
25       06/22/2001                                       DEL PESCO SUSAN C.
           CHARGE TO THE JURY FILED. FILED JUNE 22, 2001
26       06/22/2001                                       DEL PESCO SUSAN C.
           JURY TRIAL HELD.
           TRIAL HELD 6-19 THROUGH 6-22-2001.  VERDITS WERE GUILTY ON ALL COUNTS
           EXCEPT 10,11,12,13 WHERE THE VERDICT WAS NOT GUILTY.  CLERK WAS G.
           BROOKS AND COURT REPORTER WAS ROFLE EXCEPT FOR 6-22 IT WAS CAHILL
           ALL EXHIBITS WERE RETURNED.  DAG WAS SEAN LUGG AND DEFENSE WAS
           ED HILLIS.  JURY WAS SWORN ON JUNE 19TH.
         07/20/2001                                       DEL PESCO SUSAN C.
           SENTENCING CALENDAR: DEFENDANT SENTENCED.
32       08/03/2001
           DEFENDANT'S LETTER FILED.               TO MARY ELIZABETH PITCAVAGE.
```

```
                        SUPERIOR COURT CRIMINAL DOCKET                    Page      5
                             ( as of  05/09/2005 )

State of Delaware v.  DEVEARL L BACON                              DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.            AKA: DEVERAL BACON
Defense Atty:                                    DAVID JOHNSON


        Event
No.     Date            Event                                        Judge
------------------------------------------------------------------------------------
        LETTER FROM DEFENDANT ASKING FOR A LETTER TO MR. HILLIS TO FILE A
        NOTICE OF APPEAL BE PUT IN HIS FILE AND TO BE DOCKETED.
        *SEE FULL LETTER IN FILE WITH A LETTER TO MR. HILLIS TO FILE A NOTICE
        OF APPEAL ATTACHED.
29      08/16/2001
        TRANSCRIPT FILED.
        VERDICT TRANSCRIPT JUNE 22, 2001
        BEFORE JUDGE DEL PESCO.
30      08/17/2001
        LETTER FROM SUPREME COURT TO KATHLEEN FELDMAN
        RE: AMENDED DIRECTIONS TO THE COURT REPORT WERE FILED IN THIS
        COURT ON AUGUST 16, 2001. THE TRANSCRIPT MUST BE FILED WITH THE
        PROTHONOTARY NO LATER THAN SEPTEMBER 25, 2001.
31      08/22/2001
        AMENDED DIRECTIONS TO COURT REPORTER TO PROCEEDINGS BELOW
        TO BE TRANSCRIBED. (COPY)
        FILED BY DEFENDANT IN SUPREME COURT
33      09/14/2001                                        DEL PESCO SUSAN C.
        (ERROR/FILED DATE): SENTENCE ORDER SIGNED & FILED 9/17/01.
        ** NOTE ** CORRECT FILED DATE IS 7/20/2001. ***
34      09/14/2001
        TRANSCRIPT FILED.
        SENTENCING ON JULY 20, 2001
        BEFORE JUDGE DELPESCO
35      09/25/2001
        TRANSCRIPT FILED.
        TRIAL TRANSCRIPT FOR JUNE 19, 2001
        BEFORE JUDE DEL PESCO
36      09/25/2001
        TRANSCRIPT FILED.
        TRIAL TRANSCRIPT JUNE 20, 2001
        BEFORE JUDGE DEL PESCO
37      09/26/2001
        LETTER FROM SUPREME COURT TO MICHELE ROLFE, COURT REPORTER
        RE: THE COURT IS IN RECEIPT OF YOUR LETTER DATED SEPTEMBER 21, 2001.
        REQUESTING AN EXTENSION OF TIME TO FILE THE TRANSCRIPT. PLEASE BE
        ADVISED THAT YOUR REQUEST IS GRANTED. THE TRANSCRIPT IN DUE NO
        LATER THAN OCTOBER 9, 2001.
38      10/09/2001
        TRANSCRIPT FILED.
        TRIAL TRANSCRIPT FOR JUNE 21, 2001.
        BEFORE JUDGE DEL PESCO.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                  Page    6
                         ( as of   05/09/2005 )

