

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) DEVEARL L. BACON  221242

   (Name of Plaintiff)      (Inmate Number)

D.CC., 1181 Paddock Rd. Smyrna Del. 19977

    (Complete Address with zip code)

(2) _____

   (Name of Plaintiff)      (Inmate Number)

                          (Case Number)

                    ( to be assigned by U.S. District Court)

_____

    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) WARDEN CARROLL

(2) CAPTIAN SAGERS

(3) Lt. FORBES

       (Names of Defendants)

   • •  Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**I.   PREVIOUS LAWSUITS**

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

    ① 02-431-JJF (2002)

    ② 04-841-JJF (2004)

II.     **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.     Is there a prisoner grievance procedure available at your present institution?   · ·(Yes)  · ·No

B.     Have you fully exhausted your available administrative remedies regarding each of your present claims?   · ·Yes  · (No)

C.     If your answer to "B" is <u>Yes</u>:

    1.   What steps did you take? _____

    2.   What was the result? _____

D.     If your answer to "B" is <u>No</u>, explain why not: See Attach Sheets & Exhibit

III.    **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: WARdEN CARRoll

    Employed as WARdEN          at D.C.C. PRisoN

    Mailing address with zip code: 1181 Paddock Rd., SmyRNA Del. 19977

(2) Name of second defendant: CAptiAN SAgeRS

    Employed as CAtAiN          at D.C.C. PRisoN

    Mailing address with zip code: SAme As Above

(3) Name of third defendant: Lt. FoRbES

    Employed as Lt          at D.C.C. PRisoN

    Mailing address with zip code: SAme As Above

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)



1. "Mail To And From the Courts"
   1st Amendment Right"

2. "Forget" Attach

3. Sheets

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)



1. Attach Sheet

3

## NATURE AND STAGES

On September 17, 2004 Plaintiff filed Pro-Se Post-Conviction Appeal in the Superior Court of Delaware.

On October 3, 2004 Plaintiff recieved Legal Mail from Smyrna Prison Officals that had already been open, with ORDER missing, Plaintiff never witness the opening of Legal Mail.

Plaintiff filed Agrievance and Rasied the issue, then Plaintiff "felt" Mail may have been negligently opened.

On January 3, 2005 a 3rd Part Aid sent Plaintiff's Arguments for Reply to State's Reply to Plaintiff's Post-Convictions; This Mail

I

WAS "SO-CALLED" lost by Mail Room Staff, 3 months later Plaintiff's 3rd party Aid finally RECIEVED Arguements 1+2 from Prison Officals.

On September 14, 2005 Hon. Judge Susan C. Delfeso ORDERED "A HAND-DELIVERY VERIFICATION OF Plaintiff's Opinion" which was "Forged" by dates and sent back from Prison Officals, twice.

The Plaintiff NOW CAN prove A "Deliberate - Evil At work", and Plaintiff is now forced to Smuggle Mail to 3rd party whom has been aiding Plaintiff to file Appeal IN THE Supreme Court OF Delaware.

II

# COUNT I
# RIGHT TO THE
# COURT

① ON Sept. 17, 2004 Plaintiff filed PRO-SE Post-Conviction Appeal IN Delaware Superior Court.

② ON Oct. 3, 2004 Plaintiff RECIEVED Legal Mail from Smyrna Prison Officals that had Already been open. This Legal Document Also had the ORDER "TAKEN OUT"; This information could have been a Timely ORDER by The Court, Plaintiff could have faced the grave dangers of being Time Barred.

③ Plaintiff had the Right to witness the opening of this Legal Document.

④ The Document came in a prison envelope, had message from Mail Room Staff writen in it, A message to Sean Lugg (Deputy Attorney Gen.) And on Last page had a message writen to Staff member of D.C.C. (See Original document Hon. Judge Susan C. Delpesco has); (See Exhibit A).

⑤ Plaintiff filed this information To The Court Court (See Exh. A Court Docket #57 + #56); to make The Court Awair.

⑥ Plaintiff felt something was wrong but this incident could have been a misteak.

⑦ Plaintiff filed agrievance and also had investigation done (see Exhibit A).

⑧ On November 10, 2004 Plaintiff recieved response to Post-Conviction from Mr. Sean Lugg

Deputy Attorney Gen.), Plaintiff filed for ENLARGEMENT of time until JANUARY 10, 2005. Plaintiff had to waite to file "Reply" to STATE's RESPONSE because Plaintiff was being Helped by 3rd (JEFFREY Fogg) And 4th (MRS. JEANNE F. Meyer) PARTiES.

