Exhibit C

HAND-DELIVERY VERIFICATION

By my signature listed below, I certify that on Wednesday, September 14, 2005, I received a copy of an Opinion regarding case numbers IN 00-07-01666-1667R1, 1671-1673-R1; and IN 00-07-0347-0349-R1, 0351-0352-R1, 0356-0358-R1 0358-R1 – ID 0006017660 from Judge Susan C. Del Pesco decided upon on August 29, 2005. The opinion consisted of 13 pages including one sheet of copies of envelopes regarding non-delivery of opinion.

_____
Devereal L. Bacon

Devearn L. Bacon
(Print name)

_____
Staff Witness - Cindy Atallian
Master Correctional Counselor

Cindy Atallian
(Print name)

_____
Staff Witness - Thomas Seacord
Lieutenant

Thomas J Seacord
(Print name)

SUPERIOR COURT OF THE STATE OF DELAWARE
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
020310

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300

RECEIVED
SEP 0 6 2005
JUDGE DEL PESCO'S OFFICE

19801-3733 12

Devearl L. Bacon, ID 00OG017660
Delaware Correctional Center
1811 Paddock Rd.

☐ INSUFFICIENT ADDRESS
☑ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

OTHER

POSTAGE DUE
RTS RETURN TO SENDER

State Mail

---

SUPERIOR COURT OF THE STATE OF DELAWARE
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
020310

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $500

RECEIVED
SEP 1 8 2005
JUDGE DEL PESCO'S OFFICE

NOTO

Devearl L. Bacon, ID 00OG017660
Delaware Correctional Ce
1811 Paddock Rd.
P.O. Box 500
Smyrna, DE

Screened by:
Delaware Capitol
Police

STATE MAIL

State Mail

*EMERGENCY GRIEVANCE COPY*

FORM #584

## GRIEVANCE FORM

FACILITY: D.C.C.   DATE: 9-15-5

GRIEVANT'S NAME: Devearl Bacon   SBI#: 221242

CASE#: ___   TIME OF INCIDENT: ___

HOUSING UNIT: 22-B-U-2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On Sept. 17, 2004 I filed for Post-Conviction Appeal.

On About Oct. 3, 2004 I recieved Legal Mail with Order missing.

On About Jan. 2, 2005 a 3rd party was helping me with Appeal, sent from prison my 1st & 2nd grounds for my Appeal however this mail was held by D.C.C. prison for 3 months then finally mailed.

ACTION REQUESTED BY GRIEVANT: For the Stress I've suffered for delay's in my Appeal along with Denied Access to the Court, I ask to be paid damages.

GRIEVANT'S SIGNATURE: [scribbled out]   DATE: Sept 15, 2005

WAS AN INFORMAL RESOLUTION ACCEPTED? ___ (YES) ___ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: ___   DATE: ___

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

FORM #584

## GRIEVANCE FORM

FACILITY: J.C.C.   DATE: 9-15-5

GRIEVANT'S NAME: Deveari Bacon   SBI#: 221242

CASE#: _____   TIME OF INCIDENT: _____

HOUSING UNIT: 22-B-U-2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On Sept. 6, 2005 Hon. Judge Susan DelPesco sent me a copy of my Post-Conviction Appeal Decision, J.C.C. prison has sent it back twice to Judge.

On Sept. 14, 2005 I was called out of cell by c/o too talk to Counselor Ms. Attlian, Counselor Ms. Brittinham, And Lt. Seacord. They handed me a "Hand-Delivery Verification" to be signed by each of us to prove that I recieved a copy of my Post-Conviction Decision. This documents Also Prove "Forgery"

ACTION REQUESTED BY GRIEVANT: The Prison has Denied me "ACCESS" To The Court. I need to be paid for mental stress that I've been going through.

GRIEVANT'S SIGNATURE: [signature]   DATE: Sept. 15, 2005

WAS AN INFORMAL RESOLUTION ACCEPTED? ___ (YES) ___ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

# Certificate of Service

I, _____, hereby certify that I have served a true and correct cop(ies) of the attached: _____

_____ upon the following parties/person (s):

TO: _____
_____
_____
_____

TO: _____
_____
_____
_____

TO: _____
_____
_____
_____

TO: _____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _____ day of _____, 2005