**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | Devearl L. Bacon |
| DEFENDANT | Captian Sagers |
| COURT CASE NUMBER | 05-714-JJF |
| TYPE OF PROCESS | Suit |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Captian Sagers, D.C.C. Prison (Captian)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 1181 Paddock Rd, Smyrna Del., 19977

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Devearl L. Bacon #221242
D.C.C
1181 Paddock Rd.
Smyrna, Del. 19977

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

** Captian Sagers may not work at D.C.C. However the prison should give location or address(s).

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Bacon

TELEPHONE NUMBER:
DATE: 11-28-5

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: BF
Date: 1-3-06

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

FILED
JAN 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Date of Service: 1/9/06
Signature of U.S. Marshal or Deputy: BF

REMARKS: Return unexecuted - attempted @ DCC - Returned Not Known.

USMS is not responsible for tracking def. location

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)