IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVEARL L. BACON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-714-JJF |
| | ) |
| WARDEN CARROLL, et al., | ) |
| | ) |
| Defendants. | ) |

### O R D E R

WHEREAS, Plaintiff Devearl L. Brown ("Brown"), a prisoner incarcerated at Delaware Correctional Center, Smyrna, Delaware, filed a complaint pursuant to 42 U.S.C. § 1983 (D.I. 2, 3);

WHEREAS, on October 14, 2005, the Court granted Plaintiff's motion to proceed <u>in forma pauperis</u>, and assessed a filing fee of $250, and an initial partial filing fee of $7.87 (D.I. 4);

WHEREAS, on October 24, 2005, Plaintiff filed a motion to extend filing, stating that he is indigent and "faced with danger of appeal in Delaware Supreme Court being placed in trash-can or hidden" (D.I. 7);

WHEREAS, on October 24, 2005, Plaintiff filed his authorization requesting the Prison Business Office to disburse payments to the clerk of the court;

THEREFORE, at Wilmington this 18 day of January, 2006, IT IS ORDERED that the motion to extend filing fee (D.I. 7) is **DENIED**. Plaintiff is to pay his filing fee in accordance with

the October 14, 2005 order.   (D.I. 4).

                                              _____
                                              United States District Judge