IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVEARL L. BACON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-714-JJF |
| | ) |
| WARDEN CARROLL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Plaintiff Devearl L. Brown ("Brown"), a prisoner incarcerated at the Delaware Correctional Center, Smyrna, Delaware, filed a complaint pursuant to 42 U.S.C. § 1983 (D.I. 2, 3);

WHEREAS, on November 21, 2005, in screening the case, the Court dismissed the forgery claim and allowed the other claims to proceed (D.I. 10);

WHEREAS, the complaint is in the process of being served by the U.S. Marshal Service;

WHEREAS, on November 15, 2005, Plaintiff filed a motion to amend his complaint to move the order of the paragraphs, add "prejudice" language to the complaint, and reinstate the forgery claim (D.I. 11);

WHEREAS, "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served", Fed. R. Civ. P. 15(a), and to date, a responsive pleading has not been served;

THEREFORE, at Wilmington this _18_ day of January, 2006, IT IS ORDERED that:

1. The motion to amend complaint (D.I. 11) is **DENIED** to the extent that Plaintiff may not reinstate the forgery claim and is, in all other respects, **GRANTED**.

2. The clerk of the court shall cause a copy of this order to be mailed to Plaintiff.

3. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), Plaintiff shall complete and return to the Clerk of the Court an **original** "U.S. Marshal-285" form for **each Defendant**, as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c). **Additionally, Plaintiff shall provide the Court with a copy of the amended complaint with all attachments (D.I. 11) to be served upon each Defendant. Plaintiff is notified that the United States Marshal will not serve the amended complaint until all "U.S. Marshal 285" forms have been received by the Clerk of the Court. Failure to provide a copy of the amended complaint for each Defendant and the "U.S. Marshal 285" forms for each Defendant and the attorney general within 120 days from the date of this order may result in the complaint being dismissed or Defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

4. Upon receipt of the form(s) required by paragraph 3 above, the United States Marshal shall serve a copy of the amended complaint, this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the Defendants identified in the 285 forms.

5. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a Defendant, the United States Marshal shall personally serve said Defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said Defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

6. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a Defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

7. No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in

this civil action unless the documents reflect proof of service upon the parties or their counsel.

8.   **NOTE:** *** When an amended complaint is filed prior to service, the Court will **VACATE** all previous service orders entered, and service **will not take place**.  An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

9.   **NOTE:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

                                                _____
                                              United States District Judge