IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
  Plaintiff )
 )
V. ) CASE NO.'s:
 ) 02-431-JJF
Warden Carroll (D.C.C.), ) 05-714-JJF
etc., ) 453, 2005 : IN THE
  Defendant's ) SUPREME COURT OF DELAWARE
 )
 )
 )

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND STAY OF CLASSIFICATION**

FILED
FEB 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COMENOW Plaintiff, Pro-Se and pursuant to Fed. R. Civ. P. 26(c)(7) and (c)(8), Fed. R. 62(g), request that a Protective Order be given to Plaintiff's legal works, Documents, and Exhibit's for Future Claims. Plaintiff also prays a "Stay of Classification" be Ordered so that D.C.C Staff will not prejudice Plaintiff's Rights to the Courts by sending out Plaintiff's Legal Documents, Exhibit's, and Brief's at a very "critical" moment when Plaintiff

1.

faces dangers of being time barred on appeal. In support of thee above plaintiff asserts the following:

1. On 3-31-02 plaintiff recieved an (so-called) write-up from above defendant's (Case No. 02-431-JJF), C/O McComb (of Howard Young Corrections) alleged she was "disorderly threaten" when handed a handwritten legal document. Because of this so-called write-up plaintiff was sent to Howard Youngs Administrative Segregation for total of 56 daies then moved to M.H.U. Build. D.C.C. (Smyrna), because of this write-up plaintiff recieved 3 points that stayed on Classification Record and "held" plaintiff from going to Regular Population. If plaintiff had not recieved write-up plaintiff would have been in Regular population 3 years ago. (See Exhibit A).

2. On February 7, 2006 Hon. Judge Joseph J. Farna Jr. In Memorandum Opinion Ruled in favor of plaintiff in light of C/O McComb's (defendant's) write-up, The Court Held: "In instant case, it is undisputed that defendant's decision to place plaintiff (Several L. Bacon)

2.

in Admin. Seg. was based on Plaintiff's confiscated document". (See Exhibit B Pg. 7 OPINION)--; "Viewing the facts in the light most favorable to the non-moving party, the Court concludes that Plaintiff's conduct, possessing a draft of a lawsuit document, was constitutionally protected". (Exh. B Pg. 8 OPINION).

3. With above said Plaintiff has Classification Review in March 2006, The prejudice Plaintiff suffers is with C/O McComb's Lt. Taylor, etc., write-up on record and The New Classification "un-fairness" of going back 10 years on Inmate's write-up history Plaintiff now faces the dangers of now:

(A) Being Classified to SHU, which means Plaintiff would be handcuffed and taken to a new location.

(B) D.C.C. C/O Staff will pack Plaintiff's personal belongings and "All" Legal Documents.

(C) Plaintiff will not recieve Legal documents and personal items until 8-15 daies later.

(D) Legal documents will be also inventoried

3.

and what the Staff Deems "for plaintiff to have, the Staff will give, and whatever staff don't want (any inmate) Plaintiff to have the Staff members will send out without asking if plaintiff's documents are Active or needed in a Timely matter.

4. Case No. 05-714-JJF Plaintiff filed suit on above Defendant's for Right To Access, Plaintiff Asserted with suit an exhibit with Hand-Delivery Verification Regarding "Non-delivery" of Hon. Judge Susan C. Delpesco Opinion - twice this Document was sent back to Superior Court and Plaintiff suffers from 1st Amend. Cons- Violations. (See Exh. C). This is Irreparable Damage that plaintiff seeks to Amend to 05-714-JJF. Plaintiff is being Denied the following:

(A) Right To Litigate Claim(s)

(B) An Inartful Attempts to present Legal Claims to the Courts.

(C) Lifeline To The Court.

4.

"5. Ever since plaintiff filed Post-Conviction Appeal in Superior Court (Del.) Sept. 24, 2006, D.C.C. staff and "others" have been violating plaintiff's right to the court. Plaintiff had to file (in the Supreme Court of Delaware) Case No. 453, 2005 an Opening brief that was both handwritten and typed. The reason why plaintiff's Opening brief wasn't fully typed is because when plaintiff "mailed" handwritten documents to Mrs. J.P. Meyer, the mail did not leave the prison until 16 daies (1) later, plaintiff not running the risk to be time barred was faced to mail handwritten Opening brief to the Supreme Court and later filed for Motion of Correction. (see Exh. 8)

6. Plaintiff is now waiting to recieve State's Answer to Opening brief, State's Answer is due February 27, 2006. If the State's Answer comes last week of Feb. "06", (Exh. E) plaintiff gets classified to SHU (because of un-fairness or retaliation) plaintiff's Reply to State's Answer is in Jeopardy. Plaintiff seeks to show Constitution violations suffered but may not have the chance if wrongly and un-fairly classified to the SHU when write-up if

5.

wasn't on Plaintiff's record may not constitute being moved to SHU.

WHEREFORE with above being said and true Plaintiff prays This Honorable Court Grants Protective Order on "All" Legal Documents and pray an Order is Given to Stay Classification in March 2006 until after Trial of 02-431-JJF.

Sean Lugs (Dept. of Justice)
Elieen Kelly (Dept. of Justice)
Warden Carroll (D.C.C.)
St. Lt. Ramone Taylor (D.C.C.)
Mrs. Attican (Master Counselor)

Deveari L. Bacon
#221242
D.C.C.
Smyrna, Del. 19977
February 14, 2006

6.

## Certificate of Service

I, __Jeverrl L. Bacon__, hereby certify that I have served a true and correct cop(ies) of the attached: __Motion of Protection &__ __Stay of Classificatio___ upon the following parties/person (s):

TO: Sean Lugg
Dept. of Justice
820 N. French St
Wilmington, Del
19801

TO: St. Lt. Ramone Taylor
D.C.C.
1181 Paddock Rd
Smyrna, Del
19977

TO: Elieen Kelly
Dept. of Justice
820 N. French St.
Wilmington

TO: Mrs. Afflian
Counselor
D.C.C. Prison
1181 Paddock Rd
Smyrna, Del 19977

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __14__ day of __February__, 2006

IM Severel L Bacon
SBI# 221242 UNIT 22-B-U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

Clerk of Court
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, Del. 19801