Exhibit A

To: Beveral Bacon        MHU 23           AU7
From: Cassie Arnold, MHU 23
Date: Wednesday, April 21, 2004

WOW! What a great job you are doing. Thanks for informing me. When we classify you in May, make sure you bring all that up again, so I don't over look it. I am impressed with all you have done. You'll get two points off I am sure. If you score 12 we'll get you to the compound. Keep up the good work.

Thanks,

Cassie Arnold

Exhibit A * To
Handwritten Motion

HAND-DELIVERY VERIFICATION

By my signature listed below, I certify that on Wednesday, September 14, 2005, I received a copy of an Opinion regarding case numbers IN 00-07-01666-1667R1, 1671-1673-R1; and IN 00-07-0347-0349-R1, 0351-0352-R1, 0356-0358-R1 0358-R1 – ID 0006017660 from Judge Susan C. Del Pesco decided upon on August 29, 2005.  The opinion consisted of 13 pages including one sheet of copies of envelopes regarding non-delivery of opinion.

_____
Devereal L. Bacon

Devean L. Bacon
(Print name)

_____
Staff Witness - Cindy Atallian
Master Correctional Counselor

Cindy Atallian
(Print name)

_____
Staff Witness - Thomas Seacord
Lieutenant

Thomas J Seacord
(Print name)

Mrs. Meyer,

1-5-6

JAN 23 2006

It is prayed upon here and your love one are in Good Health, Happyest of Spirits.

Mrs. Meyer, back in Dec. I filed for a EXTENTION because at that moment I knew I'd better get as much time that I could to put the Brief in. — The Court Gave me until January 30, 2006 and no more time after that.

My guess is:

LIFE AS IT IS AS IS WILL NOT WILL HAVE me to carry this upon my back, it would have been nice to have those other hand-written works that you sent me

