Exhibit E

## SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*

AUDREY F. BACINO
*Assistant Clerk*
DEBORAH L. WEBB
*Chief Deputy Clerk*
LISA A. SEMANS
*Senior Court Clerk*
DEBRA J. ZATLOKOVICZ
*Senior Court Clerk*

January 24, 2006

#18
SUPREME COURT BUILDING
55 THE GREEN
DOVER, DE 19901

P.O. BOX 476
DOVER, DE 19903

(302) 739-4155
(302) 739-4156
(302) 739-8091

Loren C. Meyers, Esquire
Chief of Appeals Division
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, Delaware 19801

RE:  *Devearl L. Bacon v. State*
No. 453, 2005

Dear Mr. Meyers:

Enclosed is a copy of appellant's opening brief filed January 20, 2006, in the captioned matter.

The appellee's answering brief is now due **February 27, 2006.** By copy of this letter, the appellant is informed that the reply brief, if any, is due 15 days after service of appellee's answering brief.

Very truly yours,

*Audrey F. Bacino*

cc:   Mr. Devearl L. Bacon