## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DEVEARL BACON,

|                          |   |                    |
|--------------------------|---|--------------------|
|            Plaintiff,    | ) |                    |
|                          | ) |                    |
| v.                       | ) | C. A. No. 05-714-JJF |
|                          | ) |                    |
| WARDEN CARROLL, et al.,  | ) |                    |
|                          | ) |                    |
|            Defendants.   | ) |                    |

## AFFIDAVIT OF CINDY ATALLIAN

I, Cindy Atallian, having been duly sworn according to law, depose and state as follows:

1.      I make this Affidavit based upon personal information.

2.      I am employed by the State of Delaware's Department of Correction as a Correctional Counselor at the Delaware Correctional Center ("DCC") in Smyrna, Delaware.

3.      DCC's classification process is based, in part, on a system whereby an inmate is assigned a certain number of points. Inmates receive points for various categories of information. For example, the severity of the offense for which the inmate has been incarcerated is considered as is the inmate's prison disciplinary history.

4.      The inmate's points play a role in his classification, that is, his security level and housing assignment. Generally, an inmate with a higher point level will be classified to a higher security level.

5.      One of the goals of the classification process is to identify inmates that pose a greater risk to the safety and security of the institution, staff and other inmates and then assign them to the appropriate security level.

6.      The classification process involves a number steps, including a meeting with the inmate, and several subsequent levels of approval.  The classification process takes several weeks to complete.

7.      As of the date of this Affidavit, Devearl Bacon's classification meeting has not been scheduled, although it should take place during the month of March 2006.  At this time, there has been no determination that Mr. Bacon will be classified to a higher security level or assigned to a different housing unit.

8.      Mr. Bacon received a discipline and accompanying points for an incident which occurred in 2002 at Howard R. Young Correctional Institution.  However, that discipline and any associated points will not be considered during his classification in March 2006.


                                        /s/ Cindy Atallian_____
                                        Cindy Atallian


        **SWORN AND SUBSCRIBED** before me this _____day of March, 2006.


                                        _____
                                              Notary