**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF MICHAEL LITTLE

I, Michael Little, having been duly sworn according to law, depose and state as follows:

1. I make this Affidavit based upon personal information.

2. I am employed by the State of Delaware's Department of Correction as the Legal Services Administrator at the Delaware Correctional Center ("DCC") in Smyrna, Delaware.

3. If an inmate is transferred to a different housing unit, as part of his transfer, his personal property is collected and inventoried. If an inmate is moved to a higher security level, he may not be able to have certain items in his new housing unit. However, an inmate is permitted to have his legal paperwork.

4. After the property has been inventoried, with any impermissible items separated from the other property, the property, including any legal paperwork, is transferred to the inmate. The entire process takes approximately one week. *Id.*

                                        /s/ Michael Little
                                        Michael Little

**SWORN AND SUBSCRIBED** before me this _____ day of March, 2006.

                                        _____
                                              Notary