IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON,                    :
                                     :
        Plaintiff,                   :
                                     :
    v.                               :   Civil Action Nos. 02-431-JJF
                                     :                     05-714-JJF
ST. LT. R. TAYLOR,                   :
LT. MS. S. FARMER, and               :
C/O MS. L. MCCOMB,                   :
                                     :
        Defendants.                  :

## O R D E R

At Wilmington, this 9th day of March, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiff's Motion For Protective Order And Stay Of Classification (02-431-JJF, D.I. 103; 05-714-JJF, D.I. 19) is **DENIED**.

                                    /s/ Joseph J. Farnan Jr.
                                    UNITED STATES DISTRICT JUDGE

7