IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON )
              Plaintiff )
                    )
       v. )  CASE NO. 05-714-JJF
                    )
WARDEN CARROLL, etc., )
              Defendant's )

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Rescanned

PLAINTIFF'S REPLY TO DEFENDANT'S
ANSWER TO PLAINTIFF'S COMPLAINT

Come now Plaintiff DEVEARL L. BACON Pro-Se Reply's to Defendant's Answer to Plaintiff's Complaint. Plaintiff Reply's and Asserts the following:

① Defendant's have been AWARE of the violations Plaintiff has been suffering with "Continuance" of preventions and impairments of Plaintiff's Right to the Court's & Freedom of Speech.

② Plaintiff is filen claim against each

Defendant in their "individual personal capacity", the State is not the real party.

③ To "utter" that there should be immunity and lawyer fee's granted to the defendant's for "All" of their underminding covert-acts, is questionable.

WHEREFORE, Plaintiff prays This Court grant Motion to "Also" Amend.

March 7, 2006

Deverall L. Bacon
D.C.C.
Smyrna, Del. 19977

## Certificate of Service

I, __Devearl L. Bacon__, hereby certify that I have served a true and correct cop(ies) of the attached: __"Reply To Answer"__ _____ upon the following parties/person (s):

TO: __Ms Elieen Kelly__
__Deputy Attorney Gen.__
__820 N. French St.__
__Wilmington, Del.__
__19801__

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __7__ day of __March__, 2006

[signature]