(A) Mrs. Meyer is a witness to all of Plaintiff's prejudicial damages.

(24) Plaintiff upon personal investigation needs to file claims against the D.C.C. staff member's, Mail Room Officer's, and Commissioner, each and all Defendant's are being sued in their "Personal Capacity", Plaintiff seeks recovery from the personal assets of the following individual's and Plaintiff seeks to JOINSER THE following Defendant's :

(A) Commissioner Stan Taylor,

(B) Deputy Warden Betty Burris,

(C) St. Lt. Ramone Taylor,

(D) St. Lt. Profaci,

(E) Lt. Boone,

(F) Sgt. Kruschel,

(G) Cpl. Oney (Mail Room),

(H) C/o Ms. Scott (4pm-12mid),

(I) C/o Washington (4pm-12mid).

(25) On page 8 1983 Form (Case No. 05-714-JJF), "CONCLUSION",

Plaintiff Asked for :

(A) 2 million dollars in damages,
this includes Mental, Punitive,
Compensatory and other Damages
Plaintiff is entitled .

(B) Plaintiff "seeks" to change "wording"
of Damages sought, so that plaintiff is
not Barring Himself under 11th Cons.
Amendment (Although Plaintiff being pro-se
is not sure that Plaintiff is Barring Himself
under interpretation by This Court) . Plaintiff
now is seeking the following Damages to state :

(1) All thee Above Defendant's Are being
sued in their "Individual, Personal
Capacity" for :

(A) 2 million dollars in damages,
And damages which Plaintiff is
Entitled by The District Court.

WHEREFORE, Plaintiff prays that Paragraphs 1 through

23 AND 25 be Amended to Original Claim, And that
Paragraph 24 A-I be Joinder as Defendant's to be
Subpoena to Trial.

March 8, 2006

Deverel L. Bacon
δcc
Smyrna, Del. 19977

## Certificate of Service

I, _Devearl C. Bacon_, hereby certify that I have served a true

and correct cop(ies) of the attached: _Motion To Amend, Joinder Of Persons_ upon the following

parties/person (s):

TO: _Ms Elieen Kelly_
_Deputy Attorney Gen._
_820 N. French St._
_Wilmington, Del._
_19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _8_ day of _March_, 2006



DEVEARL C. BACON
# 221245 — UNIT 22-B-U-2
[DE]LAWARE CORRECTIONAL CENTER
[1] PADDOCK ROAD
[SM]YRNA, DELAWARE 19977

Clerk of Court
U.S. District Court
844 N. King St. (Lockbox 18)
Wilmington Del. 19801

Legal Mail

UNITED STATES POSTAGE
$ 04.20
MAILED FROM ZIPCODE 19977