Exhibit A



Mrs. Meyer,

1-5-6

I do hope[?] [illegible] and your [love?] we are in good health, happiest of spirits.

Mrs. Meyer, back in Dec. I filed for a EXTENTION because at that moment I knew I'd better get as much time that I could to put the Brief in. — The Court gave me until January 30, 2006 and no more time after that.

My guess is:

THE ODDS IS HIS IS STUFF THAT HE WOULD HAVE me to carry this upon my back, it would have been nice to have those other hand-written works that you sent me