# Exhibit B

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DEVEARL L. BACON, | § | No. 453, 2005 |
| | § | |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

# ORDER

This 21st day of December 2005, the Court having received the appellant's third Motion Under Rule 15(b) requesting an extension of time to file the opening brief and appendix from January 16, 2006 until February 14, 2006, in this matter

NOW, THEREFORE, IT IS HEREBY ORDERED that the appellant's request is **DENIED**. The appellant's opening brief and appendix are due to be filed no later than **January 30, 2006. No further extensions will be considered.**

_____
JUSTICE