Exhibit D

FORM #584

## GRIEVANCE FORM

FACILITY: D.C.C.   DATE: 1-30-6

GRIEVANT'S NAME: Devearl L. Bacon   SBI#: 221242

CASE#: ____   TIME OF INCIDENT: 1-26-6

HOUSING UNIT: 22-B-U-2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 1-5-6 I trusted c/o Ms. Scott (4pm-12) to mail legal mail with 5 stamps already on the envelope.

On 1-26-6 I recieved information from the location to wit: this mail was sent. This party informed me that they recieved my out going mail on 1-23-6; 18 daies later.

This mail that I sent out on 1-5-6 was for legal works that was "deadlined" 1-30-6.

ACTION REQUESTED BY GRIEVANT: Ever since I've filed for my "Pro-Se" Post-Conviction Appeal "cowards" have been stopping all and any out going + incoming mail. Pay me for my mental pain.

GRIEVANT'S SIGNATURE: ____   DATE: 1-30-6

WAS AN INFORMAL RESOLUTION ACCEPTED?   ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV