Exhibit E

IN THE SUPREME COURT OF THE STATE OF DELAWARE

453 , 2005

| | |
|---|---|
| PRO SE<br>(DCC - #00221242) | DEVEARL L. BACON,<br>  Defendant Below,<br>  Appellant,<br>v. |
| L. C. MEYERS | STATE OF DELAWARE,<br>  Plaintiff Below,<br>  Appellee. |

DF $ 00.00

2005

| # | Date | Entry |
|---|---|---|
| 1 | Sep 27 | Notice of appeal from the order dated 8/29/05, in the Superior Court, in and for New Castle County, by Jugge Del Pesco, in Cr.ID No. 0006017660, without designation of transcript. (no service shown-copy sent) (eas) |
| 2 | Sep 27 | Motion to proceed in forma pauperis by appellant. (no service shown-copy sent) (eas) |
| 3 | Sep 27 | Order dated 9/27/05 by Clerk, appellant's motion to proceed in forma pauperis is GRANTED, limited only to waiver of docketing fee. (eas) |
| 4 | Sep 27 | Brief schedule issued. (opening brief due 11/14/05) (eas) |
| 5 | Sep 27 | Letter dated 9/27/05 from Senior Court Clerk to Prothonotary, record is due to be filed by 10/20/05. (eas) |
| 6 | Oct 17 | Record as ordered. (eas) |
| 7 | Oct 25 | Motion under Rule 15(b) by appellant. (served by mail 10/25/05) (eas) |
| 8 | Oct 26 | Order dated 10/26/05 by Steele, C.J., appellant's opening brief and appendix are due 12/14/05. (eas) |
| 9 | Oct 28 | Motion under Rule 14(d) by appellant. (served by mail 10/25/05) (eas) |
| 10 | Oct 28 | Letter dated 10/26/05 from appellant to Senior Court Clerk, inquiring as to the status of his motion for extension of time. (docket sheet sent) (eas) |
| 11 | Nov 01 | Order dated 11/1/05 by Steele, C.J., appellant's opening brief is not to exceed 45 pages in length (afb) |
| 12 | Nov 22 | Motion under Rule 15(b) by appellant. (served by mail 11/20/05) (eas) |
| 13 | Nov 28 | Order dated 11/28/05 by Berger, J., appellant's opening |

|    |     |    | brief and appendix are due 1/16/05 (mjd) |
|----|-----|----|---|
| 14 | Dec | 20 | Motion under Rule 15(b) by appellant. (served by mail 12/18/05)(clh) |
| 15 | Dec | 21 | Order dated 12/21/05 by Holland, J., appellant's opening brief and appendix are due 1/30/06. No further extensions will be considered. (eas) |

2006

| 16 | Jan | 20 | Appellant's opening brief and attached exhibits (served by mail 1/20/06) (afb). |
|----|-----|----|---|
| 17 | Jan | 23 | Letter dated 1/19/06 from appellant to Clerk, inquiring as to whether this Court has received his opening brief. (docket sheet sent) (eas) |
| 18 | Jan | 24 | Letter dated 1/24/06 from Assistant Clerk to appellee enclosing copy of appellant's opening brief and advising that the answering brief is due 2/27/06 (afb). |
| 19 | Jan | 30 | Motion to Replace Handwritten Pages by appellant to be deemed appellant's brief corrections. (served by mail 1/20/06) (eas) |
| 20 | Feb | 02 | Letter dated 1/31/06 from appellant to Assistant Clerk, inquiring as to whether his Motion was received. (eas) (docket sheet sent) |