Exhibit F

HAND-DELIVERY VERIFICATION

By my signature listed below, I certify that on Wednesday, September 14, 2005, I received a copy of an Opinion regarding case numbers IN 00-07-01666-1667R1, 1671-1673-R1; and IN 00-07-0347-0349-R1, 0351-0352-R1, 0356-0358-R1 0358-R1 – ID 0006017660 from Judge Susan C. Del Pesco decided upon on August 29, 2005. The opinion consisted of 13 pages including one sheet of copies of envelopes regarding non-delivery of opinion.

_____    Devean L. Bacon
Devereal L. Bacon             (Print name)

_____    Cindy Atallian
Staff Witness - Cindy Atallian   (Print name)
Master Correctional Counselor

_____    Thomas T Seacord
Staff Witness - Thomas Seacord   (Print name)
Lieutenant

SUPERIOR COURT OF THE STATE OF DELAWARE
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
020310

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300

RECEIVED
SEP 0 6 2005
JUDGE DEL PESCO'S OFFICE

Devearl L. Bacon, ID 00G017660
Delaware Correctional Center
1811 Paddock Rd.

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER/STREET
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
OTHER

RTS RETURN TO SENDER

POSTAGE DUE
State Mail

19801-3733 12

SUPERIOR COURT OF THE STATE OF DELAWARE
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
020310

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300

RECEIVED
SEP 1 8 2005
JUDGE DEL PESCO'S OFFICE

Devearl L. Bacon, ID 00G017660
Delaware Correctional Center
1811 Paddock Rd.
P.O. Box 500
Smyrna, DE
N440

Screened by:
Delaware Capitol
Police

STATE MAIL

State Mail