Exhibit H

IN THE SUPREME COURT OF THE STATE OF DELAWARE

[1] _Devearl L. Bacon_,

[2] _Defendant_ Below,
Appellant,

No. [5] _453, 2005_

v.

[3] _State of Delaware_

[4] _Plaintiff_ Below,
Appellee.

## MOTION UNDER RULE 15(b)

[6] _Devearl L. Bacon_ moves the Court, pursuant to Rule 15(b), for an order extending the time for service and filing of the [7] _Opening_ brief and appendix under Rule 15(a) from [8] _Nov. 14, 2005_ to [9] _Dec. 14, 2005_, on the grounds that [10] _See Attach Sheet (Next Page)_. This is the [11] _1st_ request for an extension of time to file the [7] _Opening_ brief. Opposing counsel [13] _____ to the extension of time.

Dated: _Oct. 25, 2005_

[14] _D.C.C._
_Smyrna, Del. 19977_

Form Rev. 4/1/98

① Appellant is having problems going to Law Libarary after requesting for 2 appointments. (Missing 2 weeks).

② Appellant has 3rd + 4th parties to help "type" and go over ruff copy of opening Brief when completted.

③ Appellant is being Denied Access to the Court and can prove it, Appellant realy needs time to make sure "mail" gets to the Court.

④ Appellant needs time to get cases from Law Libaray when Appellant gets to Libaray.

(2)

## ORDER

So ordered this _____ day of _____, 19\_\_\_\_.

_____
Justice

Form Rev. 4/1/98                -3-