Exhibit I

IN THE SUPREME COURT OF THE STATE OF DELAWARE

[1] _DEVEARL L. BACON_ ,

[2] _DEFENDANT_ Below,
Appellant,

No. [5] _453, 2005_

v.

[3] _STATE OF DELAWARE_ ,

[4] _PLAINTIFF_ Below,
Appellee.

## MOTION UNDER RULE 15(b)

[6] _DEVEARL L. BACON_ moves the Court, pursuant to Rule 15(b),

for an order extending the time for service and filing of the

[7] _OPENING_ brief and appendix under Rule 15(a) from

[8] _DEC. 14, 2005_ to [9] _JAN. 14, 2006_, on the grounds that

[10] _SEE Attach Sheet (Next Page)_ . This is the

[11] _2ND_ request for an extension of time to file the

[7] _OPENING_ brief. Opposing counsel [13] _____ to the

extension of time.

Dated: _Nov. 20, 2005_

[14] _J. C. C_

_Smyrna, Del. 19977_

Form Rev. 4/1/98

① Appellant only gets 2 hours a week at law library.

② Appellant has 3rd & 4th parties to help "type" and go over ruff copy of opening brief when completed.

③ Appellant is having problems recieving and sending out mail, and can prove it. Appellant needs time to make sure mail gets to the Court

④ Appellant needs more time to get case(s) from law libaray.

## ORDER

So ordered this _____ day of _____, 19____ .

_____
Justice