Exhibit J

*Jeanne Meyer*
*119 E Delaware Canal Ct*
*Middletown DE 19709*

November 10, 2005

Devearl Bacon
221242 Unit 22 B U 2
1181 Paddock Road
Smyrna DE 19977

Dear Devearl:

    Just a note – I can't remember what the date was that you said you got your extension for. Please let me know ASAP. Jeff said he would do it as it would only be 3 or 4 pages. That is if he has time by the time I find out from you and get back to him.

    Also, I got a notice from the place where I ordered your book and it was returned. I'll keep trying Devearl, somehow I will be able to get a book through. I think when I order the books from Amazon.com sometimes they use other book sellers that aren't familiar with the mail room and then they are returned. So so sorry about that.

                            Love ya,

                            *Mrs Meyer*