Exhibit K

*Jeanne Meyer*
*119 E Delaware Canal Ct, Middletown, DE 19709*

December 3, 2005

Devearl Bacon
221242 Unit 22 B U 2
1181 Paddock Road
Smyrna DE 19977

Dear Devearl:

Received your letter yesterday. I know it must be so hard for you not to know what is going on. Okay, the answers to your questions.

   1. *You said Jeff will help me on Opening Brief or something else? I got another extention until Jan. 14, 2006 (enclosed). Be sure to write me and let me know Jeff's plans.*
(Let me correct your spelling here, okay, extention is extension)
   Answer: **WOW**! Am I excited, that means we can do the final touches after Christmas. Thanks for getting that next extension!

   2. *Did you receive those pages I needed to be typed out? What are your plans? Are you going to type it for me? Be sure to put 44-46 on 2 pages, so 46 will be put on page 45, I got an extention for 45 pages on Openning Brief.*
   Answer: Yes, I did receive your pages, copied and mailed them to Jeff. The plans are that he is working on it and said that he thinks that he can keep it to 20 or 30 pages since so much of it is being taken from the Argument of the Reply. He wrote the Reply the way he did so that he could use it for your Opening Brief. Smart man, right? Yes, my man, I will be doing the typing for you. Remember, during the aging process your brain needs the activity. That's what Jeff keeps telling me anyway, "But Mom, look how this is keeping your brain active." You gotta love his thinking!
(Spelling corrections: Openning is Opening)

   3. *Mrs. Meyer please write me and let me know whats going on, I just got the o.k. to "subpena" on another suit, I know the prison is going to give me Hell! (They already are).*
(Spelling corrections: subpena is spelled subpoena)
   Answer: See answer above. Devearl, it is all being taken care off, now stop your stressing. :-) Leave that to me, I'm the one who will be doing all the stressing getting both of you guys documents filed on time.

   4. Books.
   Answer: Great idea for Christmas, right? Do you have a Bible?

   I hope you don't mind my correcting your spelling, but what else do you have to think about, right? Just kidding. On another note, my Mom used to tell us kids when we were little and then I passed it on to my kids, "Doesn't matter how poor you are, if you use good grammar and good manners everyone will respect you." I think that is true.

   Reminder: Date your letters and the outside of the envelope under your name. I'm trying to keep track of the mailing system.

   Okay Devearl, it's Saturday morning and I need to pick up the clutter. I did get the Christmas lights out this week so that's a good thing. Going to put them on timers so they don't use too much electric but still serve the purpose.

   Blessings to you!

*Love Ya,*
*Mrs. Meyer*