Exhibit L

IN THE SUPREME COURT OF THE STATE OF DELAWARE

[1] _Sevearl L Bacon_,

    [2] _Defendant_ Below,

Appellant,

    v.

[3] _State of Delaware_,

    [4] _Plaintiff_ Below,

Appellee.

No. [5] _453, 2005_

## MOTION UNDER RULE 15(b)

[6] _Sevearl Bacon_ moves the Court, pursuant to Rule 15(b),

for an order extending the time for service and filing of the

[7] _Opening_ brief and appendix under Rule 15(a) from

[8] _Jan. 14, 2006_ to [9] _Feb. 14 2006_, on the grounds that

[10] _See Attch Sheet_ . This is the

[11] _3 rd_ request for an extension of time to file the

[7] _Opening_ brief. Opposing counsel [13]_____ to the

extension of time.

Dated: _Dec. 18, 2005_ _____

[14] _D.C.C._

_Smyrna, Del - 19977_

Form Rev. 4/1/98

① The "Ruff Copy" of Opening Brief is being typed and re-read to take away any errors.

② Need time at M.H.U. (D.C.C.) Law Library to research case(s).

③ Having trouble recieving and sending out mail to and from the Courts, must be sure that "out going mail" gets to were its suppose to go.

# O R D E R

So ordered this _____ day of _____, 19____.

_____
Justice

## Certificate of Service

I, _Devearl L Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion To Extend_ _____ upon the following parties/person (s):

TO: _Loren C. Meyer_
_Dept. Of Justice_
_820 N. French St._
_Wilmington, Del._
_19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _18_ day of _December_, 2005