Exhibit M

JEANNE MEYER
119 E Delaware Canal Ct, Middletown, DE 19709

January 3, 2006

**LEGAL DOCUMENTS ENCLOSED**

Devearl Bacon
221242 Unit 22 B U 2
1181 Paddock Road
Smyrna DE 19977

RE: **REQUEST FOR EXTENSION OF TIME**

Dear Devearl:

Enclosed is another draft for an extension of time. There should be enough copies for you to get it done just as soon as possible. Just make your changes right on the sheets. I think they accept them that way since they know your are incarcerated. Jeff said he is so busy with his case that he hasn't had time to work on yours, but if you can get an extension he is sure he will be able to do it. I have sent you a money order for $20 to do the mailing. Also ltr to Pronth.

I made several copies for you to fill in the blanks or you can rewrite it for yourself. I'm not even sure I did it right, but I copied some of it from Jeff's extension of time. His is now January 19th from January 9th. So you can see he and I are both pressed for time.

Hopefully, yours will be granted. However, just in case it isn't, I am sending back your draft that you had written. I didn't start on it because Jeff had hoped to do it for you before this—which he still is hoping, but we have to be logical and make sure all your bases are covered.

Yes, I did contact 9th Street book store. The other book was out of date and only a used copy could be found.

Hope you have gotten your Bible by now. Merry Christmas!

Sincerely,

Mrs. Meyer

ENCLOSURES

PS: Sorry, my printer is not working properly and it is printing at a slant. I have to get it fixed soon!

Don't forget to put a **stamp** on the env. for them to return your clocked-in copy!

Devearl Bacon
221242 Unit 22 B U 2, DCC
1181 Paddock Road
Smyrna DE 19977

January 3, 2006

PROTHONOTARY
Criminal Division
Superior Court
500 N. King Street
Wilmington, DE 19801

      Re:   MOTION FOR EXTENSION OF DEADLINE TO FILE OPENING BRIEF FROM JANUARY 14, 2006, UNTIL FEBRUARY 14, 2006

Dear Sir:

1. Original enclosed for filing with the Prothonotary
2. Copy enclosed for Prothonotary's office.
3. Copy to be **clocked-in and returned** to me in the self-addressed stamped envelope.

      Yours truly,

      Devearl Bacon
      Pro-se

Enclosures

<u>JEANNE MEYER</u>

119 E Delaware Canal Ct, Middletown, DE 19709

January 5, 2006

## LEGAL DOCUMENTS ENCLOSED

Devearl Bacon
221242 Unit 22 B U 2
1181 Paddock Road
Smyrna DE 19977

    RE:  **REQUEST FOR EXTENSION OF TIME**

Dear Devearl:

    Enclosed is another extension form. I forgot to change the petitioner to Defendant. I am hoping you caught that.. Just draw a line through it and correct it if you still can.

    Sorry, but I don't know what else to do.

                                              Sincerely,

                                              Mrs. Meyer

ENCLOSURE

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| STATE OF DELAWARE, | ) | C.A. No.    0006017660 |
| | ) | |
| V. | ) | |
| | ) | C.A. IN Nos. 00070347 et seq. |
| DEVEARL BACON, | ) | 0007161666 et seq. |
| | ) | |
| DEFENDANT. | ) | |

MOTION FOR EXTENSION OF DEADLINE TO FILE OPENING BRIEF
FROM JANUARY 14, 2006, UNTIL FEBRUARY 14, 2006

Petitioner moves this Honorable Court, pursuant to Habeas Corpus Rule 11 and D.Del. LR 16.5, for an Order extending the deadline for filing and service of Petitioner's Opening Brief from January 14, 2006, to and including February 14, 2006. In support of this motion it is asserted:

1. Petitioner is proceeding pro-se with permission and instruction by this Honorable Court.

2. This is Petitioner's _____ request for enlargement of the deadline for filing Petitioner's Opening Brief.

3. The Petitioner incorporates the grounds raised in Petitioner's first Motion for Extension of Deadline filed _____, 2005, in this motion request.

4. In addition, it has taken Petitioner considerably more time to research the relevant law.

5. Also, under the standard scope of review the review standard falls under an abusive discretion.

6. Petitioner does not anticipate raising any new claims per-se, but at this time has

1

covered enough ground to understand the uselessness of raising nonviable claims.

8. The State's version of facts has been adopted by the State Courts. However, these facts omitted some very relevant facts concerning the other issues raised, and the dates of when certain evidence was collected is clearly erroneous.

9. The length of the document, the holidays, and the correctional center's mailing problems have required me to ask for this extension.

                                            Devearl Bacon
                                            1181 Paddock Road
                                            Delaware Correctional Center
                                            Smyrna, DE 19977
                                            Petitioner Proceeding Pro Se

Dated: _____

Devearl Bacon
221242 Unit 22 B U 2, DCC
1181 Paddock Road
Smyrna DE 19977

January 3, 2006

PROTHONOTARY
Criminal Division
Superior Court
500 N. King Street
Wilmington, DE 19801

                Re:    MOTION FOR EXTENSION OF DEADLINE TO FILE OPENING BRIEF FROM JANUARY 14, 2006, UNTIL FEBRUARY 14, 2006

Dear Sir:

1. Original enclosed for filing with the Prothonotary
2. Copy enclosed for Prothonotary's office.
3. Copy to be **clocked-in and returned** to me in the self-addressed stamped envelope.

                                              Yours truly,

                                              Devearl Bacon
                                              Pro-se

Enclosures

<u>JEANNE MEYER</u>
119 E Delaware Canal Ct, Middletown, DE 19709

January 5, 2006

## LEGAL DOCUMENTS ENCLOSED

Devearl Bacon
221242 Unit 22 B U 2
1181 Paddock Road
Smyrna DE 19977

RE: **REQUEST FOR EXTENSION OF TIME**

Dear Devearl:

Enclosed is another extension form. I forgot to change the petitioner to Defendant. I am hoping you caught that.. Just draw a line through it and correct it if you still can.

Sorry, but I don't know what else to do.

Sincerely,

Mrs. Meyer

ENCLOSURE