Exhibit P

IN THE SUPREME COURT OF THE STATE
OF DELAWARE

| | |
|---|---|
| DEVEARL L. BACON<br>APPELLANT / DEFENDANT<br>BELOW<br><br>V.<br><br>STATE OF DELAWARE<br>APPELLEE / PLAINTIFF<br>BELOW | NO. 453, 2005 |

## MOTION TO REPLACE HANDWRITEN PAGES

Appellant Devearl L. Bacon prays This Hon. Court will change "Handwriten Pages" for "Typed" pages. None of the typed pages are different from Hand-writen pages.

Appellant asserts the following:

1. Appellant has had "Horrific" problems with recieving and sending legal mail.

to the Court. Appellant had to recieve "Hand-Delivery Verification" from Hon. Judge Susan C. Del Pesco. (See Exhibit A) For reason beyond my controll my mail has been and is being held.

2. On January 5, 2006 Appellant has trusted D.C.C Staff c/o Scott to mail "Handwritten" copies to Mrs. Jeanne P. Meyer who has been helping Defendant "type" and send legal documents. (See Exhibit B) Mrs. Meyer' recieved these works 16 daies later and at the last minute tryed to send typed pages to Appellant in a timely matter.

3. Appellant Opening Brief was due January 30, 2006, Appellant with no "contact" with outside 3rd parties help and mail being wrongly held could in not risk being Time Barred.

4. With these "Learned Evil's" At work. Appellant is At the Mercy of Righteousness.

WHEREFORE, it is pray that Appellant's Handwritten pages: front page, i-iii, 1, 2, 3, 4, 5, 20, 32, 44, 45, Exhibit (single page), And Certificate of Service be Added And Handwritten pages be taken Away.

Cordially,

Desgarl L. Bacon
D C C
Smyrna, Del 19977

Jan 27, 2006

Loren C. Meyers, Esq.
Department of Justice
820 N. French St.
Wilmington, Del. 19801

(3)