Exhibit Q

*Jeanne Meyer*
*119 E Delaware Canal Ct, Middletown, DE 19709*

1/30/06

Devearl Bacon
221242 Unit 22 B U 2
1181 Paddock Road
Smyrna DE 19977

Re:   Mail Room Problems
      Typing your Reply

Dear Devearl:

Received your letter. I hope the court takes the typed pages in place of the handwritten. You did it right, at least the way I see it.

Regarding the mail room. I am glad you included with your filing that you are still having problems so the JUDGE is aware of it. I am still stamping in the envelopes that I receive. Thanks for putting the date on your letter and the outside of the envelope. That is evidence when I make the case against the DCC mail room. It is getting to be ridiculous that it takes them 2-3 weeks to get something sent out from the time you give it to them. Last year I received an envelope that took 2 ½ months! They are fooling with FEDERAL MAIL! And, they are guilty!! That's okay though, I'm still saving all the envelopes so I have EVIDENCE the guards or the mail room people are messing with the mail!

I am typing for my son and I had some questions on his rough draft, so I sent it back with the typed copy so I could ask him some questions on his writing and footnotes. They sent it back to me and said *Refused, I/M to I/M not authorized*. It wasn't inmate to inmate, it was the draft that Jeff sent me and I needed some clarification on his writing. They are so stupid and I can't deal with stupid people!!!!!!!!!!!!!!!!!

Still very busy working on the other documents(deadline 3/4/06.) So if you send me what needs to be typed, I will try and get it done. Hopefully, it will be after 3/4. I'm not planning any vacation right now, so we should be okay time wise.

Blessings to you!

                                                    Mrs. Meyer

                                                    *Mrs. Meyer*

## Certificate of Service

I, **Jevearl L. Bacon**, hereby certify that I have served a true and correct cop(ies) of the attached: **Exhibit's to Amend** upon the following parties/person (s):

TO: Ms Elieen Kelly
Deputy Attorney Gen.
820 N. French St.
Wilmington Del
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **8** day of **March** 2006