IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON

  Plaintiff

  V.

WARDEN CARROLL, etc,

  Defendants.

CASE NO. : 02-431-JJF,
05-714-JJE,
453,2005 : IN
The Supreme Court
of Delaware.

FILED

MAR 2 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE RG
Scanned

REPLY TO DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION FOR PROTECTIVE
ORDER AND STAY OF CLASSIFICATION

Plaintiff DEVEARL L. BACON Prays this Court Grants
Plaintiff's Motion's. In Support Plaintiff asserts the
following :

① Defendant's oppose Plaintiff's Motion for Injunction,
Defendant's assert " Plaintiff moving for injunctive relief
must demonstrate [4 showings] ".--, (page 3 of Defendant's Response),
Defendant's Also asserts : "The inmate's points play a role in
" his classification, that is, his security level.--, The classification

(1)

" PROCESS ENSURES THAT INMATES THAT POSE A GREATER RISK
" to the Safety AND SECURITY of the institution, staff AND
" other INMATES ARE housed AT AN APPROPRIATE SECURITY
" level. (Page 3-4 parag. 10).

② With Above stated Plaintiff gives the following:

Ⓐ Plaintiff ON 3-31-02 WAS GIVEN A WRITE-up From C/O
McComb, Lt. FARMER, AND St. Lt. RAMONE Taylor's Signature At
the bottom. (✱ Note: C/o Ms. McComb NO longer works For
Department of Corrections it is said "that ONE day while
C/o McComb WAS coming to work, drived into Howard Young's Parking
lot, She Notice 'UNDER COVER Detectives' IN UN-MARKED CARS IN the
lot, C/o McComb turned Her CAR AROUND AND NEVER CAME back to
work", Why would A State Worker Act IN such A MANNER?, WAS C/o
McComb being "set-up" by HER 'OWN' co-workers For SOME Reason?),
Plaintiff WAS TAKEN to Administrative Segregation.

Ⓑ At the moment of 3-31-02 Plaintiff WAS:

① HEAD TIERMAN.

② ONE of two INMATE's ON GRIEVANCE BOARD.
On this BOARD WAS Sgt. Moody, Ms. (M) Tillery
(Counselor) AND A CORPORAL.

②

③ "Despite" these "Inmate Rolemodel, and Administration Trustee Positions", Plaintiff was moved to Admin. Seg. without being asked "What happen".

④ Plaintiff was let out Admin. Seg. on 4-5-02, then placed back on 4-11-02 (for Reason's that This Court will prayfully address), Plaintiff lost the Hearing of this "so-called" write-up and was given 45 daies LOAP (See Exh-A). This Sanction time was up 5-21-02.

⑤ After Plaintiff Sanction time was up Plaintiff was let back into Regular Population. Plaintiff was held in Admin. Seg. 2 extra weeks, then moved to M.H.U. (S.C.C.) June 3, 2002.

⑥ Plaintiff had gotten a job in Kitchen and Completed Groups. Plaintiff wrote Counselor Ms. Cassie Arnold (GOD BLESS HER) and asked about point status (see Exh. B), Ms. Arnold stated: "If you score 12 (points) we'll get you to the compound".

⑦ Plaintiff was classified and learned the Nature of Plaintiff's points. The so-called write-up from C/o McComb

· gave Plaintiff 3 points which stayed on Plaintiff's
· point record from the total time Plaintiff has been housed
  in M.H.U. until this very day.

(8) Defendant's Asserts, (page 4 parch. 13, Response) "Plaintiff's
claim that this discipline from 2002 will impact His current
classification process is incorrect. That discipline, and any
associated points, will not be considered during His
classification this month".

(9) With above being stated in paragraph 8 Plaintiff Asserts
the following:

(1) Plaintiff picked up 2 write-ups since June 3, 2002
while being housed in the M.H.U., The "probability of Plaintiff
picking these write-ups, "are not so", because Plaintiff
not having C/o McComb's write-up would have been placed in
Regular population because of conduct of Inmate (Rod)
Role modeling years ago!

(2) The "un-seen", un-fairness of Classification, Cruel
and Unusual Punishment's, Denied Access, Rights To
Freedom of Speech, And Retaliation issues which

Plaintiff has been trying to Raise through Prison remedies And The Court Are in "Danger" of being lost if plaintiff's Legal Works and Stay Classification Are Not Granted.

(10) It is "No secret" that if a Inmate has grounds on grievances or Claims in the Court, the Prison And Department of Justice will "have" these Inmates placed in Still were Inmate's don't have good or better Access to the Courts. The Prison Offical's will stop Legal Mail to stop "any movant" from raisen Artful Attempts to The Courts.

(11) The Classification system is "Unfair", the Counselor's will "make-up" points And not give the Inmate's the "Written policies" of Each And every "change made" (in what seems like every 3 months), in the Classification system. This is prejudicial because it dosen't gives the Inmates the Chance to Appeal "every" wrongful Classification.

(12) Plaintiff has been putting together Claims for the past 2 years, filen Apperl For Post-Convictions, And is Raising Claims in Superior Court Of Delaware. The Prison will do

(5)

· Anything to prevent Plaintiff from Raising Claims.
· Plaintiff needs Protective ORDER + Stay of Classification
to "Protect" Plaintiff's Exhibit's for Future Claims.

(13) The S.C.C. Staff has moved Plaintiff to Higher
Security without given Inmate's "Fair Notice" of the hard-
ships in which they face. Plaintiff was Inmate worker,
then moved to Building 21 (Aug. 2004), job was taken, Plaintiff
Along with About 120 Inmates were taken to Higher Securities
without Fair Notice.

WHEREFORE, Plaintiff Asserts, if there was a Federal
Investigation, the Investigation will show S.C.C. is moving
Inmates to Higher Securities, Making-up point systems,
taking Inmate's Legal Works, sending Legal Works out, And
given Inmate's "what they want them to have", this is evil!

Devearl L Bacon
D.CC
Smyrna, Del. 19977

## Certificate of Service

I, _Deveaar L Bacon_, hereby certify that I have served a true

and correct cop(ies) of the attached: _Reply to Defendant's_

_Response_ upon the following

parties/person (s):

TO: _Ms Eileen Kelly_          TO: _____

_Department of Justice_          _____

_820 N. French St._          _____

_Wilmington, Del._          _____

_19801_          _____


TO: _____          TO: _____

_____          _____

_____          _____

_____          _____

_____          _____


**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _10_ day of _March_, 2006



UNITED STATES PC
02 1A
00046089
MAILED FR

I/M SEVEAN C. BACON

SBI# 227042 UNIT 22 - B - U-2

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Clerk of Court
US- District Court
844 N. King St. (Lockbox 18)
Wilmington, Del.
19801