# Exhibit A



FILED
MAR 2 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE  RG

Scanned

STATE OF DELAWARE
DEPARTMENT OF CORRECTION

CLASS I ☒   CLASS II ☐   DISCIPLINARY HEARING DECISION   DR# 02-0308
INMATE NAME: Bacon, Devearl   INST.#: 221242   HEARING DATE: 04/22/02

INMATE PRESENT: ☒ YES   ☐ NO   REASON: _____

WITNESSES PRESENT: 1. I/M Flowers, Damone   2. _____   3. _____

VIOLATION: 1.06 Disorderly or Threatening Behavior   2.14 Unauthorized Communication   2.05 Disrespect

PLEA: ☐ GUILTY   ☒ NOT GUITY   ☐ OTHER: _____
CONFRONT ACCUSER: ☐ YES   ☒ NO   REASON: _____

INMATE STATEMENT: The inmate stated that he wanted the officer to see that he was taking legal action Against her.

WITNESS STATEMENT: He stated that I/M Bacon was upset about the officer smoking.

DECISION: ☒ GUILTY   ☐ NOT GUILTY   RATIONALE: The officers report and inmate verbal Statement and the context of his written statement.

SANCTION: 45 Days LOAP with credit given for time served ( 5 Days Fr. 03/31/02 To 04/05/02 ) Starting 04/11/02 at 1600 Hrs. Ending 05/21/02.

_____
HEARING OFFICER'S SIGNATURE

I understand I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the Facility Administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I hearing decision.

I ☒ DO   ☐ DO NOT INTEND TO APPEAL.

_____
INMATE'S SIGNATURE

ORDER TO IMPLEMENT SANCTIONS

☐ Inmate does not wish to appeal.
☐ Time limit for appeal has expired.
☒ Appeal has been denied.
☐ Sanctions have been modified on appeal to: _____

IT IS HEREBY ORDERED TO IMPLEMENT THE SANCTIONS OR MODIFIED SANCTIONS ON:

DATE: 04/11/02   And TIME: 1600   _____
HEARING OFFICER'S SIGNATURE

FORM# 594