# Exhibit B


FILED
MAR 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE    RG
Scanned

To: Beveral Bacon        MHU 23          AU7
From: Cassie Arnold, MHU 23
Date: Wednesday, April 21, 2004

WOW! What a great job you are doing. Thanks for informing me. When we classify you in May, make sure you bring all that up again, so I don't over look it. I am impressed with all you have done. You'll get two points off I am sure. If you score 12 we'll get you to the compound. Keep up the good work.

Thanks,

Cassie Arnold