# Exhibit C



To: Devearl Bacon     MHU 23 
From: Cassie Arnold, MHU 23
Date: Monday, May 24, 2004

Your classification this month was completely correct. Once you get the decision page back you have the right to appeal, write to Jayme Jackson for that. You need not contact anyone else regarding your classification.

On 5/9/2003 you were classified by Cindy Atallian, this is how you scored:
Robbery 1st: 6 Points
Age 33: 2 Points
Criminal History 1997 Robbery 1st: 4 Points
Worst Write Up: 3/31/2002 Disorderly and Threatening: 3 Points
Participation Job/Treatment: -1 Point
TOTAL: 14 POINTS

You also scored 14 Points in the May 2002 classification.

You scored 14 Points this May, identically as the May 2003.

Thanks,

Cassie Arnold

## Certificate of Service

I, _Severall L Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _Reply's Exhibits_ _____ upon the following parties/person (s):

TO: Ms. Eileen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _10_ day of _March_, 2006.