IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON )
   Plaintiff )
 )
V. ) CASE NO. 05-714-JJF
 )
WARDEN CARROLL, etc., )
   Defendant )
 )
 )
 )
 )

PLAINTIFF'S REPLY TO DEFENDANT'S
RESPONSE TO PLAINTIFF MOTION OF
JOINDER, AMEND

BD scanned

FILED
MAR 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Defendant's asserts: "..., Plaintiff offers no factual allegations in support of adding these individuals as parties to his action. In fact, other than listing their names, Plaintiff does not mention them at all in his Motion to Amend, or in the original Complaint." (Defendant's Response pg. 1-2, paragh. 3).

Plaintiff Reply's:

(1)  In Plaintiff's Motion to Amend, Joinder, pg. 3 paragrah 4 .... "Plaintiff had to file "both" a handwritten + typed Post-Conviction Appeal because of 'Denied Access' [etc.], whom ever c/o handed (or placed) this legal document (which was written on the outside of this outgoing 'envelope'), held this document for the longest period of time as possible, 'when' Plaintiff asked c/o's, Build. Sgt., and c/o Ms. R. Scott "who or were did

(1)

she place the Documents", C/o R. Scott stated that "this Document was handed to Build. 24 staff". (Build. 24 is were heavy outgoing mail is sent from, logged in with pay-to's. Build. 24 has St. Lt's, Sgt., [and] c/o's inside were mail 'can' [be] held or sent at anyone of the D.C.C. Staff discretion).

② Page 12, Paragraph "C" of Plaintiff's Motion to Amend, Joinder held:
"Plaintiff can show through Discovery [that] these Acts were "Deliberate Retaliations", for all impaired and prevented mail passed through the "hands" of Lt's, Sgt's, and c/o[s] Plaintiff has filed suit + Agrievances. Against.

Your Honor 24 Build. Acts like (or is) the "Bee's Hive" for all (A) other MHU, and SHU Buildings, the Joinder of these Defendant's and Discovery Rule applyed will prove that their are more motives and Defendant's behind the closed doors, there is no "Magic Formula" Needed to (S) expose this evil.

March 23, 2006

Devearl L. Bacon
D.CC.
Smyrna, Del. 19977

(2)

# Certificate of Service

I, Deveari L. Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Reply To Defendant's Response to Motion To Amend upon the following parties/person (s):

TO: Ms. Eileen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 27 day of March 2006

