IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
Plaintiff )
)
v. )  Case No. 05-714-JJF
)
Warden Carroll, etc., )
Defendant. )
)

FILED
APR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## MOTION TO AMEND, JOINDER OF PERSONS

Come Now, Plaintiff Devearl L. Bacon in pursuant to Fed. Civ. P. Rule's 15(A), (B); Fed. Civ. P. Rule 19(A). Plaintiff seeks to Amend and the Joinder of Defendant's from each of their continued, deliberate, impairments, and retaliations.

(1) On 4-4-06 Plaintiff recieved "openned legal mail" from C/o Hansen (see exh. A).

(2) Plaintiff filed Agievance and aske "for an Investigation to find out who's responsible. (see exh. B).

(1)

③ Plaintiff filed for Assistance from "Express Legal Services".

④ Since Plaintiff filed suit on Above Defendant's and Pray This Court will help Plaintiff protect Legal Works.

WHEREFORE, It is prayed that thee Above is Amended and that Correctional Officer Hansen is Joinder as a Defendant.

Beneari L Bacon
DCC
Smyrna, Del. 19977

## Certificate of Service

I, **Devearl/ C. Bacon**, hereby certify that I have served a true and correct cop(ies) of the attached: **Motion To Joinder** _____ upon the following parties/person (s):

TO: **Ms. Eileen Kelly**
**Deputy Attorney Gen.**
**820 N. French St.**
**Wilmington, Del.**
**19801**

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **11** day of **April**, 2006

I/M Severn L Bacon
SBI# 221242 UNIT 22-B-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
U.S. District Ct
844 N. King St. (Lockbox 18)
Wilmington, Del.
19801

U.S.M.S.
X-RAY