Exhibit A

FOUNDATION FOR INNOCENCE
Express Legal Services L.L.C.
1050 Bishop Street, #508
Honolulu, Hawaii. 96813

RECEIVED

APR 0 4 2006

Delaware Correctional Cent-

1337743678-81 R003

To: DEVEARL BACON # 321342
D.C.C. PRISONS
1181 PADDOCK ROADS
SMYRNA DEL 19977

968
2006



ASSESSMENT FORM                    **PLEASE TYPE**

FOUNDATION FOR INNOCENCE

Express Legal Services, L.L.C.
1050 Bishop Street, #508
Honolulu, Hawaii. 96813
Ph/Fax (808) 247-0780
Email: innocencehawaii2002@yahoo.com

*The questions below are designed to help us decide whether we will be able to help you seek release from prison on the ground you were innocent of the crime for which you were convicted, or rendered ineffective assistance of counsel where your constitutional rights were violated. You should understand that in order to prove your innocence, there must be a good possibility of locating new evidence that was either not available, or was overlooked, or was not presented by you or your attorney at the time of trial or on appeal. Preferably, the new evidence should be in the form of physical evidence, but other evidence, such as eyewitness, or victim, or witness recantation, may also suffice. We are currently assessing cases nationwide.*

Name: _____  Institution Number: _____  Date of Birth: _____

Prison: _____  Address: _____

SSN#:_____  Race:_____  Inmate Counselor Name: _____

## PART I.    INTRODUCTORY INFORMATION

1. Date sentenced: _____ Length of sentence(s): _____ Expected release date: _____

2. Offense(s) for which you were convicted: _____

_____

_____

3. Date of crime: _____ Date of Arrest: _____ Place of conviction:_____

4. Do you claim to be innocent as to all the above offenses? _____ If not, which charges are you

innocent of? _____

5. What is your first language? _____ What is your highest grade level completed?_____

6. Did your case go to trial, or did you plead guilty, no contest, or Alford?_____

7. If you had multiple trials, how many? _____ and, what was the reason for the outcome of each

trial?_____

_____

8. Have you filed an appeal? ____(Yes) ____(No) If Yes, describe the status of your appeal:

_____

_____

9. Have you pursued a Habeas Corpus or Post Conviction Petition on the State level?

(Yes)_____ (No) _____ If "Yes" describe current status: _____

_____

_____

10. Have you pursued a Habeas Corpus on the Federal level? _____ (Yes) _____ (No)

If "Yes" describe current status:_____

_____

11. Are you currently represented by counsel? If so, please provide the Name, Address and Phone Number of your current counsel:_____

_____

12. If you are no longer represented by counsel, please provide the Name, Address and Telephone Number of your last attorney, and describe what your last attorney helped you with (Trial, Appeal, etc.)_____

_____

_____

13. List the issues that were raised in your appeal, and give the <u>date</u> of the <u>final decision</u> from the appeals court:_____

_____

_____

_____

_____

_____

_____

_____Date of decision: _____

PART II.   INSTRUCTIONS: Please answer, as fully as you can, all of the questions that apply to your case. The more information we have, the better we can assess your case.

14. Briefly Describe the Prosecution's Theory of Your Case at Trial: _____

_____

_____

_____

2

_____

15. Briefly Describe the Defense's Theory of Your Case at Trial: _____ _____ _____

_____

16. Please summarize the facts of your case. *What was the crime?  What happened?  What was your involvement in the crime?*  Explain why you are <u>Innocent</u> and why you believe you were wrongly convicted.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## PART III.   THE FACTS OF YOUR ARREST

1.  Did the police interview you before or after you were arrested?  (Yes) _____  (No)_____

   If Yes, How many times and how long were you interviewed? _____

   _____

2.  When was the first time you spoke with your attorney? _____

3.  Did you give a recorded statement/Confession? (Yes) _____(No) _____(Video)_____ (Audio) _____

4.  Was it a written statement?  (Yes) _____  (No) _____

5.  If Yes, did you sign it?  (Yes) _____  (No) _____

6.  Explain why you gave a statement, and briefly describe what you told the police? _____

   _____

   _____

   _____

   _____

4

7.  Name(s) of victim(s): _____

8.  Did any alleged victim(s) identify you? Yes _____ No _____ If Yes, who, when and where?

*(Example: At the scene of the crime, line up, in court, etc.)* _____

9.  Did you know the victim(s)? If yes, how?_____

_____

10.  Did anyone else identify you? _____ _____

11.  Were others charged in connection with this crime? Yes _____ No _____

Name(s): _____ same trial _____ separate trial _____ "took a deal" _____

Name(s): _____ same trial _____ separate trial _____ "took a deal" _____

12.  How did you become a suspect? _____ ____ _____

_____

_____

13.  Why do you think the "victim(s)" made complaints against you? ___ _____

_____

_____

14.  Do you have an alibi that proves you could not have committed the crime you were convicted

of? (Yes) _____ (No) _____ If Yes, what is it? __ _____ _____

_____

_____

15. Do you have some way to prove the alibi? (Yes) _____ (No) _____ If Yes, how? _____

_____

_____

16.  Is your case one of mistaken identity? _____

17.  Did you tell your attorney you were innocent? _____

18.  Did you refuse to accept a plea agreement? (Yes) _____ (No) _____

If Yes, what was the agreement you refused to accept?  Why? _____

_____

19.  If you accepted the Plea Agreement, what did your attorney say to you to make you decide that

a plea was in your best interest? _____ _____ _____

PART IV.    PHYSICAL AND /OR BIOLOGICAL EVIDENCE.

