IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
Plaintiff )
)
v. ) Case No. 05-714-JJF
)
Warden Carroll, etc., )
Defendants. )
)

FILED
APR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

MOTION TO AMEND, JOINDER
OF PERSONS

COME NOW, Plaintiff Devearl L. Bacon in pursuant to Fed. Civ., P. Rule's 15(A),(B); Fed. Civ., P. Rule 19(A). Plaintiff seeks to Amend and Joinder of Defendant's from each of their continued, deliberate, impairments, preventions, Right to Access, and Freedom of Speech. There is a "Conspiracy" and Acts of Retaliations in which Plaintiff is suffering from.

In support of thee above Plaintiff asserts the following:

(1)

(1) On about the week of January 17, 2006 Plaintiff filed Civil Suit in The Superior Court (New Castle County) of Delaware Exhibit A.

(2) Plaintiff not recieving a Case Number or asigned Judge to Civil Suit after 60 days began to ask questions to D.C.C. MHU Law Librarians Ms. Maria Lyons and Mr. Timothy Martin as to why this has not happen. Plaintiff mailed 13 copy's of Civil Suit to Superior Court from MHU Law Library.

(3) On March 20, 2006 Plaintiff filed for Prothonotary Request Form, this form was sent directly to Ms. Sharon S. Agnew (Respectfully). (See Exh. B)

(4) In the Week of April 10, 2006 Plaintiff asked Ms. Maria Lyons of MHU Law Library if she could help Plaintiff "locate" the whereabouts of "Costly" Civil Suit Package. Ms. Lyons (Respectfully) stated "she would help."

⑤ On April 20, 2006 Ms. Lyons investigated and sent E-mail's to the Prothonotary Office an nobody seems to know were Plaintiff's Civil Suit is.

⑥ Plaintiff never recieved no information from Prothonotary after filen for requested Information form.

WHEREFORE, Plaintiff's prays this Court Amend and Joinder Ms. Sharon D. Agnew as Defendant. Plaintiff also seeks any help or Interpretation as to Investigations of Plaintiff denied Access and Freedom of Speech. Plaintiff "Life Line To The Court's" is being Cut-off.

Deveari L. Bacon
D.C.C.
1181 Paddock Rd
Smyrna, Del. 19977

## Certificate of Service

I, Deverell L Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Motion To Amend + Joinder upon the following parties/person (s):

TO: Ms. Elieen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 21 day of April, 2006





Clerk of Court
US District Court
844 N. King St.
Wilmington, Del. 19801

IM Deverel L. Bacon
SBI# 221242 UNIT 22-B-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977