SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Deverrl L. Bacon
      Petitioner,

vs.

Warden Carroll; etc.

      Respondent.

PETITION FOR WRIT OF
MANDAMUS (60 days Show Cause)

GREETINGS:

    COMES NOW THE PETITIONER, above-named, to move this Honorable Court for relief from oppressive action by the above-named Respondent, action that has deprived this Petitioner of fundamental Constitutional Rights and which were in direct violation of recent Supreme Court Rulings, which will hereinafter be more fully shown.

JURISDICTION

    JURISDICTION IS VESTED IN THIS COURT BY VIRTUE OF 28 U.S.C., Sections 1343; 1361; 1391(e); 1651; 1654 2201; 2241; 2243. 42 U.S.C. Sections 1983 and 1985. Rule 8(a)(1), 3. Super.Ct. Civ. R. 4, 29 Del. C. 10143; 10 Del. C. 564

ARGUMENT

    A plaintiff is never required to exhaust administrative remedies when to do so would be obviously futile. This is especially true in Civil Rights cases where the Congressional Policy of providing a federal form for vindication of constitutional rights is particularly strong. ...

    A person does not lose all of his constitutional rights upon entering prison. Betha v. Crouse, 417 F.2d 504 (C.A. Id. 1969), and this is especially true of his rights under the First Amendment. See Dennis v. United States, 341 U.S. 494 (1951), wherein the court said:

> "...(in the area of the First Amendment freedoms)...we have pointed out that stringent standards are to be applied to the governmental restrictions...and rigid scrutiny must be brought to bear on the justification for encroachment on such rights."

In accordance with 28 U.S.C., Section 1746(2), I declare under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this ____19____ day of _September_, 2005.

INMATE,
Petitioner Pro Se

Note: (The above and foregoing Writ of Mandamus was prepared in pro per by inmate, _Jeremy Pxron_).

AFFIDAVIT IN SUPPORT OF APPLICATION TO
PROCEED *IN FORMA PAUPERIS*\*

I, _Severl L. Bacon_ , being first duly sworn, depose and
say that I am the _Plaintiff_ in the above-captioned case; in support of my motion
to proceed without paying Court fees and costs, or give security therefore, state:

My date of birth is: _11-27-69_

My current address is: _1181 Paddock Rd. S.C.C._
_Prison, Smyrna, Del. 19977_

Because of my financial situation, I am unable to pay the costs of this proceeding or give
security therefore. In support of that statement, I supply the following information:

1. Nature of claim or defense is:

    _Personal Injury, Malpractice, Deliberate_
    _Indifference._

2. Presently employed?          Yes _____          No _✓_

3. If *Yes*, state:

    (a) Name and address of employer:

    (b) How often paid:

    (c) Take home pay per pay period:

\* All requests for information must be supplied, if possible. Failure to supply information may result
in denial of your motion to proceed *in forma pauperis*.

4. If *No*, state:

(a) Name and address of last employer:

*Young Lumber Yard - Port of Wilmington*

(b) Date of last employment:

*June, 2000*

5. State whether you have received any income (dividends, rent, savings interest, etc.), gifts, such as stocks, bonds or cash, from any source in the last twelve months.

Yes _____    No ___✓___

6. If *Yes*, state:

(a) Amount of income or gift, or its value:

(b) When received:

(c) From whom or what received:

(d) Whether regular or one time:

7. List all property owned, whether held in your name alone or jointly with anyone else:

(a) Real estate:

*N/A*

(b) Personal property (stocks, bonds, bank accounts, vehicles):

*N/A*

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(c) Name and address of and relationship to any joint owner, designating which

property is jointly owned and name of joint owner:

*N/A*

8.  If you have a spouse, state:

(a) Amount of any income received:

(b) Source  *N/A*

(c) Frequency income is received:

9.  If a prisoner, attach Department of Correction certified statement of your inmate

account.  The summary of your inmate account shall contain all account activity for the 6-month

period immediately preceding the filing of the complaint, or for the entire time you have been

incarcerated, whichever time is less.

10. If a prisoner, provide the following requested information.

(a) At any time while incarcerated or detained at any facility, have you previously

brought an action or an appeal in a federal court or in any court of this State?

*YES*

(b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s)

or appeal number(s) for each case.   ① *Post-Conviction # 0006017660*

② *Fed. 1983 Suit # 05-451-JJF*

* All requests for information must be supplied, if possible.  Failure to supply information may
result in denial of your motion to proceed *in forma pauperis*.

(c) If the answer to (a) above was yes, state the outcome of each action or appeal.

*Post-Conviction Appeal: IN Supreme Court (3x)*

*Fed. Civil Suit: Summary Judgement Stage*

11. If you are a prisoner and your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies available through the institutional grievance procedure. If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

If this condition applies to you, state whether you have exhausted all administrative remedies. *① Plaintiff NEVER RECIEVED Appeal Form, ② PRISON didn't have GRIEVANCE BOARD (See Exhibit F.), ③ This is A Violation of Due Process Rights, ④ To do so "would be futile".*

If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process. *See Exhibit E & F, at Ladder dates Prison stated "didn't RECIEVE Appeal".*

12. If not listed above, state:

(a) Amount of any cash held (whether or not in a bank)

*N/A*

(b) Bank accounts, listing bank, account number(s) and current balance(s).

