# Exhibit B

State of Delaware      )
                       ) SS.
County of New Castle   )

Affidavit of: _____
Dated: _____

## AFFIDAVIT

#174059

I, MARTIN ROBERTS, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in BLDG. #24 DINING HALL "B" located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

ON 5-7-04 DINING HALL "B" BUILDING #24 I WALKED IN AND SEEN WATER DRIPPING FROM A PIPE IN THE CEILING DOWN TO THE FLOOR. THIS AREA IS THE EXACT AREA WHERE AS DEVEARL BACON'S MISHAP OCCURRED. THERE STILL ISN'T A DANGER ZONE SIGN FOR THIS HAZARDOUS AREA.

Affiant: _Martin Roberts_ #174059
Signature

MARTIN ROBERTS #174059
Print Name
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this 11th day of May, 2004

My Commission Expires: _____

_____
Notary Public

CPT. Stevens - Loll...
CoC# 8-75-4

FORM #584

GRIEVANCE FORM

ORIGINAL

Inmate Copy

FACILITY: D.C.C.
DATE: 5-7-04
GRIEVANT'S NAME: Deveari Bacon
SBI#: 221242
CASE#: 
TIME OF INCIDENT: 4:45 pm (5-7-04)
HOUSING UNIT: 23-A-U-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I was walking in dining hall "B" Building 24, as I went to sit down at the first table I seen a lot of water on the table and on the floor; I stopped and didn't sit at the table, I looked up to the ceiling to see that the water was dripping out of a out-going "sewage" pipe. This is the same problem area to which I slipped and fell, I slipped in this area on 5-1-04, I asked to have this area cautioned and it wasn't. What was a hazardous area is now also a unsanitary. "The un-seen dangers are horrific."

ACTION REQUESTED BY GRIEVANT: For the exposure to these conditions I want to be confiscated., I also seek investigation report sent to me for my own file, I also need both of these problem areas photoed to persevere the evidence.

GRIEVANT'S SIGNATURE: [signature]
DATE: May 7, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED? ___(YES) ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____ DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
MAY 1 7 2004
Inmate Grievance Office

FORM #584

## GRIEVANCE FORM

FACILITY: D.C.C.   DATE: 6-10-04

GRIEVANT'S NAME: Deveard Bacon   SBI#: 221242

CASE#: 4407   TIME OF INCIDENT: 4:45 AM

HOUSING UNIT: 23-A-U-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I went to go eat in Building 24 "B" side dining area @ and the hazardous area I feel over a mouth ago is still there

ACTION REQUESTED BY GRIEVANT: Warn Inmates of this problem.

GRIEVANT'S SIGNATURE: [signature]   DATE: June 10, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED? ___(YES) ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
JUN 1 6 2004
Inmate Grievance Office

*Original Inmate Copy*