Exhibit C

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Devearl L. Bacon                    23-A-U-7

Name (Print)

11-27-69          521242          5-3-04

Date of Birth          SBI Number          Date Submitted / Housing Location

Complaint (What type of problem are you having)?  My left big toe
is Numb Along tingling in my foot. My
back is burning

Inmate Signature                    Maf 3 2004

Date

**The below area is for medical use only.  Please do not write any further.**

S:

_____

_____

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

_____

A:

_____

P:

_____

_____

E:

_____

_____

Provider Signature & Title                    Date & Time

3/1/99 DE01

FORM#:

MED

263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

DEVEARL L. BACON _____ 23-A-4-7
_____
Name (Print)                                     Housing Location

11-27-69 _____ 22/242 _____ 5-7-04
_____
Date of Birth           SBI Number          Date Submitted

Complaint (What type of problem are you having?) Yesterday I tried
dribbuling a basketball around for a while, about
5 min. later my back started burning and
I stopped., Can you give me something for pain.

                                        May 9, 2004
_____
Inmate Signature                              Date

The below area is for medical use only. Please do not write any further.

S:

O:    Temp:____    Pulse: ____    Resp: ____    B/P: ____    WT: ____

A:

P:

E:

_____          _____
Provider Signature & Title                      Date & Time

3/1/99 DE01
FORM#:
MED
263

*Copy*

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

_Devearl L. Bacon_                               _23 - A - U - 7_
Name (Print)                                      Housing Location

_11-27-69_          _22/24/2_               _May 17, 2004_
Date of Birth         SBI Number              Date Submitted

Complaint (What type of problem are you having)? _I recieved meds. for_
_my sprain back and n/stof., The Dr. ordered_
_these meds, I want them to be self-meds._

_____          _May 17 2004_
Inmate Signature                           Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:     Temp:_____     Pulse: _____     Resp: _____     B/P: _____     WT: _____

A:

P:

E:

_____          _____
Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263