

Exhibit D

## Delaware Department of Correction
## Health Care Services Fee Sheet

===============================================================================

Inmate Name _____  SBI # _____

(Last, First MI)

Facility _____  Date _____

    ✓  Chargeable Visit                                      $4.00
    ___  Non Chargeable Visit                            -0-
    ___  Medication Handling Fee ($2.00 X ___)      $_____

    **Total Amount Charged To Inmate Account**    $_____

Health Care Staff Signature: _____

===============================================================================

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____  Date: _____

1) *Witness Signature: _____  Date: _____

2) *Witness Signature: _____  Date: _____

===============================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by _____ Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
FORM #: 621

3 part NCR

(C:Copay.96.Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

==================================================================

Inmate Name _____    SBI # _____

(Last, First MI)

Facility _____    Date _____

  ___ Chargeable Visit                  $4.00
  ___ Non Chargeable Visit                -0-
  ___ Medication Handling Fee ($2.00 X ____ )      $_____

Total Amount Charged To Inmate Account         $_____

Health Care Staff Signature: _____

==================================================================

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____  Date: _____

1) *Witness Signature: _____  Date: _____

2) *Witness Signature: _____  Date: _____

==================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by _____ Date_____
Copy:    Inmate Medical Record (yellow)
      Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
FORM #: 621

3 part NCR

(C Copay 96 Form 4)

Copy

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): Devearn / L. Bacon
Housing Location: 23-A-U-7
Date of Birth: 11-27-69
SBI Number: 22/242
Date Submitted: May 17, 2004

Complaint (What type of problem are you having)? I need a memo for my back, what I can pick up or not, I need memo so I can show the staff. I need a job, I'm penny less, I don't even have a butter.

Inmate Signature: [signature]
Date: May 17, 2004

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

Copy

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): Devearl L. Bacon
Housing Location: 23-A-U-7
Date of Birth: 11-27-69
SBI Number: 221242
Date Submitted: 6-17-04

Complaint (What type of problem are you having)? I need a refill of Ibuprofen for my back. Something is very wrong with my back, I need a X-ray.

Inmate Signature: [signature]
Date: June 17, 2004

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title _____  Date & Time _____

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL  MENTAL HEALTH

Name (Print): Devearl L. Bacon
Housing Location: 23-A-U-7
Date of Birth: 11-27-69
SBI Number: 221242
Date Submitted: 8-29-04

Complaint (What type of problem are you having)? For the past 3 weeks I been bending and moving my back, I'm still in pain I need my Ibuprofen Re-newed. I also need a x-ray of my back

Inmate Signature: [signature]
Date: Aug. 29, 2004

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title         Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Deverel L. Bacon
Housing Location: 23-A-U-7
Date of Birth: 11-27-67
SBI Number: 321246
Date Submitted: 11-22-04

Complaint (What type of problem are you having): Yesterday I tried a dance step and now my back is in pain.

Inmate Signature: [signature]
Date: May 22, 2004

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature: _____  Date: _____

3/1/99 DE01
FORM
MED
263

Copy

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL**  DENTAL  MENTAL HEALTH

Name (Print): Devearl Bacon

Housing Location: 21-C-U-6

Date of Birth: 11-27-69

SBI Number: 221242

Date Submitted: 12-5-4

Complaint (What type of problem are you having)? For the past 5-6 months my back has been in pain. I need a re-new Ibuprofen. I also would like to have a x-ray of my back.

Inmate Signature: [signed]

Date: Dec 5 2004

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL  MENTAL HEALTH

Name (Print): Deveari L. Bacon
Housing Location: 21-C-U-6
Date of Birth: 11-27-69
SBI Number: 22/242
Date Submitted: 12-27-4

Complaint (What type of problem are you having)? For the past 5-6 months my back has been in pain. I need a re-new Ibuprofen. I also would like to have a X-ray of my back. This is my second sick-call.

Inmate Signature: [signed]
Date: Dec. 27 2004

---

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED
263

Copy

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): Devearl L Bacon
Housing Location: 21-C-U-6
Date of Birth: 11-27-69
SBI Number: 232242
Date Submitted: 1-16-5

Complaint (What type of problem are you having)? I Like to have a X-Ray for my back, something for my pain, And a syphilis test. This is my second & third sick-call

Inmate Signature: [signature]
Date: Jan. 16, 2005

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title _____   Date & Time _____

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): Devearl L. Bacon
Housing Location: 21-C-U-6
Date of Birth: 11-27-69
SBI Number: 221242
Date Submitted: 2-11-5

Complaint (What type of problem are you having)? I seen X-ray doctor today (got X-ray). She told me "if I want to see me results they will be done by 2-15-5 just put sick call in so you can see your X-ray".

Inmate Signature: [signature]
Date: Feb. 11, 2005

---

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): Devearl L Bacon
Housing Location: 21-C-U-6
Date of Birth: 11-27-69
SBI Number: 221242
Date Submitted: 3-16-5

Complaint (What type of problem are you having)? I took an E) X-Ray 4 weeks ago and want to "see" the results with my own eye's.

Inmate Signature: [signature]
Date: March 16, 2005

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P:

E:

Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
**FACILITY: DELAWARE CORRECTIONAL CENTER**

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): Devearl L. Bacon

Date of Birth: 11-27-62

SBI Number: 221242

Housing Location: 21-C-U-6

Date Submitted: 3-16-5

Complaint (What type of problem are you having)? I took an X-Ray 4 weeks ago and want to "see" the results with my own eye's.

Inmate Signature: [signed]

Date: March 16, 2005

---

The below area is for medical use only. Please do not write any further.

S:

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P: 4/15/05. No results at present time. Doctor will notify if abnormal. — Leslie Robin, RN
Leslie Robinson, RN
4-15-05
FILE

E:

Provider Signature & Title                        Date & Time

3/1/99 DE01
FORM#:
MED
263