

FORM #585

MEDICAL GRIEVANCE

Copy

FACILITY: D.C.C.                                    DATE SUBMITTED: 4-5-5

INMATE'S NAME: Deverr L. Bacon                      SBI#: 22/242

HOUSING UNIT: 21-C-U-6                              CASE #:

////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

Since Feb. "2005" I've put in 2 sick-calls to see the results of my X-Rays of my back.

GRIEVANT'S SIGNATURE: _____  DATE: April 5, 2005

ACTION REQUESTED BY GRIEVANT: I want to physically see my X-Rays

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

HRYCI - Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261


Inmate Copy

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier C, Cell 6, Top | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: Since Feb 2005 I've put in 2 sick calls to see the results of my x-rays of my back.

Remedy Requested : I want to physically see my x-rays.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 04/06/2005 |
| Investigation Sent : 04/06/2005 | Investigation Sent To : Eller, Anita |
| Grievance Amount : | |

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 21, Upper, Tier C, Cell 6, Top | |

**INFORMAL RESOLUTION**

Investigator Name : Eller, Anita                    Date of Report 04/06/2005

Investigation Report :

Reason for Referring:

Offender's Signature:_____

Date            :_____

Witness (Officer)    :_____

Page 2 of 2

DDOC - Department of Correction
Date: 05/04/2005
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Upper, Tier C, Cell 6, Top | |

## OFFENDER GRIEVANCE DETAILS

Description of Complaint: Since Feb 2005 I've put in 2 sick calls to see the results of my x-rays of my back.

Remedy Requested : I want to physically see my x-rays.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES    Date Received by Medical Unit : 04/06/2005
Investigation      /2005    Investigation Sent To : Eller, Anita
Grievance Amount :

Delaware Correctional Center
Date: 05/04/2005
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 21, Upper, Tier C, Cell 6, Top | |

### INFORMAL RESOLUTION

Investigator Name : Eller, Anita                          Date of Report 04/06/2005

Investigation Report :

Reason for Referring:

Discussed results of X-Ray w/ I/m. Insists on seeing actual Films.

Offender's Signature: _Refused to sign_

Date : 5/12/05

Witness (Officer) : [signature]

Page 2 of 2

GRIEVANCE APPEAL    COPY

Devearl L. Bacon                    #221242
22-B-U-2                            CA No. 12958

Date: Tuesday, Aug. 16, 2005

Board;

This is a "re-copy" Appeal Form.
I need to physically see x-rays of back.

Devearl L. Bacon

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 08/23/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Withdrawn | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier B, Cell 2, Bottom | |

## OFFENDER GRIEVANCE DETAILS

Description of Complaint: Since Feb 2005 I've put in 2 sick calls to see the results of my x-rays of my back.

Remedy Requested : I want to physically see my x-rays.

Inmate Copy

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES          Date Received by Medical Unit : 04/06/2005
Investigation Sent : 04/06/2005    Investigation Sent To : Eller, Anita
Grievance Amount :

Page 1 of 5

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 08/23/2005

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION |||
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Withdrawn | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 22, Upper, Tier B, Cell 2, Bottom ||

**INFORMAL RESOLUTION**

Investigator Name : Eller, Anita                                    Date of Report  04/06/2005

Investigation Report : Discussed results of x-rays with inmate. - insists on seeing actual films refused to sign

Reason for Referring:

Offender's Signature:_____

Date              :_____

Witness (Officer)  :_____

Date: 08/23/2005

DCC - Delaware Correctional
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Withdrawn | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier B, Cell 2, Bottom | |

### IGC

Medical Provider:                    Date Assigned

Comments:

☑ Forward to MGC            ☐ Warden Notified

☐ Forward to RGC            Date Forwarded to RGC/MGC : 05/26/2005

☐ Offender Signature Captured    Date Offender Signed    :

Page 3 of 5

DCC - Delaware Correctional
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Withdrawn | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier B, Cell 2, Bottom | |

### APPEAL REQUEST

No Appeal Returned. Grievance withdrawn

### REMEDY REQUEST