Exhibit F

# Exhibit B

## REQUEST FOR MATERIALS FROM PROTHONOTARY

TO: __NEW CASTLE__ Prothonotary
       (County Name)

REQUEST DATE: 3-20-06

INDICTMENT NUMBER(S): Civil Suit Need

OFFENSE(S): to Know Case No.

DATE OF ARREST: _____

DATE OF BIRTH: 11-27-69

Please send the following:

1. Court Docket Sheets          [ ] Plain   [ ] Certified
2. Court Docket Numbers         [ ]
3. Indictment Sheet             [ ]
4. Other: Need Case No.         [ ]

Please send materials to the following:

Devearl L. Bacon
1181 Paddock Rd.
Smyrna, Del. 19977

_____
(Signature)

Copy

DeEarl L, Bacon
#221242
.22-B-U-2

Ms. Maria L
Law Library
MHU

April 17, 2006

Ms. Maria;

Last week I asked you if you could help me find out my case number for Civil Suit filed in January 2006 in The Superior Court.

Have you recieved any information about this Suit?

Ms. Maria with all due respect you witness the mailing of that Suit because you was the one who mailed it for me, that package cost me $27.

I need to know the "Status" of this Suit because I'm on a Time Bar Schedule.

## Certificate of Service

I, **Devearl L. Bacon**, hereby certify that I have served a true and correct cop(ies) of the attached: **Exhibit To Amend, Joinder** upon the following parties/person (s):

TO: Ms Elizen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **21** day of **April**, 2006.