IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
  )
  Plaintiff )
  )
  v. )  CASE NO. 05-714-JJF
  )
Warden Carroll, etc., )
  )
  Defendants )
  )
  )
  )

MOTION TO AMEND, JOINDE OF PERSONS

FILED
APR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Scanned

Come now, Plaintiff Devearl L. Bacon in pursuant to Fed. Civ., P. Rules 15(A), (B); Fed. Civ., P. Rules 19(A). Plaintiff seeks to amend and joinder of Defendant's for each of their continued, Deliberate, Impairments, Preventions, Right to Access, Freedom of Speech, Conspiracy, and Retaliations.

In support of thee above Plaintiff asserts the following:

① On April 21, 2006 Plaintiff filed Amend/Joinder for Civil Suit that was filed January 18, 2006.

② Plaintiff filed to have Ms. Sharon D. Agnew as Defendant.

(1)

③ On April 24, 2006 Plaintiff Recieved a Box of Legal Mail with Envelope Addressed to Plaintiff. This package was given to Plaintiff from C/O's Mr. Kemp and Ms. D. Tingle. (See Exhibit A)

④ Plaintiff opened Box inside was All 12 copies (plus Original) of Civil Suit that was suppose to have been sent back "Feburary 1, 2006", (See Exhibit B Notice of Non-Conforming Documents).

⑤ After seeing Non-Conforming information Plaintiff looked at dates on Envelope which was outside the box, HOWEVER (Exh. A) Dates are "hand written over" and all 3 "so-called" Recieved dates are not legible. Plaintiff then notice of Non-Conforming Document sheet that the "Ink" is still Freshly written on the paper.

    Ⓐ Plaintiff's prays this Court to Expand the Record so that Non-Conforming Sheets Authentication.

    Ⓑ Regardless of it's Authentication this information was with-held from Plaintiff, this is a Conspircy.

    Ⓒ Plaintiff deadline to file Claim was up May 1, 2006, Defendant's none that all along. (Exh. C)

②

WHEREFORE, Plaintiff seeks the Joinder of Defendant's:

① C/O Mr. Kemp

② C/O Ms. D. Tingle

③ Corpral Oneny (Mail Room)

④ St. Lt. Ramone Taylor.

April 25, 2006

Deveart L. Bacon
#221242
D.C.C.
Smyrna, Del. 19977

③

## Certificate of Service

I, _Devearl C. Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _Amend To Joinder And Exhibit_ upon the following parties/person (s):

TO: Eliseen Kelly
Deputy General (Attorney)
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _26_ day of _April_ 2006

IM/ Beverly L. Bacon
SBI# 221242  UNIT 22-B-W2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
US District Court
844 N. King St. Lockbox 18
Wilmington, DEL
19801



Legal M.