Exhibit A

SSSuperior Court
Office of the Prothonotary
500 N. King Street, Suite 500
Wilmington, DE 19801-3746
020310

"Official Business, Penalty for Private Use $300"

RECEIVED
[signature] 2006
Delaware Correctional Center

Devearl L. Bacon
SBI #221242 MHU Bldg. 22
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

