Exhibit B

# IN THE SUPERIOR COURT OF DELAWARE
## NEW CASTLE COUNTY

### NOTICE OF NON-CONFORMING DOCUMENTS

New Castle County Superior Court
New Castle County Courthouse
500 N. King Street, Suite 500
Wilmington, DE 19801-3746

☒ Document Rejected

☐ Document held -
pending corrected filing

DATE: 2/1/06

TO: Deveorl L. Bacon

CASE NUMBER: _____ CAPTION: Bacon vs. Carroll etal

DOCUMENT TITLE: _____

The Court has received the document indicated below. The document is being rejected and returned to you undocketed for the reasons checked. If you have any questions please contact: __Front Counter__ at 255-__0748__.

| | TYPE OF PLEADING | | |
|---|---|---|---|
| X | NEW CASE | | MOTION |
| | WRIT | | RESPONSE TO MOTION |
| | PETITION FOR FORMA PAUPERIS | | ANSWER TO COMPLAINT |
| | OTHER: | | |

| | REASON FOR REJECTION | | |
|---|---|---|---|
| X | ~~WRONG COURT~~ Need Summons | | NEEDS: CIVIL ACTION NUMBER |
| | NEEDS: CHECK - AMT: | | NEEDS: SIGNATURE ON CHECK |
| X | NEEDS: PRAECIPE | | NEEDS: ORIGINAL SIGNATURE ON PLEADING |
| X | NEEDS: FORM 30 INTERROGATORIES | | NEEDS: ADDITIONAL COPIES |
| | NEEDS: CASE INFORMATION STATEMENT - CIS | | NEEDS: FINANCIAL STATEMENT |
| | NEEDS: PETITION AND ORDER FOR NEXT OF FRIEND | | NEEDS: MOTION & ORDER FOR SPECIAL PROCESS SERVER |
| | NEEDS  MOTION TIME & DATE | | INCORRECT MOTION TIME & DATE |
| | * DEADLINE PASSED: MOTION REQUIRED TO BE FILED 10 DAYS PRIOR TO HEARING DATE | | * DEADLINE PASSED: RESPONSE REQUIRED TO BE FILED 4 DAYS PRIOR TO HEARING DATE |
| | EXCEEDS 4 PAGE LIMIT | | NO SERVICE OR AFFIDAVIT OF MAILING |
| X | ~~WRONG WRITS~~ Need CIS with all the information | | Filing needs to be bound appropriately. (Rule 13 (b)) |
| X | OTHER Non-Arb cases need a certificate of value stating the case is over One hundred thousand dollars. | | |

* YOUR PLEADING WAS REJECTED AFTER SERVICE WAS DONE ON THE OTHER PARTY. IT IS YOUR OBLIGATION TO INFORM OPPOSING COUNSEL THAT PLEADING WAS REJECTED.

REVISED 10/18/02

Is this a new case or amended if amended it needs

# IN THE SUPERIOR COURT OF DELAWARE
# NEW CASTLE COUNTY

## NOTICE OF NON-CONFORMING DOCUMENTS

New Castle County Superior Court
New Castle County Courthouse
500 N. King Street, Suite 500
Wilmington, DE 19801- 3746

☒ Document Rejected

☐ Document held - pending corrected filing

DATE: 2/1/06

TO: Devearl L. Bacon

CASE NUMBER: _____ CAPTION: _____

DOCUMENT TITLE: _____

The Court has received the document indicated below. The document is being rejected and returned to you undocketed for the reasons checked. If you have any questions please contact: _____ at 255-_____.

| TYPE OF PLEADING ||
|---|---|
| NEW CASE | MOTION |
| WRIT | RESPONSE TO MOTION |
| PETITION FOR FORMA PAUPERIS | ANSWER TO COMPLAINT |
| OTHER: | |

| REASON FOR REJECTION ||
|---|---|
| WRONG COURT | NEEDS: CIVIL ACTION NUMBER |
| NEEDS: CHECK – AMT: | NEEDS: SIGNATURE ON CHECK |
| NEEDS: PRAECIPE | NEEDS: ORIGINAL SIGNATURE ON PLEADING |
| NEEDS: FORM 30 INTERROGATORIES | X NEEDS: ADDITIONAL COPIES a copy for each defendant |
| NEEDS: CASE INFORMATION STATEMENT – CIS | NEEDS: FINANCIAL STATEMENT |
| NEEDS: PETITION AND ORDER FOR NEXT OF FRIEND | NEEDS: MOTION & ORDER FOR SPECIAL PROCESS SERVER |
| NEEDS MOTION TIME & DATE | INCORRECT MOTION TIME & DATE |
| * DEADLINE PASSED: MOTION REQUIRED TO BE FILED 10 DAYS PRIOR TO HEARING DATE | * DEADLINE PASSED: RESPONSE REQUIRED TO BE FILED 4 DAYS PRIOR TO HEARING DATE |
| EXCEEDS 4 PAGE LIMIT | NO SERVICE OR AFFIDAVIT OF MAILING |
| WRONG WRITS | Filing needs to be bound appropriately. (Rule 13 (b)) |
| X OTHER Addresses of all the defendants need to be on the praecipe   need to include the Attorney Generals office ||

* YOUR PLEADING WAS REJECTED AFTER SERVICE WAS DONE ON THE OTHER PARTY. IT IS YOUR OBLIGATION TO INFORM OPPOSING COUNSEL THAT PLEADING WAS REJECTED.

REVISED 10/18/02