# ORDER UPON INITIAL REVIEW OF COMPLAINT

The Court having reviewed the complaint:

1. _____    **IT IS ORDERED** that the complaint is **DISMISSED** because:

_____ The complaint was factually frivolous.

_____ The complaint was legally frivolous.

_____ The complaint was malicious.

Service of process shall not issue.

2. _____ The complaint is **NOT DISMISSED** and service of process shall issue.

**IT IS SO ORDERED.**

_____ J.

DATED: _____

**ATTACHMENT C**

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR New Castle COUNTY

DEVEARL C. BACON

Plaintiff

v.                                            C.A. No.

Defendant

## INTERROGATORIES DIRECTED TO

1. Give the names and last known addresses of all persons who have knowledge
   of the facts alleged in the pleadings, identifying those who were witnesses to
   the incident.

A.


2. With reference to any report, memorandum, resume, paper, statement,
   photograph or sketch in your possession pertaining to any of the facts alleged
   or referred to in the pleadings, describe each item (listing the date, author,
   recipient and general content).

A.


3. Describe in detail each injury, illness, complaint, or disease you claim to have
   suffered in the incident or as a result of the incident upon which the complaint
   is based and as to each such separate designation state:
   (a) The date of its onset if different from the date of the incident;
   (b) The name and address of the physician or other person trained in the
       healing arts who treated you for that condition and the dates of each
       such treatment and the nature of the treatment;
   (c) If such condition has cleared or resolved, the date of its clearing or
       resolving.

A.

4. If you have been treated since the date of the incident for any medical or psychological condition, whether or not resulting from the incident, which is the subject of this litigation, give a specific description of each condition and each treatment, and state the dates of treatment. If the treatment includes treatment in a hospital, list the name and address of the hospital and the dates.

A.

5. State whether you are still under the care of a physician, surgeon or other medical personnel, and if so, state his name and address and describe the nature of the care you are presently receiving.

A.

6. If you are no longer under the care of a physician, surgeon or other medical personnel, give the date on which you were last treated or examined and the name and address of the doctor making such examination or treatment.

A.

7. If you have fully recovered from any of the injuries, illnesses, complaints, discomforts or diseases, which you claim, resulted directly or indirectly from the incident, describe such injuries, illnesses, complaints, discomforts, or diseases from which you have recovered and, as to each, state the date of such recovery.

A.

14. List names and addresses of any dependents:

I, _DEVEAR L BACON_ , swear or affirm that the above-

information is true and correct and is made under penalty of perjury.

DATED: _Mar. 30, 2005_

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this _____ day of

_____ , _____.

_____
Title

Revised 7.17.03

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

SUMMATION

The Respondent Warden _CARRoll_ is fully responsible for the conduct and actions of his underlings and it is his duty to uphold the Constitutional Rights of his prisoner wards, but rather than attempt to place any form of control on his subordinates and uphold the Constitution and Rules of the Supreme Court, Mr. _CArRol_ runs a haphazard institution, allowing employees to operate autonomously and without regard for the law, the rules of the United States Supreme Court or the constitutional rights of the prisoners, or the public at large. For these reasons, the writ should issue and the release sought to be granted forthwith.

RELEASE SOUGHT

THAT THIS HONORABLE COURT ENJOIN THE HEREIN NAMED RESPONDENT TO:

1. Remove the restrictions placed upon this prisoner's First Amendment rights to correspond;

2. Restore the thirty (30) days forfeited by the institution's disciplinary committee;

3. Deliver all correspondence, legal material and law books to this petitioner without any form of dely or censorship;

4. Award compensation for punitive damages due to mental anguish and frustration suffered by this petitioner;

5. Give any other such just and equitable relief as the court may deem warranted by facts which appear herein.

CONCLUSION

The petitioner in this cause of action is a layman, unrepresented prisoner seeking relief as best he knows how without the aid of qualified counsel, therefore, may the Court be respectfully reminded of such cases as French v. Hayne, 547 F.2d 994 (C.A. 7 1976); Haynes v. Kerner, 404 U.S. 519 (1972); Carmelly v. Gibson, 335 U.S. 41, 45-6 (1957), wherein it has been clearly determined that if an unrepresented prisoner seeks an inappropriate type of relief, they, the courts, will interpret the complaint as seeking whatever type of relief as is warranted by the facts of the case.

IN THE

## SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

Devearl L. Bacon
                        Petitioner,

vs.                                                )      PETITION FOR WRIT OF
                                                   )      MANDAMUS (60 days Show Cause)
Warden Carroll; etc.

                        Respondent.


GREETINGS:

COMES NOW THE PETITIONER, above-named, to move this Honorable Court for relief from oppressive action by the above-named Respondent, action that has deprived this Petitioner of fundamental Constitutional Rights and which were in direct violation of recent Supreme Court Rulings, which will hereinafter be more fully shown.

