Exhibit D

Copy

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Devean/L. Bacon              23-A-U-7
Name (Print)                 Housing Location

11-27-69         22/242      May 17, 2004
Date of Birth    SBI Number  Date Submitted

Complaint (What type of problem are you having)? I need a memo for my back, what I can pick up or not, I need memo so I can show the staff, I need a job, I'm pennyless, I don't even have a button.

_[signature crossed out]_                May 17, 2004
Inmate Signature                         Date

The below area is for medical use only. Please do not write any further.

S:

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

_____          _____
Provider Signature & Title        Date & Time

3/1/99 DE01
FORM#:
MED
263

Copy

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): DEVEARL L. BACON
Housing Location: 23-A-U-7
Date of Birth: 11-27-69
SBI Number: 221242
Date Submitted: 6-17-04

Complaint (What type of problem are you having)? I NEED A REFILL OF Ibuprofen for my back. Something is very wrong with my back, I NEED A X-RAY.

Inmate Signature: [signature]
Date: June 17, 2004

The below area is for medical use only. Please do not write any further.

S:

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P:

E:

Provider Signature & Title            Date & Time

3/1/99 DE01
FORM#:
MED
263

Copy

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): Devearl L. Bacon
Housing Location: 23-A-U-7
Date of Birth: 11-27-69
SBI Number: 221242
Date Submitted: 8-29-04

Complaint (What type of problem are you having)? For the past 3 weeks I been bending and moving my back, I'm still in pain I need my Ibuprofen Re-newed. I also need a X-ray of my back

Inmate Signature: [signature]
Date: Aug. 29, 2004

The below area is for medical use only. Please do not write any further.

S:

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title _____    Date & Time _____

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Devearl L. Bacon

Housing Location: 23-A-U-7

Date of Birth: 11-27-67

SBI Number: 22/242

Date Submitted: 11-22-04

Complaint (What type of problem are you having)? Yesterday I tryed a dance step and now my back is in pain.

Inmate Signature: [signature]

Date: May 22, 2004

The below area is for medical use only. Please do not write any further.

S:

O:   Temp: ___   Pulse: ___   Resp: ___   B/P: ___   WT: ___

A:

P:

E:

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

Copy

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL**  DENTAL  MENTAL HEALTH

Name (Print): Devearl Bacon
Housing Location: 21-C-U-6
Date of Birth: 11-27-69
SBI Number: 222242
Date Submitted: 12-5-4

Complaint (What type of problem are you having)? For the past 5-6 months my back has been in pain. I need a re-new Ibuprofen. I also would like to have a x-ray of my back.

Inmate Signature: [signed]
Date: Dec 5, 2004

The below area is for medical use only. Please do not write any further.

S:

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P:

E:

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL  MENTAL HEALTH

Name (Print): Deveari L. Bacon
Housing Location: 21-C-U-6
Date of Birth: 11-27-69
SBI Number: 22/242
Date Submitted: 12-27-4

Complaint (What type of problem are you having)? For the past 5-6 months my back has been in pain. I need a re-new Ibuprofen. I also would like to have a x-ray of my back. This is my second sick-call.

Inmate Signature
Date: Dec. 27, 2004

The below area is for medical use only. Please do not write any further.

S:

O:  Temp: ___  Pulse: ___  Resp: ___  B/P: ___  WT: ___

A:

P:

E:

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Devearl L Bacon
Name (Print)

21-C-U-6
Housing Location

11-27-69
Date of Birth

221242
SBI Number

1-16-5
Date Submitted

Complaint (What type of problem are you having)? I like to have a x-ray for my back, something for my pain, and a syphilis test. This is my second & third sick-call

[Inmate Signature]

Jan. 16, 2005
Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL  MENTAL HEALTH

Name (Print): Deveril L. Bacon
Housing Location: 21-C-U-6
Date of Birth: 11-27-69
SBI Number: 221242
Date Submitted: 2-11-5

Complaint (What type of problem are you having)? I seen x-ray doctor today (got x-ray), she told me "if I want to see me results they will be done on by 2-15-5 just put sick call in so you can 'see' your x-ray".

Inmate Signature: [signature]
Date: Feb. 11, 2005

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Name (Print): Jevearl L Bacon

Housing Location: 21-C-U-6

Date of Birth: 11-27-69

SBI Number: 22/242

Date Submitted: 3-16-5

Complaint (What type of problem are you having)? I took an (E) X-Ray 4 weeks ago and want to "see" the results with my own eye's.

Inmate Signature: [signature]

Date: March 16, 2005

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL **DENTAL** MENTAL HEALTH

Name (Print): Jevearl L. Bacon

Date of Birth: 11-27-62

SBI Number: 22/242

Housing Location: 21-C-U-6

Date Submitted: 3-16-5

**Complaint (What type of problem are you having)?** I took an X-Ray 4 weeks ago and want to "see" the results with my own eye's.

Inmate Signature: [signed]

Date: March 16, 2005

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P: 4/15/05. No results at present time. Doctor will notify if abnormal. — Leslie Robin, RN.
Leslie Robinson, RN
4-15-05

FILE

E:

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263