Exhibit E

FORM #585

MEDICAL GRIEVANCE

(Copy)

FACILITY: S.C.C.

INMATE'S NAME: Deveark L. Bacon

HOUSING UNIT: 21-C-U-6

DATE SUBMITTED: 4-5-5

SBI#: 221242

CASE #:

///////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

Since Feb. "2005" I've put in 2 sick-calls to see the results of my X-rays of my back.

GRIEVANT'S SIGNATURE: _____ DATE: April 5, 2005

ACTION REQUESTED BY GRIEVANT: I want to physically see my X-rays

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

DCC - Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 04/06/2005

Inmate Copy

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** BACON, DEVEAR L | **SBI# :** 00221242 | **Institution :** DCC |
| **Grievance # :** 12958 | **Grievance Date :** 04/05/2005 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 04/05/2005 | **Incident Time :** |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg 21, Upper, Tier C, Cell 6, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Since Feb 2005 I've put in 2 sick calls to see the results of my x-rays of my back.

**Remedy Requested :** I want to physically see my x-rays.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 04/06/2005 |
| **Investigation Sent :** 04/06/2005 | **Investigation Sent To :** Eller, Anita |
| **Grievance Amount :** | |

Page 1 of 2

DCC - Delaware Correctional Center            Date: 04/06/2005
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** : BACON, DEVEAR L | | **SBI#** : 00221242 | | **Institution** : DCC | |
| **Grievance #** : 12958 | | **Grievance Date** : 04/05/2005 | | **Category** : Individual | |
| **Status** : Unresolved | | **Resolution Status:** | | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | | **Incident Date** : 04/05/2005 | | **Incident Time :** | |
| **IGC** : Merson, Lise M | | **Housing Location :** Bldg 21, Upper, Tier C, Cell 6, Top | | | |

## INFORMAL RESOLUTION

**Investigator Name** : Eller, Anita            **Date of Report** 04/06/2005

**Investigation Report :**

**Reason for Referring:**



**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/04/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : BACON, DEVEAR L | **SBI#** : 00221242 | **Institution** : DCC |
| **Grievance #** : 12958 | **Grievance Date** : 04/05/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 04/05/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 21, Upper, Tier C, Cell 6, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Since Feb 2005 I've put in 2 sick calls to see the results of my x-rays of my back.

**Remedy Requested** : I want to physically see my x-rays.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance** : YES     **Date Received by Medical Unit** : 04/06/2005

**Investigation** ... /2005     **Investigation Sent To** : Eller, Anita

**Grievance Amount** :

Page 1 of 2

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/04/2005

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 21, Upper, Tier C, Cell 6, Top | |

### INFORMAL RESOLUTION

Investigator Name : Eller, Anita           Date of Report 04/06/2005

Investigation Report :

Reason for Referring:

Discussed results of x-Ray w/ I/m. Insists on seeing actual Films.

Offender's Signature: Refused to sign

Date : 5/12/05

Witness (Officer): [signature]

Page 2 of 2

GRIEVANCE APPEAL   Copy

Devearl L. Bacon                    #221242
22-B-U-2                            CA. No. 12958

Date: Tuesday, Aug. 16, 2005

Board;

This is a "re-copy" Appeal Form.
I need to physically see x-rays of back.

Devearl L. Bacon

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 08/23/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Withdrawn | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier B, Cell 2, Bottom | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: Since Feb 2005 I've put in 2 sick calls to see the results of my x-rays of my back.

Remedy Requested : I want to physically see my x-rays.

*Inmate Copy*

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 04/06/2005 |
| Investigation Sent : 04/06/2005 | Investigation Sent To : Eller, Anita |
| Grievance Amount : | |

Page 1 of 5

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 08/23/2005

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** BACON, DEVEAR L | **SBI# :** 00221242 | **Institution :** DCC |
| **Grievance # :** 12958 | **Grievance Date :** 04/05/2005 | **Category :** Individual |
| **Status :** Withdrawn | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 04/05/2005 | **Incident Time :** |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg 22, Upper, Tier B, Cell 2, Bottom | |

### INFORMAL RESOLUTION

**Investigator Name :** Eller, Anita         **Date of Report** 04/06/2005

**Investigation Report :** Discussed results of x-rays with inmate. - insists on seeing actual films
refused to sign

**Reason for Referring:**

Offender's Signature: _____

Date          : _____

Witness (Officer) : _____

DCC Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 08/23/2005

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : BACON, DEVEAR L | **SBI#** : 00221242 | **Institution** : DCC |
| **Grievance #** : 12958 | **Grievance Date** : 04/05/2005 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 04/05/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 22, Upper, Tier B, Cell 2, Bottom | |

### IGC

**Medical Provider:**            **Date Assigned**

**Comments**:

☒ Forward to MGC           ☐ Warden Notified

☐ Forward to RGC           Date Forwarded to RGC/MGC : 05/26/2005

☐ Offender Signature Captured      Date Offender Signed    :

Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 08/23/2005

# GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Withdrawn | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier B, Cell 2, Bottom | |

**APPEAL REQUEST**

No Appeal Returned. Grievance withdrawn

**REMEDY REQUEST**

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 08/23/2005

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** BACON, DEVEAR L | **SBI#** : 00221242 | **Institution** : DCC |
| **Grievance #** : 12958 | **Grievance Date** : 04/05/2005 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/05/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 22, Upper, Tier B, Cell 2, Bottom | |

### MGC

**Date Received** : 05/26/2005     **Date of Recommendation:** 08/23/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Wright, Matthalina | Deny |
| Staff | | Prather, Mary | Deny |
| Staff | | Merson, Lise M | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 2 | Abstain : 1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearin held 8-16-05
Deny- Xrays are sent to an outside facility to be read. The impression of the xray is sent to the facility. Mr. Bacon has seen the report of his xray. This policy was explained to him.
Donna Plante RN, DON - deny