Exhibit F

FORM #584

## GRIEVANCE FORM

Copy

FACILITY: S.C.C.  DATE: 6-3-04

GRIEVANT'S NAME: Severall L. Bacon  SBI#: 221242

CASE#: _____  TIME OF INCIDENT: _____

HOUSING UNIT: 23-A-U-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

For Not having an adequate Grievance System the prison has denied the Inmates Due Process Rights

ACTION REQUESTED BY GRIEVANT: Compensate S.H.U. + M.H.U. Inmates for there lost of there Rights

GRIEVANT'S SIGNATURE: _____  DATE: June 3, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

# Nominate Inmate Grievance Representatives!

Nominations must be submitted no later then Monday 5/24/04 at 0700 in your building grievance box!

Posted 5/21/04 with nomination slips.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

**MEMORANDUM**

To:     Inmate    Bacon, Devearl    00221242              23

From:   Corporal L. M. Merson, I. G. C.

Date:   Friday, May 28, 2004

Re:     Representative Nomination

---

You have been nominated for the position of Inmate Grievance Representative. Please Check one of the following, sign, date and return this form by Tuesday, June 01, 2004 @ 0700. Put form in your building grievance box.

Thank You.

_____ I **accept** the nomination for Inmate Grievance Representative and if Voted into the

Position I will serve.

_____ I **do not accept** the nomination for Inmate Grievance Representative and do not

wish to be on the voting ballot.

Signature                                             Date

cc:  File

# VOTE
## INMATE GRIEVANCE REPRESENTATIVES

The names listed below are your choices for Inmate Grievance Representatives for MHU 23.
Out of the 11 names on the ballot you can only **pick 4**.
Please check in the appropriate area beside the individual's name, and then place the
ballot in the Grievance Box by 7:00 a.m. Thursday, June 10, 2004.

_____  John Tait

_____  James Riley

_____  Kevin Jamison

_____  James Llewellyn

_____  Benjamin Whiteman

_____  Jamar, White

_____  James Trump

_____  Thomas Wright

_____  James Crow

_____  James Hall

_____  Gregory Summers

## Certificate of Service

I, Devearl L. Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Amend To Joinder And Exhibit upon the following parties/person (s):

TO: Elieen Kelly
Deputy General (Attorney)
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 26 day of April 2006.