Deveart L. Bacon
#221242
22-B-U-2
D.C.C.
Smyrna, Del. 19977

Clerk of Court
U.S. District Court
Wilmington, Del. 19801

Case No's: 02-431-JJF;
05-714-JJF.

**FILED**
MAY - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(B) scanned

Clerk;

Good-Day., I'm faced with odds that are against me, My Mail is being "Held", My Motion are not being sent "Completly" as Original., I'm faced with Conspircy's at all Angels.

I need "Both" Court Docket Sheet's for Both Cases to see if my Motion's to Amend, Responses, Joinders, and Copy of Letter's to Deputy Attorney are being sent out to the Courts.

I owe the Court & Prison moneys, I'm pennyless, It might be crazy, but I don't mind owing the Court's & Prison for telling the Truth. Can you send me both Dockets in place it on my Bill.

Deveart L. Bacon

I/M Severn C. Bacon
SBI# 221242 UNIT 22-B-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



WILMINGTON DE 197
$00.39
APR 29 2006
MAILED FROM ZIP CODE 19977

Clerk of Court
U.S. District Court
844 N. King St. (Lockbox 18)
Wilmington, DeL # 19801

Legal Mail

