IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
Plaintiff )
)
v. )    Case No. 05-714-JJF
)
Warden Carroll, )
Lt. Forbes )
Defendants )
)



Request for Production of Documents

Comes now Plaintiff Devearl L. Bacon in pursuant to Rule 34 Fed. R. Civ. P., the Plaintiff request the Defendants produce the documents listed within 30 days, either by providing the Plaintiff with copies or by making them available to the Plaintiff for inspection and copying.

Plaintiff needs the following:

① Need a copy of all staff members working in Buildings 24 + 21 on October 3, 2004.

1.

②. Need a copy of "Recieved Legal Mail Form" that was signed by Plaintiff Oct. 3, 2004.

③. Copy of logs for Buildings 24 & 21 for the date of Oct. 3, 2004.

④. Copy of Original Agrievance filed by Plaintiff dated 10-9-04 #8099 along with copy of Prisons Response.

⑤. Copy of all Agrievances filed by Jeffrey Fogg #269797 from the dates of Nov. - Jan. 2004-2005.

⑥. A copy of all complaint's filed by Mrs. Jeanne P. Meyer to Mail.

⑦. A copy of Plaintiff's Agrievances filed on 9-15-5 along with the Prison's Response.

2.

⑧ Copy of All staff members working in Buildings 24 & 22 on January 5, 2006.

⑨ Copy of Log's for Jan. 5, 2006 for Buildings 24 & 22

⑩ Copy of All staff member's working in D.C.C.'s Mail Room from January 5, 2006 to January 21, 2006.

⑪ Copy of Log's from Mail Room from the following dates:

   Ⓐ. Oct 1 - 3, 2004

   Ⓑ. Aug. 26 - Sep. 14, 2005 (Aug. 2005).

⑫ Copy of Plaintiff's Agrievance filed 1-30-06 Along with Prison's Response.

⑬ Copy of Plaintiff's Agrievance filed 4-5-06 Along with Prison's Response.

14). Copy of Plaintiff's Agrievance dated 4-25-06 Along with Prison's Response.

15). Copy of Plaintiff's Agrievance dated May 1, 2006 Along with Prison's Response.

16). Copy of Plaintiff's Agrievance dated May 2, 2006 Along with Prison's Response.

17). Copy of All other Inmates Agrievance's with Impairment or Preventions of Legal Mail Issue's from Sep 2003 to Sep 2005.

June 16, 2006



Devearl L Bacon
#221242
D-CC
Smyrna, Del. 19977

4.

## Certificate of Service

I, DEVEARL C. BACON, hereby certify that I have served a true And correct cop(ies) of the attached: Production of Documents _____ upon the following parties/person (s):

TO: Clerk of Court
US District Court
844 N. King St
Wilmington, Del
19801

TO: Ms Elieen Kelly
Deputy Attorney General
820 N. French St
Wilmington, Del
19801

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 21 day of June, 200_



U.S.M.S. X-RAY

I/M Deveari Bacon
SBI# 00221242 UNIT MHU-21 A-C-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
U.S. District Court
District of Delaware
844 N. King Street
Lockbox 18
Wilmington, De 19801