IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
Plaintiff )
)
v. )  Case No. 05-714-JJF
)
Warden Carroll, )
Lt. Forbes )
Defendants. )
)


FILED
JUN 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Rescanned

Plaintiff's First Set Of Interrogatories
Directed To Warden Carroll

In pursuant to Rule 33 Fed. R. Civ. P., the Plaintiff submits the following Interrogatories to Defendant Warden Carroll. Each of the Interrogatories in writing under oath.

① What is your name and rank?

④ How long have you been above rank

1.

2). Have you ever been made aware of Inmates having problems with Legal Mail?

Ⓐ How many times?

3. Have you ever been sued personaly from any other Inmates about having problems recieving or sending Legal Mail?

Ⓐ If so how many times?

4. How many Agrievances have been filed against D.C.C. for Legal Mail Issues?

5. Is holding or deliberately destorying Inmates Legal Mail a Criminal Act or Constitutional Violation?

June 16, 2006



Bevearl L. Bacon
#221243
DCC
Smyrna, Del. 19977

2.

## Certificate of Service

I, **Devearl L. Bacon**, hereby certify that I have served a true And correct cop(ies) of the attached: **Interrogatories to Warden Carroll** upon the following parties/person (s):

TO: Clerk of Court
U.S. District Court
844 N. King St.
Wilmington, Del.
19801

TO: Ms. Elieen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **21** day of **June**, 200__