IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
Plaintiff )
)
V. )   CASE NO. 05-714-JJF
)
Warden Carroll, )
Lt. Forbes )
Defendants )

FILED
JUN 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BJ scanned

Plaintiff's First Set of Interrogatories Directed To Lt. Forbes

In pursuant to Rule 33 Fed. R. Civ. P., the Plaintiff submits the following Interrogatories to Defendant Lt. Forbes. Each of the Interrogatories in writing under oath.

(1) What is your name and rank?

(A). How long have you been above rank?

1.

2. Have you ever been made aware of inmates having problems with legal mail?

A. How many times?

3. Have you ever been sued personaly from any other inmates about having problems recieving or sending legal mail?

A. If so how many times?

4. How many agrievances have been filed against D.C.C. for legal mail issues?

5. Is holding or deliberately destorying inmates legal mail a Criminal Act or Constitutional Violation?

June 16, 2006



Dengar L. Bacon
#221242
D.C.C.
Smyrna, Del 19977

## Certificate of Service

I, Devearl Bacon, hereby certify that I have served a true And correct cop(ies) of the attached: Interrogatories to Lt. Forbes upon the following parties/person (s):

TO: Clerk of Court
US District Court
844 N. King St.
Wilmington, Del.
19801

TO: _____
_____
_____
_____
_____

TO: Ms. Elieen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____
_____
_____
_____
_____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 21 day of June, 200_