IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

I, Eileen Kelly, Deputy Attorney General, hereby certify that on July 21, 2006, two (2) copies of Defendants' Response to Request for Production of Documents, Defendant Thomas Carroll's Response to Plaintiff's First Set of Interrogatories, and Defendant Peter J. Forbes, Jr.'s Response to Plaintiff's First Set of Interrogatories were delivered by United States mail, postage prepaid, first class to:

TO:  Devearl Bacon, Inmate
     SBI # 00221242
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE  19977

        **DEPARTMENT OF JUSTICE**
        **STATE OF DELAWARE**

        /s/ Eileen Kelly
        Eileen Kelly (I.D. 2884)
        Deputy Attorney General
        820 N. French St., 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        eileen.kelly@state.de.us
        Attorney for Defendants

Dated:  July 21, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2006, I electronically filed *Notice of Service of Discovery Materials* with the Clerk of Court using CM/ECF.  I hereby certify that on July 21, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Devearl Bacon.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us