IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. 05-714-JJF |
| WARDEN CARROLL, et al., | ) ) | |
| Defendants. | ) | |

**DEFENDANT WARDEN THOMAS CARROLL'S RESPONSE TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Defendant Warden Thomas Carroll ("Defendant") hereby responds to Plaintiff's First Set of Interrogatories ("Interrogatories"):

**GENERAL OBJECTIONS**

1. Defendant objects to the Interrogatories to the extent that they seek information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2. Defendant objects to the Interrogatories to the extent that they purport to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

3. Defendant objects to the Interrogatories to the extent that they purport to place duties upon him not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

4. Defendant objects to the Interrogatories to the extent that they purport to seek information or documents not in his possession, custody or control.

5.  Defendant objects to the Interrogatories to the extent that they seek the production of documents equally available to the Plaintiff or Plaintiff's counsel. Such documents will be identified by Defendant, but will not be produced.

6.  Defendant objects to the Interrogatories to the extent that they purport to require production of information or documents which are impractical or unduly burdensome to reproduce.

7.  Defendant objects to the Interrogatories to the extent that they seek the production of documents generated by or received from his counsel in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## RESPONSES

Subject to, and without waiver of the foregoing General Objections and those set forth in Defendant's Responses, Defendant responds, after a reasonable search, and subject to supplementation, as follows:

1.  What is your name and rank?

    A.  How long have you been above rank?

**RESPONSE:** 1.  Thomas Carroll, Warden, Delaware Correctional Center.

    A.  Objection. Defendant does not understand the meaning of this subpart of the Interrogatory.

2.  Have you ever been made aware of inmates having problems with legal mail?

    A.  How many times?

**RESPONSE:** Objection. This Interrogatory is vague and overly broad and in particular

does not specify the time period in question.

      3.      Have you ever been sued personally from any other inmates about having problems receiving or sending legal mail?

         A.      If so how many times?

**RESPONSE:** Objection. This Interrogatory is vague, overly broad and unduly burdensome. Without waiving this objection, at this time, I do not recall if there have been any such lawsuits.

      4.      How many grievances have been filed against D.C.C. for legal mail issues?

**RESPONSE:** Objection. This Interrogatory is vague, overly broad and unduly burdensome. Further objection that this Interrogatory seeks information not relevant to the claims set forth in the complaint and is not reasonably calculated to lead to the discovery of admissible evidence.

      5.      Is holding or deliberately destroying inmates legal mail a criminal act or constitutional violation?

**RESPONSE:** Objection. This Interrogatory is argumentative and seeks a legal conclusion.

              **STATE OF DELAWARE**
              **DEPARTMENT OF JUSTICE**

              /s/ Eileen Kelly
              Eileen Kelly, I.D. No. 2884
              Deputy Attorney General
              820 North French Street, 6th fl.
              Wilmington, DE 19801
              (302) 577-8400
              eileen.kelly@state.de.us
              Attorney for Defendants

Dated: July 21, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2006, I electronically filed *Defendant Thomas Carroll's Response to Plaintiff's First Set of Interrogatories* with the Clerk of Court using CM/ECF.  I hereby certify that on July 21, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Devearl Bacon.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us

VERIFICATION AS TO ANSWERS:

      I hereby declare under penalty of perjury that the attached Responses to Plaintiff's First Set of Interrogatories are true and correct.

                                      /s/ Warden Thomas Carroll
                                      Warden Thomas Carroll