IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants Warden Thomas Carroll and Lt. Peter J. Forbes, Jr. ("Defendants") hereby respond to Plaintiff's Request for Production of Documents ("Request for Production"):

**GENERAL OBJECTIONS**

1.  Defendants object to the Request for Production to the extent that it seeks information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2.  Defendants object to the Request for Production to the extent that it purports to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

3.  Defendants object to the Request for Production to the extent that it purports to place duties upon them not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

4.  Defendants object to the Request for Production to the extent that it purports to seek information or documents not in their possession, custody or control.

5. Defendants object to the Request for Production to the extent that it seeks the production of documents equally available to Plaintiff or Plaintiff's counsel. Such documents will be identified by Defendants, but will not be produced.

6. Defendants object to the Request for Production to the extent that it purports to require production of information or documents which are impractical or unduly burdensome to reproduce.

7. Defendants object to the Request for Production to the extent that it seeks the production of documents generated by or received from counsel for Defendants in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## RESPONSES

Subject to, and without waiver of the foregoing General Objections and those set forth in Defendants' Responses, Defendants respond, after a reasonable search, and subject to supplementation, as follows:

1. A copy of all staff members working in Buildings 24 and 21 on October 3, 2004.

**RESPONSE:** C/O C. Basinger, C/O C. Parks, C/O C. Potts, C/O R. Raney, Sgt. W. Faust, C/O T. Spriggs, C/O M. Edge, C/O M. Moore, C/O S. Selby, C/O L. Wilson, C/O J. Smith, C/O R. Reyes, C/O Payne, C/O Motter, C/O Beal, C/O Watson, C/O Oney, C/O J. Nieves, C/O W. Kusheul, C/O M. Ratliff, C/O M. Burton, C/O Ebwelle.

2. A copy of "Received Legal Mail Form" that was signed by Plaintiff Oct. 3, 2004.

**RESPONSE:**  See attached documents.

     3.     Copy of logs for Buildings 24 and 21 for the date of Oct. 3, 2004.

**RESPONSE:** Objection.  This Request seeks information not relevant to the claims set forth in the complaint and is not reasonably calculated to lead to the discovery of admissible evidence.  Further objection that the disclosure of the requested information would pose a threat to the security of Delaware Correctional Center.

     4.     Copy of original grievance filed by plaintiff dated 10-9-04 # 8099 along with copy of prison's response.

**RESPONSE:**  See attached documents.

     5.     Copy of all grievances filed by Jeffrey Fogg #269797 from the dates of Nov. – Jan. 2004-2005.

**RESPONSE:**  Objection.  This Request seeks production of confidential information protected from discovery by 11 *Del. C.* § 4322.  Further objection that this Request seeks information not relevant to the claims set forth in the complaint and is not reasonably calculated to lead to the discovery of admissible evidence.

     6.     A copy of all complaints filed by Mrs. Jeanne P. Meyer to Mail.

**RESPONSE:**  There are none.

     7.     A copy of Plaintiff's grievance filed on 9-15-5 along with the prison's response.

**RESPONSE:**  Defendants are unable to locate a grievance dated September 15, 2005.

     8.     Copy of all staff members working in Buildings 24 and 22 on January 5, 2006.

**RESPONSE:**  C/O D. Connolly, C/O D. Iglesia, C/O R. Weldon, C/O D. Doddato, Sgt.

C. Phelps, Sgt. Terhune, C/O R. Owner, C/O D. Coleman, C/O M. Shannon, C/O V. McCoy, C/O T. Cornwell, Sgt. M. Trader, Sgt. A. Mintz, C/O D. Scott, C/O R. West, C/O J. Morrison, Sgt. O. Dejesus, C/O T. Shaw, C/O R. Scott, C/O J. Cannon, C/O J. Hanson.

     9.     Copy of logs for Jan. 5, 2006 for Buildings 24 and 22.

**RESPONSE:** Objection. This Request seeks information not relevant to the claims set forth in the complaint and is not reasonably calculated to lead to the discovery of admissible evidence. Further objection that the disclosure of the requested information would pose a threat to the security of Delaware Correctional Center.

     10.     Copy of all staff members working in D.C.C.'s Mail Room from January 5, 2006 to January 21, 2006.

**RESPONSE:** C/O M. Lamon, Sgt. L. David, C/O D. Sullivan, C/O D. Hoofnagle, Cpl. B. Oney, Cpl. M. Dutton.

     11.     Copy of logs from Mail Room for the following dates:

          A.  Oct. 1 – 3, 2004.

          B.  Aug. 26 – Sept. 14, 2005 (Aug. 2005).

**RESPONSE:** Objection. This Request is vague in that it does not specify what is meant by the term "log."

     12.     Copy of Plaintiff's grievance filed 1-30-06 along with prison's response.

**RESPONSE:** See attached documents.

     13.     Copy of Plaintiff's grievance filed 4-5-06 along with prison's response.

**RESPONSE:** See attached documents.

     14.     Copy of Plaintiff's grievance dated 4-25-06 along with prison's response.

**RESPONSE:**  See attached documents.

15. Copy of Plaintiff's grievance dated May 1, 2006 along with prison's response.

**RESPONSE:**  Defendants were unable to locate a grievance dated May 1, 2006.

16. Copy of Plaintiff's grievance dated May 2, 2006 along with prison's response.

**RESPONSE:**  See attached documents.

17. Copy of all other inmates' grievances with impairment or preventions of legal mail issues from Sep. 2003 to Sep. 2005.

**RESPONSE:** Objection.  This Request seeks production of confidential information protected from discovery by 11 *Del. C.* § 4322.  Further objection that this Request seeks information not relevant to the claims set forth in the complaint and is not reasonably calculated to lead to the discovery of admissible evidence.  Further objection that this Request is overly broad, vague and unduly burdensome.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Eileen Kelly
        Eileen Kelly, I.D. No. 2884
        Deputy Attorney General
        Carvel State Office Building
        820 North French Street, 6th fl.
        Wilmington, DE 19801
        (302) 577-8400
        eileen.kelly@state.de.us
        Attorney for Defendants

Dated: July 21, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2006, I electronically filed *Defendants' Response to Plaintiff's Request for Production of Documents* with the Clerk of Court using CM/ECF.  I hereby certify that on July 21, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Devearl Bacon.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us