# Incoming Legal/Certified Mail Log Sheet

Date 10-3-04    Prepared By: _____    Unit 21

| Name | Firm Name | Condition of Mail | Comments | Signature |
|------|-----------|-------------------|----------|-----------|
| ■■■ | ■■■ | Opened in presence of inmate | | ■■■ |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | ■■■ |
| | | Rec'd in Unit Open Condition | | |
| General Bacon | Superior Litho | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |

Legal Mail Received By _____
Officer's Signature

Form# 265( Rev 04/02) 2 pt NCR

*Original*

FORM  #584

**GRIEVANCE FORM**

FACILITY: _S.C.C._    DATE: _April 25, 2006_

GRIEVANT'S NAME: _Deveaul L. Bacon_    SBI#: _221242_

CASE#: _39263_    TIME OF INCIDENT: _10:40 pm_

HOUSING UNIT: _22 - B-U - 2_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_On 4-24-06 C/o's Mr. Kemp and C/o Ms. D. Tingle handed_
_me Legal Mail from Superior Court. The information that was_
_inside the "box" was dated Feb. 1, 2006 with regards to serious_
_Civil Claims._

_These above matter are the cause of Impairments, Preventions,_
_Denied Access, and Conspircy's._

ACTION REQUESTED BY GRIEVANT: _Need Copy of Recieved Signed Legal_
_Mail Sheet that I signed so I can show U.S. District Court_
_the "Comment" I placed on the sheet as an Exhibit._

GRIEVANT'S SIGNATURE: _[signature]_    DATE: _April 25, 2006_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

APR 27 2006

Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.  _____ Disciplinary Action   _____ Parole Decision
_____ Classification Action

___✓___ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*WRITE T. SMITH, SUPPORT SERVICES MANAGER.*

_____                    _5-15-05_
Inmate Grievance Chairperson                              Date

---

Form#: 584 (F&B)
(Reverse Revised July '99)

ORIGINAL

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _D.C.C._

DATE: _5-2-06_

GRIEVANT'S NAME: _Devearl C Bacon_

SBI#: _221242_

CASE#: _40723_

TIME OF INCIDENT: _2:15 pm_

HOUSING UNIT: _22-B-U-2_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 5-1-06 I sent out Legal Mail, And Notice that my Exhibit's were not all added to my Law Suits, so I didn't send my Legal Mail on that day. This is not the first time I've intrusted my mail and Legal documents to D.C.C. Staff member's And it's been Deliberately Impaired and Prevented.

This is Mike Little Department. This is A State wide Conspircy.

ACTION REQUESTED BY GRIEVANT: _Paid 1 million Dollars for All the Impairements And Preventions of Denied Access / Freedom of Speech, these Acts are Cruel And UNUSUAL._

GRIEVANT'S SIGNATURE: _____   DATE: _May 2, 2006_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
MAY 05 2006
Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____**Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____**Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____Disciplinary Action    _____Parole Decision _____Classification Action

_____**Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____**Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____**Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____**Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____**Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*IGC Cannot Authorize Monetary Damages.*

_____
Inmate Grievance Chairperson

_5-19-06_
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

_Original_

FORM #584

## GRIEVANCE FORM

FACILITY: _D.C.C_                    DATE: _10-9-4_

GRIEVANT'S NAME: _DEVEARL BACON_    SBI#: _221242_

CASE#: _8099_                       TIME OF INCIDENT: _8:35 pm_

HOUSING UNIT: _21-C-U-6_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_On 10-3-4 I recieved Legal Mail that had_
_already been open by mail Room. This Legal_
_document Also has missing information which_
_can seriously harm me while filed my Postconviction_
_Appeal._

ACTION REQUESTED BY GRIEVANT: _To be payed for this Prejudicial_
_Act._

GRIEVANT'S SIGNATURE: _____    DATE: _Oct. 9, 2004_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

OCT 21 2004

Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.  _____ Disciplinary Action  _____ Parole Decision  _____ Classification Action

___✓___ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

**OCT 2 2 2004**

_____        _____
Inmate Grievance Chairperson                                    Date

Form#: 584 (F&B)
(Reverse Revised July '99)

*Original*

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _D.C.C._          DATE: _1-30-6_

GRIEVANT'S NAME: _Deveary L. Bacon_    SBI#: _221242_

CASE#: _23326_          TIME OF INCIDENT: _1-26-6_

HOUSING UNIT: _22-B-U-2_

**BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.**

On 1-5-6 I trusted c/o Ms. Scott (4pm-12) to mail legal mail with 5 stamps already on the envalope.

On 1-26-6 I recieved information from the Location to wit: this mail was sent. This party informed me that they recieved my out going mail on 1-23-6, 18 daies later.

This mail that I sent out on 1-5-6 was for Legal Works that was "Deadlined" 1-30-6 -

ACTION REQUESTED BY GRIEVANT: _Ever since I've filed for my "Pro-Se" Post-Conviction Appeal "Cowards" have been stopping all and any outgoing & incoming mail. Pay me for my Mental Pain._

GRIEVANT'S SIGNATURE: _____    DATE: _1-30-6_

WAS AN INFORMAL RESOLUTION ACCEPTED? ____(YES) ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
FEB 0 1 2006
Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

✓ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____Disciplinary Action _____Parole Decision _____Classification Action

✓ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*4.4 is not a Court of law and Cannot award money for alleged Metal damages.*

Inmate Grievance Chairperson

FEB 0 2 2006
_____
Date

---

Form#: 584 (F&B)
(Reverse Revised July '99)

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date:07/17/2006

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | |
|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 33383 | Grievance Date : 04/05/2006 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Mail | Incident Date : 04/04/2006 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 21, Lower, Tier A, Cell 3, Top | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate claims: On 4-4-06 I received "open legal mail". This mail was open without me as a witness to the opening of this document from legal "services L. L. C., Hawaii".
Movant doesn't know if there is important documents missing at such a "critical" moment. , movant is in appeal stages of a 38 year sentence.
My constitutional rights have been violated for the past 3 1/2 years on a "consistent basis"

Remedy Requested : An investigation needs to be given ASAP so that movant can find out who's responsible for these impairments.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : Smith, Tonya |
| Grievance Amount : | |

Page 1 of 2

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 07/17/2006

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 33383 | Grievance Date : 04/05/2006 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Mail | Incident Date : 04/04/2006 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 21, Lower, Tier A, Cell 3, Top | |

### INFORMAL RESOLUTION

Investigator Name  : Smith, Tonya            Date of Report  04/24/2006

Investigation Report :

Reason for Referring:

Offender's Signature:_____

Date            :_____

Witness (Officer)   :_____

**Page 2 of 2**