OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

August 3, 2006

TO: Devearl L. Bacon
     SBI #221242
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

*RE: **Service of Documents per DI 39; 05-714(JJF)***

Dear Mr. Bacon:

    Please be advised that the Clerk's Office has received the USM 285 forms for defendants Ms. C/O Scott, C/O Hansen, C/O Kemp, C/O Ms. D. Tingle and the Attorney General. Please be advised that you are required to submit USM 285 forms for the following defendants: Warden Carroll, Captain Sagers and Lt. Forbes.

    In addition to the USM 285 forms, please submit 4 copies for document items 2, 11, 26 and 32 and submit 9 copies for document items 3, 30 and 38.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                         Sincerely,

/bad                                     PETER T. DALLEO
                                          CLERK

cc: The Honorable Joseph J. Farnan, Jr.