Devearl C. Bacon
#221242
D.C.C.
Smyrna, Del. 19977

Case No. 05-714-JJF

Clerk of Court
US District Court
844 N. King St.
Wilmington, Del. 19801

July 27, 2006

RE: RECIEVED DOCUMENT D.I. #38

Clerk of Court;

Good-Day., On July 19, 2006 I was ordered to send Amended Complaints #'s 2, 3, 11, 26, 30, 32, 38 (D.I. #'s). On July 25, 2006 I sent "All" above documents along with US Marshall form to M. Hill Law Library (See Exh. A).

On July 27, I recieved original's back from Law Library, however plaintiff notice D.I. #38 (Exh. B) wasn't sent back to me through "In-House" prison mail., To make sure that this matter is resolved Plaintiff "will send 5 copies to this Honorable Court, 4 for Amended Defendant's, and 1 for Ms. Elieen Kelly Deputy Attorney General.

Plaintiff "can not witness mail or copy's" being made because of Med. High Lock-Down.

Respectfully,

Devearl C. Bacon

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE 2006 AUG -4 PM 3:14
BO scanned

## Certificate of Service

I, __Deverrl C. Bacon__, hereby certify that I have served a true and correct cop(ies) of the attached: __Letter of Recieved Documents__ upon the following parties/person (s):

TO: __Ms. Elieen Kelly__
__Deputy Attorney General__
__820 N. French St.__
__Wilmington, Del.__
__19801__

TO: ____

TO: __Clerk of Court__
__US District Court__
__844 N. King St__
__Wilmington, Del.__
__19801__

TO: ____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __27__ day of __July__, 2006 

I/M Devearl Bacon
SBI# 221242 UNIT M-Hu-21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



$02.79

Clerk of the Court
United States District Court
District of Delaware
844 N. King Street
Lockbox 18
Wilmington, De 19801