Exhibit A1

GENERAL REQUEST FORM    BLD. # 21
                        Cell # A-L-3

This request should be used to request general information, case law and/or photocopies from the Law Library. Case Law is issued from the Law Library on a 5 for 5 basis. Photocopy requests will be honored for Legal items only. Any items deemed non-legal will need to be forwarded to the Business Office along with a Pay-To for .25 per page.

Library:

This is 1 envelope of 2. I need for You to get envelope #2 Also (which you should have)
then I need:
① Make 5 copies of each document
② Place documents in envelope #1 on top

* Please place US of documents in #2 envelope, send all copys Marshall to US District Court, send originals back forms with to me. * Please send US Marshall forms with documents. the documents. (You have Pay-To's)
* Staple Please * (As Are)    Thank You.

Name: Deveard L. Bacon   S.B.I. 021242   Date: 7-25-06

RECEIVED
Date Received: _____ JUL 27 2006
Date Sent: _____      MHU Law Library
Staff Notes:

Pay-to Log # _____
Staff Initials: _____

* Also Please don't forget to send Notary to me!!