Exhibit A2

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| DEVEARL BACON,<br><br>    Defendant Below-<br>    Appellant,<br><br>v.<br><br>STATE OF DELAWARE,<br><br>    Plaintiff Below-<br>    Appellee. | §<br>§<br>§ No. 453, 2005<br>§<br>§<br>§<br>§ Court Below—Superior Court<br>§ of the State of Delaware,<br>§ in and for New Castle County<br>§ Cr. ID 0006017660<br>§<br>§ |

Submitted: April 21, 2006
Decided: June 21, 2006

Before **STEELE**, Chief Justice, **HOLLAND**, and **BERGER**, Justices.

## ORDER

This 21st day of June 2006, after careful consideration of the parties' briefs and the record below, we find it manifest that the judgment of the Superior Court should be affirmed on the basis of the Superior Court's well-reasoned opinion dated August 29, 2005. The Superior Court did not err in concluding that appellant's motion for postconviction relief, which included six claims of ineffective assistance of counsel, lacked substantive merit.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Randy Holland
Justice

# Certificate of Service

I, Devearl L. Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Exhibit to Motion to N Amend upon the following parties/person (s):

TO: Ms. Eileen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 26 day of June 2006

# Certificate of Service

I, Devearl L. Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Exhibit's & Document's D.I #38 upon the following parties/person (s):

TO: Ms. Elieen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO:

TO: Clerk of Court
US District Court
844 N. King St.
Wilmington, Del.

TO:

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 27 day of July 2006