Exhibit B[1]

Case 1:05-cv-00714-JJF    Document 45-4    Filed 08/04/2006    Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon            )
    Plaintiff               )
                            )
    v.                      )    Case No. 05-714-JJF
                            )
Warden Carroll, etc.,       )
    Defendant.              )
                            )

MOTION TO AMEND

Come now Plaintiff Devearl L. Bacon in pursuant to Fed. Civ. P. Rule 15. Plaintiff seeks to Amend the following:

① On June 21, 2006 Plaintiff Postconviction Relief was Denied in the Supreme Court of Delaware.

② Plaintiff suffered an Irreparable Damage by Defendant's Impairment's and Preventions when Plaintiff's Opinion was Prejudicially Sent back to Superior Court twice.

③ By Plaintiff's "lost" of time missed because of Constitution Violations caused by Defendant's Preventions and Deliberate

(1)

Impairment's/ Retaliation's, Plaintiff suffered from not having the chance to Artfully Litigate claims with the Aid of 3rd and 4th Party's, which Plaintiff was protected under the Constitution to have outside Aid other then Himself to Raise Claims in the Courts.

④ We will never know if Plaintiff would have "Overcome" the AFFIRMED ORDER by the Supreme Court of Delaware because the "Probability" of knowing was prejudicially taken away by Defendant's.

June 26, 2006



Desearl L. Bacon
D.C.C.
Smyrna, Del. 19977

# Certificate of Service

I, __Devearl L. Bacon__, hereby certify that I have served a true and correct cop(ies) of the attached: __Motion To Amend__ _____ upon the following parties/person (s):

TO: __Eileen Kelly__
__Deputy Attorney General__
__820 N. French St.__
__Wilmington, Del.__
__19801__

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __26__ day of __July__, 2006.