Devearl L. Bacon
#221242
D.C.C.
Smyrna, Del. 19977

Case No. 05-714-JJF

Hon. Judge Joseph J. Farnan Jr.
US District Court
Wilmington, Del. 19801

September 20, 2006

RE: Service of Documents per DI #39

Your Honor:

I'm writing Defendant's Attorney Ms. Elieen Kelly with regards as to why I've recieved only "Returned Executed USM 285 form's from Her, and C/O Hansen.

I need to know why I haven't recieved Executed USM 285 form's from Defendant's C/O R. Scott, C/O D. Tingle and C/O Kemp.

"Discovery issue's needs to be Resolved" once thee Above Defendant's are Served.

Cordially,

Devearl L. Bacon

Deveary L. Bacon
#221242
D.C.C.
Smyrna, Del. 19977
Case No. 05-714-JJF

Ms. Elieen Kelly
Deputy Attorney General
Wilmington, Del. 19801

September 20, 2006

RE: Service of Documents per DI #39

Ms. Kelly:

Prayed you are faring well., I've only recieved returned executed USM 285 Form's from yourself and c/o Hansen, can you tell me why I haven't recieved returned form's from c/o R. Scott, c/o D. Tingle, and c/o Kemp?

Thank you for your help on this matter.

Cordially,

Deveary L. Bacon

## Certificate of Service

I, **Devearl L. Bacon**, hereby certify that I have served a true and correct cop(ies) of the attached: **Letter to Hon. Judge Farnan / Ms. Kelly, per USM 285 Forms** upon the following parties/person (s):

TO: Hon. Judge Joseph J. Farnan Jr.
US District Court
844 N. King St.
Wilmington, Del.
19801

TO: Ms. Eileen Kelly
Deputy Attorney Gen.
820 N. French St.
Wilmington, Del.
19801

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **20** day of **September** 2006.

I/M Deverl Bacon
SBI# 221242  UNIT MHU-21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



$ 00.39⁰
SEP 23 2006
MAILED FROM ZIP CODE 19977

Hon. Judge Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street
Lockbox 18
Wilmington, De 19801