IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
Plaintiff )
v. ) Case No. 05-714-JJF
Warden Carroll, etc. )
Defendant )

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 OCT -5 PM 3: 32
RD scanned

MOTION TO AMEND, JOINDER OF PERSONS, RECONSIDER OF PERSON, ADDING OF PREJUDICIAL LANGUAGE

Come Now, Plaintiff Devearl L. Bacon in pursuant Fed. Civ., P. Rule's 15(A), (B); Fed. Civ., P. Rule 19(A). Plaintiff Seeks to Amend and the Joinder of Defendant's for Each of Plaintiff's "Protected Communication's Violation's", their "Personal Involvement" of interferences of Plaintiff's Rights to The Court, And Rights to confidentiality.

Plaintiff asserts the following:

JOINDER OF PERSONS

On September 14, 2005 10:08 AM Plaintiff was called out of cell by C/O, Plaintiff was informed by Counselors Ms. Jayme Jackson, Ms. Cindy Atallian, And Lt. Thomas Seacord. Plaintiff was informed by these 3 staff members that "Honorable Judge Susan C. Del Pesco ORDERED

A Hand-Delivery Verification (see exhibit A) to prove Plaintiff has recieved Opinion (exhibit B) on Post-Conviction Appeal. These Staff members had to make sure that Plaintiff also recieved copies of 2 envelopes regarding 2 non-Delivery of Opinion (exhibit C).

This is proof of Personal Involvement with regards to Plaintiff's 1st and 14th US. Cons. Amend. issues. These 3 staff members are involved in Impinging of Plaintiff's protected freedom of Speech and Right To The Courts.

These 3 Staff members:

1. Ms. Jayme Jackson
2. Ms. Cindy Atallian
3. Lt. Thomas Seacord,

are needed to be Amended as Joinder of Person. Plaintiff needs to investigate through Discovery to find out "with colorable clearness" the Deliberate Source of Evil who's "causing" these Constitutional Violations.

RECONSIDER OF PERSON

On July 19, 2006 D.I. # 39 Hon. Judge Joseph J. Farnan (Respectfully) denied Plaintiff's Joinder of Person as to Sgt. Kruschel, Plaintiff prays This Court to "Reconsider that denial" and asserts:

(A) On October 3, 2004 Plaintiff recieved Legal Mail that had been open "which had the ORDER (if any) taking out". Plaintiff asserts this could have been a "Timely ORDER" which Plaintiff had a Right to witness the opening. (See Exhibit D). This was a clear violation of plaintiff's 1st and 14th Cons. US Amend. Rights.

(B) On 7-21-06 Defendant's Response to Plaintiff's Production of Document (exhibit E). Plaintiff asked for a showing of all worker's in Build. 24 and 21 on last line of question / Response #1 C/O W. Kuschel (now Sgt. Kuschel) was working on that day. Plaintiff Recieved openned Legal Legal Document from C/O (Sgt.) Kuschel on that day (See Exhibit E).

(C) This incident was agrieved and investigated by Law Library (Exh. F) Ms. Maria Lyons stated ... "The "docket sheet was in one of MHU/SHU mail bags not "attached to anything. It was put in an envelope and "delivered to you with the Legal Mail."

This was an "chilling incident" because the docket Sheet had paper toren from top sheets which left paper in the corner, and that moment Plaintiff was just filing Post-Conviction in Superior Court (Recieved by Court September 24, 2004). Plaintiff never asked Prothonotary

for a docket sheet until well After the October 3, 2004 incident (*See Court Docket Exh. D, DI #51).

(D) This is clearly a showing that Sgt. Kuschel had "a personal Involvement" in Plaintiff's Right To Access, Freedom of Speech, Protected Confidentiality violation.

WHEREFORE, Plaintiff prays This Court Amend "Sgt. Kuschel" as Defendant in this case. Plaintiff needs to investigate Mr. Kuschel Personal Knowledge involving a Deliberate evil force.

PREJUDICIAL LANGUAGE

Each and all Defendant's are being sued for their Personal Involvement in their interferece with protected communications, for stripping Plaintiff's confidentiality, Impinging upon Plaintiff's Right to Freedom of Speech, and Deliberate Impairments for Plaintiff's Right to Access to The Courts.

WHEREFORE, it is prayed that thee Above be Amended to this case below.

Respectfully,

October 2, 2006

Devearl L. Bacon
DCC
Smyrna, Del. 19977

# Certificate of Service

I, Several C. Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Motion To Amend, Joinder upon the following parties/person (s):

TO: Clerk of Court
US District Court
844 N. King St.
Wilmington, Del.
19801

TO:

TO: Ms. Elieen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO:

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 2 day of October, 2006