EXHIBIT A

HAND-DELIVERY VERIFICATION

By my signature listed below, I certify that on Wednesday, September 14, 2005, I received a copy of an Opinion regarding case numbers IN 00-07-01666-1667R1, 1671-1673-R1; and IN 00-07-0347-0349-R1, 0351-0352-R1, 0356-0358-R1 0358-R1 – ID 0006017660 from Judge Susan C. Del Pesco decided upon on August 29, 2005. The opinion consisted of 13 pages including one sheet of copies of envelopes regarding non-delivery of opinion.

_____         _Devean L. Bacon_____
Devereal L. Bacon                                        (Print name)

_Cindy A. Atall_____         _Cindy Atallian_____
Staff Witness - Cindy Atallian                     (Print name)
Master Correctional Counselor

_Thomas Seacord_____         _Thomas J Seacord_____
Staff Witness - Thomas Seacord                  (Print name)
Lieutenant