EXHIBIT C

SUPERIOR COURT OF THE STATE OF DELAWARE
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
020310

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300

SUPERIOR COURT OF THE STATE OF DELAWARE
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
020310

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300

RECEIVED

SEP 0 6 2005

JUDGE DEL PESCO'S OFFICE

RECEIVED

SEP 1 8 2005

JUDGE DEL PESCO'S OFFICE

19801-3733 12

Devearl L. Bacon, ID 000601 7660
Delaware Correctional Center
1811 Paddock Rd.
P.O. Box 500

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD

RTS
RETURN TO SENDER

POSTAGE DUE

Devearl L. Bacon, ID 000601 7660
Delaware Correctional Center
1811 Paddock Rd.
P.O. Box 500
Smyrna, DE 19977

Screened by:
Delaware Capitol
Police

N40

STATE MAIL