EXHIBIT E

5.   Defendants object to the Request for Production to the extent that it seeks the production of documents equally available to Plaintiff or Plaintiff's counsel. Such documents will be identified by Defendants, but will not be produced.

6.   Defendants object to the Request for Production to the extent that it purports to require production of information or documents which are impractical or unduly burdensome to reproduce.

7.   Defendants object to the Request for Production to the extent that it seeks the production of documents generated by or received from counsel for Defendants in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## RESPONSES

Subject to, and without waiver of the foregoing General Objections and those set forth in Defendants' Responses, Defendants respond, after a reasonable search, and subject to supplementation, as follows:

1.   A copy of all staff members working in Buildings 24 and 21 on October 3, 2004.

**RESPONSE:** C/O C. Basinger, C/O C. Parks, C/O C. Potts, C/O R. Raney, Sgt. W. Faust, C/O T. Spriggs, C/O M. Edge, C/O M. Moore, C/O S. Selby, C/O L. Wilson, C/O J. Smith, C/O R. Reyes, C/O Payne, C/O Motter, C/O Beal, C/O Watson, C/O Oney, C/O J. Nieves, C/O W. Kusheul, C/O M. Ratliff, C/O M. Burton, C/O Ebwelle.

2.   A copy of "Received Legal Mail Form" that was signed by Plaintiff Oct. 3, 2004.

## Incoming Legal/Certified Mail Log Sheet

Date **10-3-04**   Prepared By: _____   Unit **21**

| Name | Firm Name | Condition of Mail | Comments | Signature |
|------|-----------|-------------------|----------|-----------|
| ▮▮▮ | ▮▮▮ | Opened in presence of inmate | | ▮▮▮ |
| | | Rec'd in Unit Open Condition | | |
| ▮▮▮ | ▮▮▮ | Opened in presence of inmate | | ▮▮▮ |
| | | Rec'd in Unit Open Condition | | |
| Deveral Bacon | Superior Wilmule | Opened in presence of inmate | | ✓ |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of Inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of Inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of Inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of Inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of Inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of Inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of Inmate | | |
| | | Rec'd in Unit Open Condition | | |

Legal Mail Received By _____
Officer's Signature

Form# 265( Rev 04/02) 2 pt NCR