EXHIBIT F

TO:        Devearl Bacon  #221242
           MHU Building 21
           C-U-6

FROM:      Maria Lyons
           Staff Paralegal
           MHU Law Library

DATE:      October 12, 2004

REF:       Legal Mail received from Mailroom

---

Just wanted to let you know that I am currently working on your issue. Mr. Little is on vacation until October 17, 2004 so it has been turned over to me. I was in the mailroom on Thursday and Friday of last week talking to different personnel about this issue. I looked over the legal mail logs and saw where the item had been delivered to you and you had signed for it. At this time this is as far as I have been able to go. The person who had originally handled the item is on vacation until tomorrow, October 13, 2004. I will get with that person and talk to them about the item and see what the story is. I am holding on to it because I would like for them to be able to see the notes on it and I am hoping it will help them to remember what transpired. One way or the other I will put your court documents in the mail to you tomorrow and you will have them by the end of the day. I am hoping that I will be able to answer all your questions at that time as well. Please bear with me, as this is an extremely hectic time right now. I have always found answers for you in the past and this time will be no exception.

TO:        Devearl Bacon # 221242
           MHU Bldg. 21
           C-U-6

FROM:      Maria Lyons
           Staff Paralegal – MHU Law Library

DATE:      October 14, 2004

REF:       Legal Mailing

After checking with mailroom I discovered the following. The docket sheet was in one of the MHU/SHU mailbags not attached to anything. It was put in an envelope and delivered to you with the legal mail. I could try to guess all day as to what happened but I have no proof and can find no answers. I have done everything I can. I am returning your documents to you at this time.

# Certificate of Service

I, __Sevearl L. Bacon__, hereby certify that I have served a true and correct cop(ies) of the attached: __Exhibit To Motion To Amed, Joinder__ upon the following parties/person(s):

TO: Clerk of Court
US District Court
844 N. King St.
Wilmington, Del.
19801

TO: _____

TO: Ms Elieen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __2__ day of __October__, 2006