IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
Plaintiff )
)
v. )  Case No. 05-714-JJF
)
Warden Carroll, etc. )
Defendant )
)

## ATTEMPT TO RESOLVE DISCOVERY

Come Now, Plaintiff Devearl L. Bacon Attempt to Resolve Discovery Issue's with Defendant's.

Plaintiff asserts the following:

① On July 21, 2006 Defendant's Response to Plaintiff's Discovery (DI #43), Defendant's in Response to question 5 (copy of all grievances filed by Inmate Jeffery Fogg #269797 from dates of Nov. - Jan. 2004-05).

Defendant's Response:

" Objection. This request seeks production of
" confidential information protected from discovery by
" 11 Del. C § 4322. Further objection that this request
" seeks information not relevant to the claims set

①

" forth in the complaint and is not reasonably
" calculated to lead to the discovery of admissible
" evidence.

Plaintiff in Attempt to Resolve this Issue Reply:

The above information will prove to be needed evidence for plaintiff to adequately raise case. Mr. Fogg's involvement is because Mr. Fogg and Mrs. Jeanne P. Meyer are the 3rd + 4th party's that has been "helping" Plaintiff raise claims artfully in Criminal Appeal Court.

It is prayed we can resolve this issue.

② As to questions 1, 8, 9, 11 (A)+(B) (Names of staff working in Build.'s / Log's).

Defendant's Response:

Defendant's supplied names; however not Lt.'s or Captain's working on those days. Defendant's Object to discover "Log's" information.

Plaintiff Reply's:

Defendant's never gave the names of Lt.'s or Captain's that where working on those "specific days".

The Log's are needed so plaintiff may "narrow down"

②

investigation to find "the driving force of these evil's involved in this case.

WHEREFORE, it is prayed that we can resolve the above issue's.

Respectfully,

*[signature]*

Devearl L. Bacon
DCC
Smyrn, Del. 19977

Oct. 2, 2006

# Certificate of Service

I, Severn L. Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Attempt To Resolve Discovery upon the following parties/person (s):

TO: Clerk of Court
US District Court
844 N. King St.
Wilmington, Del
19801

TO: Ms. Eileen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del
19801

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 2 day of October, 2006

I/M Dewearl Bacon
SBI# 00221242  UNIT #21 A-L-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court 3rd Cir
844 N. King St.
Lockbox 18
Wilmington, Del. 19801