# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of Defendants Officer Raina Scott, Officer Jeffrey Hansen, Officer Dawn Tingle and Officer Ernest Kemp. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Eileen Kelly
    Eileen Kelly, I.D. #2884
    Deputy Attorney General
    Carvel State Office Building
    820 North French Street, 6th Floor
    Wilmington, Delaware 19801
    (302) 577-8400
    eileen.kelly@state.de.us

Date: October 20, 2006    Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on October 20, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Devearl Bacon.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us