IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
  Plaintiff, )
v. )  C.A. NO. 05-714-JJF
Warden Carroll, et al., )
  Defendants. )

PLAINTIFF'S FIRST SET OF
INTERROGATORIES DIRECTED
TO C/O Scott

FILED
OCT 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Plaintiff Pro-Se, hereby request that you answer fully in writing, and under oath the interrogatories within 30 days:

1. What is your NAME and RANK?

2. How long have you been a correctional officer

3. While you've been working in SHU/MHU areas have you ever been intrusted to mail mail for an inmate?

1.

4. On January 5, 2006 Inmate Deveari Bacon gave you mail to mail true or false?

5. Did this mail have an pay-to with it?

6. Who was the Lt. working that night in Building 24?

   A. If there wasn't an Lt. was a Captain or Sgt. working in Build. 24?

2.

## Certificate of Service

I, **Sevearl L. Bacon**, hereby certify that I have served a true and correct cop(ies) of the attached: **Interrogatory** upon the following parties/person (s):

TO: Ms. Elieen Kelly
Deputy Attorney Gen.
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **19** day of **October**, 2006

[signature]

Devearl Bacon
221240 UNIT MHU 21 A-L-3
AWARE CORRECTIONAL CENTER
PADDOCK ROAD
RNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
District of Delaware
844 N. King Street
Lockbox 18
Wilmington, De 19801



UNITED STATES POSTAGE
$ 00.87⁰
02 1A
0004606975  OCT 21 2006
MAILED FROM ZIP CODE 19977
PITNEY BOWES