IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON )
   Plaintiff, )
V. ) C.A. NO. 05-714-JJF
WARDEN CARROLL, et al., )
   Defendants. )

PLAINTIFF'S FIRST SET OF
INTERROGATORIES DIRECTED
TO C/O HANSON

FILED
OCT 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The plaintiff Pro-Se, hereby request that you answer fully in writing, and under Oath the interrogatories witin 30 days:

1. What is your name and rank?

2. How long have you been a correctional officer?

3. What's the difference between legal mail and regular mail?

1.

4. On April 4, 2006 where you working Build. 22-B and A Unit's.

5. Did you hand Legal mail to Sevearl Bacon?

   A. If not, who else was working in Building 22 that gave out Legal and Regular mail?

6. Who was the Lt. working that night in Building "24"?

   A. If there wasn't an Lt. was a Captain or Sgt. working in Build. 24?

2.

## Certificate of Service

I, Devearl L. Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Interrogatory _____ upon the following parties/person (s):

TO: Ms. Elieen Kelly
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 19 day of October 2006

Devearl Bacon
221240   UNIT MHU-21 A-L-3
AWARE CORRECTIONAL CENTER
PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
District of Delaware
844 N. King Street
Lockbox 18
Wilmington, De 19801



021A
000460875
MAILED FROM ZIP CODE 19977
$ 00.87⁰
OCT 21 2006
UNITED STATES POSTAGE
PITNEY BOWES