IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
Plaintiff, )
)
v. )   C.A. NO. 05-714-JJF
)
Warden Carroll, et al., )
Defendants. )



PLAINTIFF'S FIRST SET OF
INTERROGATORIES DIRECTED
TO C/O KEMP

The plaintiff pro-se, hereby request that you answer fully in writing, and under oath the interrogatories within 30 days:

1. What is your name and rank?

2. How long have you been a correctional officer?

3. What's the difference between legal mail and regular mail?

1

4. From the months of January 2006 to April 25, 2006 how many times have you worked on 22-B-unit?

5. When you gave out the legal mail with C/o & Tingle where the regular "22" officer's acting strange?

   A. If so how?

6. (A) Who was the Lt. working that night in Building "24"?

   A. If there wasn't an Lt. was a Captain or Sgt. working in Build. 24?

2.

## Certificate of Service

I, Sevearl L. Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Interrogatory _____ upon the following parties/person (s):

TO: Ms. Elieen Kelly
Deputy Attorney Gen.
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 19 day of October 2006.

Devearl Bacon
221242 UNIT MHU-21 A-L-3
AWARE CORRECTIONAL CENTER
PADDOCK ROAD
[S]MRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
District of Delaware
844 N. King Street
Lockbox 18
Wilmington, De 19801



US POSTAGE $00.870
OCT 21 2006
MAILED FROM ZIP CODE 19977