IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon            )
    Plaintiff,              )
                            )
        V.                  )      C.A. No. 05-714-JJF
                            )
Warden Carroll, et al.,     )
    Defendants.             )
                            )
                            )

FILED
OCT 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF'S FIRST SET OF
INTERROGATORIES DIRECTED
TO C/O S. Tingle

The Plaintiff Pro-Se, hereby request that you answer fully in writing, and under oath the interrogatories witin 30 days:

1. What is your name and rank?

2. How long have you been a correctional officer?

3. What's the difference between legal mail and (Reg) regular mail?

4. From the months of January 2006 to April 25, 2006 how many times have you worked on 22-B-Unit?

5. When you gave out the Legal @ Mail with C/o Kemp where the regular "22" Officer's acting strange?

   A. If so how?

6. Who was the Lt. working that night in Building "24"?

   A. If there wasn't an Lt. was a Captain or Sgt. working in Build. 24?

2.

## Certificate of Service

I, **Severeal L. Bacon**, hereby certify that I have served a true and correct cop(ies) of the attached: **Interrogatory** _____ upon the following parties/person (s):

TO: Ms. Eileen Kelly
Deputy Attorney Gen.
820 N. French St.
Wilmington, Del
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **19** day of **October**, 2006

[signature]