VERIFICATION AS TO ANSWERS:

      I hereby declare under penalty of perjury that the attached Responses to Plaintiff's

First Set of Interrogatories are true and correct.

Officer Ernest Kemp