VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Responses to Plaintiff's First Set of Interrogatories are true and correct.

*[signature]*
Officer Raina Scott