IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SEVEARI L. BACON        )
    Plaintiff           )
                        )
    V.                  )        CASE NO. 05-714-JJF
                        )
WARDEN CARROLL, etc.,   )
    DEFENDANTS.         )        FILED
                        )        DEC 1 1 2006
                                 U.S. DISTRICT COURT
    MOTION TO REMOVE I.USSE D.I #  DISTRICT OF DELAWARE
        C/O J. HANSEN                    RD scanned

Come Now, Plaintiff SEVEAR/ L. BACON moves this Hon.
Court to Remove from Claim C/O HANSEN AND S.I #30 from
suit.

    Plaintiff asserts the following:

    ① In C/O J. HANSEN's Response to Plaintiff's First Set
of Interrogatories, Plaintiff Asked on question's 4 & 5:

    Q: ON April 4, 2006, were you working Building 22 B
       AND A units? (Q.4)

    A: I don't Remember

    Q: Did you hand legal mail to SEVEAR/ BACON? (Q.5)
    A: I don't Remember... (See Appendix A, 1-3).

                        (1)

② D.I. #30 is Iusse (Appendix B, 1-19) in which Plaintiff sought to have C/o HANSEN AS being " PERSONALLY INVOLVED ."

③ C/o HANSEN dose not REMEMBER thee Above Iusse's/ EVENT's And to SEEK A CLAIM APON D.I. #30 iusse / C/o HANSEN would be " FRuitless ".

WHEREFORE , Plaintiff pRAys this HonorAble CouRt REMOVE D.I. #30 And C/o HANSEN from this ClAim.

## Certificate of Service

I, _DEVEARL BACON_ , hereby certify that I have served a true
and correct cop(ies) of the attached: _Motion To Remove  S.I #30_ ,
_C/o J. HANSEN_ _____ upon the following

parties/person (s):

TO: _Ms Eileen Kelly_          TO: _____
_Deputy Attorney General_      _____
_820 N. French St._            _____
_Wilmington, Del._             _____
_19801_                        _____

TO: _____          TO: _____
_____              _____
_____              _____
_____              _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _6_ day of _December_ 2006

TABLE OF CONTENTS

Appendix A (INTERROGATORIES) _____ pages 1-3

Appendix B (S. I. #30) _____ 1-19

APPENDIX A

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DEVEARL BACON,

      Plaintiff,

      v.                       C. A. No. 05-714-JJF

WARDEN CARROLL, et al.,

      Defendants.

### DEFENDANT OFFICER JEFFREY HANSEN'S RESPONSE TO
### PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant Officer Jeffrey Hansen ("Defendant") hereby responds to Plaintiff's First Set of Interrogatories ("Interrogatories"):

### GENERAL OBJECTIONS

1.     Defendant objects to the Interrogatories to the extent that they seek information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2.     Defendant objects to the Interrogatories to the extent that they purport to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

3.     Defendant objects to the Interrogatories to the extent that they purport to place duties upon him not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

4.     Defendant objects to the Interrogatories to the extent that they purport to seek information or documents not in his possession, custody or control.

$A-1$

5.    Defendant objects to the Interrogatories to the extent that they seek the production of documents equally available to the Plaintiff or Plaintiff's counsel. Such documents will be identified by Defendant, but will not be produced.

6.    Defendant objects to the Interrogatories to the extent that they purport to require production of information or documents which are impractical or unduly burdensome to reproduce.

7.    Defendant objects to the Interrogatories to the extent that they seek the production of documents generated by or received from his counsel in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## RESPONSES

Subject to, and without waiver of the foregoing General Objections and those set forth in Defendant's Responses, Defendant responds, after a reasonable search, and subject to supplementation, as follows:

1.    What is your name and rank?

**RESPONSE:**  Jeffrey Hansen, Correctional Officer.

2.    How long have you been a correctional officer?

**RESPONSE:**  2 years, 6 months.

3.    What's the difference between legal mail and regular mail?

**RESPONSE:**  Legal mail is opened in front of the inmate and regular mail is opened in the mail room.

4.    On April 4, 2006, were you working Building 22 B and A units?

**RESPONSE:**  I don't remember.

A-2

5.    Did you hand legal mail to Devearl Bacon?

A.    If not, who else was working in Building 22 that gave out legal and regular mail?

**RESPONSE:**  I don't remember. I don't know who else was working in Building 22.

6.    Who was the Lt. working that night in Building 24?

A.    If there wasn't a Lt. was a Captain or Sgt working in Building 24?

**RESPONSE:**   I don't know.

                              **STATE OF DELAWARE**
                              **DEPARTMENT OF JUSTICE**

                              /s/ Eileen Kelly
                              Eileen Kelly, I.D. No. 2884
                              Deputy Attorney General
                              820 North French Street, 6th fl.
                              Wilmington, DE 19801
                              (302) 577-8400
                              eileen.kelly@state.de.us
                              Attorney for Defendants


