IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Sevearl L. Bacon )
  Plaintiff, )
 )
v. ) CA. No. 05-714-JJF
 )
Warden Carroll, et. al., )
  Defendants. )
 )



FILED
MAR 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

**PLAINTIFF'S SECOND SET OF INTERROGATORIES DIRECTED TO C/O JEFFREY HANSEN**

The Plaintiff Pro-Se, hereby request that you answer fully in writing, and under oath the Interrogatories within 30 days:

6. If you were handed a copy of Log's regarding date's and time that you worked from April 1-4, 2006, would you be able to remember where you worked, or what you done that night?

7. Have you ever been entrusted to mail outgoing or hand out legal mail from or to an inmate?

8. Have you ever handed out legal mail before?

(1)

9. Who gives Instructions to hand out Inmate's Legal Mail?

10. Has an Inmate ever written or filed an Agreivance against you?

   (A) If yes, what specific Issue's?

   (B) Was any Agreivance filed against you for any outgoing or incoming Mail?

Devearl C. Bacon
D.C.C.
Smyrna, Del. 19977

## Certificate of Service

I, **Sevearl L. Bacon**, hereby certify that I have served a true and correct cop(ies) of the attached: **C/o Jeffrey Hansen Second Set of Interrogatories** upon the following parties/person (s):

TO: Ms. Elieen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **6** day of **March**, 2007

[signature]