~~IN THE US DISTRICT COURT~~
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
  Plaintiff, )
             )
    v.       )          CA. No. 05-714-JJF
             )
Warden Carroll, et. Al., )
  Defendant's. )
             )
             )

PLAINTIFF'S SECOND SET OF
INTERROGATORIES DIRECTED
TO C/O ERNEST KEMP

FILED
MAR 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

The Plaintiff Pro-Se, hereby request that you answer fully in writing, and under Oath the Interrogatories within 30 days:

7. Where you a "Regular Officer" working in Building 22 (A+B unit's) from the months of January 2006 to April 25, 2006?

8. Who where the Regular Officer's working the Night of April 25, 2006?

9. Is it fair to you that you are being a Defendant on claim of Civil Law Suit?
   (A) If so, why not?

(1)

10. Where you Instructed to hand out Inmate Devearl Bacon's Legal Mail on the Night of April 25, 2006?

Ⓐ If so, by whom?

Devearl C. Bacon
D-CC
Smyrna, Del 19977

(2)

## Certificate of Service

I, _Devearl L. Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _C/O Ernest Kemp's Second Set of Interrogatories_ upon the following parties/person (s):

TO: Ms. Eileen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __6__ day of __March__, 2007