IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
  Plaintiff, )
v. ) CA. No. 05-714-JJF
Warden Carroll, et. al., )
  Defendant's. )
 )
 )

FILED
MAR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## PLAINTIFF'S SECOND SET OF INTERROGATORIES DIRECTED TO C/O DAWN TENGLE

The Plaintiff Pro-Se, hereby Request that you Answer fully in writing, and under Oath the Interrogatories within 30 days:

7. Where you a "Regular Officer" worker in Building 22 (A & B unit's) from the Months of January 2006 to April 25, 2006?

8. Who where the Regular Officer's working the Night of April 25, 2006?

9. Is it fair to you that you are being a Defendant on Claim of Civil Law Suit?
  (A) If so, why not?

(1)

10. Where you Instructed to hand out Inmate Devearl Bacon's Legal Mail on the Night of April 25, 2006?

(A) If so, By whom?

Devearl L. Bacon
D.C.C.
Smyrna, Del 19977

(2)

## Certificate of Service

I, _Devearl C. Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _C/O Dawn Tingle's Second Set of Interrogatories_ upon the following parties/person (s):

TO: _Eileen Kelly_
_Deputy Attorney General_
_820 N. French St._
_Wilmington, Del._
_19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _6_ day of _March_, 2007