IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon           )
                           )
    Plaintiff,             )
                           )
    v.                     )     C.A. No. 05-714-JJF
                           )
Warden Carroll, et. al.,   )
                           )
    Defendant's            )
                           )
                           )
                           )

**PLAINTIFF SECOND SET OF INTERROGATORIES DIRECTED TO C/O RAINA SCOTT**

FILED
MAR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

The Plaintiff Pro-Se, hereby request that you answer fully in writing, and under oath the Interrogatories within 30 days:

7. When you were handed the outgoing mail from Inmate Devearl L. Bacon, where did you take it?

8. Did you hand the mail to any staff member or take it to a specific building?
   (A) If so, who or were did you take it or hand it to?

(1)

9. Where you instructed not to mail inmate Bacon's outgoing legal mail?

   (A) If so, by whom?

10. Are you being presued by any staff member or inmate to lie about this issue regarding this legal mail?

    (A) If so, by whom?

Devearl L Bacon
D.C.C
Smyrna, Del. 19977

## Certificate of Service

I, Deverel L. Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: C/o Raina Scott's Second Set of Interrogatories upon the following parties/person (s):

TO: Ms. Eileen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 6 day of March, 2007