IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL C BACON                     )
        Plaintiff,                  )
          V.                        )         CA. No. 05-714-JJF
                                    )
WARDEN CARROLL, et. Al.,            )
        Defendant's                 )
                                    )
                                    )

FILED

MAR 12 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

## PLAINTIFF SECOND SET OF INTERROGATORIES DIRECTED TO LT. FORBES

The plaintiff pro-se, hereby request that you answer fully in writing, and under Oath the Interrogatories within 30 days:

6. On October 3, 2004 what Building or Buildings were you working?

7. On September 1, 2005 through September 14, 2005 how many days did you work out of these 14 days?
   (A) Where were you located on each day or Night?

8. On January 5, 2005 where were you located
   (B) Where you at work that Day?

(1)

9. What is the Job Function of Lt. ?

    (A) Do you oversee Sgt.'s, Cpl.'s, And Reg. C/o's ?

    (B) Are you Reported to when something goes wrong ?

10. Have you ever overseen or Issued out Legal Mail ?

11. Is it Part of Your Job Function to Oversee And Issue out Mail ?

Devearl L. Bacon
&.C.C.
Smyrna, Del 19977

②

## Certificate of Service

I, _Devearl C. Bacon_ , hereby certify that I have served a true

and correct cop(ies) of the attached: _4. Forbes's Second Set of_
_Interrogatories_ upon the following

parties/person (s):


TO: _Ms. Eileen Kelly_          TO: _____
_Deputy Attorney General_       _____
_820 N. French St._             _____
_Wilmington, Del._              _____
_19801_                         _____


TO: _____     TO: _____

_____          _____

_____          _____

_____          _____


**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE  19977.

On this __6__ day of __March__ _____2007