IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON )
   Plaintiff, )
     V. )
            ) CA No. 05-714-JJF
WARDEN CARROLL, et. Al., )
   Defendant's. )
            )
            )

**FILED**

MAR 12 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Scanned

## PLAINTIFF SECOND SET OF INTERROGATORIES DIRECTED TO WARDEN CARROLL

The Plaintiff Pro-Se, hereby Request that you Answer fully in writing, and under Oath the Interrogatories within 30 days:

6. What is the Function of Doc 4.4 Grievance Policy?

7. What is the Meaning of "Emergency Agrievance"?

8. Who Hears Emergency Grievances?

9. How Long is An Emergency Grievances Ruled Upon?

(1)

11. What happens to Emergency Grievance After it is Ruled Apon?

Devear L Bacon
8 cc.
SmyRN, Del. 19977

## Certificate of Service

I, _Devearl C. Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _Warden Carroll's Second Set of Interrogatories_ upon the following parties/person (s):

TO: _Ms. Eliee Kelly_
_820 N. French St._
_Wilmington, Del._
_(Deputy Att. Gen.)_
_19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this ___6___ day of ___March___ 2007

I/M Devearl Bacon
SBI# 221242 UNIT MHU 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



OFFICE of the Clerk
United States District Crt
District of Delaware
844 N. King Street
Lockbox 18
Wilmington, De 19801



" Legal Mail "