IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON            )
    Plaintiff              )
                            )
    v.                      )    C.A. No. 05-714-JJF
                            )
WARDEN CARROLL, et. Al.,    )
    Defendant's.            )
                            )

FILED
MAR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## MOTION TO COMPEL

COME NOW, Plaintiff DEVEARL L. BACON PRO-SE MOVES in pursuant to Rules 34(b) And 37(A) Fed. R. Civ. P., for AN Order Compelling the Defendant's to produce for inspection And copying the document's Requested.

Plaintiff Asserts:

① On July 21, 2006 Defendant's Responsed to Plaintiff's Discovery (D.I. #43). Defendant's Objected to Plaintiff Request question #5, Asking Deffendant's to supply plaintiff with A copy(s) of All Inmate Jeffery Fogg's (#269797) Grievances filed from the date's of Nov. "2005" Through January 2006. (See Exhibit A)

  (A) Defendant's Asserted "This Request seeks " production of confidential information

(1)


"protected from discovery by 11 Del. C § 4322."

(2) Plaintiff on October 2, 2006 filed "Attempt To Resolve Discovery" and asserted: "The above in-formation will prove to be needed evidence for plaintiff to adequately raise case. Mr. Fogg's involvement, is because Mr. Fogg and Mrs. Jeanne P. Meyer are the 3rd & 4th party's that has been 'helping' plaintiff raise claims artfully in Criminal Appeal Court. At #2

(3) Defendant's Object To Disclose "Log(s)" on Specific Date's (question's 1, 8, 9, 11 (A) + (B) Discovery Request) See Exhibit A.

(A) Defendant's Asserted:

1. Defendant's Supplied names, However not Lt.'s or Captain's working on those days. Defendant's Object to Disclose "Logs" information.

(B) Plaintiff Asserted:

1. "Defendant's never gave the names of Lt.'s or Captain's that where working on those 'Specific Days."
2. "The Log(s) are needed so plaintiff (my) may "Narrow down" investigation to find 'the driving force' of

②

of these evil's involved in this case." At #2-3

WHEREFORE, Plaintiff prays this Court grants Motion to Compel in Order Defendant's to Disclose the following:

① Inmate Jeffrey Fogg's Agrievances (Bates Nov.-Jan. 2006)

② Specific Names and Log's Requested on questions 1, 8, 9, 11 (A)+(B) (See Exh. A).

This information request and is reasonable. Plaintiff needs Information to be Disclosed so Plaintiff may show a Demonstration of US Const Amend Violations.

Respectfully,

Deverel L Bacon
SCC
Smyrna, Del. 19977

(3)

## Certificate of Service

I, Devearl C. Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Motion To Compel / Affidavit upon the following parties/person (s):

TO: Ms. Eileen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 6 day of March, 2007

State of Delaware )
) SS.   Affidavit of: Motion To Compel
County of New Castle )   Dated: March 6, 2007

## AFFIDAVIT

I, Sevearl L. Bacon, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in D.C.C. located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

① On July 21, 2006 Defendant's Responded to Plaintiff's discovery.

② Plaintiff on October 2, 2006 Filed Attempt To Resolve Discovery.

③ Defendant's Objected "To Specific" Requests.

Affiant: _____
Signature
Sevearl L. Bacon
Print Name
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

RECEIVED MAR 12 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

SWORN TO AND SUBSCRIBED before me this 8th day of March, 2007.

My Commission Expires: 6-17-08

_____
Notary Public

i

# TABLE OF CONTENTS

|  | PAGES |
|---|---|
| AFFIDAVIT | i |
| MOTION TO COMPEL | 1-3 |
| Exhibit A (RESPONSE) | APPEN. |