Deveari L. Bacon
#221242
D.C.C.
Smyrna, Del. 19977
CA. No. 05-714-JJF

Clerk of Court
US District Court
Wilmington, Del. 19801

March 6, 2007

RE: REQUEST FOR COURT DOCKET

Clerk;

Good-day., At this moment in Time Plaintiff (Pro-Se) is pennyless and prays a copy of Court Docket Sheet is sent to him so he can artfully raise claim.



FILED
MAR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Cordially,

Deveari L. Bacon

I/M DeVEARL L. BACON
SBI# 221242 UNIT 21-A-L-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
US District Court
844 N. King St., Lockbox 18
Wilmington, Del.
19801

Legal Mail



U.S.M.
X-RAY

UNITED STATES POSTAGE
PITNEY BOWES
02 1A  $ 00.390
0004608975  MAR 09 2007
MAILED FROM ZIPCODE 19977