OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

March 16, 2007

```
TO:   Devearl L. Bacon
      SBI #221242
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977
```

**RE:** *Request for Copywork;***05-714(JJF)**

Dear Mr. Bacon:

A letter has been received by the Clerk's office from you requesting a copy of the docket sheet.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. ***Should you require copywork in the future***, please be aware of this fee requirement. Prepayment in the amount of $ 5.00 should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                                      PETER T. DALLEO
                                          CLERK

cc:   The Honorable Joseph J. Farnan