IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

Defendants hereby oppose Plaintiff's Motion to Compel [D.I. 72], and in support thereof, state as follows:

1. In this *pro se* prisoner civil rights action, Plaintiff claims that Defendants adversely impacted his ability to pursue an unrelated state court action by mishandling his legal correspondence. Plaintiff is currently incarcerated at the Delaware Correctional Center ("DCC").

2. In this Motion to Compel, Plaintiff first seeks production of grievances filed by another inmate incarcerated at DCC, Jeffrey Fogg. Mr. Fogg is not a party to this lawsuit, and Plaintiff does not explain how another inmate's grievances have any relevance to his cause of action. More importantly, as set forth in Defendants' Response to Plaintiff's Request for Production [D.I. 43], attached hereto as Exhibit A, this Request seeks production of information protected from discovery by 11 *Del. C.* § 4322. Pursuant to Section 4322(a), all inmate case records maintained by the Department of Correction "shall not be disclosed directly or indirectly to anyone other than the courts . . ., the

Board of Parole, the Board of Pardons, the Attorney General and the Deputies Attorney General or others entitled by this chapter to receive such information." Thus, other inmate grievance records are protected from discovery and Plaintiff's Motion to Compel must be denied as to this issue.

      3.    The second issue presented in Plaintiff's Motion to Compel concerns the identification of DOC personnel working in certain buildings at DCC on certain dates. Plaintiff appears to argue that he is entitled to actual housing tier logs listing the staff members on duty. He claims that he needs this information to find "the driving force" behind the alleged constitutional violations.

      4.    Where Plaintiff has requested the names of staff members working in certain buildings at certain times, he has been provided with that information. *See* Exhibit A at Paragraphs 1, 8, 10. In addition to the names of staff members, building or housing tier logs contain the names of other inmates, and document all movement and activity, including activity implicating security concerns. Given that Plaintiff has been provided with the information he seeks, the names of staff members, he has no need for the logs that contain often crucial security information which has no relevance to his cause of action.

      5.    Thus, Plaintiff's Motion to Compel is without basis and must be denied.

WHEREFORE, Defendants respectfully request that this Court deny Plaintiff's Motion to Compel.

                                             **STATE OF DELAWARE**
                                             **DEPARTMENT OF JUSTICE**

                                             /s/ Eileen Kelly
                                             Eileen Kelly, I.D. No. 2884
                                             Deputy Attorney General
                                             Carvel State Office Building
                                             820 North French Street, 6th fl.
                                             Wilmington, DE  19801
                                             (302) 577-8400
                                             eileen.kelly@state.de.us
                                             Attorney for Defendants

Date:  March 23, 2007

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, I electronically filed *Defendants' Response to Plaintiff's Motion to Compel* with the Clerk of Court using CM/ECF. I hereby certify that on March 23, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Devearl Bacon.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us