IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT WARDEN TOM CARROLL'S RESPONSE TO
PLAINTIFF'S SECOND SET OF INTERROGATORIES**

Defendant Warden Tom Carroll ("Answering Defendant") hereby responds to Plaintiff's Interrogatories:

**GENERAL OBJECTIONS**

1. Answering Defendant objects to the Interrogatories to the extent that they seek information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2. Answering Defendant objects to the Interrogatories to the extent that they purport to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

3. Answering Defendant objects to the Interrogatories to the extent that they purport to place duties upon them not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

4. Answering Defendant objects to the Interrogatories to the extent that they purport to seek information or documents not in their possession, custody or control.

5.  Answering Defendant objects to the Interrogatories to the extent that they seek the production of documents equally available to the Plaintiffs or Plaintiffs' counsel. Such documents will be identified by Answering Defendant but will not be produced.

6.  Answering Defendant objects to the Interrogatories to the extent that they purport to require production of information or documents which are impractical or unduly burdensome to reproduce.

7.  Answering Defendant objects to the Interrogatories to the extent that they seek the production of documents generated by or received from his counsel in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## RESPONSES

Subject to, and without waiver of the foregoing General Objections and those set forth in Answering Defendant's Responses, Answering Defendant responds, after a reasonable search, and subject to supplementation, as follows:

6.  What is the function of DOC 4.4. Grievance Policy?

**RESPONSE:** The purpose of the grievance policy is to set forth guidelines for inmate grievances in order to reduce tension and effectively resolve grievances within the facility.

7.  What is the meaning of "Emergency Grievance?"

**RESPONSE:** An emergency grievance is an issue that concerns matters which under regular time limits would subject the inmate to a substantial risk of personal, physical or psychological harm.

      8.      Who hears emergency grievances?

**RESPONSE:** An emergency grievance is addressed by the Inmate Grievance Chair.

      9.      How long is an emergency grievance ruled upon?

**RESPONSE:** The Inmate Grievance Chair is to respond to an emergency grievance within one calendar day.

      11.[1]      What happens to emergency grievance after it is ruled upon?

**RESPONSE:** Grievance paperwork is maintained in the inmate's grievance file.

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

                /s/ Eileen Kelly
                Eileen Kelly, I.D. #2884
                Deputy Attorney General
                Carvel State Office Building
                820 North French Street, 6th Floor
                Wilmington, Delaware 19801
                eileen.kelly@state.de.us
                (302) 577-8400
Date: April 9, 2007      Attorney for Defendant
                Tom Carroll

---

[1] There is no Interrogatory number 10.

### CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007 I electronically filed *Defendant Tom Carroll's Response to Plaintiff's Second Set of Interrogatories* with the Clerk of Court using CM/ECF. I hereby certify that on, April 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered parties on the attached service list.

/s/ Eileen Kelly
Deputy Attorney General, #2884
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us