IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEVEARL BACON,          )
                        )
        Plaintiff,      )
                        )
    v.                  )   C. A. No. 05-714-JJF
                        )
WARDEN CARROLL, et al., )
                        )
        Defendants.     )

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Defendant's Responses to Plaintiff's Second Set of Interrogatories are true and correct.

_____
Thomas Carroll