## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. 05-714-JJF |
| WARDEN CARROLL, et al., | ) ) | |
| Defendants. | ) | |

### DEFENDANT PETER FORBES' RESPONSE TO
### PLAINTIFF'S SECOND SET OF INTERROGATORIES

Defendant Lt. Peter Forbes ("Answering Defendant") hereby responds to Plaintiff's Interrogatories:

### GENERAL OBJECTIONS

1. Answering Defendant objects to the Interrogatories to the extent that they seek information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2. Answering Defendant objects to the Interrogatories to the extent that they purport to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

3. Answering Defendant objects to the Interrogatories to the extent that they purport to place duties upon them not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

4. Answering Defendant objects to the Interrogatories to the extent that they purport to seek information or documents not in their possession, custody or control.

5. Answering Defendant objects to the Interrogatories to the extent that they seek the production of documents equally available to the Plaintiffs or Plaintiffs' counsel. Such documents will be identified by Answering Defendant but will not be produced.

6. Answering Defendant objects to the Interrogatories to the extent that they purport to require production of information or documents which are impractical or unduly burdensome to reproduce.

7. Answering Defendant objects to the Interrogatories to the extent that they seek the production of documents generated by or received from his counsel in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## RESPONSES

Subject to, and without waiver of the foregoing General Objections and those set forth in Answering Defendant's Responses, Answering Defendant responds, after a reasonable search, and subject to supplementation, as follow:

6. On October 3, 2004, what building or buildings were you working?

**RESPONSE:** To the best of my knowledge, I was on vacation and not working on October 3, 2004.

7. On September 1, 2005, through September 14, 2005 how many days did you work out of these 14 days?

**RESPONSE:** 9 days.

A. Where were you located on each day or night?

**RESPONSE:** As the MHU Area Supervisor at that time I covered all areas from MHU-

21 to MHU-24]

      8.      On January 5, 2005, where were you located?

**RESPONSE:** At the time I was unassigned so I do not remember exactly where I was working on that day.

      B.      Where (sic) you at work that day?

**RESPONSE:** To the best of my knowledge I was working on January 5, 2005.

      9.      What is the job function of Lt?

**RESPONSE:** The Lt. supervises his/her assigned area ensuring that the area is properly staffed with appropriate equipment for security and safety concerns. The Lt. addresses inmates and staff concerns while ensuring DOC procedures and policies are followed.

      A.      Do you oversee Sgt.'s, Cpl's and regular C/O's?

**RESPONSE:** Yes.

      B.      Are you reported to when something goes wrong?

**RESPONSE:** Yes.

      10.      Have you ever overseen or issued out legal mail?

**RESPONSE:** Yes, I oversee all functions of the area under my watch.

      11.      Is it part of your job function to oversee and issue out mail?

**RESPONSE:** Yes, among other duties in my area of supervision.

|  |  |
|---|---|
|  | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE<br><br>/s/ Eileen Kelly<br>Eileen Kelly, I.D. #2884<br>Deputy Attorney General<br>Carvel State Office Building<br>820 North French Street, 6th Floor<br>Wilmington, Delaware 19801<br>eileen.kelly@state.de.us<br>(302) 577-8400 |
| Date: April 9, 2007 | Attorney for Defendant<br>Peter Forbes |

## *CERTIFICATE OF SERVICE*

I hereby certify that on April 9, 2007, I electronically filed *Defendant Peter Forbes' Response to Plaintiff's Second Set of Interrogatories* with the Clerk of Court using CM/ECF. I hereby certify that on, April 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered parties on the attached service list.

/s/ Eileen Kelly
Deputy Attorney General, #2884
Department of Justice
State of Delaware
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us