IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ERNEST KEMP'S RESPONSE TO
PLAINTIFF'S SECOND SET OF INTERROGATORIES**

Defendant Officer Ernest Kemp ("Answering Defendant") hereby responds to Plaintiff's Interrogatories:

**GENERAL OBJECTIONS**

1. Answering Defendant objects to the Interrogatories to the extent that they seek information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2. Answering Defendant objects to the Interrogatories to the extent that they purport to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

3. Answering Defendant objects to the Interrogatories to the extent that they purport to place duties upon them not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

4. Answering Defendant objects to the Interrogatories to the extent that they purport to seek information or documents not in their possession, custody or control.

5. Answering Defendant objects to the Interrogatories to the extent that they seek the production of documents equally available to the Plaintiffs or Plaintiffs' counsel. Such documents will be identified by Answering Defendant but will not be produced.

6. Answering Defendant objects to the Interrogatories to the extent that they purport to require production of information or documents which are impractical or unduly burdensome to reproduce.

7. Answering Defendant objects to the Interrogatories to the extent that they seek the production of documents generated by or received from his counsel in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## **RESPONSES**

Subject to, and without waiver of the foregoing General Objections and those set forth in Answering Defendant's Responses, Answering Defendant responds, after a reasonable search, and subject to supplementation, as follows:

7. Where [sic] you a "Regular Officer" worker in Building 22 (A & B Units) from the months of January, 2006 to April 25, 2006?

**RESPONSE:** Objection. Defendant does not understand what "regular" means. Without waiving this objection, Defendant responds as follows: I am a VHR (Vacation Holiday Relief) Officer, I have no assigned post. I was working in Building 22 the night of April 24, 2006.

8. Who where [sic] the regular officers working the night of April 25, 2006?

**RESPONSE:** Objection. Defendant does not understand what "regular" means. Without

waiving this objection, Defendant was not working that night.

9. Is it fair to you that you are being a defendant on claim of civil lawsuit? If so, why not?

**RESPONSE:** Objection. Defendant does not understand what Plaintiff is referring to in using the term "fair." Without waiving this objection, Defendant denies Plaintiff's allegations against him.

10. Where [sic] you instructed to hand out inmate Devearl Bacon's legal mail on the night of April 25, 2006? If so, by whom?

**RESPONSE:** No, Defendant was not working the night of April 25, 2006.

                        STATE OF DELAWARE
                        DEPARTMENT OF JUSTICE

                        /s/ Eileen Kelly
                        Eileen Kelly, I.D. #2884
                        Deputy Attorney General
                        Carvel State Office Building
                        820 North French Street, 6th Floor
                        Wilmington, Delaware 19801
                        eileen.kelly@state.de.us
                        (302) 577-8400
Date: April 9, 2007            Attorney for Defendant
                        Ernest Kemp

## *CERTIFICATE OF SERVICE*

I hereby certify that on April 9, 2007, I electronically filed *Defendant Ernest Kemp's Response to Plaintiff's Second Set of Interrogatories* with the Clerk of Court using CM/ECF. I hereby certify that on April 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Devearl L. Bacon, Inmate
SBI#00221242
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

/s/ Eileen Kelly
Deputy Attorney General, #2884
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us