IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT RAINA SCOTT'S RESPONSE TO
PLAINTIFF'S SECOND SET OF INTERROGATORIES**

Defendant C/O Raina Scott ("Answering Defendant") hereby responds to Plaintiff's Interrogatories:

**GENERAL OBJECTIONS**

1. Answering Defendant objects to the Interrogatories to the extent that they seek information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2. Answering Defendant objects to the Interrogatories to the extent that they purport to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

3. Answering Defendant objects to the Interrogatories to the extent that they purport to place duties upon them not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

4. Answering Defendant objects to the Interrogatories to the extent that they purport to seek information or documents not in their possession, custody or control.

5.  Answering Defendant objects to the Interrogatories to the extent that they seek the production of documents equally available to the Plaintiffs or Plaintiffs' counsel. Such documents will be identified by Answering Defendant but will not be produced.

6.  Answering Defendant objects to the Interrogatories to the extent that they purport to require production of information or documents which are impractical or unduly burdensome to reproduce.

7.  Answering Defendant objects to the Interrogatories to the extent that they seek the production of documents generated by or received from her counsel in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## RESPONSES

Subject to, and without waiver of the foregoing General Objections and those set forth in Answering Defendant's Responses, Answering Defendant responds, after a reasonable search, and subject to supplementation, as follow:

7.  When you were handed the outgoing mail from inmate Devearl L. Bacon where did you take it?

**RESPONSE:** Objection. This Interrogatory is vague, overly broad and unduly burdensome. No date is specified.

8.  Did you hand the mail to any staff member or take it to a specific building? If so, who or were [sic] did you take it or hand it to?

**RESPONSE:** See Response to Interrogatory No. 7.

9.  Where [sic] you instructed not to mail inmate Bacon's outgoing legal

mail? A. If so, by whom?

**RESPONSE:** No. See Response to Interrogatory No. 7. In further response, I have never been instructed not to mail Plaintiff's outgoing mail.

      10.    Are you being presued [sic] by any staff member or inmate to lie about this issue regarding this legal mail?

**RESPONSE:** No.

                                               STATE OF DELAWARE
                                               DEPARTMENT OF JUSTICE

                                               /s/ Eileen Kelly
                                               Eileen Kelly, I.D. #2884
                                               Deputy Attorney General
                                               Carvel State Office Building
                                               820 North French Street, 6th Floor
                                               Wilmington, Delaware 19801
                                               eileen.kelly@state.de.us
                                               (302) 577-8400
                                               Attorney for Defendant
                                               Raina Scott

Dated: April 9, 2007

## ***CERTIFICATE OF SERVICE***

I hereby certify that on April 9, 2007, I electronically filed *Defendant Raina Scott's Response to Plaintiff's Second Set of Interrogatories* with the Clerk of Court using CM/ECF. I hereby certify that on, April 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered parties on the attached service list.

/s/ Eileen Kelly
Deputy Attorney General, #2884
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us