# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | C. A. No. 05-714-JJF |
| WARDEN CARROLL, et al., | ) ) ) | |
| Defendants. | ) | |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Defendant's Responses to Plaintiff's Second Set of Interrogatories are true and correct.

_____
Raina Scott