Deverall C. Bacon
#221242
S.C.C.
Smyrna, Del. 19977
CA No. 05-714-JJF

Mr. Peter T. Dalleo
Clerk of Court
U.S. District Court
Wilmington, Del. 19801

March 4, 2007

RE: REQUEST FOR COURT DOCKET

Mr. Dalleo;

Good-day., On March 16 and 20, 2007 I recieved same document (Exhibit A) for reasons of asking and given moneys for Court Docket Sheet.

Mr. Dalleo I never recieved a copy of Court Docket and I'm very Indigent, however, if I can, could I ask another inmate to pay the $5 for a copy?

Cordially,

Deverall L. Bacon


FILED
APR 9 - 2007



EXHIBIT A

EXHIBIT A

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

March 16, 2007

TO: Devearl L. Bacon  
     SBI #221242  
     Delaware Correctional Center  
     1181 Paddock Road  
     Smyrna, DE 19977

RE: *Request for Copywork;* 05-714(JJF)

Dear Mr. Bacon:

    A letter has been received by the Clerk's office from you requesting a copy of the docket sheet.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. ***Should you require copywork in the future***, please be aware of this fee requirement. Prepayment in the amount of $ 5.00 should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                 Sincerely,

/ead

                                 PETER T. DALLEO  
                                 CLERK

cc: The Honorable Joseph J. Farnan



Date Printed: 2/21/2007

Page 2 of 2

# Individual Statement
## For Month of February 2007

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($22.00)
Total Amount Currently on Non-Medical Hold: ($118.34)

*per your request*

*Stacy Shane*
*Support Services Secretary*



(A-c-3)

Menu 21

choice #

Menal Bacon

Jim Several L Bacon
SBI# 221242  UNIT 21-A-L-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Mr. Peter T. Salleo
Clerk of Court (U.S. Dis.)
844 N. King St., Lockbok 18
Wilmington, Del. 19801