IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON,                   :
                                    :
         Plaintiff,                 :
                                    :
    v.                              :    Civil Action No. 05-714 JJF
                                    :
WARDEN CARROLL, et al.,             :
                                    :
         Defendants.                :

### ORDER

At Wilmington this 17th day of July 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall cause a copy of this Order to be mailed to Plaintiff.

2. Plaintiff's Motion To Amend, Joinder Of Person, Adding Of Prejudicial Language (D.I. 53) is **GRANTED** to the extent that it adds Sgt. Kusheul as a defendant, but is **DENIED** in all other respects. Sgt. Kusheul is added as a defendant.

3. Plaintiff's Motion To Remove Issue D.I. 30, C/O Hansen (D.I. 65) is **GRANTED** to the extent that it voluntarily dismisses C/O J. Hanson as a defendant, but is **DENIED** to the extent that it seeks to remove D.I. 30 from the case. C/O J. Hanson is dismissed from this case.

4. Plaintiff's Motion To Compel (D.I. 72) is **DENIED**.

5. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), Plaintiff shall complete and return to the Clerk of the Court an

original "U.S. Marshal-285" form for the **additional Defendant, Sgt. Kusheul**. Additionally, Plaintiff shall provide the Court with a copy of the Complaint (D.I. 2, 3) and the Amended Complaints with all attachments (D.I. 11, 26, 30, 32, 38, 53, and 65) to be served upon the additional Defendant. Plaintiff is notified that the United States Marshal will not serve the Complaint and the Amended Complaints until all "U.S. Marshal-285" forms have been received by the Clerk of the Court. Failure to provide a copy of the Complaint and the Amended Complaints for the additional Defendant and the "U.S. Marshal-285" form for this Defendant within 120 days from the date of this Order may result in the Amended Complaint being dismissed or the additional Defendant being dismissed pursuant to Federal Rule of Civil Procedure 4(m).

    6. Upon receipt of the form required by Paragraph 5 above, the United States Marshal shall serve a copy of the Complaint (D.I. 2, 3), the Amended Complaints (D.I. 11, 26, 30, 32, 38, 53 and 65), the Court's Memorandum and Opinion and Orders (D.I. 9, 10, 18, and 39 ), this Order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the Defendant identified in the 285 form.

    7. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a

Defendant, the United States Marshal shall personally serve said Defendant pursuant to Fed. R. Civ. P. 4(c)(2), and said Defendant shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

8. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this Order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent.  If a Defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

9. No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

10. **NOTE:** *** When an amended complaint is filed prior to service, the Court will **VACATE** all previous service orders entered, and service **will not take place**.  An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(a). ***

11. **NOTE:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

July 17, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE