Devearl C. Bacon
#221242
D.C.C.
Smyrna, Del 19977
Case No. 05-714-JJF

Clerk of Court
US District Court
Wilmington Del. 19801

August 5, 2007

Clerk;

Pre-Order of Court US Marshal Form, DI #'s 2, 3, 11, 26, 30, 32, 38, 53, and 65.

DI #'s 26, 32, and 65 were at first stapled to wrong documents, DI #26 wasn't stapled at all, after respectfully asking "SHU Law Librarian" to staple.



Thank You

Devearl C. Bacon

FILED
AUG - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

IM Devearl Bacon
SBI# 221242 UNIT 17-C-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
US District Court
844 N. King St., Lockerbox 18
Wilmington, Del.
19801

Legal Mail