OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

August 13, 2007

TO: Devearl L. Bacon
SBI #221242
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: U.S. Marshal 285 Form**
*Civ. No.* 05-714(JJF)

Dear Mr. Bacon:

Please be advised that this office has received the U.S. Marshal 285 form for Sgt. Kusheul in the above referenced case.

Your complaint and amended complaint along with the U.S. Marshal 285 form will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Joseph J. Farnan, Jr.
    U.S. Marshal
    Pro Se Law Clerk