IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
    Plaintiff )
  v. ) Case No. 05-714-JJF
Warden Carroll, et al., )
    Defendants. )

## PLAINTIFF'S THIRD SET OF INTERROGATORIES DIRECTED TO WARDEN CARROLL

RECEIVED SEP 10 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

The Plaintiff Pro-Se, hereby request that you answer fully in writing, and under Oath the Interrogatories within 30 days:

10. Does the Warden hear a Emergency Grievance?

*12. Has an "Agrievance" ever been received and heard on the same day?

13. In the SHU Buildings where are the Agrievance located?
   A. Where are they located in the MHU?

14. When a Agrievance is picked up, when is

picked up from Agrievance Box?

A. Is there any "Scheduling Memo" placed by Agrievance Box?

15. Have you ever heard or seen any of Inmate Deverrl Bacon's Agrievances?

A. If so which Agrievance (date and Number)?

16. Dose your office have its own 'Received' stamp?

17. How long does it take for an Inmate In-House letter mailed to your office take to recieve?

18. Has Delaware D.O.C. been Ordered, Sanctioned, or Agreed to Improve it's Agrievance Procedures?

A. Has D.C.C. been Ordered to Improve its Agrievance Procedures?

2.

## Certificate of Service

I, Deveaul Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Warden Carroll's Interrogatories upon the following parties/person (s):

TO: Ms Elieen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of _____, 200___