IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
   Plaintiff )
V. )   Case No. 05-714-JJF
Warden Carroll, Et Al., )
   Defendants. )

RECEIVED SEP 10 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## PLAINTIFF'S THIRD SET OF INTERROGATORIES DIRECTED TO Lt. FORBES

The Plaintiff Pro-Se, hereby request that you answer fully in writing, and under oath the interrogatories within 30 days:

12. On April 5, 2006 were you working 4-12 pm?
   A. Was St. Lt. Ramone Taylor working?

13. On April 24, 2006 were you working 4-12 pm?
   A. Was St. Lt. Ramone Taylor working?

14. From January 5, 2006 to January 21, 2006 how many days did you work out of these 16 days?

1.

   A. Which days of the 16 did you work?

   B. Did St. Lt. Ramone Taylor work on any of these days?

15. From February 3, 2006 to April 24, 2006 how many days did you work out of these 2 months, 2 weeks?

   A. Which days did you work?

   B. Did St. Lt. Ramone Taylor work on any of these days?

16. How far was your office to Agrievance Box in Building 24?

   A. Did you have keys to Agrievance Box?

17. Do you know what Right To Access to the Court Means?

   A. If your answer is yes explain what it means?

18. Did you order any staff member to hold or not give Legal Mail to Inmate Sevearl L. Bacon?

19. Is it possible that after Legal Mail leaves your area, that another staff member can deliberately hold or prevent an inmate from receiving Legal Mail on the day he suppose to?

2

## Certificate of Service

I, _Deveare L. Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _Lt. Forbes Interrogatories_ _____ upon the following parties/person (s):

TO: _Ms. Eileen Kelly_
_Deputy Attorney General_
_820 N. French St._
_Wilmington, Del._
_19801_

TO: _____
_____
_____
_____
_____

TO: _____
_____
_____
_____

TO: _____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of _____, 200__

_____