IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
Plaintiff )
v. ) Case No. 05-714-JJF
Warden Carroll, Et. Al., )
Defendants. )

RECEIVED SEP 10 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## PLAINTIFF'S THIRD SET OF INTERROGATORIES DIRECTED TO C/O KEMP

The Plaintiff Pro-Se, hereby request that you answer fully in writing, and under oath the Interrogatories within 30 days:

11. On April 24, 2006①, who instructed you to hand out Inmate Devearl L. Bacon's legal mail?

12. Have you ever handed out legal mail before April 24, 2006 to any other inmate?

13. How many C/O's does it take to hand out legal mail?

① Respectfully

14. From the dates of February 3, 2006 to April 24, 2006 did you withhold Inmate Sevearl C. Bacon's legal mail?

15. Do you know what Right To The Court means?

A. If so Explain what it means?

2.

## Certificate of Service

I, **Devearl L. Bacon**, hereby certify that I have served a true and correct cop(ies) of the attached: **C/o Kemp Interrogatories** _____ upon the following parties/person (s):

TO: Ms. Elieen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of _____, 200__