IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
Plaintiff )
v. ) Case No. 05-714-JJF
Warden Carroll, Et. Al., )
Defendants. )
)

**PLAINTIFF'S THIRD SET OF INTERROGATORIES DIRECTED TO C/O S. TINGLE**

RECEIVED SEP 10 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

The Plaintiff Pro-Se, hereby request that you answer fully in writing, and under oath the Interrogatories within 30 days:

11. On April 24, 2006[1], who instructed you to hand out Inmate Devearl Bacon's legal mail?

12. Have you ever handed out legal mail before April 24, 2006 to any other inmate?

13. How many C/O's does it take to hand out legal mail?

[1] Respectfully

14. From the dates of February 3, 2006 to April 24, 2006 did you withhold Inmate Severl Bacon's Legal Mail?

15. Do you know what Right To The Court Means?

A. If so explain what it mean?

## Certificate of Service

I, _Deveael Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _C/o D. Tingle Interrogatories_ _____ upon the following parties/person (s):

TO: _Ms Elieen Kelly_
_Deputy Attorney General_
_820 N. French St._
_Wilmington, Del._
_19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of _____, 200__