IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
Plaintiff )
)
v. ) Case No. 05-714-JJF
)
Warden Carroll, Et. Al., )
Defendants. )

RECEIVED
SEP 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<u>PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO SGT. KUSCHEUL</u>

The Plaintiff Pro-Se, hereby request that you answer fully in writing, and under oath the Interrogatories within 30 days:

1. On October 3, 2004 were you working in Building 21?

2. Did you hand out Legal Mail on the Night of October 3, 2004 to Inmate Devearl L. Bacon?

3. Who instructed you to hand out Legal Mail on October 3, 2004? (If you answered yes to question #2)

4. When Legal Mail is issued, then signed when

1.

Received by Inmate, are C/O's suppose to leave with the envelopes the legal mail came in?

5. Who was the Shift Commander on the Night of October 3, 2004?

2.

## Certificate of Service

I, _Devearl L. Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _Sgt. Kuscheul Interrogatories_ _____ upon the following parties/person (s):

TO: _Ms. Elieen Kelly_
_Deputy Attorney General_
_820 N. French St._
_Wilmington, Del_
_19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of _____, 200____

_____