IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' ANSWER TO
THE COMPLAINT AND AMENDED COMPLAINTS**

COME NOW Defendants Thomas Carroll, Peter J. Forbes, Jr., Raina Scott, Dawn Tingle, Ernest Kemp and William Kuschel ("Defendants"), by and through the undersigned counsel, and hereby answer the Complaint and Amended Complaints in this action as follows:

**Original Complaint (9/30/05) as amended (11/25/05) [D.I. 2, 11]**

Defendants adopt and incorporate herein by reference the Answer to Complaint filed on February 24, 2006 [D.I. 21].

**March 13, 2006 Amended Complaint [D.I. 26]**

Defendants adopt and incorporate herein by reference the Answer to Complaint filed on October 20, 2006 [D.I. 56].

**April 13, 2006 Amended Complaint [D.I. 30]**

Defendants adopt and incorporate herein by reference the Answer to Complaint filed on October 20, 2006 [D.I. 56].

**April 28, 2006 Amended Complaint [D.I. 32]**

Defendants adopt and incorporate herein by reference the Answer to Complaint filed on October 20, 2006 [D.I. 56].

**June 29, 2006 Amended Complaint [D.I. 38]**

Defendants adopt and incorporate herein by reference the Answer to Complaint filed on October 20, 2006 [D.I. 56].

**October 5, 2006 Amended Complaint [D.I. 53]**

With respect to pages 1 and 2, regarding Jayme Jackson, Ciny Atallian and Thomas Seacord, Plaintiff's Motion to Amend was denied as to these Defendants and no response is required. [D.I. 84].

A. Denied that Plaintiff received legal mail that had items removed from the envelope. Further denied that Defendants engaged in any wrongdoing or violated Plaintiff's rights in any manner.

B. Admitted that Defendants' Response to Request for Production of Documents [D.I. 43] identified Defendant Kuschel as an individual who worked in Building 24 or 21 on October 3, 2004. The remaining allegations set forth in this paragraph are denied.

C. Denied that Defendants engaged in any wrongdoing or violated Plaintiff's rights in any manner. Defendants are without sufficient information to admit or deny the remaining allegations set forth in this paragraph.

D. Denied.

**RELIEF**

1. It is specifically denied that Plaintiff is entitled to compensatory, punitive or any monetary damages.

2. It is specifically denied that Plaintiff is entitled to declaratory, injunctive or any other relief.

**DEFENSES**

3. Plaintiff has failed to state a claim upon which relief can be granted.

4. Plaintiff has failed to exhaust his administrative remedies.

5. State Defendants are immune from liability under the Eleventh Amendment.

6. State Defendants are entitled to qualified immunity.

7. As to any claims under state law, State Defendants are entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001, *et seq.*

8. As to any claims under state law, State Defendants are entitled to sovereign immunity.

9. Insufficiency of service of process.

10. Insufficiency of process.

11. Lack of jurisdiction over the person and subject matter.

12. This cause of action is barred by the applicable statute of limitations.

4

WHEREFORE, Defendants respectfully request that judgment be entered in their favor and against Plaintiff as to all claims and that attorney fees be awarded to them.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th fl.
Wilmington, DE  19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

Date:  September 14, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, I electronically filed *Defendants' Answer to the Complaint and Amended Complaints* with the Clerk of Court using CM/ECF.  I hereby certify that on September 14, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  Devearl Bacon.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us