IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVEARL L BACON )<br>  Plaintiff )<br> )<br> V. )<br> )<br> WARDEN CARROLL, Et. Al, )<br>   Defendant's ) | CASE No. 05-714-JJF |

PLAINTIFF'S THIRD SET OF INTERROGATORIES DIRECTED TO C/O RAINA SCOTT

The Plaintiff Pro-Se, hereby request that you answer fully in writing, and under oath the Interrogatories within 30 days:

11. From January 5, 2006 to January 21, 2006 how many days did you work out of these 16 days?

12. Did you hold Inmate Devearl Bacon's outgoing mail?

13. Do you have any reason to want to retaliate against Inmate Devearl L. Bacon?

14. Do you know who St. Lt. Ramone Taylor is?

1.

15. Do you know what Right to The Court means?

A. If so explain what it means?

2.

# Certificate of Service

I, _Severall L. Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _C/o Raina Scott Interrogatories_ _____ upon the following parties/person (s):

TO: _Ms Elieen Kelly, Esq._   TO: _____
_820 N. French St._           _____
_Wilmington, Del._            _____
_19801_                       _____
_____               _____

TO: _____   TO: _____
_____      _____
_____      _____
_____      _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of _____, 200__