Original

Severely L. Bacon
#221242
S.C.C.
Smyrna, Del. 19977
Case No. 05-714-JJF

Clerk of Court
U.S. District Court
Wilmington, Del. 19801

September 6, 2007

Clerk of Court;

Good-day., Page "9" of Preliminary Injunction had to be "Taped" in.

Cordially,



cc: file


RECEIVED SEP 10 2007 — Bob
U.S. DISTRICT COURT
DISTRICT OF DELAWARE


RECEIVED SEP 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Certificate of Service

I, _Severn L Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _Letter of Taped page "9"_ _____ upon the following parties/person (s):

TO: _Ms. Elieen Kelly_
_Deputy Attorney General_
_820 N. French St._

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __6__ day of __September__, 2007