IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
|     Defendants. | ) | |

**DEFENDANTS' MOTION TO ENLARGE TIME**

    Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Thomas Carroll, Peter J. Forbes, Jr., Raina Scott, Dawn Tingle, Ernest Kemp and William Kuschel ("Defendants"), by the undersigned counsel, hereby move to enlarge the time within which they must respond to Plaintiff's Interrogatories and in support thereof state as follows:

    1.    Plaintiff's Third Sets of Interrogatories directed to Defendants Carroll, Forbes, Kemp, Tingle and Scott were filed on September 10, 2007. [D.I. 90, 91, 92, 93, 97]. His First Set of Interrogatories directed to Defendant Kuschel was filed on September 10, 2007. [D.I. 94].

    2.    Undersigned counsel is currently in the process of changing work assignments, and this case will be transferred to another Deputy Attorney General. In addition, the paralegal assigned to the Corrections Unit at the Department of Justice has taken a leave of absence from the office for the month of September. This paralegal assists with preparation of discovery responses.

    3.    Given the current staffing circumstances at the Department of Justice, Defendants respectfully request an extension until December 14, 2007 to respond to Plaintiff's outstanding Interrogatories.

4. Because there is no scheduling order in place in this matter, the progress of the litigation will not be adversely impacted by the extension.

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Enlarge Time.

                                            **STATE OF DELAWARE**
                                            **DEPARTMENT OF JUSTICE**

                                            /s/ Eileen Kelly
                                            Eileen Kelly, I.D. No. 2884
                                            Deputy Attorney General
                                            Carvel State Office Building
                                            820 N. French Street, 6th Floor.
                                            Wilmington, DE 19801
                                            eileen.kelly@state.de.us
                                            (302) 577-8400
                                            Attorney for Defendants

Dated: September 20, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Devearl Bacon is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion to Enlarge Time.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

                                                   STATE OF DELAWARE
                                                   DEPARTMENT OF JUSTICE

                                                   /s/ Eileen Kelly
                                                 Eileen Kelly, I.D. No. 2884
                                                 Deputy Attorney General
                                                 Carvel State Office Building
                                                 820 North French Street, 6th fl.
                                                 Wilmington, DE 19801
                                                 eileen.kelly@state.de.us
                                                 (302) 577-8400
                                                 Attorney for Defendants

Dated: September 20, 2007

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

### **O R D E R**

**IT IS SO ORDERED,** this _____ day of _____, 2007, that Defendants' Motion to Enlarge Time is hereby **GRANTED**, and their Responses to Plaintiff's Interrogatories are due **December 14, 2007.**

_____
United States District Judge

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 20, 2007, I electronically filed *Defendants' Motion to Enlarge Time* with the Clerk of Court using CM/ECF.  I hereby certify that on September 20, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  Devearl Bacon.

                                              /s/ Eileen Kelly
                                              Deputy Attorney General
                                              Department of Justice
                                              820 N. French St., 6th Floor
                                              Wilmington, DE 19801
                                              (302) 577-8400
                                              eileen.kelly@state.de.us