IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon　　　　　)
　　　　Plaintiff　　　　　)
　　　　　　　　　　　　　)
　　v.　　　　　　　　　　)　　Case No. 02-431-JJF
　　　　　　　　　　　　　)
Warden Carroll, Etc.,　　 )
　　　　Defendants　　　　)
　　　　　　　　　　　　　)
　　　　　　　　　　　　　)
　　　　　　　　　　　　　)

**FILED**
**SEP 17 2007**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS

Response to Request No. 1:

1. See Exhibit's. Also see SI # 2, 3, 11, 26, 30, 32, 38, 53 and 65. I'm missing some of my legal works after being moved from MHU to SHU on June 13, 2007 it will take some time to recover or get down to the bottom of my "problem" with "Tolerable Clearness."

Response to Request No. 2:

2. See Response #1.

1.

Response to Request No. 3:

3. See Response #1. Also see Response to Defendants Interrogatories #21.

Response to Request No. 4:

4. See Freedom of Information Act.

Response to Request No. 5:

5. See D.C.C.'s Medical file

Response to Request No. 6:

6. See Response Number 5.

Response to Request No. 7:

7. See Response Number 1.



Dated: September 12, 2007

Deveart L. Bacon
D.C.C.

2

## Certificate of Service

I, **Deveard L. Bacon**, hereby certify that I have served a true and correct cop(ies) of the attached: **Response To Defendant's Production of Documents** upon the following parties/person (s):

TO: Ms Elieen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __12__ day of __September__, 200_