EXHIBIT _____

Exhibits To Discovery

**SUPERIOR COURT**
OF THE
**STATE OF DELAWARE**

SHARON D. AGNEW
PROTHONOTARY, NEW CASTLE COUNTY

NEW CASTLE COUNTY COURT HOUSE
500 N. KING STREET
LOWER LEVEL 1, SUITE 500
WILMINGTON, DE 19801-3746
(302) 255-0800

JUDGMENT DEPARTMENT
500 N. KING STREET
1ST FLOOR, SUITE 1500
WILMINGTON, DE 19801-3704
(302) 255-0556

TO:        Sean Lugg
           Department of Justice

FROM:      Angela M. Hairston, Criminal Deputy

DATE:      Septemebr 21, 2004

RE:        State of Delaware v. Devearl L. Bacon
           Case I.D.# 0006017660
               Cr.A.  IN00-07-1666R1, 1667R1, 1668R1, 1671R1, 1672R1
                      1673R1,IN00-07-0347R1, 0348R1, 0349R1, 0351R1
                      0352R1, 0356R1, 0357R1, 0358R1

The enclosed motion for postconviction relief was filed by the defendant in

the above captioned case on September 17, 2004. The State is not required to

file a response unless ordered, pursuant to Super.Ct.Crim.R 61(c)(4) and 61

(f)(1).

Thank you very much.

cc:     file

$B-15$

$A-1$



IN THE SUPERIOR COURT OF THE STATE OF DELAWARE        #47

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE,                    )
                                      ) Cr. A. No. ___-___-___
        V.                            )
                                      ) I.D. No. _000607766.0_
DEVEARL L. BACON,                     ) In 00-07-1666 R1, 1667 R1, 1671 R1, 167=
                                      ) 1673 R1, 0347 R1, 0348 R1 0349 R1
        Date of Birth. 11/27/69       ) 0351 L1, 0352 R1, 0356 R1 0357 R1
        SBI Number: 221242            ) 0358 R1
Movant.                               )

## MOTION FOR POSTCONVICTION RELIEF

1.   The Court imposed Movant's sentence on the following date: July 20, 2001

2.   The Judge who imposed the sentence was: Hon. Susan C. Del Pesco

3.   Offense(s) for which Movant was sentenced and length of sentence(s):
         Case No.'s
     Robbery 1st - IN00070348 - years 4 level 5
     Robbery 1st - IN00070349 - years 4 level 5
     Robbery 1st - IN00070356 - years 4 level 5
     Robbery 1st - IN00070357 - years 4 level 5
     Robbery 1st - IN00070358 - years 4 level 5
     PFDCF -    IN00070347 - years 5 level 5
     PFDCF -    IN00071671 - years 5 level 5
     Carjacking 1st - IN00071666 - years 2 level 5
     PDWBPP -   IN00071667 - years 1 level 5
     PDWBPP -   IN00071672 - years 1 level 5
     AGGR. Menacing - IN00070352 - 1 year level 3 probation
     AGGR. Menacing - IN00070351 - 1 year level 3 probation
     Disguise -   IN00070354 - 1 year level 3 probation
     Disguise -   IN00071673 - 1 year level 3 probation

                                    Total: 34 years

1

B-16

A-2

Exhibit A
To Suit

Ek (BOX) 1    A-3

D everalBacon
21

RECEIVED

OCT 0 3 2004

Delaware Correctional Center

2  A-4

SUPERIOR COURT CRIMINAL DOCKET                    Page    1
( as of   09/21/2004 )

State of Delaware v.  DEVEARL L BACON                         DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.          AKA: DEVERAL BACON
Defense Atty: EDMUND M HILLIS , Esq.            DEVERAL BACON
                                                DEVEAR L BACON
                                                DEVIAL L BACON
                                                MARK WILSON
                                                LOST BACON
                                                DAVID JOHNSON


Assigned Judge:

Charges:
| Count | DUC# | Crim.Action# | Description | Dispo. | Dispo. Date |
|---|---|---|---|---|---|
| 001 | 0006017660 | IN00070367 | PFDCF | NOLP | 06/22/2001 |
| 002 | 0006017660 | IN00070368 | ROPT | NOLP | 06/22/2001 |
| 003 | 0006017660 | IN00070369 | | NOLP | 06/22/2001 |
| 004 | 0006017660 | IN0007037~ | | NOLP | 06/22/2001 |
| 014 | 0006017660 | IN000~~ | | NOLP | 06/22/2001 |
| 015 | 0006017660 | | | TG | 06/22/2001 |
| 016 | 000601766~ | | | TG | 06/22/2001 |
| 017 | 000~~~ | | | TNG | 06/22/2001 |
| 018 | | | | TNG | 06/22/2001 |
| 019 | | | | TNG | 06/22/2001 |
| 020 | | | | TG | 06/22/2001 |
| 021 | | | | G | 06/22/2001 |
| 022 | | | | ; | 06/22/2001 |
| 023 | | | | | 06/22/2001 |
| 024 | | | | | 06/22/2001 |
| 025 | | | | | 06/22/2001 |
| 026 | | | | ~~ | 06/22/2001 |
| 027 | | | | TG | 06/22/2001 |
| 028 | 0\ | | | TG | 06/22/2001 |
| 029 | 00 | | ~~NG 2ND | NOLP | 06/22/2001 |
| 030 | 00( | | ~~GUISE | TG | 06/22/2001 |
| 031 | 000. | | PFDCF | NOLP | 06/22/2001 |
| 032 | 0006 | ~~R1 | ROBBERY 1ST | TG | 06/22/2001 |
| 033 | 0006\ | ~~/0357R1 | ROBBERY 1ST | TG | 06/22/2001 |
| 034 | 00060\ | ~N00070358R1 | ROBBERY 1ST | TG | 06/22/2001 |
| 035 | 00060\  ~~ | IN00070359 | DISGUISE | TNG | 06/22/2001 |
| 036 | 0006017660 | IN00071776 | PDWBPP | TNG | 06/22/2001 |

| No. | Event Date | Event | Judge |
|---|---|---|---|
| 1 | 07/06/2000 | CASE ACCEPTED IN SUPERIOR COURT. | |

SUPERIOR COURT CRIMINAL DOCKET                    Page      2
( as of  05/09/2005 )

State of Delaware v.  DEVEARL L BACON                           DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.           AKA: DEVERAL BACON
Defense Atty:                                   DAVID JOHNSON

```
     Event
No.  Date          Event                                Judge
-----------------------------------------------------------------------------
     ARREST DATE: 06/23/2000
     PRELIMINARY HEARING DATE:
     BAIL:
     HELD ON CASH BAIL                    55000.00 100
     BAIL CONDITIONS:  NO DIRECT OR INDIRECT CONTACT WITH WILLIAM DAVIS,
     GULF SERVICE STATION, SHAH HASSAN GULF SERVICE STATION.
     REPORT TO PROBATION OFFICER.
2    07/14/2000
     MOTION FOR REDUCTION OF BAIL FILED.
     RAYMOND RADULSKI, ESQ.
4    07/17/2000
     INDICTMENT, TRUE BILL FILED. NO 47
     FAST TRACK VOP/CASE REVIEW ON 8/3/00
     WILL CONSOLIDATE WITH 0006017683 WHEN FIXED.
5    07/17/2000
     CASE CONSOLIDATED WITH: 0006017683
3    07/25/2000                              REYNOLDS MICHAEL P.
     MOTION FOR REDUCTION OF BAIL WITHDRAWN.
     BY DEFT.
     08/03/2000                              GEBELEIN RICHARD S.
     FAST TRACK CALENDAR/CASE REVIEW:  SET FOR FAST TRACK FINAL CASE REVIEW
     ON: 102600
6    08/14/2000
     DEFENDANT'S LETTER FILED. TO RAYMOND RADULSKI, ESQ.
     RE: DEF REQUESTING A MOTION FOR DISMISSAL BE FILED.
     * ATTACHED IS A COURTESY COPY OF THE LETTER FOR THE PROTHONOTARY.
7    08/21/2000
     REFERRAL TO COUNSEL MEMORANDUM FILED.
     ATTACHING LETTER/DOCUMENT FROM DEFENDANT.  REFERRED TO DEFENSE COUNSEL
     AS ATTORNEY OF RECORD.  COPY OF DEFENDANT'S LETTER NOT REVIEWED BY THE
     COURT AND NOT RETAINED WITH THE COURT'S FILE.  PLEASE ADVISE YOUR
     CLIENT THAT FURTHER COMMUNICATIONS REGARDING THIS CASE SHOULD BE
     DIRECTED TO YOU. RAYMOND RADULSKI, ESQ
     REFERRED BY:  (AMH)
8    09/26/2000
     DEFENDANT'S LETTER FILED TO: RAY RADULSKI.
     RE: WANTS MOTION OF DISCOVERY SENT TO HIM ASAP.
9    10/06/2000
     NOTICE OF SERVICE - DISCOVERY REQUEST.
     TO: JAMES RAMBO  FROM: RAY RADULSKI.
10   11/01/2000
     LETTER FROM: SEAN LUGG  TO:  RAY OTLOWSKI.
```

4  A-6

```
                       SUPERIOR COURT CRIMINAL DOCKET              Page    3
                          ( as of  05/09/2005 )
```

