IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Devearl L. Bacon )
  Plaintiff )
 )
 v. ) Case No. 05-714-JJF
 )
Warden Carroll; Etc., )
  Defendants. )

FILED
SEP 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## REPLY TO DEFENDANT'S RESPONSE TO PRELIMINARY INJUNCTION

Plaintiff in reply to D.I. 100, asserts the following:

1. --- "The relevant inquiry is whether the movant is in danger of suffering irreparable harm at the time the preliminary injunction is to be issued"; ... "to eliminate a possibility of a remote future injury, or a future invasion of Right." Maldonado v. Houstoun, 157 F.3d 179 (3d.Cir. 1998).

2. Plaintiff has clearly explained these extrodinary circumstances when he demonstrated that the Defendant's has caused deliberate impairments, preventions, and denied access to the court, which Plaintiff has demonstrated, that

1.

caused Irreparable Damages by his Invasion of Rights. Plaintiff has Suffered these prejudices <u>EVER "SINCE First Filed Pro-Se Post-Conviction Appeal on September 17, 2004."</u>

3. Plaintiff's Post-Conviction is at Habeas Corpus Stages of Appellent Review, the Dangers Plaintiff "Also" face: is there could at this "very moment" have been a Ruling on Appeal and Plaintiff would never know because Defendant's have already Demonstrated "that they will hold or not even Allow" Plaintiff to know a Ruling has been made until 'well After' "Timely Deadlines" are up, thus Denying Plaintiff U.S. 1st And 14th US Const. Amend. Rights.

4. Your Honor lets compair the 4 standards Plaintiff must Demonstrate:

A. <u>He is likely to succeed on the merits</u>
(See Appendix To Preliminary Injunction D.I. 98)
Appendix 1-17 Plaintiff filed Post-Conviction, Received Legal Mail from Sgt. Kruschel on Oct. 3, 2004 that "was never ordered." This was a Serious, And A Showing of "The Ploy" involving missing information, and the "messages written"

2.

to a Lt. and arrows pointing to Deputy Attorney General Sean Lugg., Plaintiff informed Hon. Judge Susan C. Del Pesco of these evils (see Appen. 13-15) and also Law Librarian Ms. Maria Lyons (Appen. 17 and 18) gave information about this issue.

On September 14, 2005 Plaintiff receives Hand-Delivery Verification Sheet "to prove that Plaintiff received Opinion and Envelopes regarding non-delivery of Opinion" (Appen. 29). Hon. Judge Susan C. Del Pesco ordered copies of envelopes which had hand written writings over the dates, twice (Appen 30).

Each Incident "regarding the same issue" of denied Access, Right to the Court Plaintiff has clearly demonstrated:

1. The 14-15 days missed caused Irreparable damage to Plaintiff causing Plaintiff "to lose Constitutional Protected Right to Outside Help" (see 05-714-JJF, DI 26 and 28)

2. Plaintiff also suffered prejudice by Defendant's Holding 3rd and 4th parties out going legal mail for over 2 months (See Appen. 20-23); also see Appen. 24, DI 60 and 69.

3. Plaintiff handed c/o R. Scott out going mail to

3.

4th Party Mrs. Jeanne P. Meyer which had Legal Mail in it which was deliberately impaired (Appen. 50-53).

4. On April 4, 2006 Received Open Legal Mail already opened without Plaintiff witnessing it being opened (Appen. 54).

5. Plaintiff on April 24, 2006 Received Box of Legal Mail with Received dates "Hand Written Writings" over dates which was sent back to Plaintiff around about Jan. 27, 2006 - Feb. 2, 2006 (or in April 2006), held for "nearly 90 days" (Appen. 58-62). (Plaintiff asked this Court for an Investigation of It's Authenticity)

Plaintiff has clearly demonstrated a paterian of denied access and surely will succed on these clear 1st and 14th US Const. Amend. Violations.

B. Denial will Result in irreparable harm.

By Plaintiff's demonstrations of denied Access/Preventions, to deny this Injunction will deny Plaintiff's Right to Access, Right to free Speech which Plaintiff has demonstrated he suffered.

4.

C. <u>Granting the injunction will not result in irreparable harm to the Defendant(s):</u>

Granting Plaintiff's Preliminary Injunction Relief will not cause Defendant's no harm.

D. <u>Granting the injunction is in the public's Interest.</u>

The Denied Access and Deliberate Preventions is and needs to be made "A Public Interest."

5. The Defendant's in Response to Preliminary Injunction at #2 (page 2) held:

"If Plaintiff seeks to challenge his sentence,
"the pending civil rights action is not the proper
"mechanism for attempting to do so."

Reply:

"With Caution" we are in this Litifigation and the reason we are at this point is because of Defendant's violating Plaintiff's Right To Access "while Plaintiff has been Filen Appellent Remedies". Thus, not only making Defendant's Statement "a fallacy;" but a most Dangerous One."

The Defendant's have cause Irreparable Damages to the Plaintiff. They "have over-reached" My Rights To Access,

5.

Prevented me from my Freedom of Speech, next, "But as it 'was' important to calm men's minds."

" "Justice will not fail, though wickedness appears strong,
" And has on its side the armies and thrones of power, the riches
" And the glory of the world, and though poor men crouch down in
" despair."

WHEREFORE, Plaintiff has demonstrated Irreparable Damages while seeking Due Process Appellent Remedies. Plaintiff also can and may have been suffering Denied Rights to Access at this particular Moment. Plaintiff Prays To Be Freed From the Profane Acts and Prays this to Be Made A Public Interest.

Dated: September 24, 2007

Deveart C. Bacon
D.C.C.
1181 Paddock Rd.
Smyrna, Del. 19977

6.

## Certificate of Service

I, Devearl L. Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Reply To Defendant's Response To Preliminary Injunction upon the following parties/person (s):

TO: Ms. Eileen Kelly
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 24 day of September, 2007

[signature]

I/M Devearl L. Bacon
SBI# 221240   UNIT 17-C-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
US District Court
844 N. King St. Lockerbox 18
Wilmington, Del 19801

Legal Mail