45

2. 30,000 Against Defendants Conversion for their own use, Interference with Plaintiff's Prospective Advantage, Negligence And Bad Faith in their failure to provide And supply Plaintiff with His Record, Contributing to Plaintiff's Pain And Emotional Suffering.

3. 30,000 Against Defendant's Place for their Negligence And Unlawful Actions of discovery, medical And failure to warn Plaintiff(s) of hazardous And Unsanitary Area's, Caused Plaintiff to fall, Causing Plaintiff much Pain And suffering.

4. 30,000 Against C.M.S and F.C.M. Medical
Services jointly and severally for
their Negligence, Medical Indifference
by failing to provide Adequate Medical
Care as a follow-up of Plaintiff's injuries
Causing Plaintiff to suffer physical and
Emotional pain and contributing to
Plaintiff's pain and suffering.


E. Award Actual Damages in the following Amount:

1. 300,000 Against Defendant's for the
physical and emotional (g) injuries
sustained as a result of Defendant's
Negligence, and infliction of
emotional distress causing Plaintiff
pain and Suffering.

2. 300,000 Against Defendant's Conversion for their own use, Interference with Plaintiff's Prospective Advantage, Negligence and Bad Faith in their failure to provide and supply plaintiff with His record, contributing to Plaintiff's Pain And Emotional Suffering.

3. 300,000 Against Defendant's Place for their Negligence And unlawful Actions Of discovery, Medical And failure to WARN Plaintiff's of hazardous And UNSANITARY AREA's, caused Plaintiff to fall, causing Plaintiff much pain And suffering.

4. 300,000 AGAINST C.M.S. AND F.C.M Medical Services jointly AND SEVERALLY for their (NEB Negligence, Medical Indifference by failing to provide Adequate medical CARE AS A follow-up of plaintiff's injuries CAUSING plaintiff to suffer physical AND Emotional pain AND contributing to plaintiff's pain AND suffering.

F. Award Hedonic damages in the following Amount:

1. 20,000 Against defendant's for the physical AND Emotional injuries Sustained AS A result of defendant's Negligence, AND infliction of Emotional distress CAUSING plaintiff pain AND Suffering.

2. 20,000 Against Defendant's Conversion for their own use, Interference with Plaintiff's Prospective Advantage, Negligence And Bad Faith in their failure to provide And Supply Plaintiff with His Record, contributing to Plaintiff's pain. And Emotional Suffering.

3. 20,000 Against Defendant's Place for their Negligence And Unlawful Actions of discovery, medical And failure to warn Plaintiff's of Hazardous And Unsanitary Area's, Caused Plaintiff to fall, causing Plaintiff much pain And Suffering.

4. 20,000 Against C.M.S AND F.C.M. Medical Services jointly AND severally for their Negligence, Medical Indifference by failing to provide Adequate Medical Care as a follow-up of Plaintiff's injuries causing plaintiff to suffer physical AND emotional pain AND contributing to Plaintiff's pain AND suffering.

G. Award Punitive Damage in the following Amount:

1. ~~$1,000~~ Against Defendant's for the physical AND emotional injuries sustained as a result of Defendant's Negligence, AND infliction of emotional distress causing Plaintiff pain AND Suffering.

51

2. ~~Against~~ Against Defendant's Converison for their own use, Interference with Plaintiff's prospective Advantage, Negligence And Bad Faith in their failure to provide And supply Plaintiff with His Record, Contributing to Plaintiff's pain And Emotional suffering.

3. ~~Against~~ Against Defendant's Place for their Negligence And Unlawful Actions of discovery, medical And failure to warn Plaintiff's of hazardous And Unsanitary Area's, caused Plaintiff to fall, causing Plaintiff much pain And suffering.

4. Aginst C.M.S. And F.C.M. Medical Services jointly And severally for their Negligence, Medical Indifference by failing to provide Adequate Medical care As A follow-up of plaintiff's injuries causing plaintiff to suffer physical And emotional pain And contributing to plaintiff's pain And suffering.

H. 20,000 jointly And severally Against defendant's for expenses incurred As the result of being unable to perform ordinary tasks.