State of Delaware v.  DEVEARL L BACON                        DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.            AKA: DEVERAL BACON
Defense Atty:                                    DAVID JOHNSON


        Event
No.     Date            Event                                       Judge
-----------------------------------------------------------------------------
39    10/16/2001
         RECORDS SENT TO SUPREME COURT.
40    10/16/2001
         RECEIPT FROM SUPREME COURT ACKNOWLEDGING THE RECORD.
41    01/25/2002
         TRANSCRIPT FILED.
         ORAL ARGUMENT, JUNE 21, 2001.
         BEFORE JUDGE DEL PESCO.
42    07/19/2002
         MANDATE FILED FROM SUPREME COURT:  SUPERIOR COURT JUDGMENT AFFIRMED.
         SUPREME COURT CASE NO: 369. 2002
         SUBMITTED: MAY 7, 2002
         DECIDED: JULY 1, 2002
         BEFORE HOLLAND, BERGER AND STEELE, JUSTICES.
43    01/24/2003
         DEFENDANT'S LETTER FILED.
         REQUEST FOR P.D. OFFICE TO GIVE TRANSCRIPTS.
45    02/13/2003
         DEFENDANT'S LETTER FILED.
         REQUEST FOR JUDGE TO ORDER P.D. OFFICE TO GIVE TRANSCRIPTS.
44    02/20/2003                                          DEL PESCO SUSAN C.
         MOTION FOR TRANSCRIPT FILED PRO-SE.  REFERRED TO JUDGE DEL PESCO FOR
         REVIEW.  ALSO REQUEST FOR EXTENTION OF TIME TO FILE POST CONVICTION
         RELIEF.
46    03/31/2003                                          DEL PESCO SUSAN C.
         ORDER:  IN RESPONSE TO YOUR MOTION FOR COPIES OF TRIAL TRANSCRIPTS
         ENCLOSED PLEASE FIND COPIES OF THE FOLLOWIN:
         1. TRIAL TRANSCRIPTS, 6/19/01;
         2. TRIAL TRANSCRIPTS, 6/20/01; AND
         3. TRIAL TRANSCRIPTS, 6/21/01.
         YOUR REQUEST FOR AN EXTENTION OF TIME WITHIN WHICH TO FILE RULE 61
         POSTCONVICTION RELIEF IS DENIED.
         SO ORDERED JUDGE DEL PESCO
47    09/17/2004
         MOTION FOR POSTCONVICTION RELIEF FILED. PRO SE
         REFERRED TO JUDGE DELPESCO
48    09/21/2004
         LETTER FROM A. HAIRSTON, PROTHONOTARY OFFICE   TO SEAN LUGG, DAG
         RE: NOTICE OF PRO SE FILING OF MOTION FOR POSTCONVICTION RELIEF.
         ATTACHED: COPY OF MOTION
49    09/23/2004
         EMAIL FILED TO: SEAN LUGG, DAG & EDMUND HILLIS, ESQ. RE: RULE 61
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page    7
                         ( as of  05/09/2005 )

State of Delaware v.  DEVEARL L BACON                        DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.           AKA: DEVERAL BACON
Defense Atty:                                   DAVID JOHNSON