⑨ MR. Fogg (3rd PARty) SENT 2 OR MORE ENVELOPES with Plaintiff's Reply to STATE's RESPONSE to 4th PART MRS. J.F. Meyer, HOWEVER; The ENVELOPE which had Plaintiff's Reply ARGUEMENT 1+2 WAS held., Plaintiff had to file Reply without ARGUEMENTS 1+2 (SEE Exh. B pg. 32).

⑩ ON April 11, 2005 4th PARty MRS. Meyer AFTER RECiEViNG ARGUEMENTS 1+2 from D.C.C. PRiSON filed to Amend ARGUEMENTS 1+2 MRS. Meyer ON

③

behalf of Plaintiff states : " I would
" like to clarify the reason for tardiness of
" Arguement One And Arguement Two. You will
" note by attached 'envelope' that the Arguements
" were mailed by Jeffrey Fogg on January 2, 2005.
" Jeffrey is the inmate who helped me write my
" reply. After grievances were filed And much
" searching, someone discovered in an office ...;
Mail which very well represents an "inmates inartful
Attempts to present A Legal Claim to the Court". (See
Exhibit B).

⑪ On About 3rd week of July 2005 Plaintiff
recieved an Court Docket Sheet "And noticed " ;
    The State 'Replyed' to Plaintiff's 'Reply' on
Plaintiff's Post-Conviction (See Exh B Court
Docket #68), So Plaintiff on July 31, 2005

(4)

filed to The Court And Asked "was the Amended Arguements 1+2 Accepted by The Court (see Exh. B).

(12) Thee Above being done "The Toll of Stress" Apon Plaintiff has been harsh, Plaintiff's Mental Health is being "weatherd".

(13) On September 14, 2005 10:08 Am. Plaintiff was called out of cell by C/o, Plaintiff was talked to by Counselors Ms. Brittenham (or Jackson) And Ms. Atlian, Lt. Seacord, Plaintiff was told " Hon. Judge Susan C. Delpesco ORDERS A Hand-Delivery Verification to Prove Plaintiff has Recieved 'Opinion' on Post-Conviction Appeal ".; Hon. Judge Susan C. Delpesco Also made sure Plaintiff recieved "copies" of envelopes Regarding NON-delivery Opinion. (See Exh. C).

(14) Hon. Judge DelPesco MADE A DECISION ON Post-Conviction August 29, 2005, ~~IF IT~~ WAS NOT FOR HIS MERCY Plaintiff would RAN out of time within wit: to file Notice of Appeal IN THE Supreme Court Of Delaware; This Opinion WAS SENT back to Judge "twice", Thus stopping Plaintiff's "Lifeline To The Court". (SEE Exh. C).

## COUNT II
## FORGERY

(15) ON SECOND copy of "Non-Delivered" Opinion Hon. Judge Susan C. DelPesco ORDERS for Plaintiff to be given A copy; ON "RECIEVED Sept.(?)2005"; SOMEONE FORGED 18 ON the ENVELOPE AND it WASN'T NEAR Sept. 18, 2005 BECAUSE Judge ORDERS for copy of these NON-delivered ENVELOPES ON

(6)

Sept. 14, 2005. (SEE Exh. C).

(16) Legal Mail on these daies are given out
out on Lt. Forbes shift, it is clear that
someone "thinks" they are above YAHWEH and the
Courts below; "what man can call himself "brethren"
and delight in such evil".

(17) Thee. Above was agrieved (see Exh. c).

(18) The Courts have held: "... were tampering
has actually occurred and mail to Courts is not
being sent an inmate may be forced to smuggle
documents to The Court ..., government authorities
should assure access to the courts".

(19) Now Plaintiff has to file Appeal IN The Supreme.
Court and needs the Aid of 3rd & 4th parties
to wit: may or may not know about Plaintiff's

(7)

Decision on Post-Conviction because Prison may just be holding mail.

## CONCLUSION

WHEREFORE, Plaintiff Prays This Hon. Court Grants that the Defendant's Pay the total of:

2 million dollars in damages, this includes Mental, Punitive, Compensatory and any other Damages Plaintiff is entitled.

September 28, 2005

Deverel L. Bacon
D.C.C.
Smyrna, Del. 1997

(8)

2.



3.