*INSTRUCTIONS: Please answer, as fully as you can, all of the questions that apply to evidence:*

1.   Was any <u>physical</u> evidence recovered during the investigation of your case? (Yes) ____(No)____

What evidence was recovered?   _____

_____

_____

2.   Was any <u>biological</u> evidence recovered during the investigation of your case? (Yes) ___(No)___

*(For example: hair, blood, vaginal swabs, anal swabs, or saliva)* (Yes) ____(No) _____ If "Yes" what

samples were obtained? _____

3.   Was any testing done on the evidence? (Yes) _____(No) _____   What kind of testing was done?

*(For example, blood group typing [A,B,O], hair or fiber comparisons, DNA testing (RFLP, PCR], etc)*

_____

4.   Who arranged to have the testing done?   Prosecution _____   Defense _____

5.   Do you have a report of the test results?  (Yes) _____  (No) _____  If yes, please send us a copy.

If no, what were the results? _____

6.   What evidence was introduced at trial?   _____

_____

_____

7.   Were the results of the tests used at trial?  (Yes) _____ (No) _____ If not, why not?  _____

_____

_____

8.   Who actually <u>did</u> the test? (Name, address, telephone) _____

_____

_____

_____

9.   Was a second test done?  (Yes) _____   (No) _____

10.  Who arranged to have the second test done?   Prosecution _____  Defense _____

11.  Was testing done on <u>all</u> of the physical/biological evidence recovered during the investigation

of your case? (Yes) _____ (No) _____  If <u>NO</u>, what was <u>not</u> tested? _____

12.   Were the results of the tests used on <u>appeal</u> or on <u>post-conviction</u>?   (Yes) _____ (No) _____

13.   Was a 'Motion To Preserve Evidence' filed by your attorney?   (Yes) _____ (No) _____

14.   Is the evidence still available?   (Yes) _____ (No) _____

15.   What is the location of the evidence? _____

PART V.   THE FACTS OF YOUR TRIAL

1.   Did you testify? (Yes) _____ (No) _____ If no, why didn't you testify? _____
_____
_____

2.   Did any of the alleged victim(s) testify? (Yes) _____ (No) _____ If Yes, list their names, present whereabouts (if known) and any information that might help us locate them: _____
_____
_____

3.   What kind of Expert(s) testified for the Prosecution? (Include names, addresses & phone numbers if known) _____
_____
_____

4.   What kind of Expert(s) testified for the Defense? (Include names, addresses & phone numbers if known) _____

5.   Who else testified at your trial?   Prosecution: _____
_____
_____

Defense: _____
_____
_____

6.   Did any police informants or snitches testify against you at your trial? _____

7.   Did any informant or snitch claim to have learned any information from you about your case <u>before</u> or <u>after</u> your arrest? _____

8.   Did anybody testify against you in exchange for a promise of leniency in their own case? _____
_____

9. Please briefly describe the makeup of your jury: What was the predominant race & gender of the jury? How long did they deliberate? Other facts we should know about your jury? _____

_____

_____

_____

_____

_____

## PART VI.    CASE MATERIALS

*(Check those documents you can make available to us. Please do NOT send anything until we specifically request it.)*

1.  Hearing Transcript(s)                    _____

2.  Trial Transcript(s)                       _____

3.  Police report(s)                          _____

4.  Laboratory report(s)                      _____

5.  Appellate Briefs:

       Appellant (defense)                    _____

       Respondent (prosecution)               _____

6.  Secondary Appellate Briefs:

       Appellant (defense)                    _____

       Respondent (prosecution)               _____

7.  Post-Conviction Briefs:
       Appellant (defense)                    _____

       Respondent (prosecution)               _____

## PART VII   CHILD SEXUAL ABUSE CASES

1.  How many children accused you of sexually abusing them?_____

2.  For each child, list the age at time of alleged abuse, gender, and your relationship to each child:

Child 1 : _____

Child 2 : _____

3.  How old are the children now? _____

8

4.  Who did the children tell about the abuse? _____

5.  Were the children's first complaints against you taped?  (Yes) _____  (No) _____

6.  Were the tapes used during your trial? (Yes) _____ (No) _____ If not, why not? _____

_____

7.  Why do you think the children made complaints about you? _____

_____

_____

_____

_____

8.  Was the Department of Social Services (DSS) involved?  (Yes) _____  ( No) _____

9.  Did your attorney interview the children before your trial?  (Yes) _____  ( No) _____

10. Did any of the children testify against you? (Yes) _____  ( No) _____

11. What did they say? _____

_____

_____

_____

_____

12. Were the medical reports used at trial?  (Yes) _____  ( No) _____

13. Did either the prosecution or the defense use the children's psychological reports at trial?

(Yes) _____  ( No) _____  If the results were NOT used, why not? ____ _____ _____