*N/A*

13. Itemize debts and regular monthly expenses:

*N/A*

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis.*

14. List names and addresses of any dependents:

NONE

I, _SEVEARL L BACON_, swear or affirm that the above

information is true and correct and is made under penalty of perjury.

DATED: _December 21, 2005_

      I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this _22nd_ day of _December_, _2005_.

_Timothy I. Marts_
Title Notary Public

My Commission expires: June 14th 200,

Revised 7.17.03

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

## Certificate of Service

I, _Devearl C. Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _Suit & Exhibit_

_____ upon the following

parties/person (s):

TO: _Jane Brady_
_Attorney General_
_820 N. French St._
_Wilmington, Del._
_19801_

TO: _Deputy Warden McGuigan_
_Webb Connections_
_Green Bank Rd_
_Wilmington, Del_
_19808_

TO: _Warden Carroll_
_D.C.C._
_Prison_
_Smyrna, Del. 19977_

TO: _Joe Hudson_
_D.C.C._
_Prison_
_Smyrna, Del. 19977_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _____ day of _____, 2005

_____

## Certificate of Service

I, _____, hereby certify that I have served a true

and correct cop(ies) of the attached: _____

_____ upon the following

parties/person (s):

TO: Lt. CARROTHERS
D.C.C.
PRISON
Smyrna, Del. 19977

TO: Lt. BOONE
D.C.C.
PRISON
Smyrna, Del. 19977

TO: Lt. LEGATES
D.C.C.
PRISON
Smyrna, Del. 19977

TO: Lt. Profaci
D.C.C.
PRISON
Smyrna, Del. 19977

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _____ day of _____, 2005

_____

CERTIFICATE OF SERVICE

I, _____, hereby certify that I have

served a true and correct cop(ies) of the attached: _____

_____ upon the

following parties/person(s):

TO: 4. FORBES
S.C.C.
Liison
Smyrna, Del. 19977

TO: C.M.S.
10 CORPORATE CIRCLE
New Castle, Del. 19720

TO: Sgt. SNEAD
S.C.C.
Liison
SmyRNA, Del. 19977

TO: Dr. TAMMY KASTRE
(F.C.M.)
1575 McKEE Rd, Suite 2.
Dover, Del. 19904

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the
United States Mail at the Delaware Correctional Center, Smyrna, DE
19977, f

On this ___ day of __Sep__, 200_5_.

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

PRAECIPE

Deverrl L. Bacon
Plaintiff

vs.

Warden Carroll

Defendant

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

Please issue _Summons_____

_____

Plaintiff _____

Address _S.C.C. Prison_____

Smyrna, Del. 19977

Phone _____

TO:    Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _NEW CASTLE_ COUNTY

| | |
|---|---|
| _Seveari L. Bacon_ <br><br> Plaintiff, <br><br> v. <br><br> _Warden Carroll_ <br><br> Defendant. | ) C.A. No. <br> ) <br> ) <br> ) <br> ) <br> ) SUMMONS <br> ) <br> ) <br> ) <br> ) |

THE STATE OF DELAWARE,

TO THE SHERIFF OF    COUNTY:

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon    , plaintiff's attorney, whose address is _J.C.C._, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

_SHARON AGNEW_
_Prothonotary_

_____
_Per Deputy_

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

_SHARON AGNEW_
_Prothonotary_

_____
_Per Deputy_

Rev:02/2002

STATE OF DELAWARE

IN AND FOR _NEW CASTLE_ COUNTY

Deverr L. Bacon
Plaintiff
v.
Warden Carroll

SUBPOENA IN A CIVIL CASE

Civil Action No.:

TO:  Warden Carroll
     D.C.C.
     1181 Paddock Road
     Smyrna, Del 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Deverell L. Bacon
Plaintiff

PRAECIPE

)
)
)
)
)
)

vs.                     )     Civil Action No.

Deputy Warden McGuigan )
)
Defendant            )
)
)
)

Please issue ___Summons_____

_____
Plaintiff

Address ___S.C.C. Prison_____

___Smyrna, Del. 19977_____

Phone _____

TO:     Prothonotary

SUMMONS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
### IN AND FOR _NEW CASTLE_ COUNTY

JEVEARL L. BACON
                Plaintiff,

v.

Deputy Warden McGuigan
                Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,

TO THE SHERIFF OF     COUNTY:

YOU ARE COMMANDED:

     To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon    , plaintiff's attorney, whose address is _WEBB_ , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

     To serve upon defendant a copy hereof and of the complaint.