JURISDICTION

JURISDICTION IS VESTED IN THIS COURT BY VIRTUE OF 28 U.S.C., Sections 1343; 1361; 1391(e); 1651; 1654 2201; 2241; 2243. 42 U.S.C. Sections 1983 and 1985. Rule 8(a)(1), 3. Super.Ct. Civ. R. 4, 29 Del. C. 10143; 10 Del. C. 564

AGRUMENT

A plaintiff is never required to exhaust administrative remedies when to do so would be obviously futile. This is especially true in Civil Rights cases where the Congressional Policy of providing a federal form for vindication of constitutional rights is particularly strong. ...

A person does not lose all of his constitutional rights upon entering prison. Betha v. Crouse, 417 F.2d 504 (C.A. Id. 1969), and this is especially true of his rights under the First Amendment. See Dennis v. United States, 341 U.S. 494 (1951), wherein the court said:

> "...(in the area of the First Amendment freedoms)...we have pointed out that stringent standards are to be applied to the governmental restrictions...and rigid scrutiny must be brought to bear on the justification for encroachment on such rights."

In accordance with 28 U.S.C., Section 1746(2), Ideclare under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this _____/9_____ day of _Deptember_ , 2005.

_____
INMATE,
Petitioner Pro Se

Note: (The above and foregoing Writ of Mandamus was prepared in pro per by inmate, _Sevenal Bacon_).

AFFIDAVIT IN SUPPORT OF APPLICATION TO
PROCEED *IN FORMA PAUPERIS*\*

I, _Deveral L. Bacon_ , being first duly sworn, depose and

say that I am the _Plaintiff_ in the above-captioned case; in support of my motion

to proceed without paying Court fees and costs, or give security therefore, state:

My date of birth is: _11-27-69_

My current address is: _1181 Paddock Rd. S.C.C._

_Prison, Smyrna, Del. 19977_

Because of my financial situation, I am unable to pay the costs of this proceeding or give

security therefore. In support of that statement, I supply the following information:

1. Nature of claim or defense is:

_Personal Injury, Malpractice, Deliberate Indifference._

2. Presently employed?          Yes _____   No _✓_

3. If *Yes*, state:

(a) Name and address of employer:

(b) How often paid:

(c) Take home pay per pay period:

\* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

4. If *No*, state:

(a) Name and address of last employer:

*Young Lumber Yard - Port of Wilmington*

(b) Date of last employment:

*June , 2000*

5. State whether you have received any income (dividends, rent, savings interest, etc.),

gifts, such as stocks, bonds or cash, from any source in the last twelve months.

Yes _____    No ____✓____

6. If *Yes*, state:

(a) Amount of income or gift, or its value:

(b) When received:

(c) From whom or what received:

(d) Whether regular or one time:

7. List all property owned, whether held in your name alone or jointly with anyone else:

(a) Real estate:

(b) Personal property (stocks, bonds, bank accounts, vehicles):

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

(c) Name and address of and relationship to any joint owner, designating which

property is jointly owned and name of joint owner:

N/A

8. If you have a spouse, state:

(a) Amount of any income received:

(b) Source

(c) Frequency income is received:

9. If a prisoner, attach Department of Correction certified statement of your inmate

account. The summary of your inmate account shall contain all account activity for the 6-month

period immediately preceding the filing of the complaint, or for the entire time you have been

incarcerated, whichever time is less.

10. If a prisoner, provide the following requested information.

(a) At any time while incarcerated or detained at any facility, have you previously

brought an action or an appeal in a federal court or in any court of this State?

YES

(b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s)

or appeal number(s) for each case.

① Post - Conviction #0006017660

② Fed. 1983 Suit #02-431-JJF

* All requests for information must be supplied, if possible. Failure to supply information may
result in denial of your motion to proceed *in forma pauperis.*

(c) If the answer to (a) above was yes, state the outcome of each action or appeal.

*POST-CONVICTION APPEAL: IN Supreme Court (§e/. FED Civil Suit: Summary Judgement Stage*

11. If you are a prisoner and your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies available through the institutional grievance procedure. If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

If this condition applies to you, state whether you have exhausted all administrative remedies. *① Plaintiff NEVER RECIEVED Appeal form, ② Prison didn't have Grievance Board (SEE Exhibit F), ③ This is A Violation of Due Process Rights, ④ To do so "would be futile".*

If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process. *SEE Exhibit E & F, at Ladder dates Prison stated "didn't recieve Appeal".*

12. If not listed above, state:

(a) Amount of any cash held (whether or not in a bank)

*N/A*

(b) Bank accounts, listing bank, account number(s) and current balance(s):

*N/A*

13. Itemize debts and regular monthly expenses:

*N/A*

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

14. List names and addresses of any dependents:

$N U N E$

I, $\underline{SEVEAR\ (\ \ L\ BACON}$, swear or affirm that the above-

information is true and correct and is made under penalty of perjury.

DATED: $\underline{December\ 21,\ 2005}$

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this $\underline{22^{nd}}$ day of

$\underline{December}$ , $\underline{2005}$ .

$\underline{Timothy\ J.\ Mats}$
                    Title Notary Public

My Commission expires: June 14th 2006

Revised 7.17.03

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis.*

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

PRAECIPE

DEVEARL L. BACON
Plaintiff

vs.