Dated: November 30, 2006

A-3

APPENDIX B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON )
    Plaintiff )
)
    V. )
)       CASE NO. 05-714-JJF
)
)
WARDEN CARROLL, etc, )
)
    DEFENDANT. )
)
)
)

Dt. # 30

## MOTION TO AMEND, JOINDER
## OF PERSONS

COME NOW, Plaintiff DEVEARL L. BACON IN pursuant to Fed.
Civ., P. Rule's 15 (A), (B) ; Fed. Civ., P. Rule 19(A). Plaintiff
seeks to Amend AND the Joinder of Defendant's from each of
their continued, deliberate, impairments, AND Retaliations.

① On 4-4-06 Plaintiff recieved "opened Legal Mail" from
C/o HANSEN (see exh A).

② Plaintiff filed Agievance AND Aske "for AN INVESTIGATION
to find out who's responsible. (see exh. B).

B-1

③ Plaintiff filed for Assistance from "Express Legal Services".

④ Since Plaintiff filed suit on Above Defendant's and pray this Court will help Plaintiff protect Legal Works.

WHEREFORE, It is prayed that thee Above is Amended and that Correctional Officer Hansen is Joinder as a Defendant.

Deneari L. Bacon
DCC
Smyrna, Del. 199-

② B-2

## Certificate of Service

I, _Devearn/L Bacon_ , hereby certify that I have served a true
and correct cop(ies) of the attached: _Motion To Joinder_

_____ upon the following

parties/person (s):

TO: _Ms Elieen Kelly_          TO: _____

_Deputy Attorney Gen._         _____

_820 N. French St._            _____

_Wilmington, Del._             _____

_19801_                        _____


TO: _____          TO: _____

_____              _____

_____              _____

_____              _____

_____              _____


**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this __11__ day of _April_ , 2006

B-3

Exhibit A

B-4

FOUNDATION FOR INNOCENCE
Express Legal Services L.L.C.
1050 Bishop Street, #508
Honolulu, Hawaii. 96813

1937743679-81 R003

Delaware Correctional Cente

RECEIVED
APR 0 4 2006

To: DEVEARL BACON # 321242
D.C.C. PRISON
1181 PADDOCK ROAD
SMYRNA DEL 19977

B-5



ASSESSMENT FORM                    **PLEASE TYPE**

## FOUNDATION FOR INNOCENCE

Express Legal Services, L.L.C.
1050 Bishop Street, #508
Honolulu, Hawaii. 96813
Ph/Fax (808) 247-0780
Email: innocencehawaii2002@yahoo.com

*The questions below are designed to help us decide whether we will be able to help you seek release from prison on the ground you were innocent of the crime for which you were convicted, or rendered ineffective assistance of counsel where your constitutional rights were violated. You should understand that in order to prove your innocence, there must be a good possibility of locating new evidence that was either not available, or was overlooked, or was not presented by you or your attorney at the time of trial or on appeal. Preferably, the new evidence should be in the form of physical evidence, but other evidence, such as eyewitness, or victim, or witness recantation, may also suffice. We are currently assessing cases nationwide.*

Name: _____ Institution Number: _____ Date of Birth: _____

Prison:_____Address:_____

SSN#:_____Race:_____Inmate Counselor Name:_____

## PART I.   INTRODUCTORY INFORMATION

1. Date sentenced: _____Length of sentence(s): _____ Expected release date: _____

2. Offense(s) for which you were convicted: _____

_____

_____

3. Date of crime: _____ Date of Arrest: _____Place of conviction:_____

4. Do you claim to be innocent as to all the above offenses? _____ If not, which charges are you

innocent of? _____

5. What is your first language? _____ What is your highest grade level completed?_____

6. Did your case go to trial, or did you plead guilty, no contest, or Alford?_____

7. If you had multiple trials, how many? _____ and, what was the reason for the outcome of each

trial?_____

_____

8. Have you filed an appeal? ____(Yes) ____(No) If Yes, describe the status of your appeal:

_____

_____

1    B-6

9. Have you pursued a Habeas Corpus or Post Conviction Petition on the State level?

(Yes)_____ (No) _____ If "Yes" describe current status: _____

_____

_____

10. Have you pursued a Habeas Corpus on the Federal level? _____ (Yes) _____ (No)

If "Yes" describe current status:_____

_____

11. Are you currently represented by counsel? If so, please provide the Name, Address and Phone

Number of your current counsel:_____

_____

12. If you are no longer represented by counsel, please provide the Name, Address and Telephone

Number of your last attorney, and describe what your last attorney helped you with (Trial, Appeal,