State of Delaware v.  DEVEARL L BACON                          DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.              AKA: DEVERAL BACON
Defense Atty:                                     DAVID JOHNSON

```
      Event
No.   Date          Event                                  Judge
------------------------------------------------------------------------------
```
      RE: INFORMING THAT HE HAS TAKING OVER FOR JAMES FREEBERY, AND GIVES
      HIM RESPONSE TO HIS DISCOVERY REQUEST.
11    12/01/2000
      ORDER SCHEDULING TRIAL FILED.
      TRIAL DATE: 6/19/01
      CASE CATEGORY:_____1
      ASSIGNED JUDGE (CATEGORY 1 CASES ONLY): DEL PESCO
      UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
      OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
      FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
      CONTINUANCE REQUESTS WILL BE DENIED.
12    12/27/2000
      DEFENDANT'S LETTER FILED.
      TO: ED HILLIS.
      RE: WANTS TRANSCRIPTS FROM PRELIMINARY HEARING, BUT DOESN'T HAVE MONEY
      FOR THEM.
13    03/08/2001
      DEFENDANT'S LETTER TO EDMUND HILLIS, THANKING HIM FOR A COPY OF TRANS-
      CRIPT OF PRELIM AND ASKING HIM TO SEND AN INVESTIGATOR TO THE VICTIMS
      FOR QUESTIONING.
15    03/09/2001
      DEFENDANT'S LETTER TO PROTHONOTARY REQUESTING TRANSCRIPTS OF PRELIM
      & LETTER FROM ATTORNEY BE PLACED IN HIS FILE.
14    03/21/2001
      DEFENDANT'S LETTER TO PROTHONOTARY REQUESTING A COPY OF LETTER TO MR.
      HILLIS BE PLACED IN DEF.'S FILE.
16    03/23/2001
      REFERRAL TO COUNSEL MEMORANDUM FILED.
      ATTACHING LETTER/DOCUMENT FROM DEFENDANT.  REFERRED TO DEFENSE COUNSEL
      AS ATTORNEY OF RECORD.  COPY OF DEFENDANT'S LETTER NOT REVIEWED BY THE
      COURT AND NOT RETAINED WITH THE COURT'S FILE.  PLEASE ADVISE YOUR
      CLIENT THAT FURTHER COMMUNICATIONS REGARDING THIS CASE SHOULD BE
      DIRECTED TO YOU.  EDMUND HILLIS, ESQ
      REFERRED BY:  (AMH)
      DEFENDANT REQUEST LETTER SENT TO COUNSEL
17    04/17/2001
      DEFENDANT'S LETTER FILED REQUESTING ALL BRADY V MARYLAND MATERIALS BE
      PLACED ON HIS COURT DOCKET
18    05/01/2001
      DEFENDANT'S LETTER FILED REQUESTING A COPY OF THIS LETTER BE SENT TO
      HIS PUBLIC DEFENDER AND ASKING HIM TO FILE A MOTION TO SEVER & PUT IT
      IN HIS COURT DOCKET

5  A-7

SUPERIOR COURT CRIMINAL DOCKET                    Page      4
( as of  05/09/2005 )

State of Delaware v.   DEVEARL L BACON                              DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.                AKA: DEVERAL BACON
Defense Atty:                                        DAVID JOHNSON

```
      Event
No.   Date          Event                                  Judge
-----------------------------------------------------------------------------------
19    05/18/2001
      DEFENDANT'S LETTER FILED. DEFENDANT WANTS A COPY OF HIS LETTER SENT TO
      MR. EDMUND HILLIS OF THE PUBLIC DEFENDERS OFFICE. DEFENDANT ALSO WANTS
      A COPY OF HIS DOCKET SHEET SENT TO HIM.
20    05/18/2001
      LETTER FROM DEVEARL L. BACON TO EDMUND HILLIS OF THE PUBLIC DEFENDERS
      OFFICE. RE: TO SUBPENA "ALL" STATE WITNESS(S), ALONG WITH MY
      WITNESS(S) ON MY BEHALF.
      MR. HILLIS:
      PLEASE SUBPENA ALL STATE WITNESS(S), AND ALSO THE FOLLOWING:
      1. ALBERT WILSON, 2. MANLY WILSON, 3. RUTH WILSON.
      ALL OF 706 TOWNSEND PL., WILMINGTON, DE 19801.
21    06/04/2001
      SUBPOENA(S) MAILED.
27    06/04/2001
      STATE'S WITNESS SUBPOENA ISSUED.
      WILLIAM DAVIS, SHAH HASSAN, DAWN SMITH, AVON MATTHEWS, JACQUELINE JOHN
      SON, JAMIE ROSS, MICHAEL SCOTT, CATHY BARON, ROSHELLE CONKEY,
      STEFFANIE WEST, R LECCIA WPD, BERNADETTE SELBY.
28    06/12/2001
      DEFENDANT IS REQUESTING DELAY IN TRAIL
22    06/13/2001
      SHERIFF'S COSTS FOR SUBPOENAS DELIVERED.
      SHAH HASSAN,DAWN SMITH.AVON MATTHEWS,JACQUELINE JOHNSON,
      JAMIE ROSS,CATHY BARON,ROSHELLE CONKEY
23    06/14/2001                                           GOLDSTEIN CARL
      TRIAL CALENDER/PLEA HEARING:  PLEA REJECTED/SET FOR TRIAL
24    06/19/2001                                           DEL PESCO SUSAN C.
      TRIAL CALENDAR- WENT TO TRIAL JURY
25    06/22/2001                                           DEL PESCO SUSAN C.
      CHARGE TO THE JURY FILED. FILED JUNE 22, 2001
26    06/22/2001                                           DEL PESCO SUSAN C.
      JURY TRIAL HELD.
      TRIAL HELD 6-19 THROUGH 6-22-2001.  VERDITS WERE GUILTY ON ALL COUNTS
      EXCEPT 10,11,12,13 WHERE THE VERDICT WAS NOT GUILTY.  CLERK WAS G.
      BROOKS AND COURT REPORTER WAS ROFLE EXCEPT FOR 6-22 IT WAS CAHILL
      ALL EXHIBITS WERE RETURNED.  DAG WAS SEAN LUGG AND DEFENSE WAS
      ED HILLIS.  JURY WAS SWORN ON JUNE 19TH.
      07/20/2001                                           DEL PESCO SUSAN C.
      SENTENCING CALENDAR: DEFENDANT SENTENCED.
32    08/03/2001
      DEFENDANT'S LETTER FILED.               TO MARY ELIZABETH PITCAVAGE.
```

SUPERIOR COURT CRIMINAL DOCKET                    Page    5
( as of   05/09/2005 )

State of Delaware v.  DEVEARL L BACON                       DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.            AKA: DEVERAL BACON
Defense Atty:                                   DAVID JOHNSON

```
      Event
No.   Date          Event                              Judge
-----------------------------------------------------------------------
      LETTER FROM DEFENDANT ASKING FOR A LETTER TO MR. HILLIS TO FILE A
      NOTICE OF APPEAL BE PUT IN HIS FILE AND TO BE DOCKETED.
      *SEE FULL LETTER IN FILE WITH A LETTER TO MR. HILLIS TO FILE A NOTICE
      OF APPEAL ATTACHED.
29    08/16/2001
      TRANSCRIPT FILED.
      VERDICT TRANSCRIPT JUNE 22, 2001
      BEFORE JUDGE DEL PESCO.
30    08/17/2001
      LETTER FROM SUPREME COURT TO KATHLEEN FELDMAN
      RE: AMENDED DIRECTIONS TO THE COURT REPORT WERE FILED IN THIS
      COURT ON AUGUST 16, 2001. THE TRANSCRIPT MUST BE FILED WITH THE
      PROTHONOTARY NO LATER THAN SEPTEMBER 25, 2001.
31    08/22/2001
      AMENDED DIRECTIONS TO COURT REPORTER TO PROCEEDINGS BELOW
      TO BE TRANSCRIBED. (COPY)
      FILED BY DEFENDANT IN SUPREME COURT
33    09/14/2001                             DEL PESCO SUSAN C.
      (ERROR/FILED DATE): SENTENCE ORDER SIGNED & FILED 9/17/01.
      ** NOTE ** CORRECT FILED DATE IS 7/20/2001. ***
34    09/14/2001
      TRANSCRIPT FILED.
      SENTENCING ON JULY 20, 2001
      BEFORE JUDGE DELPESCO
35    09/25/2001
      TRANSCRIPT FILED.
      TRIAL TRANSCRIPT FOR JUNE 19, 2001
      BEFORE JUDE DEL PESCO
36    09/25/2001
      TRANSCRIPT FILED.
      TRIAL TRANSCRIPT JUNE 20, 2001
      BEFORE JUDGE DEL PESCO
37    09/26/2001
      LETTER FROM SUPREME COURT TO MICHELE ROLFE, COURT REPORTER
      RE: THE COURT IS IN RECEIPT OF YOUR LETTER DATED SEPTEMBER 21, 2001.
      REQUESTING AN EXTENSION OF TIME TO FILE THE TRANSCRIPT. PLEASE BE
      ADVISED THAT YOUR REQUEST IS GRANTED. THE TRANSCRIPT IN DUE NO
      LATER THAN OCTOBER 9, 2001.
38    10/09/2001
      TRANSCRIPT FILED.
      TRIAL TRANSCRIPT FOR JUNE 21, 2001.
      BEFORE JUDGE DEL PESCO.
```

7.  A-9

SUPERIOR COURT CRIMINAL DOCKET                    Page    6
( as of  05/09/2005 )

State of Delaware v.  DEVEARL L BACON                        DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.            AKA: DEVERAL BACON
Defense Atty:                                   DAVID JOHNSON