I. 100,000 jointly And severally Against defendant's for the lose of movement.

J. 100,000 jointly And severally Against defendant's for the loss of time And pleasurable Activities.

(32)

K. Award Plaintiff Attorney fees for time in the preparation of this action.

L. Award Plaintiff All medical expenses.

M. Award Plaintiff All interest on momentary amounts held in account.

N. Grant such other relief as it may appear Plaintiff is entitled.

Nov. 30, 2005

Respectfully,

Devearl L. Bacon
D.C.C.
Smyrna, Del. 19977

33

## PROCEDURES FOR COMPLETING A STANDARD SUMMONS WRIT

The standard summons is the most commonly issued writ. The following instructions apply to completing a summons:

1.  Enter the caption as it appears on the complaint in the upper left corner of the form. If there are multiple defendants enter each defendant on a new line. List the defendants down the left side of the document, using additional pages if necessary (such as with an asbestos case) until the last defendant is named. (Example of multi-defendant case is included as document ASBSUM.SAM)

2.  Leave the Case Number blank. The Prothonotary's Office will assign a new civil action number (C.A. No.) and fill in this line.

3.  Below the caption, on the line that reads "To the Sheriff of ___NEW CASTLE___" enter New Castle, Kent or Sussex, depending upon where the defendant resides. If there are multiple defendants residing in more than one County, prepare an original writ for each County, along with the copies for the defendants.

4.  In the paragraph body enter the name of the plaintiff's attorney on the space just preceding the words "plaintiff's attorney." In the space following "whose address is" enter the address of the plaintiff's attorney.

5.  Leave the date space blank. The Prothonotary's staff will date the document the day it is issued and sent to the Sheriff's Office.

6.  Leave the "Per Deputy" space blank. It is for a Prothonotary Deputy's signature.

7.  **NOTE**: If you are filing in another County, the County name in the heading and the Prothonotary's name should be changed to reflect the County and Prothonotary where the case is being filed.

55

## ORDER UPON INITIAL REVIEW OF COMPLAINT

The Court having reviewed the complaint:

1. _____    IT IS ORDERED that the complaint is DISMISSED because:

_____ The complaint was factually frivolous.

_____ The complaint was legally frivolous.

_____ The complaint was malicious.

Service of process shall not issue.

2. _____ The complaint is NOT DISMISSED and service of process shall issue.

**IT IS SO ORDERED.**

_____ J.

DATED: _____

**ATTACHMENT C**

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR New Castle COUNTY

Deveari C. Bacon

Plaintiff

v.                                              C.A. No.

Defendant

## INTERROGATORIES DIRECTED TO

1. Give the names and last known addresses of all persons who have knowledge of the facts alleged in the pleadings, identifying those who were witnesses to the incident.

A.

2. With reference to any report, memorandum, resume, paper, statement, photograph or sketch in your possession pertaining to any of the facts alleged or referred to in the pleadings, describe each item (listing the date, author, recipient and general content).

A.

3. Describe in detail each injury, illness, complaint, or disease you claim to have suffered in the incident or as a result of the incident upon which the complaint is based and as to each such separate designation state:
   (a) The date of its onset if different from the date of the incident;
   (b) The name and address of the physician or other person trained in the healing arts who treated you for that condition and the dates of each such treatment and the nature of the treatment;
   (c) If such condition has cleared or resolved, the date of its clearing or resolving.

A.

57

4. If you have been treated since the date of the incident for any medical or psychological condition, whether or not resulting from the incident, which is the subject of this litigation, give a specific description of each condition and each treatment, and state the dates of treatment. If the treatment includes treatment in a hospital, list the name and address of the hospital and the dates.

A.

5. State whether you are still under the care of a physician, surgeon or other medical personnel, and if so, state his name and address and describe the nature of the care you are presently receiving.

A.

6. If you are no longer under the care of a physician, surgeon or other medical personnel, give the date on which you were last treated or examined and the name and address of the doctor making such examination or treatment.

A.