        Event
No.     Date            Event                                         Judge
-----------------------------------------------------------------------------
        RE: COUNSEL'S RESPONSES ARE DUE 10/6/04
50      10/06/2004
        EMAIL FILED TO: JUDGE DEL PESCO FROM: EDMUND HILLIS, ESQ
        RE: STATE'S REQUEST FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO
        MOTION FOR POSTCONVICTION. MR. HILLIS IS ALSO REQUESTING ENLARGEMENT
        OF TIME TO FILE RESPONSE.
        * REQUEST GRANTED. RESPONSES DUE 10/22/04
51      10/12/2004
        DEFENDANT'S LETTER FILED. REQUESTING CURRENT COURT DOCKET, TO ENSURE
        THAT A DECISION HAS NOT BEEN MADE ON RULE 61.
        DEFENDANT INDICATES IN LETTER THAT LEGAL MAIL WAS OPENED BY DOC.
        SENT DOCKET 10/18/04 AMH
        LETTER REFERRED TO JUDGE DEL PESCO.
53      10/19/2004
        DEFENDANT'S LETTER FILED.
        TO: JUDGE DELPESCO
        RE: LEGAL MAIL ISSUE AT PRISON
52      10/22/2004
        STATE'S RESPONSE TO DEFENDANT'S MOTION FOR POST CONVICTION RELIEF.
        FILED BY SEAN LUGG, DAG
        REFERRED TO JUDGE DELPESCO
54      11/15/2004
        MOTION FOR EXTENSION OF TIME FILED. PRO SE
        REFERRED TO JUDGE DEL PESCO.
56      11/17/2004
        DEFENDANT'S REQUEST FILED.
        TO: JUDGE DEL PESCO
        REQUEST TO ORDER WARDEN CARROL TO PAY MOVANT $300 PRIVATE USE PENALTY
        FOR OPENING DEFENDANT'S MAIL.
55      11/19/2004
        DEFENDANT'S LETTER FILED. RE: PRAYED THIS COURT WILL AMEND DOCUMENTS
        THAT MOVANT RECEIVED STATE'S RESPONSE ON NOV. 10. 2004 (PRO SE)
        REFERRED TO JUDGE DEL PESCO.
57      12/07/2004
        MOTION FOR EXTENSION OF TIME FILED. PRO SE
        REFERRED TO JUDGE DEL PESCO.
63      12/18/2004
        AFFIDAVIT OF DEVERAL BACON . RULE 61. REFERRED TO JUDGE DELPESCO.
64      12/18/2004
        DEFENDANT'S RESPONSE FILED. RE: RULE 61
        REFERRED TO JUDGE DELPESCO
58      12/20/2004
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                 Page    8
                         ( as of  05/09/2005 )

State of Delaware v.   DEVEARL L BACON                    DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.         AKA: DEVERAL BACON
Defense Atty:                                 DAVID JOHNSON


       Event
No.    Date          Event                                        Judge
-----------------------------------------------------------------------------
       DEFENDANT'S RESPONSE FILED. RE: POSTCONVICTION RELIEF.
       REFERRED TO JUDGE DEL PESCO
59     12/29/2004
       MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY ( PRO SE) FILED.
       REFERRED TO JUDGE DELPESCO
60     01/04/2005
       MOTION TO AMEND SUBISSUES OF GROUND ONE (RULE 61) FILED. PRO SE
       REFERRED TO JUDGE DEL PESCO.
61     01/06/2005
       MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY (PRO SE) FILED.
       REFERRED TO JUDGE DEL PESCO.
62     01/10/2005
       MOTION TO WITHDRAW DEFENDANT'S REPLY TO STATE'S RESPONSE FILED.
       FILED PRO SE
       REFERRED TO JUDGE DELPESCO
65     01/19/2005
       DEFENDANT'S LETTER FILED.
       LETTER ASKING TO STRIKE THE FIRST REPLY LETTER TO THE COURT FROM THE
       RECORD.  REFERRED TO JUDGE DEL PESCO.
66     02/15/2005
       DEFENDANT'S REQUEST FILED.
       COPY OF JURY INSTRUCTIONS
67     04/14/2005
       DEFENDANT'S RESPONSE FILED. RE: RULE 61
       REFERRED TO JUDGE DELPESCO

              *** END OF DOCKET LISTING AS OF  05/09/2005 ***
                      PRINTED BY: CSCDMOR
```