I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____28_____ day of _____September_____, 2005.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Plaintiff

      V.

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, _DEVEARL L. BACON_ declare that I am the (check appropriate box)
☒ Petitioner/Plaintiff/Movant  ☐ Other in the above-entitled proceeding; that in support of my
request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am
unable to pay the costs of these proceedings and that I am entitled to the relief sought in the
complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration

   Are you employed at the institution? ☐ Yes ☒ No

   Do you receive any payment from the institution? ☐ Yes ☒ No

   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the*
   *institution(s) of your incarceration showing at least the past SIX months' transactions.   Ledger*
   *sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and
   give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home
   salary or wages and pay period and the name and address of your last employer.
   JuNE 2000, YOUNG LUMBER YARD, PORT OF WilmiNGTON, #375.00

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes ☒ No |
   | e. | Gifts or inheritances | ☐ Yes ☒ No |
   | f. | Any other sources | ☐ Yes ☒ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount
   received *AND* what you expect you will continue to receive.

4.  Do you have any cash or checking or savings accounts?    ☐ Yes ☐ No

    If "Yes" state the total amount  $ _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes ☐ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

    NONE

    I declare under penalty of perjury that the above information is true and correct.

    Date: _Sept. 28, 2005_    Signature of Applicant _____

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Deveard Bacon_ SBI#: _221042_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _September 20, 2005_

Attached are copies of your inmate account statement for the months of
_March 1, 2005_ to _August 31, 2005_

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| March | 6.08 |
| April | 103.00 |
| May | 89.35 |
| June | 9.45 |
| July | 0 |
| Aug | 6.74 |

Average daily balances/6 months: _29.13_

Attachments
CC: File

_Stacy Shane_
9/20/05

_Notary public_
9/23/05

# Individual Statement

## For Month of March 2005

Date Printed: 9/19/2005

| SBI | Last Name | First Name | MI | Suffix | | Beg Mth Balance: | | $27.37 | |
|-----|-----------|-----------|-----|--------|---|------------------|---|--------|---|
| 00221242 | BACON | Devear | | | | | | | |
| Current Location: | 22 | | | Comments: | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Canteen | 3/1/2005 | ($12.75) | $0.00 | $0.00 | $14.62 | 75718 | | | |
| Canteen | 3/15/2005 | ($14.47) | $0.00 | $0.00 | $0.15 | 81103 | | | |

Ending Mth Balance: $0.15

# Individual Statement

## For Month of April 2005

Date Printed: 9/19/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.15 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00221242 | BACON | Devear | | | | |

Current Location: 22    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | Source/Name |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|-------------|
| Mail | 4/14/2005 | $30.00 | $0.00 | $0.00 | $30.15 | 94352 | 41538571 | | L SUTTON |
| Mail | 4/15/2005 | $25.00 | $0.00 | $0.00 | $55.15 | 94832 | 1300483444 | | N WARD |
| Pay-To | 4/15/2005 | ($0.37) | $0.00 | $0.00 | $54.78 | 94964 | | DST/POSTAGE | |
| Pay-To | 4/15/2005 | ($0.37) | $0.00 | $0.00 | $54.41 | 94966 | | DST/POSTAGE | |
| Mail | 4/19/2005 | $100.00 | $0.00 | $0.00 | $154.41 | 96235 | 36828200 | | F BACON |
| Canteen | 4/26/2005 | ($29.99) | $0.00 | $0.00 | $124.42 | 98166 | | | |
| Pay-To | 4/28/2005 | ($5.70) | $0.00 | $0.00 | $118.72 | 99717 | | PRISON INDUSTRIES | |
| Pay-To | 4/29/2005 | ($22.00) | $0.00 | $0.00 | $96.72 | 99805 | | N.WARD | |
| Pay-To | 4/29/2005 | ($0.37) | $0.00 | $0.00 | $96.35 | 100177 | | DST | |
| Pay-To | 4/29/2005 | ($0.37) | $0.00 | $0.00 | $95.98 | 100180 | | DST | |