_____

14. Have the children accused other people, were those people convicted? _____

15. Have any of the children recanted their statements?  (Yes) _____  ( No) _____

PART VIII.  ABOUT YOU

1.  Please provide the names, addresses and phone numbers of family and friends who have
information regarding your case? _____

_____

_____

_____

2     Summarize any <u>new evidence</u> that exists in your case that would lead to proof of <u>innocence.</u>

*"New evidence" can include, among other things, newly found evidence, a key witness who has recently recanted his/her testimony, or even evidence in existence at the time of your trial that can now be subjected to new scientific testing or analysis for results not available at your trial.*

_____

_____

_____

_____

_____

_____

_____

_____

IMPORTANT:  READ BEFORE SIGNING

By signing below, I authorize the Foundation For Innocence to assign one or more Paralegals, forensic analysts, investigators and attorneys to investigate my case. This includes, but is not limited to, authorizing correspondence and/or telephone calls to prior counsel, prosecutors, or witnesses.

I authorize any and all entities and persons, including my former attorney(s), investigator(s), and appellate programs who worked on my case, to release to the Foundation For Innocence or to its staff or representatives, any and all records, files, reports, and information of any kind related to me or to any criminal case involving me, including police reports, witness statements, post-conviction pleadings, and correctional records, pre-sentencing reports and other documents in prison social services and legal files, legal papers, court documents, medical records, laboratory analyses, probation reports, attorney files and records, and any other information necessary to the Program's work on my behalf.

I fully understand that there may be statutes, rules, and regulations that protect the confidentiality of some of the records, files, reports and information covered by this release; it is my specific intent to waive the protection of all such statutes, rules and regulations so that confidential information can be shared with the Foundation for Innocence.

By my signature below, I represent that this waiver is voluntary and given without any reservation. This authorization is effective until revoked by the undersigned in writing.

Signature: _____  _____  Date: _____

NOTE:  Please return this form within 30 days, with the required <u>$25.00</u> review fee. (Money Order and/or Check) should be made out to Express Legal Services L.L.C.
*PLEASE DO <u>NOT</u> SEND TRANSCRIPTS OR OTHER DOCUMENTS <u>UNTIL REQUESTED</u>*

# FOUNDATION FOR INNOCENCE

Express Legal Services, L.L.C.
1050 Bishop Street, #508
Honolulu, Hawaii. 96813
Ph/Fax (808) 247-0780
Email: innocencehawaii2002@yahoo.com

## CONSENT FOR RELEASE OF INFORMATION

I, _____, hereby authorize any and all entities and

persons, including my former attorney(s) _____

_____

_____

_____

to release to Foundation For Innocence / Express Legal Services, or to its staff, any and all

records, files, reports, and information of any kind related to me or to any criminal case

involving me.

I fully understand that there may be statutes, rules, and regulations that protect the

confidentiality of some of the records, files, reports and information covered by this release;

it is my specific intent to waive the protection of all such statutes, rules and regulations. By

my signature below, I represent that this waiver is voluntary and given without any

reservation.

Signed this _____ day of _____, 2005.

_____
Signature

11

FORM #584

**GRIEVANCE FORM**

FACILITY: _S.C.C._   DATE: _April 5, 2006_

GRIEVANT'S NAME: _Sevear/ L. Bacon_   SBI#: _221242_

CASE#: _____   TIME OF INCIDENT: _9:35 pm_

HOUSING UNIT: _22-B-U-2_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

_On 4-4-06 I recieved "Openned Legal/Mail". This Mail was opened without me as a witness to the openning of this Document from Legal "Services L.C.C., Hawaii._

_Movant dosen't know if there is Important Documents missing at such a "critical" moment, Movant is in Appeal Stages of a 38 year sentence._

_My Constitutional Rights have been Violated for the past 3 1/2 years on a "consistent Basis"._

ACTION REQUESTED BY GRIEVANT: _An Investigation needs to be given As Ap so that Movant can find out who's responsible for these Impairments._

GRIEVANT'S SIGNATURE: _____   DATE: _April 5, 2006_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

## Certificate of Service

I, _DEVEARL L. BACON_, hereby certify that I have served a true
and correct cop(ies) of the attached: _Exhibit's_

_____ upon the following

parties/person (s):

TO: _Ms. Elizen Kelly_
_Deputy Attorney Gen._
_820 N. French St._
_Wilmington, Del_
_19801_

TO: _____
_____
_____
_____
_____

TO: _____
_____
_____
_____
_____

TO: _____
_____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this ____ day of _____, 2006