Dated:

                                **_SHARON AGNEW_**
                                _Prothonotary_

                                _____
                                  _Per Deputy_

TO THE ABOVE NAMED DEFENDANT:

     In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

                                  **_SHARON AGNEW_**
                                  _Prothonotary_

                                  _____
                                  _Per Deputy_

_Rev:02/2002_

IN AND FOR _New Castle_ COUNTY

Seveanl L Bacon

Plaintiff

v. Deputy Warden McGuigan

Defendant

SUBPOENA IN A CIVIL CASE

Civil Action No.:

TO: Deputy Warden McGuigan        Webb Corrections
    D.C.C. Paddock Rd             Greenbank Rd.
    1181 Paddock Rd     *OR*      Wilmington, Del. 19808
    Smyrna, Del. 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER |
|---|
| |

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Several L Bacon
Plaintiff

PRAECIPE

vs.

Joe Hudson
Defendant

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

Please issue   Summons

Plaintiff

Address   D.C.C. Prison

Smyrna, Del. 19977

Phone

TO:   Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _NEW CASTLE_ COUNTY

SEVERN L. BACON

Plaintiff,

v.

JOE Hudson

Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,

TO THE SHERIFF OF    COUNTY:

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon        , plaintiff's attorney, whose address is _J.C.C._, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

_SHARON AGNEW_
Prothonotary

_____
Per Deputy

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

_SHARON AGNEW_
Prothonotary

_____
Per Deputy

Rev:02/2002

IN AND FOR _NEW CASTLE_ COUNTY

Deveari L. Bacon
Plaintiff

SUBPOENA IN A CIVIL CASE

Joe Hudson
Defendant

Civil Action No.:

TO: Joe Hudson
D.C.-Paddock Rd.
1181 Paddock Rd.
Smyrna, Del - 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

PRAECIPE

Devearl L. Bacon
Plaintiff

vs.                                          )          Civil Action No.

Lt. Carrothers
Defendant

Please issue ___Summons___

_____
Plaintiff
Address  A.C.C. Prison
Smyrna, Del. 19977
Phone _____

TO:   Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

*Several L. Bacon*

                     v.

*Lt. Carrothers*

              Plaintiff,

              Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

     To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon     , plaintiff's attorney, whose address is *J.C. C.*, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

     To serve upon defendant a copy hereof and of the complaint.

Dated:

                            *SHARON AGNEW*
                            *Prothonotary*

                            *Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

     In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

                            *SHARON AGNEW*
                            *Prothonotary*

                              *Per Deputy*

*Rev:02/2002*

IN AND FOR _NEW CASTLE_ COUNTY

DEVEARL L. BACON
PLAINTIFF

SUBPOENA IN A CIVIL CASE

Lt CARROTHERS
DEFENDANT

Civil Action No.:

TO: Lt. CARROTHERS
D.C.C. Paddock Rd.
SMYRNA, DEL. 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Devearl L. Bacon
Plaintiff

vs.

Lt. Legates
Defendant

PRAECIPE

)
)
)
)
)        Civil Action No.
)
)
)
)
)
)
)
)

Please issue _Summons_____

_____
Plaintiff
Address _S.C.C. Prison_____
_Smyrna, Del - 19977_
Phone _____

TO:    Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _NEW CASTLE_ COUNTY

DEVEARL L. BACON

                                                    ) C.A. No.
                                                    )
                                                    )
                        Plaintiff,                  )
                                                    )
            v.                                      ) SUMMONS
                                                    )
                                                    )
Ct. LEGATES                                         )
                                                    )
                        Defendant.                  )

THE STATE OF DELAWARE,

TO THE SHERIFF OF    COUNTY:

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon        , plaintiff's attorney, whose address is _J.C.C._, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

                                    _SHARON AGNEW_
                                    *Prothonotary*


                                    _____

                                    *Per Deputy*


TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

                                    _SHARON AGNEW_
                                    *Prothonotary*


                                    _____

                                    *Per Deputy*

                                                        *Rev:02/2002*

THE STATE OF DELAWARE

IN AND FOR _NEW CASTLE_ COUNTY

Devearl L. Bacon
Plaintiff

Lt. Legates v.
Defendant

SUBPOENA IN A CIVIL CASE

Civil Action No.:

TO: Lt Legates
J.C.C
1181 Paddock Rd.
Smyrna, Del. 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  |  |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Deveral L. Bacon
Plaintiff

vs.

Lt. Boone
Defendant

PRAECIPE

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

Please issue _Summons_____

Plaintiff

Address _D.C.C. Prison_
_Smyrna, Del._

Phone _____

TO:    Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

DEVEARL L. BACON

                                        Plaintiff,

v.