WARDEN CARROLL
Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

Please issue ___SUMMONS___

Plaintiff
Address ___S.C.C. PRISON___
___SMYRNA, DEL. 19977___

Phone _____

TO:    Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _NEW CASTLE_ COUNTY

Seveaul L. Bacon

Plaintiff,

v.

Warden Carroll

Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon
defendant, exclusive of the day of service, defendant shall serve upon    , plaintiff's attorney,
whose address is $\mathcal{L}$ $C.C$ ., an answer to the complaint (and, if the complaint contains a specific
notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an
affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.
Dated:

_SHARON AGNEW_
*Prothonotary*

_Per Deputy_

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of
service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the
complaint contains a specific notation requiring the defendant to answer any or all allegations of
the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against
you for the relief demanded in the complaint.

_SHARON AGNEW_
*Prothonotary*

_Per Deputy_

*Rev:02/2002*

IN AND FOR _NEW CASTLE_ COUNTY

Devenn L. Bacon

Plaintiff

v.

Warden Carroll

SUBPOENA IN A CIVIL CASE

Civil Action No.:

TO: Warden Carroll
S.C.C-
1181 Paddock Road
Smyrna, Del 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30 (b) (6).*

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

DEVEARL L BACON                    PRAECIPE

Plaintiff                          )
                                   )
                                   )
                                   )
                                   )
vs.                                )    Civil Action No.
                                   )
Deputy Warden McGuigan             )
                                   )
Defendant                          )
                                   )
                                   )
                                   )

Please issue _Summons_____

Plaintiff
Address  D.C.C. Prison
S/mRNA, Del. 19977

Phone_____

TO:    Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _NEW CASTLE_ COUNTY

Several L. Bacon        Plaintiff,

v.

Deputy Warden McGuigan        Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon    , plaintiff's attorney, whose address is _Webb_ , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

_SHARON AGNEW_
*Prothonotary*

_____
*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

_SHARON AGNEW_
*Prothonotary*

_____
*Per Deputy*

*Rev:02/2002*

IN AND FOR _New Castle_ COUNTY

Jevean L. Bacon

Plaintiff

Deputy Warden McGuigan

Defendant

SUBPOENA IN A CIVIL CASE

Civil Action No.:

TO: Deputy Warden McGuigan          Webb Corrections
    A.C.C. Paddock Rd.     OR     Greenbank Rd.
    1181 Paddock Rd                Wilmington, De/. 19808
    Smyrna, Del. 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Severn/ L Bacon
Plaintiff

PRAECIPE

vs.

Joe Hudson
Defendant

)
)
)
)
)
)        Civil Action No.
)
)
)
)
)
)
)
)

Please issue _Summons_____

Plaintiff
Address _D.C.C. Hison
Smyrna, Del. 19977
Phone_____

TO:   Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _New Castle_ COUNTY

Severn L. Bacon

Plaintiff,

v.

Joe Hudson

Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon          , plaintiff's attorney, whose address is _O.C.C._, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

*SHARON AGNEW*
*Prothonotary*

_____
*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

*SHARON AGNEW*
*Prothonotary*

_____
*Per Deputy*

*Rev:02/2002*

SUPERIOR COURT OF THE STATE OF DELAWARE

*SEVERAR L. BACON*
*Plaintiff*

IN AND FOR <u>NEW CASTLE</u> COUNTY

SUBPOENA IN A CIVIL CASE

*JOE Hudson*
*DEFENDANT*

Civil Action No.:

TO: *JOE Hudson*
*D.C-Craddock Rd.*
*1181 Paddock Rd.*
*Smyrna, DEL. 19977*

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30 (b) (6)*.

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER |
|---|
| |

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Devearl L. Bacon
Plaintiff

vs.

Lt. Carrothers
Defendant

PRAECIPE

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

Please issue _Summons_

Plaintiff

Address _S.C.C. Prison_

_Smyrna, Del. 19977_

Phone _____

TO:  Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _NEW CASTLE_ COUNTY

_Severar L. Bacon_
v.

Plaintiff,

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

_Lt. Carrothers_

Defendant.

THE STATE OF DELAWARE,
TO THE SHERIFF OF   COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon    , plaintiff's attorney, whose address is _d.C. C._ , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

_SHARON AGNEW_
*Prothonotary*

*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

_SHARON AGNEW_
*Prothonotary*

*Per Deputy*

*Rev:02/2002*

IN AND FOR _NEW CASTLE_ COUNTY

DEVEARL L. BACON

PLAINTIFF

Lt. CARROTHERS

DEFENDANT

SUBPOENA IN A CIVIL CASE

Civil Action No.:

TO: Lt. CARROTHERS
D.C.C. Paddock Rd.
Smyrna, Del. 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Deverel L. Bacon
Plaintiff

vs.

Lt. Legates
Defendant

PRAECIPE

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

Please issue _Summons_____

Plaintiff
Address S.C.C. Prison
Smyrna, Del. 19977

Phone_____

TO:    Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

*SEVEAR L. BACON*

Plaintiff,

v.