etc.)_____

_____

_____

13. List the issues that were raised in your appeal, and give the date of the final decision from the

appeals court:_____

_____

_____

_____

_____

_____

_____

_____Date of decision: _____

PART II. INSTRUCTIONS: Please answer, as fully as you can, all of the questions that apply to your
case. The more information we have, the better we can assess your case.

14. Briefly Describe the Prosecution's Theory of Your Case at Trial: _____

_____

_____

_____

2      B- 7

_____

_____

_____

_____

_____

_____

_____

_____

_____

**15. Briefly Describe the Defense's Theory of Your Case at Trial:** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**16. Please summarize the facts of your case.  *What was the crime?  What happened?  What was your involvement in the crime?*  Explain why you are <u>Innocent</u> and why you believe you were wrongly convicted.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

3    $B-8$

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## PART III.   THE FACTS OF YOUR ARREST

1.  Did the police interview you before or after you were arrested?  (Yes) _____  (No)_____

If Yes, How many times and how long were you interviewed? _____

_____

2.   When was the first time you spoke with your attorney? _____

3.   Did you give a recorded statement/Confession? (Yes) _____(No) _____(Video)_____ (Audio) _____

4.   Was it a written statement?  (Yes) _____  (No) _____

5.   If Yes, did you sign it?  (Yes) _____  (No) _____

6.  Explain why you gave a statement, and briefly describe what you told the police? _____

_____
_____
_____
_____

4.    B-9

7.  Name(s) of victim(s): _____

8.  Did any alleged victim(s) identify you? Yes _____ No _____ If Yes, who, when and where?

*(Example: At the scene of the crime, line up, in court, etc.)* _____

9.  Did you know the victim(s)? If yes, how?_____

_____

10.  Did anyone else identify you? _____

11.  Were others charged in connection with this crime? Yes _____ No _____

Name(s): _____ same trial _____ separate trial _____ "took a deal" _____

Name(s): _____ same trial _____ separate trial _____ "took a deal" _____

12.  How did you become a suspect? _____

_____

_____

13.  Why do you think the "victim(s)" made complaints against you? _____

_____

_____

14.  Do you have an alibi that proves you could not have committed the crime you were convicted
of? (Yes) _____ (No) _____ If Yes, what is it? _____

_____

_____

15. Do you have some way to prove the alibi? (Yes) _____ (No) _____ If Yes, how? _____

_____

_____

16.  Is your case one of mistaken identity? _____

17.  Did you tell your attorney you were innocent? _____

18.  Did you refuse to accept a plea agreement? (Yes) _____ (No) _____

If Yes, what was the agreement you refused to accept? Why? _____

_____

19.  If you accepted the Plea Agreement, what did your attorney say to you to make you decide that
a plea was in your best interest? _____

B-10

## PART IV.   PHYSICAL AND /OR BIOLOGICAL EVIDENCE.

*INSTRUCTIONS: Please answer, as fully as you can, all of the questions that apply to evidence:*

1.  Was any <u>physical</u> evidence recovered during the investigation of your case? (Yes) ____(No)____
    What evidence was recovered? _____

    _____

    _____

2.  Was any <u>biological</u> evidence recovered during the investigation of your case? (Yes) ___(No)___
    *(For example: hair, blood, vaginal swabs, anal swabs, or saliva)* (Yes) ____(No) _____ If "Yes" what
    samples were obtained? _____

3.  Was any testing done on the evidence? (Yes) _____(No) _____  What kind of testing was done?
    *(For example, blood group typing [A,B,O], hair or fiber comparisons, DNA testing [RFLP, PCR], etc)*

    _____

4.  Who arranged to have the testing done?  Prosecution _____  Defense _____

5.  Do you have a report of the test results? (Yes) _____ (No) _____ If yes, please send us a copy.
    If no, what were the results? _____

6.  What evidence was introduced at trial? _____

    _____

    _____

7.  Were the results of the tests used at trial?  (Yes) _____ (No) _____ If not, why not? _____

    _____

    _____

8.  Who actually <u>did</u> the test? (Name, address, telephone) _____

    _____

    _____

    _____

9.  Was a second test done? (Yes) _____ (No) _____

10. Who arranged to have the second test done?  Prosecution _____  Defense _____

11. Was testing done on <u>all</u> of the physical/biological evidence recovered during the investigation
    of your case? (Yes) _____ (No) _____  If <u>NO</u>, what was <u>not</u> tested? _____