        Event
No.   Date          Event                              Judge
-----------------------------------------------------------------------------
39   10/16/2001
       RECORDS SENT TO SUPREME COURT.
40   10/16/2001
       RECEIPT FROM SUPREME COURT ACKNOWLEDGING THE RECORD.
41   01/25/2002
       TRANSCRIPT FILED.
       ORAL ARGUMENT, JUNE 21, 2001.
       BEFORE JUDGE DEL PESCO.
42   07/19/2002
       MANDATE FILED FROM SUPREME COURT:  SUPERIOR COURT JUDGMENT AFFIRMED.
       SUPREME COURT CASE NO: 369. 2002
       SUBMITTED: MAY 7, 2002
       DECIDED: JULY 1, 2002
       BEFORE HOLLAND, BERGER AND STEELE, JUSTICES.
43   01/24/2003
       DEFENDANT'S LETTER FILED.
       REQUEST FOR P.D. OFFICE TO GIVE TRANSCRIPTS.
45   02/13/2003
       DEFENDANT'S LETTER FILED.
       REQUEST FOR JUDGE TO ORDER P.D. OFFICE TO GIVE TRANSCRIPTS.
44   02/20/2003                                   DEL PESCO SUSAN C.
       MOTION FOR TRANSCRIPT FILED PRO-SE.  REFERRED TO JUDGE DEL PESCO FOR
       REVIEW.  ALSO REQUEST FOR EXTENTION OF TIME TO FILE POST CONVICTION
       RELIEF.
46   03/31/2003                                   DEL PESCO SUSAN C.
       ORDER:  IN RESPONSE TO YOUR MOTION FOR COPIES OF TRIAL TRANSCRIPTS
       ENCLOSED PLEASE FIND COPIES OF THE FOLLOWIN:
       1. TRIAL TRANSCRIPTS, 6/19/01;
       2. TRIAL TRANSCRIPTS, 6/20/01; AND
       3. TRIAL TRANSCRIPTS, 6/21/01.
       YOUR REQUEST FOR AN EXTENTION OF TIME WITHIN WHICH TO FILE RULE 61
       POSTCONVICTION RELIEF IS DENIED.
       SO ORDERED JUDGE DEL PESCO
47   09/17/2004
       MOTION FOR POSTCONVICTION RELIEF FILED. PRO SE
       REFERRED TO JUDGE DELPESCO
48   09/21/2004
       LETTER FROM A. HAIRSTON, PROTHONOTARY OFFICE    TO SEAN LUGG, DAG
       RE: NOTICE OF PRO SE FILING OF MOTION FOR POSTCONVICTION RELIEF.
       ATTACHED: COPY OF MOTION
49   09/23/2004
       EMAIL FILED TO: SEAN LUGG, DAG & EDMUND HILLIS, ESQ. RE: RULE 61

8.  A-10

SUPERIOR COURT CRIMINAL DOCKET                    Page      7
( as of  05/09/2005 )

State of Delaware v.  DEVEARL L BACON                              DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.          AKA: DEVERAL BACON
Defense Atty:                                  DAVID JOHNSON

      Event
No.   Date            Event                                Judge
-----------------------------------------------------------------------------------
      RE: COUNSEL'S RESPONSES ARE DUE 10/6/04
50    10/06/2004
      EMAIL FILED TO: JUDGE DEL PESCO FROM: EDMUND HILLIS, ESQ
      RE: STATE'S REQUEST FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO
      MOTION FOR POSTCONVICTION. MR. HILLIS IS ALSO REQUESTING ENLARGEMENT
      OF TIME TO FILE RESPONSE.
      * REQUEST GRANTED. RESPONSES DUE 10/22/04
51    10/12/2004
      DEFENDANT'S LETTER FILED. REQUESTING CURRENT COURT DOCKET, TO ENSURE
      THAT A DECISION HAS NOT BEEN MADE ON RULE 61.
      DEFENDANT INDICATES IN LETTER THAT LEGAL MAIL WAS OPENED BY DOC.
      SENT DOCKET 10/18/04 AMH
      LETTER REFERRED TO JUDGE DEL PESCO.
53    10/19/2004
      DEFENDANT'S LETTER FILED.
      TO: JUDGE DELPESCO
      RE: LEGAL MAIL ISSUE AT PRISON
52    10/22/2004
      STATE'S RESPONSE TO DEFENDANT'S MOTION FOR POST CONVICTION RELIEF.
      FILED BY SEAN LUGG, DAG
      REFERRED TO JUDGE DELPESCO
54    11/15/2004
      MOTION FOR EXTENSION OF TIME FILED. PRO SE
      REFERRED TO JUDGE DEL PESCO.
56    11/17/2004
      DEFENDANT'S REQUEST FILED.
      TO: JUDGE DEL PESCO
      REQUEST TO ORDER WARDEN CARROL TO PAY MOVANT $300 PRIVATE USE PENALTY
      FOR OPENING DEFENDANT'S MAIL.
55    11/19/2004
      DEFENDANT'S LETTER FILED. RE: PRAYED THIS COURT WILL AMEND DOCUMENTS
      THAT MOVANT RECEIVED STATE'S RESPONSE ON NOV. 10. 2004 (PRO SE) `
      REFERRED TO JUDGE DEL PESCO.
57    12/07/2004
      MOTION FOR EXTENSION OF TIME FILED. PRO SE
      REFERRED TO JUDGE DEL PESCO.
63    12/18/2004
      AFFIDAVIT OF DEVERAL BACON . RULE 61. REFERRED TO JUDGE DELPESCO.
64    12/18/2004
      DEFENDANT'S RESPONSE FILED. RE: RULE 61
      REFERRED TO JUDGE DELPESCO
58    12/20/2004

9   A-11

```
            SUPERIOR COURT CRIMINAL DOCKET            Page    8
              ( as of  05/09/2005 )
```

State of Delaware v.  DEVEARL L BACON                    DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.          AKA: DEVERAL BACON
Defense Atty:                                  DAVID JOHNSON


```
        Event
No.     Date          Event                            Judge
-------------------------------------------------------------------------
        DEFENDANT'S RESPONSE FILED. RE: POSTCONVICTION RELIEF.
        REFERRED TO JUDGE DEL PESCO
59   12/29/2004
        MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY ( PRO SE) FILED.
        REFERRED TO JUDGE DELPESCO
60   01/04/2005
        MOTION TO AMEND SUBISSUES OF GROUND ONE (RULE 61) FILED. PRO SE
        REFERRED TO JUDGE DEL PESCO.
61   01/06/2005
        MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY (PRO SE) FILED.
        REFERRED TO JUDGE DEL PESCO.
62   01/10/2005
        MOTION TO WITHDRAW DEFENDANT'S REPLY TO STATE'S RESPONSE FILED.
        . FILED PRO SE
        REFERRED TO JUDGE DELPESCO
65   01/19/2005
        DEFENDANT'S LETTER FILED.
        LETTER ASKING TO STRIKE THE FIRST REPLY LETTER TO THE COURT FROM THE
        RECORD.  REFERRED TO JUDGE DEL PESCO.
66   02/15/2005
        DEFENDANT'S REQUEST FILED.
        COPY OF JURY INSTRUCTIONS
67   04/14/2005
        DEFENDANT'S RESPONSE FILED. RE: RULE 61
        REFERRED TO JUDGE DELPESCO

            *** END OF DOCKET LISTING AS OF  05/09/2005 ***
                PRINTED BY: CSCDMOR
```

10.  A-12

DEVEARL L. BACON
#321242
S.C.C
Smyrna, Del. 19977
CASE ID # 0006017660

Hon. Judge S. DelPesco
Superior Court
Wilmington, Del. 19801

Oct 14, 2004

2004 OCT 19 PM 4: 03
FILED
PROTHONOTARY

Your Honor;

Good-Day, In ligth of my letter
written to you dated Oct. 7, 2004 I've
recieved the documents back from D.C.C
law libaray, with the follow:

① Two letters from law libaray in
regards to the "openning and missing
documents" of my legal mail.

A-13

② The envalope which the document came in.

③ The letter from the "mail room", proving that the document was open, with "TO" written on the docket sheet.

④ On the last page is written a message to someone other then me.

⑤ At the top L corner you will see a piece of paper ripped and left under two staples.

You the "prejudous" is there is missing information "clearly"; If there was (or is) a timely ORDER with this document &

A-14

face the dangers of not knowing and can be BARRED.

WHEREFOR it is ask that you ORDER WARDEN CARROLL of S.C.C Prison to "pay" me "The Official Penalty For Private Use" of $300. The Court Dochet is very up to date on #47 it refers to my PRO SE Postconviction; Only the Court, the State, and myself should be aware of my PRO SE Post Conviction., The integrity of the Court must be felt.

DEVEARL L BACON

(3) A-15 D.C.C

## GRIEVANCE FORM

FACILITY: $\Delta . C . C$                    DATE: $10-9-4$

GRIEVANT'S NAME: $DEVEARL/BACON$        SBI#: $22/242$

CASE#: $8099$                    TIME OF INCIDENT: $8:35 pm$

HOUSING UNIT: $2/-C-U-6$

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On 10-3-4 I recieved legal Mail that had
Already been open by mail Room. This Legal
Document Also has missing information Which
can seriously harm me. While filed my Postconviction
Appeal.

ACTION REQUESTED BY GRIEVANT: To be payed for this Prejudicial
Act.