7. If you have fully recovered from any of the injuries, illnesses, complaints, discomforts or diseases, which you claim, resulted directly or indirectly from the incident, describe such injuries, illnesses, complaints, discomforts, or diseases from which you have recovered and, as to each, state the date of such recovery.

A.

58

14. List names and addresses of any dependents:

I, _DEVEARL L BACON_ , swear or affirm that the above-

information is true and correct and is made under penalty of perjury.

DATED: _NOV - 30, 2005_

      I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

      SWORN TO AND SUBSCRIBED before me this _____ day of

_____ , _____.

                                          Title

Revised 7.17.03

  \* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

## SUMMATION

The Respondent Warden _CARROll_ is fully responsible for the conduct and actions of his underlings and it is his duty to uphold the Constitutional Rights of his prisoner wards, but rather than attempt to place any form of control on his subordinates and uphold the Constitution and Rules of the Supreme Court, Mr. _CARROll_ runs a haphazard institution, allowing employees to operate autonomously and without regard for the law, the rules of the United States Supreme Court or the constitutional rights of the prisoners, or the public at large. For these reasons, the writ should issue and the release sought to be granted forthwith.

## RELEASE SOUGHT

THAT THIS HONORABLE COURT ENJOIN THE HEREIN NAMED RESPONDENT TO:

1. Remove the restrictions placed upon this prisoner's First Amendment rights to correspond;

2. Restore the thirty (30) days forfeited by the institution's disciplinary committee;

3. Deliver all correspondence, legal material and law books to this petitioner without any form of dely or censorship;

4. Award compensation for punitive damages due to mental anguish and frustration suffered by this petitioner;

5. Give any other such just and equitable relief as the court may deem warranted by facts which appear herein.

## CONCLUSION

The petitioner in this cause of action is a layman, unrepresented prisoner seeking relief as best he knows how without the aid of qualified counsel, therefore, may the Court be respectfully reminded of such cases as French v. Hayne, 547 F.2d 994 (C.A. 7 1976); Haynes v. Kerner, 404 U.S. 519 (1972); Carmelly v. Gibson, 335 U.S. 41, 45-6 (1957), wherein it has been clearly determined that if an unrepresented prisoner seeks an inappropriate type of relief, they, the courts, will interpret the complaint as seeking whatever type of relief as is warranted by the facts of the case.

IN THE

## SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

60

Devearl L. Bacon
   Petitioner,

vs.

Warden Carroll, etc.

   Respondent.

)
)
)
)
)
)
)
)

PETITION FOR WRIT OF
MANDAMUS (60 days Show Cause)

GREETINGS:

COMES NOW THE PETITIONER, above-named, to move this Honorable Court for relief from oppressive action by the above-named Respondent, action that has deprived this Petitioner of fundamental Constitutional Rights and which were in direct violation of recent Supreme Court Rulings, which will hereinafter be more fully shown.

JURISDICTION

JURISDICTION IS VESTED IN THIS COURT BY VIRTUE OF 28 U.S.C., Sections 1343; 1361; 1391(e); 1651; 1654 2201; 2241; 2243. 42 U.S.C. Sections 1983 and 1985. Rule 8(a)(1), 3. Super.Ct. Civ. R. 4, 29 Del. C. 10143; 10 Del. C. 564

AGRUMENT

A plaintiff is never required to exhaust administrative remedies when to do so would be obviously futile. This is especially true in Civil Rights cases where the Congressional Policy of providing a federal form for vindication of constitutional rights is particularly strong. ...

A person does not lose all of his constitutional rights upon entering prison. Betha v. Crouse, 417 F.2d 504 (C.A. Id. 1969), and this is especially true of his rights under the First Amendment. See Dennis v. United States, 341 U.S. 494 (1951), wherein the court said:

> "...(in the area of the First Amendment freedoms)...we have pointed out that stringent standards are to be applied to the governmental restrictions...and rigid scrutiny must be brought to bear on the justification for encroachment on such rights."

In accordance with 28 U.S.C., Section 1746(2), Ideclare under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this ___19___ day of _September_ , 2005.

_____
INMATE,
Petitioner Pro Se

Note: (The above and foregoing Writ of Mandamus was prepared in pro per by inmate, _SEVERN BACON_).