Ending Mth Balance:    $95.98

**Individual Statement**

Date Printed: 9/19/2005

Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $95.98 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |
| Current Location: | 22 | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/11/2005 | ($28.52) | $0.00 | $0.00 | $67.46 | 105864 | | | |
| Mail | 5/12/2005 | $25.00 | $0.00 | $0.00 | $92.46 | 105998 | 154315043 | | JP MEYER |
| Mail | 5/12/2005 | $25.00 | $0.00 | $0.00 | $117.46 | 106041 | 254756412 | | C BACON |
| Canteen | 5/18/2005 | ($18.43) | $0.00 | $0.00 | $99.03 | 108548 | | | |
| Pay-To | 5/20/2005 | ($0.72) | $0.00 | $0.00 | $98.31 | 109577 | | DST/POSTAGE | |
| Pay-To | 5/20/2005 | ($7.90) | $0.00 | $0.00 | $90.41 | 109611 | | DST/POSTAGE | |
| Pay-To | 5/20/2005 | ($0.37) | $0.00 | $0.00 | $90.04 | 109686 | | DST/POSTAGE | |
| Canteen | 5/26/2005 | ($40.14) | $0.00 | $0.00 | $49.90 | 111931 | | | |

Ending Mth Balance: $49.90

Date Printed: 9/19/2005

# Individual Statement

## For Month of June 2005

Page 1 of 1

| SBI | Last Name | First Name | M1 | Suffix | Beg Mth Balance: | $49.90 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |

Current Location: 22

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/1/2005 | ($19.91) | $0.00 | $0.00 | $29.99 | 114762 | | | |
| Canteen | 6/8/2005 | ($19.74) | $0.00 | $0.00 | $10.25 | 117339 | | | |
| Supplies-MailP | 6/14/2005 | $0.00 | $0.00 | ($2.12) | $10.25 | 120289 | | 5/5/04 | |
| Canteen | 6/15/2005 | ($10.04) | $0.00 | $0.00 | $0.21 | 120368 | | | |
| Supplies-MailP | 6/23/2005 | ($0.21) | $0.00 | ($1.91) | $0.00 | 124195 | | 5/5/4 | |

Ending Mth Balance: $0.00

# Individual Statement

## For Month of July 2005

Date Printed: 9/19/2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |

Current Location: 22    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 132860 | | DST/POSTAGE | |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 134201 | | DST/POSTAGE | |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 134202 | | DST/POSTAGE | |
| Medical | 7/28/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | 137334 | | 7/25/05 | |

Ending Mth Balance:    $0.00

Date Printed: 9/19/2005

# Individual Statement
## For Month of August 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|--------|----|------------------|-------|
| 00221242 | BACON | Devear | | | | | |
| Current Location: | 22 | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($1.06) | $0.00 | 140559 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($5.30) | $0.00 | 140563 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 140729 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 140730 | | DST/POSTAGE | |
| Mail | 8/12/2005 | $30.00 | $0.00 | $0.00 | $30.00 | 144461 | 243773368 | | J P MEYER |
| Canteen | 8/17/2005 | ($1.58) | $0.00 | $0.00 | $28.42 | 145544 | | | |
| Pay-To | 8/17/2005 | $1.00 | $0.00 | $0.00 | $29.42 | 146103 | | STALE DATED CH#2 | |
| Pay-To | 8/18/2005 | $0.00 | $0.00 | ($0.37) | $29.42 | 146846 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($0.60) | $0.00 | $0.00 | $28.82 | 147044 | | DST/POSTAGE | |
| Medical | 8/19/2005 | ($6.00) | $0.00 | $0.00 | $22.82 | 147045 | | DST/POSTAGE | |
| Medical | 8/19/2005 | ($0.60) | $0.00 | $0.00 | $22.22 | 147162 | | 7/25/05 | |
| Pay-To | 8/19/2005 | ($0.83) | $0.00 | $0.00 | $21.39 | 147260 | | DST/POSTAGE | |
| Supplies-MailP | 8/19/2005 | ($1.91) | $0.00 | $0.00 | $19.48 | 147320 | | 5/5/4 | |
| Pay-To | 8/19/2005 | ($2.67) | $0.00 | $0.00 | $16.81 | 147322 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($2.67) | $0.00 | $0.00 | $14.14 | 147323 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($1.06) | $0.00 | $0.00 | $13.08 | 147351 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($5.30) | $0.00 | $0.00 | $7.78 | 147352 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($0.37) | $0.00 | $0.00 | $7.41 | 147368 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($3.95) | $0.00 | $0.00 | $3.46 | 147371 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($3.46) | $0.00 | ($0.49) | $0.00 | 147372 | | DST/POSTAGE | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 149844 | | POSTAGE | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 149848 | | POSTAGE | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 149849 | | POSTAGE | |

Ending Mth Balance: $0.00