Lt. BOONE

                                        Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,
TO THE SHERIFF OF     COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon          , plaintiff's attorney, whose address is *D.C.C.*, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

                                        *SHARON AGNEW*
                                        Prothonotary

                                        _____
                                        *Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

                                        *SHARON AGNEW*
                                        Prothonotary

                                        _____
                                        *Per Deputy*

                                        *Rev:02/2002*

IN AND FOR _NEW CASTLE_ COUNTY

_Devearl L Bacon_
_Plaintiff_

## SUBPOENA IN A CIVIL CASE

_Lt Boone_
_Defendant_

Civil Action No.:

TO: _Lt. Boone_
_D.C.C_
_1181 Paddock Rd_
_Smyrna, Del 19977_

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Devearl L Bacon                    PRAECIPE
Plaintiff

        vs.                    )                    Civil Action No.

Lt. Profaci
Defendant

Please issue _Summons_____

Plaintiff
Address _D.C.C. Prison__
_Smyrna, Del._____
Phone _____

TO:    Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _NEW CASTLE_ COUNTY

SEVEARL L. BACON

Plaintiff,

v.

Lt. PROFACI

Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon        , plaintiff's attorney, whose address is _J.C.C._, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

**_SHARON AGNEW_**
*Prothonotary*

_____

*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

**_SHARON AGNEW_**
*Prothonotary*

_____

*Per Deputy*

*Rev:02/2002*

~~OF THE STATE OF DELAWARE~~

IN AND FOR _NEW CASTLE_ COUNTY

_Devearl L. Bacon_
_Plaintiff_

## SUBPOENA IN A CIVIL CASE

_Lt. Profaci_
_Defendant_                            Civil Action No.:

TO: _Lt. Profaci_
_D.C.C_
_1181 Paddock Rd_
_Smyrna, Del_

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  |  |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Devearl C Bacon

Plaintiff

PRAECIPE

)
)
)
)

vs.

)    Civil Action No.
)

Lt. Forbes

Defendant

)
)
)
)
)
)
)

Please issue  Summons

Plaintiff

Address  D.C.C. Prison

Smyrna, Del. 19977

Phone

TO:    Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

*Deveari L. Bacon*

                      Plaintiff,

v.

*Lt. Forbes*

                      Defendant.

)  C.A. No.
)
)
)
)
)  SUMMONS
)
)
)
)

THE STATE OF DELAWARE,

TO THE SHERIFF OF     COUNTY:

YOU ARE COMMANDED:

    To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon     , plaintiff's attorney, whose address is *J.C.C.* , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

    To serve upon defendant a copy hereof and of the complaint.

Dated:

                                *SHARON AGNEW*
                                *Prothonotary*

                                *Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

                                *SHARON AGNEW*
                                *Prothonotary*

                                *Per Deputy*

                                  *Rev:02/2002*

~~PART OF THE STATE OF DELAWARE~~

IN AND FOR *NEW CASTLE* COUNTY

*Deverall L. Bacon*
*Plaintiff*
v.
*Lt. Forbes*
*Defendant*

SUBPOENA IN A CIVIL CASE

Civil Action No.:

TO: *Lt. Forbes*
*D.C.C.*
*1181 Paddock Rd*
*Smyrna, Del- 19977*

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30 (b) (6).*

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER | | |
|---|---|---|
| | | |
| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE | |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Devearl L. Bacon
Plaintiff

PRAECIPE

)
)
)
)
)
)                    Civil Action No.
)
)
)
)
)
)

vs.

Sgt. Snead
Defendant

Please issue _Summons_____

_____
Plaintiff
Address _S.C.C. Prison_____
Smyrna, Del._____
Phone_____

TO:    Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _NEW CASTLE_ COUNTY

DEVEARL L. BACON

                          Plaintiff,

           v.

Sgt. Snead

                          Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,

TO THE SHERIFF OF    COUNTY:

YOU ARE COMMANDED:

    To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon    , plaintiff's attorney, whose address is    , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

    To serve upon defendant a copy hereof and of the complaint.

Dated:

                                 *SHARON AGNEW*
                                 *Prothonotary*

                               *Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

                                 *SHARON AGNEW*
                                 *Prothonotary*

                               *Per Deputy*

*Rev:02/2002*

~~THE STATE OF DELAWARE~~

IN AND FOR _NEW CASTLE_ COUNTY

_Deveall L. Bacon_
_Plaintiff_

v.

_Sgt. Snead_
_Defendant_

SUBPOENA IN A CIVIL CASE

Civil Action No.:

TO: _Sgt. Snead_
_D.C.C._
_1181 Paddock Rd._
_Smyrna, Del-19977_

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  |  |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Deverr L. Bacon                    PRAECIPE
Plaintiff
                                   )
                                   )
                                   )
                                   )
        vs.                        )       Civil Action No.
                                   )
Correctional Medical Service       )
        (C. M.S.)                  )
                                   )
Defendant                          )
                                   )
                                   )

Please issue _____Summons_____

                                   Plaintiff
                                   Address D.C.C. Prison
                                   Smyrna, Del 17977
                                   Phone_____

TO:    Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

*DEVEARL L. BACON*

Plaintiff,

v.