*Lt. LEGATES*

Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon    , plaintiff's attorney, whose address is *D.C.C.*, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

*SHARON AGNEW*
*Prothonotary*

_____
*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

*SHARON AGNEW*
*Prothonotary*

_____
*Per Deputy*

*Rev:02/2002*

IN AND FOR _NEW CASTLE_ COUNTY

$\mathcal{D}$EVEAR/ L. BACON
Plaintiff

SUBPOENA IN A CIVIL CASE

Lt. Legates
Defendant

Civil Action No.:

TO: Lt Legates
J.C.C
1181 Paddock Rd
Smyrna, Del. 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Jeveakl L. Bacon
Plaintiff

                              PRAECIPE
                              )
                              )
                              )
                              )
                              )
                              )
          vs.                 )   Civil Action No.
Lt. Boone                     )
Defendant                     )
                              )
                              )
                              )
                              )
                              )

Please issue   Summons

Plaintiff
Address   D.C.C.  Prison
Smyrna, Del.

Phone _____

TO:    Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _NEW CASTLE_ COUNTY

DEVEAR/ L. BACON

v.

Plaintiff,

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)

LT. BOONE

Defendant. )

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon        , plaintiff's attorney, whose address is_J.C.C._, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an ·affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

_SHARON AGNEW_
_Prothonotary_

_Per Deputy_

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

_SHARON AGNEW_
_Prothonotary_

_Per Deputy_

Rev:02/2002

SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR *NEW CASTLE* COUNTY

*DEVEARL L. BACON*
*Plaintiff*

SUBPOENA IN A CIVIL CASE

*LT BOONE*
*DEFENDANT*

Civil Action No.:

TO:
*LT. BOONE*
*D.O.C. Paddock Rd*
*1181 Paddock Rd*
*Smyrna, Del 19977*

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30 (b) (6).*

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER |
|---|

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Devear L Bacon
Plaintiff

PRAECIPE

)
)
)
)
)
vs.                                        )        Civil Action No.
                                           )
Lt. Profaci                                )
Defendant                                  )
                                           )
                                           )
                                           )
                                           )

Please issue _Summons_

Plaintiff

Address _D.C.C. Plison_

_Smyrna, Del._

Phone _____

TO:    Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _NEW CASTLE_ COUNTY

SEVEARL L. BACON

v.

Plaintiff,

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

Lt. PROFACI

Defendant.

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon        , plaintiff's attorney, whose address is $\wedge \mathcal{C}.\mathcal{C}$., an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

_SHARON AGNEW_
_Prothonotary_

_Per Deputy_

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

_SHARON AGNEW_
_Prothonotary_

_Per Deputy_

Rev:02/2002

Deverell L. Bacon
Plaintiff

IN AND FOR _New Castle_ COUNTY

## SUBPOENA IN A CIVIL CASE

Ct. Profaci
Defendant

Civil Action No.:

TO:

Ct. Profaci
J.C.C.
181 Paddock Rd.
Smyrna, Del.

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Sevearl L Bacon
Plaintiff

PRAECIPE

)
)
)
)
)
vs.                                        ) Civil Action No.
)
Lt. Forbes                                 )
Defendant                                  )
)
)
)

Please issue _Summons_

Plaintiff

Address ⟋.C.C. Prison

Smyrna, Del. 19977

Phone_____

TO:   Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

*Deveral L. Bacon*

                                    Plaintiff,

    v.

*Lt. Forbes*

                                    Defendant.

)  C.A. No.
)
)
)
)
)  SUMMONS
)
)
)
)

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon
defendant, exclusive of the day of service, defendant shall serve upon        , plaintiff's attorney,
whose address is *J.C.C.* , an answer to the complaint (and, if the complaint contains a specific
notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an
·affidavit of defense). ·

To serve upon defendant a copy hereof and of the complaint. ·

Dated:

                                    *SHARON AGNEW*
                                    *Prothonotary*


                                    _____
                                    *Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of
service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the
complaint contains a specific notation requiring the defendant to answer any or all allegations of
the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against
you for the relief demanded in the complaint.

                                    *SHARON AGNEW*
                                    *Prothonotary*


                                    _____
                                    *Per Deputy*

*Rev:02/2002*

# SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR _NEW CASTLE_ COUNTY

Several C. Bacon
Plaintiff

SUBPOENA IN A CIVIL CASE

Lt. Forbes
Defendant

Civil Action No.:

TO: Lt. Forbes
S.C.C.
1181 Paddock Rd
Smyrna, Del- 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER |
|---|
| |

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Devear L. Bacon          PRAECIPE
Plaintiff

)
)
)
)
)
vs.                                    )    Civil Action No.
                                       )
Sgt. Snead                             )
Defendant                              )
                                       )
                                       )
                                       )

Please issue ___Summons_____

Plaintiff
Address ___S.C.C. Prison___
Smyrna, Del.

Phone _____

TO:    Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

SEVEARL L. BACON

                  Plaintiff,

            v.