*B-11*

12.  Were the results of the tests used on <u>appeal</u> or on <u>post-conviction</u>?   (Yes) _____   (No) _____

13.  Was a 'Motion To Preserve Evidence' filed by your attorney?  (Yes) _____  (No) _____

14.  Is the evidence still available?  (Yes) _____  (No) _____

15.  What is the location of the evidence? _____

## PART V.   THE FACTS OF YOUR TRIAL

1.  Did you testify? (Yes) _____ (No) _____ If no, why didn't you testify? _____

_____

_____

2.  Did any of the alleged victim(s) testify? (Yes) _____ (No) _____ If Yes, list their names, present whereabouts (if known) and any information that might help us locate them: _____

_____

_____

3.  What kind of Expert(s) testified for the Prosecution? (Include names, addresses & phone numbers if known) _____

_____

_____

4.  What kind of Expert(s) testified for the Defense? (Include names, addresses & phone numbers if known) _____

5.  Who else testified at your trial?  Prosecution: _____

_____

_____

Defense: _____

_____

_____

6.  Did any police informants or snitches testify against you at your trial? _____

7.  Did any informant or snitch claim to have learned any information from you about your case <u>before</u> or <u>after</u> your arrest? _____

8.  Did anybody testify against you in exchange for a promise of leniency in their own case? _____

_____

7

B-12

9.  Please briefly describe the makeup of your jury: What was the predominant race & gender of the jury? How long did they deliberate?  Other facts we should know about your jury? _____

_____

_____

_____

_____

_____

## PART VI.    CASE MATERIALS

*(Check those documents you can make available to us. Please do NOT send anything until we specifically request it.)*

1.   Hearing Transcript(s)                   _____

2.   Trial Transcript(s)                      _____

3.   Police report(s)                         _____

4.   Laboratory report(s)                     _____

5.   Appellate Briefs:

    Appellant (defense)                     _____

    Respondent (prosecution)                _____

6.   Secondary Appellate Briefs:

    Appellant (defense)                     _____

    Respondent (prosecution)                _____

7.   Post-Conviction Briefs:
    Appellant (defense)                     _____

    Respondent (prosecution)                _____

## PART VII   CHILD SEXUAL ABUSE CASES

1.   How many children accused you of sexually abusing them?_____

2.   For each child, list the age at time of alleged abuse, gender, and your relationship to each child:

Child 1 : _____

Child 2 : _____

3.   How old are the children now? _____

8        $B-13$

4.   Who did the children tell about the abuse? _____

5.   Were the children's first complaints against you taped?  (Yes) _____  (No) _____

6.   Were the tapes used during your trial?  (Yes) _____  (No) _____  If not, why not? _____

7.   Why do you think the children made complaints about you? _____

_____

_____

_____

_____

8.   Was the Department of Social Services (DSS) involved?  (Yes) _____  (No) _____

9.   Did your attorney interview the children before your trial?  (Yes) _____  (No) _____

10.  Did any of the children testify against you?  (Yes) _____  (No) _____

11.  What did they say? _____

_____

_____

_____

_____

12.  Were the medical reports used at trial?  (Yes) _____  (No) _____

13.  Did either the prosecution or the defense use the children's psychological reports at trial?

(Yes) _____  (No) _____  If the results were NOT used, why not? _____

_____

14.  Have the children accused other people, were those people convicted? _____

15.  Have any of the children recanted their statements?  (Yes) _____  (No) _____

PART VIII.  ABOUT YOU

1.  Please provide the names, addresses and phone numbers of family and friends who have
information regarding your case? _____

_____

_____

_____

$B-14$

2      Summarize any <u>new evidence</u> that exists in your case that would lead to proof of <u>innocence.</u>

*"New evidence" can include, among other things, newly found evidence, a key witness who has recently recanted his/her testimony, or even evidence in existence at the time of your trial that can now be subjected to new scientific testing or analysis for results not available at your trial.*

_____

_____

_____

_____

_____

_____

_____

_____

### IMPORTANT: READ BEFORE SIGNING

By signing below, I authorize the Foundation For Innocence to assign one or more Paralegals, forensic analysts, investigators and attorneys to investigate my case. This includes, but is not limited to, authorizing correspondence and/or telephone calls to prior counsel, prosecutors, or witnesses.