GRIEVANT'S SIGNATURE: _____    DATE: Oct 9, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED?        ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

OCT 21 2004

Inmate Grievance Office

$U$   $A-16$

TO:          Devearl Bacon  #221242
             MHU Building 21
             C-U-6

FROM:        Maria Lyons
             Staff Paralegal
             MHU Law Library

DATE:        October 12, 2004

REF:         Legal Mail received from Mailroom

Just wanted to let you know that I am currently working on your issue. Mr. Little is on
vacation until October 17, 2004 so it has been turned over to me. I was in the mailroom
on Thursday and Friday of last week talking to different personnel about this issue. I
looked over the legal mail logs and saw where the item had been delivered to you and
you had signed for it. At this time this is as far as I have been able to go. The person
who had originally handled the item is on vacation until tomorrow, October 13, 2004. I
will get with that person and talk to them about the item and see what the story is. I am
holding on to it because I would like for them to be able to see the notes on it and I am
hoping it will help them to remember what transpired. One way or the other I will put
your court documents in the mail to you tomorrow and you will have them by the end of
the day. I am hoping that I will be able to answer all your questions at that time as well.
Please bear with me, as this is an extremely hectic time right now. I have always found
answers for you in the past and this time will be no exception.

A - 17

TO:        Devearl Bacon # 221242
           MHU Bldg. 21
           C-U-6

FROM:      Maria Lyons
           Staff Paralegal – MHU Law Library

DATE:      October 14, 2004

REF:       Legal Mailing

After checking with mailroom I discovered the following. The docket sheet was in one
of the MHU/SHU mailbags not attached to anything. It was put in an envelope and
delivered to you with the legal mail. I could try to guess all day as to what happened but
I have no proof and can find no answers. I have done everything I can. I am returning
your documents to you at this time.

A-18

# Incoming Legal/Certified Mail Log Sheet

Date 10-3-04   Prepared By: _____   Unit 21

| Name | Firm Name | Condition of Mail | Comments | Signature |
|---|---|---|---|---|
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| Deveral Bacon | Superior Wilmr | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |

Legal Mail Received By _____
Officer's Signature

Form# 265( Rev 04/02) 2 pt NCR

A-19

soon as he entered. (See 6-19-01 T.T. pgs. 25-27, 38, 46, 48-49; 55, 60-61, 65-66; 74) This robber also placed the gun barrel end directly to the forehead of the clerk, and, the right side of the temple of a customer.

In the 7-11 robbery, at the first sign of the noncompliance to his demands no shots are fired. The robber here was nervous, the gun being held sideways, and didn't stay still. Also, different was that this robber "didn't directly face [ ] it at us" as testified. This robber's request, (and how many different ways are there really to tell someone "gimme the loot") was different, he says, "give me all the money," and cusses at the clerks. (See 6-20-01 T.T. pgs. 47, 49-52, 60, 63, 70, 81.) And, he didn't rob any customers.

The contrasting facts are clear. The actual use of the gun firing off shots. The ordering of everybody on the floor. Placing the end of the gun barrel and sticking it to each victim's head. A calmness in his demeanor, no nervousness in his voice. The Star Liquors job was pulled-off by a professional bandit. Clearly, the tempo that he was in complete control of that robbery is evident down to the accommodation of a get away car.

Whereas, at 7-11, we have a nervous bandit, hand shaking as he holds the gun, he holds it sideways and never points it directly at any of the clerks despite their boldness in approaching him. He loses his cool, gets angry and cusses the clerks rather than being calm. He did not rob any customers either.

The character of these two robbers is probably about as different as could be if you have a gun and a robber performing a robbery at one of these convenience type stores. Moreover, these types of stores are particularly vulnerable to this kind of crime. They are usually staffed with one or two female clerks, and are natural targets for both professional and non professional bandits.

*Handwritten Grounds 1 & 2 lost in Delaware Correctional Center mail—will forward if received*

Ground Three:

Defendant incorporates the "Procedural History," the "Facts" sections above, as well as the pertinent facts and arguments surrounding Counsel's stipulation to defendant's status on the PDWPP counts that this Court relied on in its determination to deny Defendant's Motion for a Mistrial concerning the State's introduction of evidence that defendant

32

/3. A-20

IM: JEFFREY FOGG
SBI# 261777   UNIT: 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 1997?

AUG 3, 2005

J.P. MEYER
119 E DELAWARE CANLLET
MIDDLETOWN, DE 19977

16.   A-21

Devearl Bacon
221242 Unit 21-C-U-6, DCC
1181 Paddock Road
Smyrna DE 19977


April 11, 2005


The Honorable Susan C. Del Pesco
Superior Court
500 N. King Street
Wilmington, DE 19801

      Re:    Argument for Ground One and Argument for Ground Two for the insertion in Defendant's
            Reply to the States Response to Defendant's Motion for Post-Conviction Relief Under Rule
            61 filed on January 10, 2205.

Dear Judge Del Pesco:

       I would like to clarify the reason for the tardiness of Argument One and Argument Two. You will note by the attached envelope that the Arguments were mailed by Jeffrey Fogg on January 2, 2005. Jeffrey is the inmate who helped me write my Reply. After grievances were filed and much searching, someone discovered in an office the sealed envelope ready for mailing laying on top of a filing cabinet with papers on top of that. Therefore the envelope with the arguments did not get mailed to Mrs. Meyer who was doing the typing for me. Mrs. Meyer called your law clerk and explained what happened and she said just to mail the two arguments when received.

       Also attached are the Exhibits A-E which were also enclosed in the envelope with the Arguments.

       Mrs. Meyer's husband was in the hospital at the time she received the Arguments on March 17, 2005, that is why the additional delay in getting them to you.

       Many thanks for your patience and consideration in this matter.

                       Respectfully submitted,

                       Devearl Bacon
                       Pro-se

14. A-22

The Honorable Susan C. Del Pesco
April 11, 2005
Argument for Ground One and Argument for Ground Two for the insertion in Defendant's Reply to the
States Response to Defendant's Motion for Post-Conviction Relief Under Rule 61 filed on January 10, 2205.
Page 2


Enclosures

cc:    Prothonotary
       Edmund M. Hillis, Esquire
       Sean P. Lugg

15.    A-23

SUPERIOR COURT CRIMINAL DOCKET                     Page      8
( as of   08/08/2005 )

State of Delaware v.  DEVEARL L BACON                           DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.           AKA: DEVERAL BACON
Defense Atty:                                   DAVID JOHNSON

```
      Event
No.   Date          Event                                    Judge
--------------------------------------------------------------------------------
      DEFENDANT'S RESPONSE FILED. RE: POSTCONVICTION RELIEF.
      REFERRED TO JUDGE DEL PESCO
59    12/29/2004
      MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY ( PRO SE) FILED.
      REFERRED TO JUDGE DELPESCO
60    01/04/2005
      MOTION TO AMEND SUBISSUES OF GROUND ONE (RULE 61) FILED. PRO SE
      REFERRED TO JUDGE DEL PESCO.
61    01/06/2005
      MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY (PRO SE) FILED.
      REFERRED TO JUDGE DEL PESCO.
62    01/10/2005
      MOTION TO WITHDRAW DEFENDANT'S REPLY TO STATE'S RESPONSE FILED.
      FILED PRO SE
      REFERRED TO JUDGE DELPESCO
65    01/19/2005
      DEFENDANT'S LETTER FILED.
      LETTER ASKING TO STRIKE THE FIRST REPLY LETTER TO THE COURT FROM THE
      RECORD.  REFERRED TO JUDGE DEL PESCO.
66    02/15/2005
      DEFENDANT'S REQUEST FILED.
      COPY OF JURY INSTRUCTIONS
67    04/14/2005
      DEFENDANT'S RESPONSE FILED. RE: RULE 61
      REFERRED TO JUDGE DELPESCO
69    05/17/2005
      MOTION FOR LEAVE TO FILE DEFENDANT'S COMPLETE REPLY FILED.
      PRO SE
      REFERRED TO JUDGE DEL PESCO
68    05/18/2005
      STATE'S REPLY TO THE DEFENDANT'S MOTION FOR POST-
      CONVICTION RELIEF.
      REFERRED TO JUDGE DELPESCO
70    06/27/2005
      AFFIDAVIT OF TRIAL COUNSEL IN RESPONSE TO DEFENDANT'S MOTION FOR
      POSTCONVICTION RELIEF PURSUANT TO SUPERIOR  COURT CRIMINAL RULE 61
      FILED BY EDMUND HILLIS, ESQ
      REFERRED TO JUDGE DELPESCO
71    07/11/2005                                     DEL PESCO SUSAN C.
      LETTER/ORDER ISSUED BY JUDGE: DEL PESCO  TO: DEVEARL BACON.
      RE: RULE 61. ENCLOSED WITH THIS LETTER IS A COPY OF MR. HILLIS'
      AFFIDAVIT FILED WITH THE COURT IN RESPONSE TO YOUR MOTION FOR POST-
```