AFFIDAVIT IN SUPPORT OF APPLICATION TO
PROCEED *IN FORMA PAUPERIS*\*

I, _Devear/ L. Bacon_, being first duly sworn, depose and

say that I am the _Plaintiff_ in the above-captioned case; in support of my motion

to proceed without paying Court fees and costs, or give security therefore, state:

My date of birth is: _11-27-69_

My current address is: _1181 Paddock Rd., S.C.C._

_Prison, Smyrna, Del. 19977_

Because of my financial situation, I am unable to pay the costs of this proceeding or give

security therefore. In support of that statement, I supply the following information:

1. Nature of claim or defense is:

_Personal Injury, Malpractice, Deliberate Indifference._

2. Presently employed?          Yes ____    No _✓_

3. If *Yes*, state:

   (a) Name and address of employer:

   (b) How often paid:

   (c) Take home pay per pay period:

\* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis.*

4. If *No*, state:

(a) Name and address of last employer:

*Young Lumber Yard - Port of Wilmington*

(b) Date of last employment:

*June , 2000*

5. State whether you have received any income (dividends, rent, savings interest, etc.),

gifts, such as stocks, bonds or cash, from any source in the last twelve months.

Yes _____      No ___✓___

6. If *Yes*, state:

(a) Amount of income or gift, or its value:

(b) When received:

(c) From whom or what received:

(d) Whether regular or one time:

7. List all property owned, whether held in your name alone or jointly with anyone else:

(a) Real estate:  *N/A*

(b) Personal property (stocks, bonds, bank accounts, vehicles):  *N/A*

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis.*

(c) Name and address of and relationship to any joint owner, designating which

property is jointly owned and name of joint owner:

N/A

8. If you have a spouse, state:

(a) Amount of any income received:



(b) Source

(c) Frequency income is received:

9. If a prisoner, attach Department of Correction certified statement of your inmate

account. The summary of your inmate account shall contain all account activity for the 6-month

period immediately preceding the filing of the complaint, or for the entire time you have been

incarcerated, whichever time is less.

10. If a prisoner, provide the following requested information.

(a) At any time while incarcerated or detained at any facility, have you previously

brought an action or an appeal in a federal court or in any court of this State?

YES

(b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s)

or appeal number(s) for each case. ① Post - Conviction # 0006017660

② Fed. 1983 Suit # 02-431-JJF

* All requests for information must be supplied, if possible. Failure to supply information may
result in denial of your motion to proceed *in forma pauperis.*

(c) If the answer to (a) above was yes, state the outcome of each action or appeal.

*Post-Conviction Appeal: In Supreme Court (Del.*
*Fed. Civil Suit: Summary Judgement Stage*

11. If you are a prisoner and your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies available through the institutional grievance procedure. If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

If this condition applies to you, state whether you have exhausted all administrative remedies. *① Plaintiff never recieved Appeal form, ② Prison didn't have Grievance Board (See Exhibit F.), ③ This is A violation of Due Process Rights, ④ To do so "would be futile".*

If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process. *See Exhibit E & F, at Ladder dates Prison Stated "didn't recieve Appeal".*

12. If not listed above, state:

(a) Amount of any cash held (whether or not in a bank)

*N/A*

(b) Bank accounts, listing bank, account number(s) and current balance(s):

*N/A*

13. Itemize debts and regular monthly expenses:

*N/A*

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

66

14. List names and addresses of any dependents:

NONE

I, SEVEARL L BACON, swear or affirm that the above-

information is true and correct and is made under penalty of perjury.

DATED: December 21, 2005

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this 22nd day of

December , 2005 .