*CORRECTIONAL MEDICAL SERVICE (C.M.S.)* Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,

TO THE SHERIFF OF    COUNTY:

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon      , plaintiff's attorney, whose address is      , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

*SHARON AGNEW*
*Prothonotary*

_____

*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

*SHARON AGNEW*
*Prothonotary*

_____

*Per Deputy*

*Rev:02/2002*

~~IN AND FOR~~ OF THE STATE OF DELAWARE

IN AND FOR *NEW CASTLE* COUNTY

*SEVEARL L. BACON*
*Plaintiff*

*C. M.* v. *S.*

SUBPOENA IN A CIVIL CASE

Civil Action No.:

TO:  *C. M. S.*
*10 Corporate Circle*
*New Castle, Del 19720*

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30 (b) (6).*

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER | | |
|---|---|---|

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Deverr( L Bacon
Plaintiff

PRAECIPE

)
)
)
)
)
)
)
)
)
)
)
)

vs.

Civil Action No.

Dr. Tammy Kastre
First Correctional Medical
( F.C.m.)
Defendant

Please issue Summons

Plaintiff

Address S.C.C. Prison
Smyrna, Del. 19977

Phone _____

TO:    Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

) C.A. No.
)
*Devearl L. Bacon* )
                              Plaintiff, )
)
v. )
) SUMMONS
*Dr. Tammy Kastre* )
*First Correctional Medical (F.C.M.)* )
                              Defendant. )

THE STATE OF DELAWARE,

TO THE SHERIFF OF     COUNTY:

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon     , plaintiff's attorney, whose address is     , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

*SHARON AGNEW*
*Prothonotary*

_____

*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

*SHARON AGNEW*
*Prothonotary*

_____

*Per Deputy*

Rev:02/2002

IN AND FOR *NEW CASTLE* _____ COUNTY

Devear/ L. Bacon
Plaintiff

v.

Dr. Tammy Kastre (F.C.M)
Defendant

**SUBPOENA IN A CIVIL CASE**

Civil Action No.:

TO: Dr. Tammy Kastre (F.C.M)
1575 McKee Rd, Suite 201
Dover, Del, 19904

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30 (b) (6).*

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)                    DATE

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
### MEMORANDUM

TO: _Deveail Bacon_ SBI#: _251242_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _January 12, 2006_

---

Attached are copies of your inmate account statement for the months of _July 1, 2005_ to _December 31, 2005_

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| July | 0 |
| Aug | 6.74 |
| Sept | 6.41 |
| Oct | 2.16 |
| Nov | 16.10 |
| Dec | 19.31 |

Average daily balances/6 months: _8.47_

Attachments
CC: File

_Stacy Shane_
1/12/06

_Mike Lul_
NOTARY public
1/13/06

# Individual Statement

## For Month of July 2005

Date Printed: 1/12/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00221242 | BACON | Devear | | | | |
| Current Location: | 22 | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 132860 | | DST/POSTAGE | |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 134201 | | DST/POSTAGE | |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 134202 | | DST/POSTAGE | |
| Medical | 7/28/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | 137334 | | 7/25/05 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($0.51)

Date Printed: 1/12/2006

# Individual Statement
## For Month of August 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00221242 | BACON | Devear | | | | |

Current Location: 22    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($1.06) | $0.00 | 140559 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($5.30) | $0.00 | 140563 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 140729 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 140730 | | DST/POSTAGE | |
| Mail | 8/12/2005 | $30.00 | $0.00 | $0.00 | $30.00 | 144461 | 243773368 | | J P MEYER |
| Canteen | 8/17/2005 | ($1.58) | $0.00 | $0.00 | $28.42 | 145544 | | | |
| Pay-To | 8/17/2005 | $1.00 | $0.00 | $0.00 | $29.42 | 146103 | | STALE DATED CH#2 | |
| Pay-To | 8/18/2005 | $0.00 | $0.00 | ($0.37) | $29.42 | 146846 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($0.60) | $0.00 | $0.00 | $28.82 | 147044 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($0.60) | $0.00 | $0.00 | $28.22 | 147045 | | DST/POSTAGE | |
| Medical | 8/19/2005 | ($6.00) | $0.00 | $0.00 | $22.22 | 147162 | | 7/25/05 | |
| Pay-To | 8/19/2005 | ($0.83) | $0.00 | $0.00 | $21.39 | 147260 | | DST/POSTAGE | |
| Supplies-MailP | 8/19/2005 | ($1.91) | $0.00 | $0.00 | $19.48 | 147320 | | 5/5/4 | |
| Pay-To | 8/19/2005 | ($2.67) | $0.00 | $0.00 | $16.81 | 147322 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($2.67) | $0.00 | $0.00 | $14.14 | 147323 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($1.06) | $0.00 | $0.00 | $13.08 | 147351 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($5.30) | $0.00 | $0.00 | $7.78 | 147352 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($0.37) | $0.00 | $0.00 | $7.41 | 147368 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($3.95) | $0.00 | $0.00 | $3.46 | 147371 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($3.46) | $0.00 | ($0.49) | $0.00 | 147372 | | DST/POSTAGE | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 149844 | | POSTAGE | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 149848 | | POSTAGE | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 149849 | | POSTAGE | |