Sgt. Snead

                  Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon    , plaintiff's attorney, whose address is    , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an ·affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

                                   *SHARON AGNEW*
                                   *Prothonotary*

                                   *Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

                                   *SHARON AGNEW*
                                   *Prothonotary*

                                   *Per Deputy*

*Rev:02/2002*

Deverl L. Bacon IN AND FOR NEW CASTLE COUNTY
Plaintiff

SUBPOENA IN A CIVIL CASE

Sgt. Snead V.
Defendant

Civil Action No.:

TO: Sgt. Snead
1181 Paddock Rd -
Smyrna, Del - 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30 (b) (6).*

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER |
|---|
| |

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Severar L. Bacon

Plaintiff

PRAECIPE

)
)
)
)
)
vs.                                    ) Civil Action No.
)
Correctional Medical Service )
(C.M.S.) )
)
Defendant )
)

Please issue _____Summons_____

Plaintiff

Address S.C.C. Prison

Smyrna, Del. 19977

Phone_____

TO:   Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

DEVEARL L. BACON

         ) C.A. No.
         )
       Plaintiff, )
         )
  v.        )
         ) SUMMONS

CORRECTIONAL Medical SERVICE *(C.M.S.)* Defendant.

THE STATE OF DELAWARE,
TO THE SHERIFF OF   COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon , plaintiff's attorney, whose address is , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.
Dated:

*SHARON AGNEW*
*Prothonotary*

*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

*SHARON AGNEW*
*Prothonotary*

*Per Deputy*

Rev:02/2002

IN AND FOR *NEW CASTLE* COUNTY

~~Severel C. Bacon~~
JEVEAR( L. BACON
*Plaintiff*

C.M.S.

**SUBPOENA IN A CIVIL CASE**

Civil Action No.:

TO: C.M.S.
10 *Corporate Circle*
*New Castle, Del 19720*

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30 (b) (6).*

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER | |
|---|---|

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Deverre L. Bacon
Plaintiff

PRAECIPE

)
)
)
)
)
vs.                                    ) Civil Action No.
Dr. Tammy Kastre                       )
First Correctional Medical            )
( F.C.M.)                             )
Defendant                             )

Please issue _____Summons_____

Plaintiff

Address _J.C.C. Prison_

_Smyrna, Del. 19977_

Phone_____

TO:    Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

Jevear/ L. Bacon

Plaintiff,

v.

Dr. Tammy Kastre
First Correctional Medical (F.C.M.)

Defendant,

) C.A. No.
)
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,

TO THE SHERIFF OF     COUNTY:

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon       , plaintiff's attorney, whose address is       , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

**SHARON AGNEW**
*Prothonotary*

_____

*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

**SHARON AGNEW**
*Prothonotary*

_____

*Per Deputy*

*Rev:02/2002*

SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR _NEW CASTLE_ COUNTY

DEVEAR L BACON
Plaintiff

DR. TAMMY KASTRE (F.C.M)
Defendant

SUBPOENA IN A CIVIL CASE

Civil Action No.:

TO: DR TAMMY KASTRE (F.C.M)
1575 McKEE Rd, Suite 201
DOVER, DEL, 19904

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER | |
|---|---|

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

## Certificate of Service

I, SEVEARL C. BACON , hereby certify that I have served a true

and correct cop(ies) of the attached: Suit + Exhibit

_____ upon the following

parties/person (s):

TO: JANE Brady

Attorney General

820 N. French St.

Wilmington, Del.

19807

TO: Deputy Warden McGuigan

Webb Connection

Green Bank Rd.

Wilmington, Del.

19808

TO: WARDEN Carroll

D.C.C.

Prison

Smyrna, Del. 19977

TO: JOE Hudson

D.C.C

Prison

Smyrna, Del. 19977

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _____ day of _____, 2005

_____

# Certificate of Service

I, _____, hereby certify that I have served a true

and correct cop(ies) of the attached: _____

_____ upon the following

parties/person (s):

TO: Lt. Carrothers
S.C.C.
Prison
Smyrna, Del. 19977

TO: Lt. Boone
S.C.C.
Prison
Smyrna, Del. 19977

TO: Lt. Legates
S.C.C.
Prison
Smyrna, Del. 19977

TO: Lt. Profaci
S.C.C.
Prison
Smyrna, Del. 19977

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _____ day of _____, 2005

_____

## CERTIFICATE OF SERVICE

I, _____, hereby certify that I have

served a true and correct cop(ies) of the attached: _____

_____ upon the

following parties/person(s):

TO: 4. FORbES

S.C.C.

Prison

Smy RNA, Del. 1977

TO: C.M.S.

10 CORPORATE CIRCLE

NEW CASTLE, DEL. 19720

TO: Sgt. SNEAD

S.C.C.

Prison

Smyrna, Del. 1977

TO: Dr. TAMMY KASTRE

(F.C.M.)

1575 McKEE Rd, Suite 2u

DOVER, Del. 19904

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the
United States Mail at the Delaware Correctional Center, Smyrna, DE
19977, f

On this _____ day of DEC _____, 2005.