I authorize any and all entities and persons, including my former attorney(s), investigator(s), and appellate programs who worked on my case, to release to the Foundation For Innocence or to its staff or representatives, any and all records, files, reports, and information of any kind related to me or to any criminal case involving me, including police reports, witness statements, post-conviction pleadings, and correctional records, pre-sentencing reports and other documents in prison social services and legal files, legal papers, court documents, medical records, laboratory analyses, probation reports, attorney files and records, and any other information necessary to the Program's work on my behalf.

I fully understand that there may be statutes, rules, and regulations that protect the confidentiality of some of the records, files, reports and information covered by this release; it is my specific intent to waive the protection of all such statutes, rules and regulations so that confidential information can be shared with the Foundation for Innocence.

By my signature below, I represent that this waiver is voluntary and given without any reservation. This authorization is effective until revoked by the undersigned in writing.

Signature: _____   Date: _____

NOTE: Please return this form within 30 days, with the required <u>$25.00</u> review fee. (Money Order and/or Check) should be made out to Express Legal Services L.L.C.
*PLEASE DO <u>NOT</u> SEND TRANSCRIPTS OR OTHER DOCUMENTS <u>UNTIL REQUESTED</u>*

10                                         $\beta - 15$

# FOUNDATION FOR INNOCENCE

Express Legal Services, L.L.C.
1050 Bishop Street, #508
Honolulu, Hawaii. 96813
Ph/Fax (808) 247-0780
Email: innocencehawaii2002@yahoo.com

## CONSENT FOR RELEASE OF INFORMATION

I, _____, hereby authorize any and all entities and

persons, including my former attorney(s) _____

_____

_____

_____

to release to Foundation For Innocence / Express Legal Services, or to its staff, any and all
records, files, reports, and information of any kind related to me or to any criminal case
involving me.

I fully understand that there may be statutes, rules, and regulations that protect the
confidentiality of some of the records, files, reports and information covered by this release;
it is my specific intent to waive the protection of all such statutes, rules and regulations. By
my signature below, I represent that this waiver is voluntary and given without any
reservation.

Signed this _____ day of _____, 2005.

_____

Signature

11

$B-16$

Exhibit B

B-17

GRIEVANCE

FORM #584

GRIEVANCE FORM

**FACILITY:** D.C.C.     **DATE:** April 5, 2006

**GRIEVANT'S NAME:** SEVEAR/ L. BACON     **SBI#:** 221242

**CASE#:**     **TIME OF INCIDENT:** 9:35 pm

**HOUSING UNIT:** 22-B-U-2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 4-4-06 I recieved "Openned Legal Mail". This mail was openned without me as a witness to the openning of this Document from Legal "Services" C.C.C., Hawaii.

Movant dosen't know if there is Important Documents missing at such a "Critical" moment. Movant is in Appeal Stages of a 38 year sentence.

My Constitutional Rights have been Violated for the past 3 1/2 years on a "Consistent Basis".

ACTION REQUESTED BY GRIEVANT: An Investigation needs to be given ASAP so that Movant can find out who's responsible for these impairments.

**GRIEVANT'S SIGNATURE:**     **DATE:** April 5, 2006

WAS AN INFORMAL RESOLUTION ACCEPTED?     (YES)     (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:     DATE:

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

B-18

# Certificate of Service

I, _DEVEARL L. BACON_, hereby certify that I have served a true

and correct cop(ies) of the attached: _____ _Exhibit's_ _____

_____ upon the following

parties/person (s):

TO: _Ms. Elieen Kelly_          TO: _____

_Deputy Attorney Gen._

_820 N. French St._

_Wilmington, Del_

_19801_


TO: _____          TO: _____

_____          _____

_____          _____

_____          _____

_____          _____


**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this ____ day of _____ , 2006

_B-19_ .

## Certificate of Service

I, _Severel L. Bacon_, hereby certify that I have served a true
and correct cop(ies) of the attached: _Appendix To Motion To_
_Remove_ upon the following

parties/person (s):

TO: _Ms. Eileen Kelly_
_Deputy Attorney General_
_820 N. French St._
_Wilmington, Del._
_19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _6_ day of _December_, 2006

I/M _Deonna l Bacon_
B/# _221242_ UNIT _22_
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

D.S.M.S.
X-RAY

UNITED STATES POSTAGE
PITNEY BOWES
$ 01.35⁰
02 1A
0004608975   DEC 08 2006
MAILED FROM ZIP CODE 19977

Legal mail

Clerk
U.S. District Court
844 N. King Street
Wilmington Delaware
19801