12  A-24

```
                   SUPERIOR COURT CRIMINAL DOCKET              Page    9
                       ( as of  08/08/2005 )

State of Delaware v.  DEVEARL L BACON                    DOB: 11/27/1969
State's Atty: SEAN P LUGG , Esq.          AKA: DEVERAL BACON
Defense Atty:                                  DAVID JOHNSON

        Event
No.     Date          Event                              Judge
---------------------------------------------------------------------------
        CONVICTION RELIEF, IN WHICH YOU ALLEGE INEFFECTIVENESS ASSISTANCE OF
        COUNSEL AT YOUR TRIAL FOR ROBBERY AND RELATED CHARGES. MR. HILLIS
        CAUSED A COPY OF HIS AFFIDAVIT TO BE SERVED ON YOU AT D.C.C. AND JUNE
        27, 2005. PURSUANT TO RULE 61(G)(3) YOU NOW HAVE THE OPPORTUNITY TO
        ADMIT OR DENY(THE) CORRECTNESS OF MR. HILLIS' ASSERTIONS. IF YOU
        CHHOSE TO TAKE THIS OPPORTUNITY, YOUR RESPONSE SHALL BE FILED WITH THE
        PROTHONOTARY ON OR BEFORE MONDAY, JULY 25, 2005. IT IS SO ORDERED.
72      07/27/2005
        DEFENDANT'S RESPONSE FILED. PRO SE
        REFERRED TO JUDGE DELPESCO
73      08/05/2005
        DEFENDANT'S LETTER FILED. MR. BACON LETTER ASK IF THE DEFENDANT'S
        RESPONSE FILED IN APRIL 2005 WAS RECEIVED BY THE COURT.
        THE DOCKET INDICATES RESPONSE FILED.
        SENT COPY OF DOCKET

              *** END OF DOCKET LISTING AS OF  08/08/2005 ***
                  PRINTED BY: CSCAHAI
```

*18  A-25*

YOUR FILE COPY

Devearl Bacon
221242  DCC
1181 Paddock Road
Smyrna DE 19977

July  $\mathcal{3}/$ , 2005
        [date]

PROTHONOTARY
Criminal Division
Superior Court
500 N. King Street
Wilmington, DE 19801

Re:    Response Requested

Dear Sir:

Did the Prothonotary's office receive the Defendant's Reply to the States
Response to Defendant's Motion for Post-Conviction Relief Under Rule 61 that I filed in
**April 2005** and **was it accepted by the Court**? I have not heard anything and I would
appreciate knowing.

Enclosed is a self-addressed stamped envelope for your reply.

Thanking you in advance for your time and response in this matter.



Yours truly,

/s/
Devearl Bacon
Pro-se

Enclosure

/9  A-26

Jeanne Meyer
119 E Delaware Canal Ct
Middletown DE 19709


March 15, 2005


Devearl Bacon
221242 Unit 21-C-U-6
1181 Paddock Rd
Smyrna DE 19977

Re:    Request for Docket Sheet

Dear Devearl:

Hi, did you ever receive the latest docket sheet. If not, request one from the last docket number #59 until present. We wouldn't hear anything from the court or Judge, you would. As far as I know, if you haven't received anything I am presuming that we can go ahead and file the corrected document. Jeff sent me Count 1 and is still working on Count 2. So I will get them typed up as soon as I can. It worries me that it is going to make the document too long, but Jeff says it all needs to be said so we can just hope that the court accepts it.

Hope you have a good day. Many prayers....

Sincerely,

Mrs. Meyer

A-27

*Jeanne Meyer*
*119 E Delaware Canal Ct*
*Middletown DE 19709*
October 24, 2005

Devearl Bacon
221242 Unit 22 B U 2
1181 Paddock Road
Smyrna DE 19977

Dear Devearl:

### MAIL ROOM SERVICES:

Devearl, when you send me a letter, write the date under your return address so I can see what date you have sent it to the mail room and then what date the mail room stamps it to go out and then I can compare it to the date I receive it. That will help me fight my battles with the competency of the mail room folks. I will again write a letter to the Governor's Office about the promptness of the mail room. Jeff sent me an envelope of things that I needed to file with the court back in January, **I got it 2 ½ months later–in March**!! He is going to send me all the grievances that he has filed and I am going to put it all together and write a letter to the Governor and cc all those on the way down including the two people at The News Journal that have been writing the articles on the prison. The mail room is a Federal Office, there is no excuse for the way the mail is handled there. If they need to hire an extra person then they need to do it!

### OPINION AND OTHER DOCUMENTS

I received a letter from Mrs. Brown wanting me to get in touch with you about the decision. I did receive the opinion. I think that is what she was referring to? I believe an opinion and decision are one in the same, correct?

In your file that I have received lately:

> Docket sheet numbers 72-74
> Superior Court/Opinion submitted: July 27, 2005, Decided: August 29, 2005
> Supreme Court/Notice of Appeal
> Support services memorandum dated 9/2/05

I have to put labels on all your document file folders and put them in order. When I do that I will type it up and let you know what I have in your file. Most likely will be: Correspondence, Superior Court, Supreme Court and then the name of the Court documents. I made an extra copy of the decision just in case you might need it for a filing or for yourself, but I will keep it here until you request it..

### VISIT

I made a visit for November 2 at 12:30. I will see you then.

Hope all is going okay with you for now.

Love Ya,
Mrs. Meyer

A-28

HAND-DELIVERY VERIFICATION

By my signature listed below, I certify that on Wednesday, September 14, 2005, I

received a copy of an Opinion regarding case numbers IN 00-07-01666-1667R1,

1671-1673-R1; and IN 00-07-0347-0349-R1, 0351-0352-R1, 0356-0358-R1

0358-R1 – ID 0006017660 from Judge Susan C. Del Pesco decided upon on

August 29, 2005.   The opinion consisted of 13 pages including one sheet of

copies of envelopes regarding non-delivery of opinion.

Devereal L. Bacon

Deveran / L. Bacon
(Print name)

Cindy A. Atall
Staff Witness  - Cindy Atallian
Master Correctional Counselor

Cindy Atallian
(Print name)

Staff Witness - Thomas Seacord
Lieutenant

Thomas J Seacord
(Print name)

21   A-29



SUPERIOR COURT OF THE STATE OF DELAWARE
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
020310

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300

SUPERIOR COURT OF THE STATE OF DELAWARE
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
020310

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300

RECEIVED
SEP 0 6 2005
JUDGE DEL PESCO'S OFFICE

RECEIVED
SEP 1 8 2005
JUDGE DEL PESCO'S OFFICE

Deverd L. Bacon, ID 0006017660
Delaware Correctional Center
1811 Paddock Rd.

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD

RTS
RETURN TO SENDER

POSTAGE DUE

Deverd L. Bacon, ID 0006017660
Delaware Correctional Center
1811 Paddock Rd.
P.O. Box 500
Smyrna, DE 19977

Screened by:
Delaware Capitol
Police

STATE MAIL

34   A-30

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| STATE OF DELAWARE, | : | IN 00-07-1666-1667R1, |
| | : | 1671-1673-R1; and |
| v. | : | IN 00-07-0347-0349-R1 |
| | ; | 0351-0352-R1, 0356-0358-R1 |
| DEVEARL L. BACON. | : | 0358-R1 – ID 0006017660 |
| | : | |
| Defendant. | : | |

# OPINION

*Upon Consideration of:*
*Defendant's Motion for Postconviction Relief - DENIED;*

*Defendant's Motion for Enlargement of Time*
*to File Reply to State's Answer - GRANTED; and*

*Defendant's Motion to File Amended Reply to State's Answer - GRANTED.*

Submitted: July 27, 2005
Decided: August 29, 2005

22   A - 31

FORM #584

## GRIEVANCE FORM

FACILITY: $\delta$. C. C.                    DATE: 9-15-5

GRIEVANT'S NAME: DEVEAR/ BACON         SBI#: 22/242

CASE#:_____              TIME OF INCIDENT:_____

HOUSING UNIT: 22 - B-U-2 .

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On Sept. 17, 2004 I filed for Post-Conviction Appeal.

On About Oct. 3, 2004 I recieved legal Mail with Order
Missing .

On About Jan. 2, 2005 A 3rd PARTY was helping me with
Appeal, sent from Prison my 1st + 2nd grounds for my Appeal
However this mail was held by D.C.C. Prison for 3 months
then finally mailed .

ACTION REQUESTED BY GRIEVANT: For the Stress I've Suffered for
delay's in my Appeal along with Denied Access to the
Court, I ask to be Paid damages.

GRIEVANT'S SIGNATURE:_____      DATE: Sept 15, 2005 :

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____      DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

35. A-32

C O 0 2 4

FORM #584

GRIEVANCE FORM

FACILITY: J.C.C.

DATE: 9-15-5

GRIEVANT'S NAME: SEVEAR/ BACON

SBI#: 221242

CASE#:_____

TIME OF INCIDENT:_____

HOUSING UNIT: 22 - B-U-2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On Sept. 6, 2005 Hon. Judge Susan Del Pesco sent me a copy of my Post-Conviction Appeal Decision, J.C.C. Prison has sent it back twice to Judge.

On Sept. 14, 2005 I was called out of cell by C/o too talk to Counselor Ms. Atthian. Counselor Ms. Brittinham, And Ct. Seacord. They handed me a "Hand-Delivery Verification" to be signed by each of us to prove that I recieved a copy of my Post-Conviction Decision. This documents Also Prove "Forgery"

ACTION REQUESTED BY GRIEVANT: the Prison has Senied me "ACCESS" To The Court. I need to be paid for mental stress that I've been going through.

GRIEVANT'S SIGNATURE:_____

DATE: Sept. 15, 2005

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

36    A-33

**RESPONSE:** See attached documents.

3.    Copy of logs for Buildings 24 and 21 for the date of Oct. 3, 2004.

**RESPONSE:** Objection. This Request seeks information not relevant to the claims set forth in the complaint and is not reasonably calculated to lead to the discovery of admissible evidence. Further objection that the disclosure of the requested information would pose a threat to the security of Delaware Correctional Center.