Timothy J. Marts
Title Notary Public

My Commission expires: June 14th 200_

Revised 7.17.03

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

## Certificate of Service

I, _DEVEARL C. BACON_, hereby certify that I have served a true

and correct cop(ies) of the attached: _Suit & Exhibit_

_____ upon the following

parties/person (s):

TO: _JANE Brady_

_Attorney General_

_820 N. French St._

_Wilmington, Del._

_19801_

TO: _Deputy Warden Mc Guigan_

_Webb Correction_

_Green Bank Rd_

_Wilmington, Del_

_19808_

TO: _Warden Carroll_

_D.C.C._

_Prison_

_Smyrna, Del. 19977_

TO: _Joe Hudson_

_D.C.C._

_Prison_

_Smyrna, Del. 19977_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _____ day of _____, 2005

## Certificate of Service

I, _____, hereby certify that I have served a true

and correct cop(ies) of the attached: _____

_____ upon the following

parties/person (s):

TO: _Lt. CARROTHERS_
_S.C.C._
_PRISON_
_SMYRNA, DEL. 19977_

TO: _Lt. BOONE_
_S.C.C._
_PRISON_
_SMYRNA, DEL. 19977_

TO: _Lt. LEGATES_
_S.C.C_
_PRISON_
_SMYRNA, DEL. 19977_

TO: _Lt. PROFACI_
_S.C.C_
_PRISON_
_SMYRNA, DEL. 19977_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _____ day of _____, 2005

_____

## CERTIFICATE OF SERVICE

69

I, _____, hereby certify that I have

served a true and correct cop(ies) of the attached: _____

_____ upon the

following parties/person(s):

TO: 4. FORBES

S.C.C.

Prison

Smyrna, Del. 19977


TO: C. M. S.

10 Corporate Circle

New Castle, Del. 19720


TO: Sgt. Snead

S.C.C.

Prison

Smyrna, Del. 19977


TO: Dr. Tammy Kastre

(F.C.M.)

1575 McKee Rd, Suite 20

Dover, Del. 19904


BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the
United States Mail at the Delaware Correctional Center, Smyrna, DE
19977, f

On this ___ day of _DEC_____, 200_5_.

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

PRAECIPE

Deverel L. Bacon
Plaintiff

vs.

Warden Carroll
Defendant

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

Please issue ___Summons___

Plaintiff

Address ___S·C·C___ ___Prison___

___Smyrna, Del· 19977___

Phone ___

TO:    Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _NEW CASTLE_ COUNTY

Severall C. Bacon

Plaintiff,

v.

Warden Carroll

Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,

TO THE SHERIFF OF    COUNTY:

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon
defendant, exclusive of the day of service, defendant shall serve upon        , plaintiff's attorney,
whose address is _J. C.C.,_ an answer to the complaint (and, if the complaint contains a specific
notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an
affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

*SHARON AGNEW*
*Prothonotary*

_____
*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of
service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the
complaint contains a specific notation requiring the defendant to answer any or all allegations of
the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against
you for the relief demanded in the complaint.

*SHARON AGNEW*
*Prothonotary*

_____
*Per Deputy*

Rev:02/2002

72

IN AND FOR _NEW CASTLE_ COUNTY

Devern L. Bacon

Plaintiff

v.

Warden Carroll

SUBPOENA IN A CIVIL CASE

Civil Action No.:

TO: Warden Carroll
S.C.C.
1181 Paddock Road
Smyrna, Del 1977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Sevearl L. Bacon                    PRAECIPE
Plaintiff
                                    )
                                    )
                                    )
                                    )
                                    )
vs.                                 )    Civil Action No.
Deputy Warden McGuigan              )
Defendant                           )
                                    )
                                    )
                                    )
                                    )

Please issue ___Summons_____

Plaintiff

Address ___D.C.C. Prison___
_Symrna, Del. 19977_

Phone _____

TO:    Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _NEW CASTLE_ COUNTY

SEVEAR L. BACON      Plaintiff,

v.

Deputy WARDEN McGuigAN      Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,

TO THE SHERIFF OF    COUNTY:

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon        , plaintiff's attorney, whose address is _web_ , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

_SHARON AGNEW_
*Prothonotary*

_____
*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

_SHARON AGNEW_
*Prothonotary*

_____
*Per Deputy*

*Rev:02/2002*

IN AND FOR _New Castle_ COUNTY

Severall L Bacon

Plantiff

v.
Deputy Warden McGuigan

Defendant

SUBPOENA IN A CIVIL CASE

Civil Action No.:

TO: Deputy Warden McGuigan        Webb Corrections
    & C.C. Paddock Rd       *OR*  Greenbank Rd.
    1191 Paddock Rd              Wilmington, Del. 19808
    Smyrna, Del. 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Severn L Bacon
Plaintiff

PRAECIPE

)
)
)
)
)
)                 Civil Action No.
vs.                )
Joe Hudson        )
Defendant         )
)
)
)
)

Please issue ___Summons___

Plaintiff
Address ___D.C.C. Prison___
___Smyrna, Del. 19977___
Phone _____

TO:    Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

*SEVEARL L. BACON*

Plaintiff,

v.