Ending Mth Balance:    $0.00

Total Amount Currently on Medical Hold:    $0.00

Total Amount Currently on Non-Medical Hold:    ($0.51)

Date Printed: 1/12/2006

# Individual Statement
## For Month of September 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |

Current Location: 22    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Legal | 9/7/2005 | $0.00 | $0.00 | ($4.00) | $0.00 | 154696 | | 8/2005 | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($4.75) | $0.00 | 156283 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 158545 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 158610 | | POSTAGE | |
| Mail | 9/19/2005 | $20.00 | $0.00 | $0.00 | $20.00 | 159381 | 4589450422 | | C. BERON |
| Canteen | 9/21/2005 | ($4.77) | $0.00 | $0.00 | $15.23 | 160036 | 4589450422 | | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($3.95) | $15.23 | 163944 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($1.75) | $15.23 | 164006 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($1.75) | $15.23 | 164007 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($1.75) | $15.23 | 164012 | | POSTAGE | |

Ending Mth Balance:    $15.23

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($0.51)

# Individual Statement
## For Month of October 2005

Date Printed: 1/12/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $15.23 |
|-----|-----------|-----------|----|--------|-----------------|--------|
| 00221242 | BACON | Devear | | | | |

Current Location: 22

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------|------|------|------|------|------|------|------|
| Legal | 10/5/2005 | $0.00 | $0.00 | ($2.00) | $15.23 | 166674 | | FILING FEE | |
| Supplies-MailP | 10/6/2005 | ($4.75) | $0.00 | $0.00 | $10.48 | 168066 | | POSTAGE | |
| Pay-To | 10/6/2005 | ($0.49) | $0.00 | $0.00 | $9.99 | 168089 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($3.95) | $0.00 | $0.00 | $6.04 | 168100 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $5.67 | 168101 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $5.30 | 168102 | | POSTAGE | |
| Legal | 10/6/2005 | ($4.00) | $0.00 | $0.00 | $1.30 | 168150 | | 8/2005 | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $0.93 | 168361 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.83) | $0.00 | $0.00 | $0.10 | 168389 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.10) | $0.00 | ($3.85) | $0.00 | 168485 | | POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($3.57) | $0.00 | 171741 | | 8/1/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($3.73) | $0.00 | 171811 | | 9/06/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($3.73) | $0.00 | 172025 | | 10/4/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.26) | $0.00 | 172086 | | 7/14/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.26) | $0.00 | 172089 | | 7/22/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.26) | $0.00 | 172095 | | 6/28/05 | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 176142 | | POSTAGE | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  ($0.51)

# Individual Statement

## For Month of November 2005

Date Printed: 1/12/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |

Current Location: 22    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 11/2/2005 | $50.00 | $0.00 | $0.00 | $50.00 | 178897 | 0837555387 | | C. BACON |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.37) | $50.00 | 180568 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.60) | $50.00 | 180569 | | POSTAGE | |
| Canteen | 11/9/2005 | ($19.74) | $0.00 | $0.00 | $30.26 | 181384 | | | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($1.29) | $30.26 | 182786 | | | |
| Supplies-MailP | 11/11/2005 | ($3.57) | $0.00 | $0.00 | $26.69 | 183210 | | 8/1/05 | |
| Supplies-MailP | 11/11/2005 | ($3.85) | $0.00 | $0.00 | $22.84 | 183212 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.75) | $0.00 | $0.00 | $21.09 | 183229 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.75) | $0.00 | $0.00 | $19.34 | 183230 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.75) | $0.00 | $0.00 | $17.59 | 183231 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($3.73) | $0.00 | $0.00 | $13.86 | 183252 | | 9/06/05 | |
| Legal | 11/11/2005 | ($2.00) | $0.00 | $0.00 | $11.86 | 183261 | | FILING FEE | |
| Supplies-MailP | 11/11/2005 | ($0.26) | $0.00 | $0.00 | $11.60 | 183374 | | 7/22/05 | |
| Supplies-MailP | 11/11/2005 | ($0.26) | $0.00 | $0.00 | $11.34 | 183371 | | 7/14/05 | |
| Supplies-MailP | 11/11/2005 | ($0.26) | $0.00 | $0.00 | $11.08 | 183378 | | 6/28/05 | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $10.71 | 183473 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($3.73) | $0.00 | $0.00 | $6.98 | 183675 | | 10/4/05 | |
| Supplies-MailP | 11/11/2005 | ($1.29) | $0.00 | $0.00 | $5.69 | 183761 | | | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $5.32 | 183847 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.60) | $0.00 | $0.00 | $4.72 | 183848 | | POSTAGE | |
| Canteen | 11/16/2005 | ($4.53) | $0.00 | $0.00 | $0.19 | 184684 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($3.57) | $0.19 | 186156 | | 11/2/05 | |
| Mail | 11/28/2005 | $20.00 | $0.00 | $0.00 | $20.19 | 188473 | 380279624 | | JP. MEYER |
| Canteen | 11/30/2005 | ($14.10) | $0.00 | $0.00 | $6.09 | 189387 | | | |