Exhibit A

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

**MEMORANDUM**

23      AU 7

To:     Inmate Bacon, Devear

From:   Cpl. L. M. Merson, Inmate Grievance Chairperson

Date:   Monday, May 10, 2004

RE:     Grievance

The grievance submitted by you Dated: 05/04/04 is being returned to you for the following reason(s):

The complaint was addressed by the IGC:

___ **Security issue** (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff, and the public.

___ **Classification issues** (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the DCC Classification Office within 7 days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

___ **Disciplinary issue:** Disciplinary actions cannot be grieved but must be APPEALED following the Correctional Code of Penal Discipline.

___ **Parole Board Decision:** The inmate must write a letter to the Parole Board within 30 days of the Board's decision, expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole; Carvel State Office Bldg.; 820 N. French Street, 5th Floor; Wilmington, DE 19801.

___ Inmates cannot request or demand disciplinary action on staff.. If you have a complaint regarding staff, **WRITE A LETTER** to that person's supervisor; in this case, that is:

___ This is an issue/complaint that has already been grieved by you or another inmate.

___ Grievance is unacceptable because it has passed the seven-day time frame allotted to file a gri

___ The grievance is a photocopy, carbon copy, written in pencil, red ink or is illegible. Original grievance forms only and they must be written in Black or Dark Blue Ink.

___ This complaint is addressed in the housing rules for your housing unit. Refer to the Ho page ___, for clarification and/or direction.

___ Action Request is inappropriate or not completed. Inmate must make an actual rec request that an investigation be conducted (inmates are not forwarded results of involve staff conduct).

___ Documentation must be attached to the grievance when it is resubmitted th allegations/complaint; such as commissary receipts, Form 537, etc.. The IG submitted with the grievance and return the originals to the inmate.

__X__ **Other :**You were checked out by medical. Inmates are not entitled to c paperwork unless, permission is granted by the Warden. Write a letter to him not entitled to pictures of DOC property. The IGC is not a court therefore, d compensation for pain and suffering.

cc: inmate        HSA/FCM 271      T. HASTINGS
Original: file

ORIGINAL

**FORM  #584**

**GRIEVANCE FORM**

**FACILITY:** $\bigcirc$ . C. C.  **DATE:** 5 – 4 – 04

**GRIEVANT'S NAME:** Jevearl C. Bacon  **SBI#:** 22/242

**CASE#:** _____  **TIME OF INCIDENT:** 4:45 AM

**HOUSING UNIT:** 23 -A-U -7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On 5-1-04 I was leaving out of Building
24 "B" dining hall, I began to walk out and
slipped down on a wet spot on the floor.

When I fell I turned to get up I felt a sharp
pain in my back, A S/o told me "don't try to move"
A Lt. came and told me "stay on the floor until
nurse get's here". Nurse put me in wheel chair
And I was taken to nurses office., Nurse asked
me "do you fill any pain", I told her yes, Lt

**ACTION REQUESTED BY GRIEVANT:** _____

GRIEVANT'S SIGNATURE: _____  DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?  _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: **INSTITUTION FILE**
    **GRIEVANT**

**RECEIVED**

April '97 REV

MAY 1 0 2004

**Inmate Grievance Office**

Lt. Asked me Along with Nurse "what happen", I said I told ec landed on my back I turned Lt. to get up off the floor and fel A knife stuck me up my back, A lef' me not to move Along with A Sgt.

Nurse wrote A report down, and orderred somethins for pain., The Lt. orderred His staff nembers to "write A incident report".

On 5-1-04 it was learned that the wet spot on the floor was beins caused by water coming from the ceiling and was A "known problem" prior to me falling., I wrote the Kitchen, Shift Commander's Askins ("was w) "why wasn't this hazardous condition" Address., I Also Asked for A investigation As to why there was no warnins sign.

②

I wrote Internal Affairs and M.H.U.
Building shift commander asking for a photo
of this hazardous area.

Action Requested:

① Need photo of hazardous area,

② Medical care,

③ To be compensated for my pain and
sufferring.

④ A copy of all medical and incident report's,

Deverll L. Bacon

May 4, 2004

③

Copy

DEVEARL L. BACON
#221242
23 - A - u - 7

INTERNAL AFFAIRS
D.C.C.

MAY 2, 2004

Mr. or Ms. ;

Good-Day , On 5-1-04, building 24
dining room "B", 4:45 AM, I was leaving
out., I slipped down on a wet spot by the
first table as you enter.

On 5-1-04 dinner time I learned that
the spot of water has been a problem 3-4 daies
(or 2-3 daies) befor I fell., I learned that the
wet spot is being caused from water coming
from the ceiling.

I need the ceiling and the area where
the wet spot is photoed for ladder date, and
need a investigation report.

DEVEARL L. BACON

Copy

Deverol L. Bacon
#221242
23 - A - U - 7

Shift Commander
M. H. U. Build.