4.    Copy of original grievance filed by plaintiff dated 10-9-04 # 8099 along with copy of prison's response.

**RESPONSE:** See attached documents.

5.    Copy of all grievances filed by Jeffrey Fogg #269797 from the dates of Nov. – Jan. 2004-2005.

**RESPONSE:** Objection. This Request seeks production of confidential information protected from discovery by 11 *Del. C.* § 4322. Further objection that this Request seeks information not relevant to the claims set forth in the complaint and is not reasonably calculated to lead to the discovery of admissible evidence.

6.    A copy of all complaints filed by Mrs. Jeanne P. Meyer to Mail.

**RESPONSE:** There are none.

7.    A copy of Plaintiff's grievance filed on 9-15-5 along with the prison's response.

**RESPONSE:** Defendants are unable to locate a grievance dated September 15, 2005.

8.    Copy of all staff members working in Buildings 24 and 22 on January 5, 2006.

**RESPONSE:** C/O D. Connolly, C/O D. Iglesia, C/O R. Weldon, C/O D. Doddato, Sgt.

$A-34$

## IN THE SUPREME COURT OF THE STATE OF DELAWARE

[1] _DEVEARL L. BACON_,

     [2] _MOVANT_ Below,
     Appellant,

     v.

[3] _STATE OF DELAWARE_,

     [4] _RESPONDANT_ Below,
     Appellee.

No. [5]_____, 200__

### NOTICE OF APPEAL

To: [6] _CLERK OF SUPREME COURT_.

PLEASE TAKE NOTICE that [1] _DEVEARL L. BACON_,
[2] _MOVANT_ below-appellant, does hereby appeal to the
Supreme Court of the State of Delaware from the [7] _DENIED Post Conviction_ of the
[8] _SUPERIOR COURT_, in and for [9] _NEW CASTLE_ County, by
[10] _HON. Judge S. Delfesco_ dated [11] _August 29, 2005_, in (_SEE_
[12] _Exhibit_ in that court. A copy of the decision sought to be reviewed
is attached hereto. [13]

Form revised 11/25/03
g:\public\forms\notice of appeal

A-35

The name and address of the attorney below for appellee is
[6] _Deputy Attor. Gen. Sean Lugg_ . The party against whom the appeal
is taken is [3] _State of Delaware_ .

The name and address of the attorney below for the party against whom the
appeal is not taken is [14] _Severl / L. Bacon Prose_ . The party against whom
the appeal is not taken is [15]_____.

PLEASE TAKE FURTHER NOTICE that appellant hereby designates the

transcript in accordance with Rules 7(c)(6) and 9(e)(ii) in the following manner:

[16]_Attorney Response in Post Conviction_

[or]    [17]_____

Dated: _Sept. 22, 2005_          _Severl L. Bacon_

[18]_____

Attorney for [1]_____

[2]_____ Below-Appellant

A — 36

70

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| DEVEARL BACON, | § |
| | § |
| Defendant Below- | § No. 453, 2005 |
| Appellant, | § |
| | § |
| v. | § Court Below—Superior Court |
| | § of the State of Delaware, |
| STATE OF DELAWARE, | § in and for New Castle County |
| | § Cr. ID 0006017660 |
| Plaintiff Below- | § |
| Appellee. | § |

Submitted: April 21, 2006
Decided: June 21, 2006

Before **STEELE**, Chief Justice, **HOLLAND**, and **BERGER**, Justices.

## O R D E R

This 21st day of June 2006, after careful consideration of the parties' briefs and the record below, we find it manifest that the judgment of the Superior Court should be affirmed on the basis of the Superior Court's well-reasoned opinion dated August 29, 2005. The Superior Court did not err in concluding that appellant's motion for postconviction relief, which included six claims of ineffective assistance of counsel, lacked substantive merit.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

Justice

C-18

A-37

JEANNE MEYER
119 E Delaware Canal Ct, Middletown, DE 19709

January 3, 2006

## LEGAL DOCUMENTS ENCLOSED

Devearl Bacon
221242 Unit 22 B U 2
1181 Paddock Road
Smyrna DE 19977

RE:     **REQUEST FOR EXTENSION OF TIME**

Dear Devearl:

Enclosed is another draft for an extension of time. There should be enough copies for you to get it done just as soon as possible. Just make your changes right on the sheets. I think they accept them that way since they know your are incarcerated. Jeff said he is so busy with his case that he hasn't had time to work on yours, but if you can get an extension he is sure he will be able to do it. I have sent you a money order for $20 to do the mailing. Also ltr to Pronth.

I made several copies for you to fill in the blanks or you can rewrite it for yourself. I'm not even sure I did it right, but I copied some of it from Jeff's extension of time. His is now January 19th from January 9th. So you can see he and I are both pressed for time.

Hopefully, yours will be granted. However, just in case it isn't, I am sending back your draft that you had written. I didn't start on it because Jeff had hoped to do it for you before this--which he still is hoping, but we have to be logical and make sure all your bases are covered.

Yes, I did contact 9th Street book store. The other book was out of date and only a used copy could be found.

Hope you have gotten your Bible by now. Merry Christmas!

Sincerely,

Mrs. Meyer

ENCLOSURES

PS: Sorry, my printer is not working properly and it is printing at a slant. I have to get it fixed soon!

Don't forget to put a stamp on the env. for them to return & your clocked-in copy!

A-28

IN THE SUPREME COURT OF THE STATE OF DELAWARE

453 , 2005

PRO SE                              DEVEARL L. BACON,
(DCC - #00221242)                        Defendant Below,
                                         Appellant,
                                         v.

L. C. MEYERS                        STATE OF DELAWARE,
                                         Plaintiff Below,
                                         Appellee.

DF $ 00.00

2005

1   Sep  27      Notice of appeal from the order dated 8/29/05, in the
                 Superior Court, in and for New Castle County, by Jugge
                 Del Pesco, in Cr.ID No. 0006017660, without designation
                 of transcript. (no service shown-copy sent) (eas)

2   Sep  27      Motion to proceed in forma pauperis by appellant.
                 (no service shown-copy sent) (eas)

3   Sep  27      Order dated 9/27/05 by Clerk, appellant's motion to
                 proceed in forma pauperis is GRANTED, limited only to
                 waiver of docketing fee. (eas)

4   Sep  27      Brief schedule issued. (opening brief due 11/14/05)
                 (eas)

5   Sep  27      Letter dated 9/27/05 from Senior Court Clerk to
                 Prothonotary, record is due to be filed by 10/20/05.
                 (eas)

6   Oct  17      Record as ordered. (eas)

7   Oct  25      Motion under Rule 15(b) by appellant. (served by mail
                 10/25/05) (eas)

8   Oct  26      Order dated 10/26/05 by Steele, C.J., appellant's
                 opening brief and appendix are due 12/14/05. (eas)

9   Oct  28      Motion under Rule 14(d) by appellant. (served by mail
                 10/25/05) (eas)

10  Oct  28      Letter dated 10/26/05 from appellant to Senior Court
                 Clerk, inquiring as to the status of his motion for
                 extension of time. (docket sheet sent) (eas)

11  Nov  01      Order dated 11/1/05 by Steele, C.J., appellant's
                 opening brief is not to exceed 45 pages in length (afb)

12  Nov  22      Motion under Rule 15(b) by appellant. (served by mail
                 11/20/05) (eas)

13  Nov  28      Order dated 11/28/05 by Berger, J., appellant's opening

brief and appendix are due 1/16/05 (mjd)

14  Dec  20    Motion under Rule 15(b) by appellant.
              (served by mail 12/18/05)(clh)

15  Dec  21    Order dated 12/21/05 by Holland, J., appellant's
              opening brief and appendix are due 1/30/06. No further
              extensions will be considered. (eas)

2006

16  Jan  20    Appellant's opening brief and attached exhibits (served
              by mail 1/20/06) (afb).

17  Jan  23    Letter dated 1/19/06 from appellant to Clerk, inquiring
              as to whether this Court has received his opening
              brief. (docket sheet sent) (eas)

18  Jan  24    Letter dated 1/24/06 from Assistant Clerk to appellee
              enclosing copy of appellant's opening brief and
              advising that the answering brief is due 2/27/06 (afb).

19  Jan  30    Motion to Replace Handwritten Pages by appellant to be
              deemed appellant's brief corrections. (served by mail
              1/20/06) (eas)

20  Feb  02    Letter dated 1/31/06 from appellant to Assistant Clerk,
              inquiring as to whether his Motion was received. (eas)
              (docket sheet sent)

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DEVEARL L. BACON, | § | No. 453, 2005 |
| | § | |
|   Defendant Below, | § | |
|   Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | |
|   Plaintiff Below, | § | |
|   Appellee. | § | |

## **O R D E R**

This 21st day of December 2005, the Court having received the appellant's

third Motion Under Rule 15(b) requesting an extension of time to file the opening

brief and appendix from January 16, 2006 until February 14, 2006, in this matter

NOW, THEREFORE, IT IS HEREBY ORDERED that the appellant's

request is **DENIED**. The appellant's opening brief and appendix are due to be

filed no later than **January 30, 2006. No further extensions will be considered.**

_____
JUSTICE

A-41

*Jeanne Meyer*
*119 E Delaware Canal Ct*
*Middletown DE 19709*

November 10, 2005

Devearl Bacon
221242 Unit 22 B U 2
1181 Paddock Road
Smyrna DE 19977

Dear Devearl:

Just a note – I can't remember what the date was that you said you got your extension for. Please let me know ASAP. Jeff said he would do it as it would only be 3 or 4 pages. That is if he has time by the time I find out from you and get back to him.

Also, I got a notice from the place where I ordered your book and it was returned. I'll keep trying Devearl, somehow I will be able to get a book through. I think when I order the books from Amazon.com sometimes they use other book sellers that aren't familiar with the mail room and then they are returned. So so sorry about that.