*JOE HUDSON*

Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon          , plaintiff's attorney, whose address is *J.C.C.*, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

*SHARON AGNEW*
*Prothonotary*

_____

*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

*SHARON AGNEW*
*Prothonotary*

_____

*Per Deputy*

*Rev:02/2002*

Severar L. Bacon
Plaintiff

IN AND FOR _NEW CASTLE_ COUNTY

SUBPOENA IN A CIVIL CASE

Joe Hudson
Defendant

Civil Action No.:

TO: Joe Hudson
D.C-C.
1181 Paddock Rd.
Smyrna, Del. 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER |
|---|
| |

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

PRAECIPE

Devearl L. Bacon
Plaintiff

)
)
)
)
)
vs.                                    )        Civil Action No.
                                       )
Lt. Carrothers                         )
Defendant                              )
                                       )
                                       )
                                       )

Please issue _____Summons_____

_____
Plaintiff
Address __S.C.C.__ Prison
__Smyrna, Del. 19977__

Phone _____

TO:    Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

*SEVEAR L. BACON*
v.

Plaintiff,

)  C.A. No.
)
)
)
)
)  SUMMONS
)
)
)
)

*Lt. CARROTHERS*

Defendant..

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon            , plaintiff's attorney, whose address is *J.C. C.*, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

*SHARON AGNEW*
*Prothonotary*

_____

*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

*SHARON AGNEW*
*Prothonotary*

_____

*Per Deputy*

*Rev:02/2002*

IN AND FOR _NEW CASTLE_ COUNTY

Devearl L. Bacon

Plaintiff

SUBPOENA IN A CIVIL CASE

Lt Carrothers

Defendant

Civil Action No.:

TO: Lt. Carrothers
D.C.C. Paddock Rd.
Smyrna, Del. 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER | |
|---|---|
| | |

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

82

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Devearl L. Bacon
Plaintiff

PRAECIPE

)
)
)
)
)
vs.                                            )    Civil Action No.
Lt. Legates                        )
Defendant                       )
)
)
)
)
)

Please issue ___Summons___

Plaintiff

Address __D.C.C. Prison__

__Smyrna, Del. 19977__

Phone _____

TO:   Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _NEW CASTLE_ COUNTY

SEVERAL L. BACON

            ) C.A. No.
            )
            )
     Plaintiff,   )
            )
   v.          )
            ) SUMMONS
            )

Lt. LEGATES

            )
     Defendant.  )

THE STATE OF DELAWARE,
TO THE SHERIFF OF   COUNTY:
YOU ARE COMMANDED:

    To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon    , plaintiff's attorney, whose address is _D.C.C._, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

    To serve upon defendant a copy hereof and of the complaint.

Dated:

             _SHARON AGNEW_
             *Prothonotary*


             _____

             *Per Deputy*


TO THE ABOVE NAMED DEFENDANT:

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

             _SHARON AGNEW_
             *Prothonotary*


             _____

             *Per Deputy*

                *Rev:02/2002*

IN AND FOR *NEW CASTLE* COUNTY

DEVEARL L. BACON
PLAINTIFF

## SUBPOENA IN A CIVIL CASE

Lt. Legates
DEFENDANT

Civil Action No.:

TO: Lt Legates
J.C.C
1181 Paddock Rd
Smyrna, Del. 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30 (b) (6).*

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

DEVEARL C. BACON
PlAINTIFF

vs.