Ending Mth Balance: $6.09

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($0.51)

Date Printed: 1/12/2006

## Individual Statement

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.09 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00221242 | BACON | Devear | | | | |
| Current Location: | 22 | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Mail | 12/2/2005 | $40.00 | $0.00 | $0.00 | $46.09 | 190975 | 4743203549 | | F. M. BACON |
| Canteen | 12/7/2005 | ($20.00) | $0.00 | $0.00 | $26.09 | 192438 | | | |
| Canteen | 12/14/2005 | ($18.95) | $0.00 | $0.00 | $7.14 | 194811 | | | |
| Canteen | 12/21/2005 | ($3.49) | $0.00 | $0.00 | $3.65 | 197996 | | | |
| Mail | 12/27/2005 | $20.00 | $0.00 | $0.00 | $23.65 | 199777 | 0507585033 | | C. BACON |
| Supplies-MailP | 12/29/2005 | ($3.57) | $0.00 | $0.00 | $20.08 | 201573 | | 11/2/05 | |

Ending Mth Balance:    $20.08

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($0.51)

Exhibit A

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

## MEMORANDUM

To:     Inmate Bacon, Devear        23    Au 7

From:   Cpl. L. M. Merson, Inmate Grievance Chairperson

Date:   Monday, May 10, 2004

RE:     Grievance

The grievance submitted by you Dated: 05/04/04 is being returned to you for the following reason(s):

____    The complaint was addressed by the IGC:

____    **Security issue** (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff, and the public.

____    **Classification issues** (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the DCC Classification Office within 7 days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____    **Disciplinary issue:** Disciplinary actions cannot be grieved but must be APPEALED following the Correctional Code of Penal Discipline.

____    **Parole Board Decision:** The inmate must write a letter to the Parole Board within 30 days of the Board's decision, expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole; Carvel State Office Bldg.; 820 N. French Street, 5th Floor; Wilmington, DE 19801.

____    Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff, WRITE A LETTER to that person's supervisor; in this case, that is:

____    This is an issue/complaint that has already been grieved by you or another inmate.

____    Grievance is unacceptable because it has passed the seven-day time frame allotted to file a grievance.

____    The grievance is a **photocopy**, carbon copy, written in pencil, red ink or is illegible. Original grievance forms only and they must be written in Black or Dark Blue Ink.

____    This complaint is addressed in the housing rules for your housing unit. Refer to the Housing Rules, page ____ for clarification and/or direction.

____    Action Request is **Inappropriate** or not completed. Inmate must make an actual request; such as, **request that an investigation be conducted** (inmates are not forwarded results of investigations that involve staff conduct).

____    Documentation must be **attached to the grievance** when it is resubmitted that supports allegations/complaint; such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

__X__   **Other** :You were checked out by medical. Inmates are not entitled to copies of Department or Medical paperwork unless, permission is granted by the Warden. Write a letter to him with your request. Inmates are not entitled to pictures of DOC property. The IGC is not a court therefore, does not have the power to grant compensation for pain and suffering.

cc: inmate
Original: file    T-Hastings   HSA/fcm d 7i

Original

FORM  #584

GRIEVANCE FORM

FACILITY: D.C.C.                          DATE: 5-4-04

GRIEVANT'S NAME: DEVEARL C. BACON         SBI#: 271242

CASE#:_____                    TIME OF INCIDENT: 4:45 AM

HOUSING UNIT: 23-A-U-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On 5-1-04 I was leaving out of Building
24 "B" dining hall, I began to walk out And
slipped down on a wet spot on the floor.

When I fell I turned to set up I felt a sharp
pain in my back; A c/o told me "don't try to move"
A Lt. came And told me "stay on the floor until
Nurse get's here". Nurse put me in wheel chair
And I was taken to nurses office. Nurse Asked
me "do you fill any pain", I told her yes, Lt

ACTION REQUESTED BY GRIEVANT: See Attach Sheet.

GRIEVANT'S SIGNATURE:_____     DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?      _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

MAY 1 0 2004

Inmate Grievance Office

Lt. asked me along with Nurse "what happen", I said told I slipped landed on my back I turned left to right to get up off the floor and felt like a knife stuck me up my back, a C/O told me not to move along with a Sgt.

The Nurse wrote a report down, and ordered me something for pain., The Lt. ordered His staff members to "write a incident report".

On 5-1-04 it was learned that the wet spot on the floor was being caused by water coming from the ceiling and was a "known problem" prior to me falling., I wrote the Kitchen, Shift Commander's asking ("was w") "why wasn't this hazardous condition" address., I also asked for a investigation as to why there was no warning sign.

⑤

I wrote Internal Affairs and M.H.U.

Building shift Commander. Asking for a photo

of this Hazardous Area.