                    May 2, 2004

    Sir ;

    Good-Day ; On 5-1-04 I fell on a wet spot in building 24 dining room "B". This wet spot is caused from the ceiling.

    I need a photo of this problem area for ladder dayes ahead.



Deveart L. Bacon

Deveari L. Bacon
#221242
25 - A - 11 - 7

Kitchen Commander
D. C. C.

May 2, 2004

Sir;

Good-Day., On 5-1-04 I fell down on a wet spot in dining room "B" build. 24., It has been learned that this spot is being caused by water coming from the ceiling., It has been learned that this has been a problem prior to my fall.

I need a writen report or investigation as to why there was no caution sign or why there was no warning of this hazardous condition.

Deveari L. Bacon

**FORM   #584**

**GRIEVANCE FORM**

Copy

FACILITY: $\underline{J. C. C.}$               DATE: $\underline{7-17-04}$

GRIEVANT'S NAME: $\underline{DEVEARL\ L.\ BACON}$     SBI#: $\underline{22/242}$

CASE#:_____               TIME OF INCIDENT:_____

HOUSING UNIT: $\underline{23-A-U-7}$

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_Over 60 days ago I filed grievance for slip and fall,_
_I asked the Shift Commander, Internal Affairs, And_
_Kitchen Commander, to take photo's And give me A_
_investigation on the hazard area" And nothing was_
_done, Nor was my grievance heard._

ACTION REQUESTED BY GRIEVANT: _To be paid for pain + suffering_

GRIEVANT'S SIGNATURE:_____   DATE: _July 17, 2004_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

State of Delaware )
) SS.
County of New Castle )

Affidavit of: MARTIN Roberts
Dated: _____

**AFFIDAVIT**

\# 174059

I, MARTIN ROBERTS , being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in BLDG. # 24 DINING HALL B located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

ON (5-1-04) I WITNESSED DEVEARL L. BACON FALL ON THE FLOOR INSIDE BUILDING #24 DINING HALL AREA. MR. BACON WAS WALKING BEFORE ME WHEN HE SLIPPED AND FELL ON A WET SPOT ON THE FLOOR. TO THIS DATE (5-4-04) THE WET SPOT IS STILL THERE AND NO INMATE HAS BEEN WARNED BEFORE OR SINCE MR. BACON'S FALL.

Affiant: Martin Roberts
Signature

MARTIN ROBERTS
Print Name
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this 10th day of May , 200__

My Commission Expires: _____

Notary Public

State of Delaware    )
                     )  SS.
County of New Castle )

Affidavit of: _Mark Tingle_
Dated: _May 4, 2004_

## AFFIDAVIT

I, _Mark Tingle #381464_, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in _Bldg. #24 Dining Hall_ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

I MARK TINGLE #381464

Did See Deverarl Bacon Fall inside B-dining Hall. MHU Building. The time was about 4:50 a.m., the inmates were told to leave, as MR. Bacon walked towards the last table going out the door he slipped on a wet spot caused by the ceiling. MR. Bacon Fell on his back, as he turned to get up he Screamed. A c/o told him to sit still and waite until the nurse gets there.

Affiant: _Mark Tingle_
                  Signature

_Mark Tingle_
Print Name
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _10th_ day of _May_, 200_4_

My Commission Expires:

_____
Notary Public

State of Delaware )
) SS.
County of New Castle )

Affidavit of: _Statement_
Dated: _1·12·05_

## AFFIDAVIT

I, _Greg DeShields_ being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in _D.C.C._ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

On 5-1-04, 4:45 A.M., I witnessed Deveual Bacon fall while coming out of B-Dining hall M.H.U. Bldg. I also witnessed the water coming down from pipes onto the tables.

Affiant:

Signature

Gregory DeShields #256592
Print Name
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _14th_ day of _January_, 200_5_.

My Commission Expires: _June 14th, 2006_

(Notary Public)

Exhibit B

State of Delaware          )
                           )   SS.
County of New Castle       )

Affidavit of: _____
Dated: _____

## AFFIDAVIT

#174059

I, MARTIN ROBERTS, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in BLDG #24 DINING HALL "B" located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

ON 5-7-04 DINING HALL "B" BUILDING #24 I WALKED IN AND SEEN WATER DRIPPING FROM A PIPE IN THE CEILING DOWN TO THE FLOOR. THIS AREA IS THE EXACT AREA WHERE AS DEVEARL BACON'S MISHAP OCCURRED. THERE STILL ISN'T A DANGER ZONE SIGN FOR THIS HAZARDOUS AREA.