Love ya,

*Mrs Meyer*

A-42

109

Jeanne Meyer
*119 E Delaware Canal Ct, Middletown, DE 19709*

December 3, 2005

Devearl Bacon
221242 Unit 22 B U 2
1181 Paddock Road
Smyrna DE 19977

Dear Devearl:

Received your letter yesterday. I know it must be so hard for you not to know what is going on. Okay, the answers to your questions.

1. *You said Jeff will help me on Opening Brief or something else? I got another extention until Jan. 14, 2006 (enclosed). Be sure to write me and let me know Jeff's plans.*
(Let me correct your spelling here, okay, extention is extension)
Answer: **WOW**! Am I excited, that means we can do the final touches after Christmas. Thanks for getting that next extension!

2. *Did you receive those pages I needed to be typed out? What are your plans? Are you going to type it for me? Be sure to put 44-46 on 2 pages, so 46 will be put on page 45, I got an extention for 45 pages on Openning Brief.*
Answer: Yes, I did receive your pages, copied and mailed them to Jeff. The plans are that he is working on it and said that he thinks that he can keep it to 20 or 30 pages since so much of it is being taken from the Argument of the Reply. He wrote the Reply the way he did so that he could use it for your Opening Brief. Smart man, right? Yes, my man, I will be doing the typing for you. Remember, during the aging process your brain needs the activity. That's what Jeff keeps telling me anyway, "But Mom, look how this is keeping your brain active." You gotta love his thinking!
(Spelling corrections: Openning is Opening)

3. *Mrs. Meyer please write me and let me know whats going on, I just got the o.k. to "subpena" on another suit, I know the prison is going to give me Hell! (They already are).*
(Spelling corrections: subpena is spelled subpoena)
Answer: See answer above. Devearl, it is all being taken care off, now stop your stressing. :-) Leave that to me, I'm the one who will be doing all the stressing getting both of you guys documents filed on time.

4. *Books.*
Answer: Great idea for Christmas, right? Do you have a Bible?

I hope you don't mind my correcting your spelling, but what else do you have to think about, right? Just kidding. On another note, my Mom used to tell us kids when we were little and then I passed it on to my kids, "Doesn't matter how poor you are, if you use good grammar and good manners everyone will respect you." I think that is true.

Reminder: Date your letters and the outside of the envelope under your name. I'm trying to keep track of the mailing system.

Okay Devearl, it's Saturday morning and I need to pick up the clutter. I did get the Christmas lights out this week so that's a good thing. Going to put them on timers so they don't use too much electric but still serve the purpose.

Blessings to you!

Love Ya,
Mrs. Meyer

A-43

Devearl Bacon
221242 Unit 22 B U 2, DCC
1181 Paddock Road
Smyrna DE 19977

January 3, 2006


PROTHONOTARY
Criminal Division
Superior Court
500 N. King Street
Wilmington, DE 19801

Re:     MOTION FOR EXTENSION OF DEADLINE TO FILE OPENING
        BRIEF FROM JANUARY 14, 2006, UNTIL FEBRUARY 14, 2006

Dear Sir:

1.     Original enclosed for filing with the Prothonotary
2.     Copy enclosed for Prothonotary's office.
3.     Copy to be **clocked-in and returned** to me in the self-addressed stamped envelope.

Yours truly,



Devearl Bacon
Pro-se

Enclosures

A - 44

covered enough ground to understand the uselessness of raising nonviable claims.

8. The State's version of facts has been adopted by the State Courts. However, these facts omitted some very relevant facts concerning the other issues raised, and the dates of when certain evidence was collected is clearly erroneous.

9. The length of the document, the holidays, and the correctional center's mailing problems have required me to ask for this extension.


                                 _____

                                 Devearl Bacon
                                 1181 Paddock Road
                                 Delaware Correctional Center
                                 Smyrna, DE 19977
                                 Petitioner Proceeding Pro Se

Dated: _____

-2-

A-47

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE,                )
                                  )        C.A. No.        0006017660
          V.                      )
                                  )        C.A. IN Nos.  00070347 et seq.
DEVEARL BACON,                    )        0007161666 et seq.
                                  )
          DEFENDANT.              )

**ORDER**

IT IS HEREBY ORDERED that Petitioner's Motion for Extension of Deadline to File

His Opening Brief Extended from January 14, 2006 to February 14, is granted.

SO ORDERED this _____ day of _____, 2006.

                                  _____
                                  Judge

3

A-48

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE,            )
                             )      C.A. No.        0006017660
        V.                   )
                             )      C.A. IN Nos. 00070347 et seq.
DEVEARL BACON,               )      0007161666 et seq.
                             )
        DEFENDANT.           )

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of January 2006, I have caused a true copy of the
following documents to be delivered by first class mail to:

MOTION FOR EXTENSION OF DEADLINE TO FILE OPENING BRIEF
FROM JANUARY 14, 2006, UNTIL FEBRUARY 14, 2006

and

PROPOSED ORDER

Edmund M. Hillis, Esquire
Assistant Public Defender
Carvel State Office Building, 3rd Fl.
820 North French Street
Wilmington, DE 19801

_____, Deputy Attorney General
State of Delaware, Dept. of Justice
Carvel State Office Building, 7th Floor
820 North French Street
Wilmington, DE 19801

_____

_____
Devearl Bacon

4

A-49



Mrs. Meyer,

1-5-6

I is p'rayed and your five
we all In Good Health, Happiest of Spirits.

Mrs. Meyer, back in Dec. I filed for a
EXTENTION because at that moment I knew
i'd better get as much time that I could
to put the Brief in. — The Court GAVE me until
January 30, 2006 and no more time after that.

My guess is:
LIFE JARS IS HAS IS STILL Not,
He WISH HAVE me to Carry this apon my
back, it would have been nice to have those
other hand-written works that You sent me

A-51

*Jeanne Meyer*
*119 E Delaware Canal Ct, Middletown, DE 19709*

1/30/06

Devearl Bacon
221242 Unit 22 B U 2
1181 Paddock Road
Smyrna DE 19977

Re:   Mail Room Problems
      Typing your Reply

Dear Devearl:

Received your letter.  I hope the court takes the typed pages in place of the handwritten.  You did it right, at least the way I see it.

Regarding the mail room.  I am glad you included with your filing that you are still having problems so the JUDGE is aware of it.  I am still stamping in the envelopes that I receive. Thanks for putting the date on your letter and the outside of the envelope.  That is evidence when I make the case against the DCC mail room.  It is getting to be ridiculous that it takes them 2-3 weeks to get something sent out from the time you give it to them.  Last year I received an envelope that took 2 ½ months!  They are fooling with FEDERAL MAIL!  And, they are guilty!!  That's okay though, I'm still saving all the envelopes so I have EVIDENCE the guards or the mail room people are messing with the mail!

I am typing for my son and I had some questions on his rough draft, so I sent it back with the typed copy so I could ask him some questions on his writing and footnotes.  They sent it back to me and said *Refused, I/M to I/M not authorized*.  It wasn't inmate to inmate, it was the draft that Jeff sent me and I needed some clarification on his writing.  They are so stupid and I can't deal with stupid people!!!!!!!!!!!!!!!!!

Still very busy working on the other documents(deadline 3/4/06.)  So if you send me what needs to be typed, I will try and get it done.  Hopefully, it will be after 3/4.  I'm not planning any vacation right now, so we should be okay time wise.

Blessings to you!

                    Mrs. Meyer

                    *Mrs. Meyer*

157

A-52

IN THE SUPREME COURT OF THE STATE OF DELAWARE

DEVEARL L. BACON                        )
APPELLANT/DEFENDANT                     )
                                        )
BELOW                                   )        No. 453, 2005
                                        )
                                        )
    v.                                  )
                                        )
STATE OF DELAWARE                       )        COURT BELOW: SUPERIOR COURT
APPELLEE/PLAINTIFF                      )        OF THE STATE OF DELAWARE IN
                                        )        AND FOR NEW CASTLE COUNTY
BELOW                                   )

ON APPEAL FROM THE SUPERIOR COURT OF
THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY

APPELLANT'S OPENING BRIEF

Loren C. Meyers, Esquire
Department of Justice
820 N. French Street
Wilmington, DE 19801

Date: _1 — 20 — 6_

Devearl,
If you want to "file" these
replacement pages - then you
should. 2 copies -
Sorry about the delay in
the mail or I would have
had them to you sooner,
Hang in there !!
Fondly,
Mrs. Meyer

A-53

120

**FORM #584**

**GRIEVANCE FORM**

**FACILITY:** _D.C.C._                    **DATE:** _April 5, 2006_

**GRIEVANT'S NAME:** _Severn/ L. Bacon_     **SBI#:** _221242_

**CASE#:**_____        **TIME OF INCIDENT:** _7:35 pm_

**HOUSING UNIT:** _22-B-U-2_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_On 4-4-06 I recieved "Openned Legal Mail". This mail_
_was openned without me as a witness to the openning of this_
_document from Legal "Services C.L.C., Hawaii._

_Movant dosen't know if there is important documents missing_
_at such a "critical" moment., Movant is in Appeal Stages of_
_a 38 year sentence._

_My constitutional rights have been violated for the past_
_3 1/2 years on a "consistent basis"._

**ACTION REQUESTED BY GRIEVANT:** _An investigation needs to be given ASAP_
_so that Movant can find out who's responsible for these_
_impairments._

**GRIEVANT'S SIGNATURE:** _____     **DATE:** _April 5, 2006_

**WAS AN INFORMAL RESOLUTION ACCEPTED?** ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

A-54

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )                                    DI #32
)
Plaintiff )
)
V. )                    CASE NO. 05-714-JJF
)
Warden Carroll, etc., )
)
Defendants )
)
)
)

MOTION TO AMEND, JOINDE OF
PERSONS

Come now, Plaintiff Devearl L. Bacon in pursuant to
Fed. Civ., P. Rules 15(A),(B); Fed. Civ., P. Rules 19(A). Plaintiff
seeks to Amend and Joinder of Defendant's for each of
their continued, Deliberate, Impairments, Preventions, Right to
Access, Freedom of Speech, Conspiracy, and Retaliations.