Lt. BOONE
DeFeNdANt

PRAECIPE

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

Please issue ___SUMMONS___

Plaintiff

Address __D.C.C__ PRISON__

__SMYRNA, Del__

Phone _____

TO:    Prothonotary

86
SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

DEVEARL L. BACON

Plaintiff,

v.

LT. BOONE

Defendant.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon        , plaintiff's attorney, whose address is *J.C.C.*, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

*SHARON AGNEW*
*Prothonotary*

_____
*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

*SHARON AGNEW*
*Prothonotary*

_____
*Per Deputy*

*Rev:02/2002*

IN AND FOR _NEW CASTLE_ COUNTY

DEVEAR/ L. BACON
Plaintiff

SUBPOENA IN A CIVIL CASE

Lt BOONE
DEFENDANT

Civil Action No.:

TO: Lt. BOONE
D.O.C.
1181 Paddock Rd.
Smyrna, Del. 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

DEVEARL L BACON
Plaintiff

PRAECIPE

)
)
)
)
)
vs.                                                    ) Civil Action No.
)
Lt. Profaci                                            )
Defendant                                              )
)
)
)
)

Please issue _Summons_____

Plaintiff _____
Address _D.C.C. Prison_
_Smyrna, Del._
Phone _____

TO:    Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

DEVEARL L. BACON

                     v.

          Plaintiff,

Lt. PROFACI

          Defendant.

)  C.A. No.
)
)
)
)  SUMMONS
)
)
)
)

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

    To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon    , plaintiff's attorney, whose address is $\Lambda.C.C.$, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

    To serve upon defendant a copy hereof and of the complaint.

Dated:

                                *SHARON AGNEW*
                                *Prothonotary*

                                *Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

                                *SHARON AGNEW*
                                *Prothonotary*

                                *Per Deputy*

*Rev:02/2002*

IN AND FOR _NEW CASTLE_ COUNTY

Devearl L. Bacon
Plaintiff

## SUBPOENA IN A CIVIL CASE

Lt. Profaci
Defendant

Civil Action No.:

TO: Lt. Profaci
J.C.C.
181 Paddock Rd
Smyrna, Del

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Sevearl L Bacon
Plaintiff

PRAECIPE

)
)
)
)
)
vs.                                                    )        Civil Action No.
)
Lt. Forbes                                             )
Defendant                                              )
)
)
)

Please issue _Summons_____

_____
Plaintiff

Address _S.C.C. Prison_

_Smyrna, Del. 19977_

Phone_____

TO:    Prothonotary

92
SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

*DEVEARL L. BACON*

Plaintiff,

v.

*Lt. FORBES*

Defendant.

)  C.A. No.
)
)
)
)
)  **SUMMONS**
)
)
)
)

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon            , plaintiff's attorney, whose address is *J.C.C.* , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

**SHARON AGNEW**
*Prothonotary*

_____
*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

**SHARON AGNEW**
*Prothonotary*

_____
*Per Deputy*

Rev:02/2002

COURT OF THE STATE OF DELAWARE

IN AND FOR *NEW CASTLE* COUNTY

*Several L Bacon*
*Plaintiff*

SUBPOENA IN A CIVIL CASE

*Lt. Forbes*
*Defendant*

Civil Action No.:

TO: *Lt. Forbes*
*S.C.C.*
*1181 Paddock Rd*
*Smyrna, Del. 19977*

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30 (b) (6).*

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER |
|---|
|  |

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

94

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

Devear L. Bacon
Plaintiff

PRAECIPE

)
)
)
)
)
vs.                    ) Civil Action No.
)
Sgt. Snead            )
Defendant             )
)
)
)

Please issue  Summons

Plaintiff
Address  D.C.C. Prison
Smyrna, Del

Phone

TO:    Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR _NEW CASTLE_ COUNTY

DEVEARL L. BACON

Plaintiff,

v.

) C.A. No.
)
)
)
)
) SUMMONS
)
)
)
)

Sgt. SNEAD

Defendant.

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon        , plaintiff's attorney, whose address is        , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.
Dated:

_SHARON AGNEW_
Prothonotary

_____
Per Deputy

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

_SHARON AGNEW_
Prothonotary

_____
Per Deputy

Rev:02/2002