Action Requested:

① Need Photo of Hazardous Area,

② Medical Care,

③ To be compensated for my Pain and

Sufferring.

④ A copy of All Medical And Incident Report's

Deverll L. Bacon

May 4, 2004

(3)

Copy

Deverel L. Bacon
#221242
23 - A - U - 7

Internal Affairs
D.C.C.

May 2, 2004

Mr. or Ms. ;

Good-Day, On 5-1-04, building 24
dining room "B", 4:45 AM, I was leaving
out, I slipped down on a wet spot by the
first table as you enter.

On 5-1-04 dinner time I learned that
the spot of water has been a problem 3-4 daies
(or 2-3 daies) befor I fell., I learned that the
wet spot is being caused from water coming
from the ceiling.

I need the ceiling and the area where
the wet spot is photoed for ladder date, and
need a investigation report.

Deveari L. Bacon

Copy

Devearl L. Bacon
#221242
23 - A - U - 7

Shift Commander
M. H. U. Build.

May 2, 2004

Sir ;

Good-Day ., On 5-1-04 I fell on a wet spot in building 24 dining room "B". This wet spot is caused from the ceiling.

I need a photo of this problem area for ladder daies ahead.



Devearl L. Bacon

DEVEARL L. BACON

#221242

J-5 - A - 11 - 7

Kitchen Commander

D. C. C.

May 2, 2004

Sir;

Good Day., On 5-1-04 I fell down on a wet spot in dining room "B" build. 24., It has been learned that this spot is being caused by water coming from the ceiling., It has been learned that this has been a problem prior to my fall.

I need a written report or investigation as to why there was no caution sign or why there was no warning of this hazardous condition.

DeVearl L. Bacon

FORM  #584

GRIEVANCE FORM

*Copy*

FACILITY: *D. C. C.*                    DATE: *7-17-04*

GRIEVANT'S NAME: *Delvear (l. Bacon)*    SBI#: *77/242*

CASE#: _____    TIME OF INCIDENT: _____

HOUSING UNIT: *23-A-u-7*

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

*Over 60 days ago I filed grievance for slip and fall,*
*I asked the Shift Commander, Internal Afairs, and*
*Kitchen Commander, to take photo's and give me a*
*investigation on the "Hazard Area" And nothing was*
*done, Nor was my grievance heard.*

ACTION REQUESTED BY GRIEVANT: *To be paid for pain & suffering*

GRIEVANT'S SIGNATURE: _____    DATE: *July-17, 2004*

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES) _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

State of Delaware          )                    Affidavit of: Martin Roberts
                           )  SS.               Dated:
County of New Castle       )

## AFFIDAVIT

#174059

I, MARTIN ROBERTS , being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in BLDG. #24 DINING HALL B located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

ON (5-1-04) I WITNESSED DEVEARL L. BACON FALL ON THE FLOOR INSIDE BUILDING #24 DINING HALL AREA. MR. BACON WAS WALKING BEFORE ME WHEN HE SLIPPED AND FELL ON A WET SPOT ON THE FLOOR. TO THIS DATE (5-4-04) THE WET SPOT IS STILL THERE AND NO INMATE HAS BEEN WARNED BEFORE OR SINCE MR. BACON'S FALL.

Affiant: _Martin Roberts_
                    Signature

MARTIN ROBERTS
Print Name
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _10th_ day of _May_, 200_4_

My Commission Expires:

_____
Notary Public

State of Delaware     )                Affidavit of: MARK Tingle

                   )  SS.      Dated: May 4, 2004

County of New Castle )

## AFFIDAVIT

I, MARK Tingle 331-464, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in Bldg. #24 Dining Hall located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

I MARK TINGLE #331464

Did See Devearl Bacon fall inside B-dining Hall MHU Building. The time was about 4:50 a.m., the inmates were told to leave, As Mr. Bacon walked towards the last table going out the door he slipped on a wet spot caused by the ceiling. Mr. Bacon fell on his back, As he turned to get up he screamed. A C/o told him to Sit Still and Waite until the nurse gets there.

Affiant: _____
                       Signature

                  _____
                       Print Name
                Delaware Correctional Center
                1181 Paddock Rd.
                Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this 10th day of MAY, 200_

My Commission Expires: _____
                       Notary Public

State of Delaware      )
                         )  SS.     Affidavit of: _Statement_
County of New Castle  )           Dated: _1-12-05_

## AFFIDAVIT

I, _Greg DeShields_ being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in _D.C.C._ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

On 5-1-04 4:45 A.M., I witnessed Deveual Bacon fall while coming out of B. Dining hall M.H.U. Bldg. I also witnessed the water coming down from pipes onto the tables.

Affiant:   _Gregory D. Shields_
                     Signature

                     _Gregory D. Shields_  #256542
                     Print Name
                     Delaware Correctional Center
                     1181 Paddock Rd.
                     Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _14th_ day of _January_, 200_5_.

My Commission Expires: _June 14th, 2006_     _Timothy L. West_
                                         (Notary Public)