Affiant:    Martin Roberts #174059
            Signature

            MARTIN ROBERTS #174059
            Print Name
            Delaware Correctional Center
            1181 Paddock Rd.
            Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _11th_ day of ___May___, 200_4_

My Commission Expires:

            _____
            Notary Public

FORM #584

**GRIEVANCE FORM**

ORIGINAL

Inmate Copy

FACILITY: D.C.C.    DATE: 5-8-04

GRIEVANT'S NAME: Deveard Bacon    SBI#: 221242

CASE#:    TIME OF INCIDENT: 4:45 pm (5-7-04)

HOUSING UNIT: 23-A-U-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I was walking in dining hall "B" Building 24, As
I went to sit down At the first table I seen a lot of
water on the table And on the floor; I stopped and didn't
sit at the table, I looked up to the ceiling to see that
the water was dripping out of a out-going "sewage" pipe.
This is the same problem area to which I slipped and
fell, I slipped in this area on 5-1-04, I asked to
have this area cautioned and it wasn't. What was a
hazardous area is now also a unsanitary. The un-seen
dangers are horrific."

ACTION REQUESTED BY GRIEVANT: For the exposure, to these conditions
I want to be confiscated., I also seek investigation
report sent to me for my own file, I also need both of these
problem areas photoed to persevere the evidence.

GRIEVANT'S SIGNATURE:    DATE: May 7, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED?    (YES)    (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:    DATE:

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**RECEIVED**

MAY 1 7 2004

Inmate Grievance Office

**FORM  #584**

**GRIEVANCE FORM**

*Inmate Copy*

**FACILITY:** D.C.C.

**GRIEVANT'S NAME:** SEVEARL BACON

**CASE#:** 44607

**HOUSING UNIT:** 23 - A - U - 7

**DATE:** 6 - 10 - 04

**SBI#:** 22/242

**TIME OF INCIDENT:** 4:45 AM

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I went to go eat in Building 24 "B" side dining
area @ and the hazardous area I feel over a
mouth Aso is still there

ACTION REQUESTED BY GRIEVANT: WARN Inmates of this problem.

**GRIEVANT'S SIGNATURE:**

**DATE:** June 10, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED?  _____ (YES)  _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
   GRIEVANT

April '97 REV

**RECEIVED**

JUN 1 6 2004

**Inmate Grievance Office**



# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

DEVEAR/ L. BACON                    23 - A - U - 7
Name (Print)                                      Housing Location

11-27-69          22/242          5 - 3-04
Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having)? My left big toE
is Numb Along tingling in my foot. My
back is burning

Inmate Signature                    Mar 3 2004
                                                    Date

The below area is for medical use only. Please do not write any further.

S:

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL   DENTAL   MENTAL HEALTH

DEVEARL L. BACON                    23 - A - U - 7
_____            _____
Name (Print)                       Housing Location

11-27-69        22/242             5 - 3 - 04
_____            _____
Date of Birth    SBI Number        Date Submitted

Complaint (What type of problem are you having)? *Yesterday I tried*
*dribbling a basketball around for a while. About*
*5 min. later my back started burning and*
*I stopped., Can you give me something for pain.*

_____            May 7, 2004
Inmate Signature                   Date

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

A:

P:

E:

_____            _____
Provider Signature & Title         Date & Time

3/1/99 DE01
FORM#:
MED
263

COPY

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

DEVEAR/ L. BACON                          23 - A - u - 7
_____                      _____
Name (Print)                             Housing Location

11 - 27 - 69          22/24/2            May 17, 2004
_____   _____   _____
Date of Birth         SBI Number         Date Submitted

Complaint (What type of problem are you having)?  ✓ recieved meds. for
my sprain back and m/olot., The Dr. ordered
these meds, I want them to be self-meds.

                                         May 17 2004
_____                      _____
Inmate Signature                         Date

The below area is for medical use only.  Please do not write any further.

S:
_____
_____
_____

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____
_____
_____

A:
_____
_____

P:
_____
_____
_____
_____

E:
_____
_____

_____              _____
Provider Signature & Title               Date & Time

3/1/99 DE01
FORM#:
MED
263

# Delaware Department of Correction
## Health Care Services Fee Sheet

=============================================================================

**Inmate Name** _____    **SBI #** _____

(Last, First MI)

**Facility** _____    **Date** _____

| | | |
|---|---|---|
| ___ | **Chargeable Visit** | **$4.00** |
| ___ | **Non Chargeable Visit** | -0- |
| ___ | **Medication Handling Fee ($2.00 X ___ )** | $_____ |

### Total Amount Charged To Inmate Account            $_____

**Health Care Staff Signature:** _____

=============================================================================

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

**Inmate Signature:** _____    **Date:** _____

**1) *Witness Signature:** _____    **Date:** _____

**2) *Witness Signature:** _____    **Date:** _____

=============================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office    Posted/Entered by _____ Date_____

Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _____ SBI # _____

(Last, First MI)

Facility _____ Date _____

    ✓ **Chargeable Visit**                         **$4.00**

    ___ **Non Chargeable Visit**                     **-0-**

    ___ **Medication Handling Fee ($2.00 X ___ )**      $_____

### Total Amount Charged To Inmate Account     $_____

Health Care Staff Signature: _____

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____ Date: _____

1) *Witness Signature: _____ Date: _____

2) *Witness Signature: _____ Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office    Posted/Entered by _____ Date ___ _____

Copy:    Inmate Medical Record (yellow)

       Inmate (pink)

*Only needed if inmate refuses or is unable to sign.

**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)