In support of thee above Plaintiff asserts the following:

① On April 21, 2006 Plaintiff filed Amend/Joinder
for Civil Suit that was filed January 18, 2006.

② Plaintiff filed to have Ms. Sharon D. Agnew as
Defendant.

(1)    A-55

③ On April 24, 2006 plaintiff recieved a box
of legal mail with envelope addressed to
plaintiff. This package was given to plaintiff
from C/O's Mr. Kemp and Ms. D. Tingle. (see exhibit A)

④ Plaintiff opened box inside was all 12 copies
(plus original) of civil suit that was suppose to
have been sent back "Feburary 1, 2006",
(see exhibit B Notice of Non-Conforming documents).

⑤ After seeing Non-Conforming information plaintiff looked
at dates on envelope which was outside the box, however
(exh. A) dates are "hand written over" and all 3 "so-called"
recieved dates are not legible. Plaintiff then notice of
Non-Conforming document sheet that the "Ink" is still
freshly written on the paper.

Ⓐ Plaintiff's prays this court to expand the record
so that Non-Conforming sheets Authentication.

Ⓑ Regardless of it's Authentication this information
was with-held from plaintiff, this is a conspircy.

Ⓒ Plaintiff deadline to file claim was up May 1, 2006,
defendant's none that all along. (exh. C)

② A-56

WHEREFORE, PLAINTIFF SEEKS the JOINDER OF DEFENDANT'S:

① C/o MR. KEMP

② C/o MS. D. Tingle

③ CORPRAl ONENY (MAIl RooM)

④ St. Lt. RAMONE TAylor.

April 25, 2006

DEVEARL L. BACON
#221242
D.CC
SmyRNA, DeL 19977

③  A-57

Ⅺ. #32

Exhibit A

Ex-1



SSuperior Court
Office of the Prothonotary
500 N. King Street, Suite 500
Wilmington, DE 19801-3746
020310

"Official Business, Penalty for Private Use $300"

RECEIVED

Delaware Correctional Center

Delaware Correctional Center

Devearl L. Bacon
SBI #221242 MHU Bldg. 22
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

A-59

Ex-2



A-60

Exhibit B

Ex-4

# IN THE SUPERIOR COURT OF DELAWARE
## NEW CASTLE COUNTY

## NOTICE OF NON-CONFORMING DOCUMENTS

New Castle County Superior Court  
New Castle County Courthouse  
500 N. King Street, Suite 500  
Wilmington, DE 19801- 3746  

☒ Document Rejected

☐ Document held -
   pending corrected filing

DATE: 2/1/06

TO: Deveor l L. Bacon

CASE NUMBER: ——————— CAPTION: Bacon vs. Carroll et al

DOCUMENT TITLE: _____

The Court has received the document indicated below. The document is being rejected and returned to you undocketed for the reasons checked. If you have any questions please contact: Front Counter at 255- 0748 .

| TYPE OF PLEADING | | |
|---|---|---|
| X NEW CASE | | MOTION |
| WRIT | | RESPONSE TO MOTION |
| PETITION FOR FORMA PAUPERIS | | ANSWER TO COMPLAINT |
| OTHER: | | |

| REASON FOR REJECTION | |
|---|---|
| X ~~WRONG COURT~~ Need Summons | NEEDS: CIVIL ACTION NUMBER |
| NEEDS: CHECK - AMT: | NEEDS: SIGNATURE ON CHECK |
| X NEEDS: PRAECIPE | NEEDS: ORIGINAL SIGNATURE ON PLEADING |
| X NEEDS: FORM 30 INTERROGATORIES | NEEDS: ADDITIONAL COPIES |
| NEEDS: CASE INFORMATION STATEMENT - CIS | NEEDS: FINANCIAL STATEMENT |
| NEEDS: PETITION AND ORDER FOR NEXT OF FRIEND | NEEDS: MOTION & ORDER FOR SPECIAL PROCESS SERVER |
| NEEDS  MOTION TIME & DATE | INCORRECT MOTION TIME & DATE |
| * DEADLINE PASSED: MOTION REQUIRED TO BE FILED 10 DAYS PRIOR TO HEARING DATE | * DEADLINE PASSED: RESPONSE REQUIRED TO BE FILED 4 DAYS PRIOR TO HEARING DATE |
| EXCEEDS 4 PAGE LIMIT | NO SERVICE OR AFFIDAVIT OF MAILING |
| X ~~WRONG WRITS~~ Need CIS with all the information | Filing needs to be bound appropriately. (Rule 13 (b)) |
| X OTHER Non-Asb cases need a certificate of Value stating the case is over ☒ One hundred thousand dollars. | |

\* YOUR PLEADING WAS REJECTED AFTER SERVICE WAS DONE ON THE OTHER PARTY. IT IS YOUR OBLIGATION TO INFORM OPPOSING     COUNSEL THAT PLEADING WAS REJECTED.

Is this a new case or amended if amended it needs

SED10/18/02

# IN THE SUPERIOR COURT OF DELAWARE
## NEW CASTLE COUNTY

## NOTICE OF NON-CONFORMING DOCUMENTS

New Castle County Superior Court
New Castle County Courthouse
500 N. King Street, Suite 500
Wilmington, DE 19801- 3746

☒ **Document Rejected**

☐ **Document held -
pending corrected filing**

DATE: 2/1/06

TO: Dexear L. Bacon

CASE NUMBER:_____ CAPTION:_____

DOCUMENT TITLE:
_____

The Court has received the document indicated below. The document is being rejected and returned to you undocketed for the reasons checked. If you have any questions please contact:_____ at 255-_____.

| TYPE OF PLEADING | |
|---|---|
| NEW CASE | MOTION |
| WRIT | RESPONSE TO MOTION |
| PETITION FOR FORMA PAUPERIS | ANSWER TO COMPLAINT |
| OTHER: | |

| REASON FOR REJECTION | | |
|---|---|---|
| WRONG COURT | | NEEDS: CIVIL ACTION NUMBER |
| NEEDS: CHECK – AMT: | | NEEDS: SIGNATURE ON CHECK |
| NEEDS: PRAECIPE | | NEEDS: ORIGINAL SIGNATURE ON PLEADING |
| NEEDS: FORM 30 INTERROGATORIES | X | NEEDS: ADDITIONAL COPIES a copy for each |
| NEEDS: CASE INFORMATION STATEMENT – CIS | | NEEDS: FINANCIAL STATEMENT defendant |
| NEEDS: PETITION AND ORDER FOR NEXT OF FRIEND | | NEEDS: MOTION & ORDER FOR SPECIAL PROCESS SERVER |
| NEEDS MOTION TIME & DATE | | INCORRECT MOTION TIME & DATE |
| * DEADLINE PASSED: MOTION REQUIRED TO BE FILED 10 DAYS PRIOR TO HEARING DATE | | * DEADLINE PASSED: RESPONSE REQUIRED TO BE FILED 4 DAYS PRIOR TO HEARING DATE |
| EXCEEDS 4 PAGE LIMIT | | NO SERVICE OR AFFIDAVIT OF MAILING |
| WRONG WRITS | | Filing needs to be bound appropriately. (Rule 13 (b)) |
| X | OTHER Addresses of all the defendants need to be on the praecipe need to include the Attorney | |

*Ex-6*

*A-63*

* YOUR PLEADING WAS REJECTED AFTER SERVICE WAS DONE ON THE OTHER PARTY. IT IS YOUR OBLIGATION TO INFORM OPPOSING COUNSEL THAT PLEADING WAS REJECTED.

Generals office
REVISED 10/18/02

TO:         Devearl Bacon #221242
            MHU Bldg. 22 B-U-2

FROM:       Maria Lyons
            Staff Paralegal – MHU Law Library

DATE:       September 15, 2005

REF:        Photocopy Request 9/14/05

What is wrong with us is that you guys are not suppose to be bringing your legal work up
during lunch time to have it done. Your copies were completed. The copy designated to
be mailed out, went to the mailroom last night. The original and the other copy were
placed back in the envelope it came in and addressed to you. It was put in the mailbag
last night to go back down to Bldg. 22. I have made phone calls to have people look for
your envelope, if you have received it please let me know so I can let people know.
Please, from now on bring your copies to appointment times with you; this is why we do
appointments so things like this do not happen. If you have emergency work to be done
notify the Building and have them call us. We will then have you brought up so your
copies can be done and you can carry them back to the building yourself. Please do not
bring work up to be done during the Lunchtime again.

A-64

# Certificate of Service

I, _Devearl Bacon_, hereby certify that I have served a true
and correct cop(ies) of the attached: _Exhibit's To Discovery_

_____ upon the following

parties/person (s):

TO: Ms. Eileen Kelly
Deputy Attorney Gen.
820 N. French St,
Wilmington, Del
              19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _12_ day of _September_, 2007