96

~~PERIOR COURT OF THE STATE OF DELAWARE~~

IN AND FOR _NEW CASTLE_ COUNTY

Devearl L. Bacon
Plaintiff

SUBPOENA IN A CIVIL CASE

Sgt. Snead
v.
Defendant

Civil Action No.:

TO: Sgt. Snead
D.C.C.
1181 Paddock Rd.
Smyrna, Del - 19977

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. _Delaware Superior Court Civil Rule 30 (b) (6)._

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER |  |
|---|---|

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

97

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Deverrl L. Bacon
Plaintiff

PRAECIPE

)
)
)
)
)
vs.                                          )    Civil Action No.
                                             )
Correctional Medical Service                 )
            (C.M.S.)                          )
Defendant                                    )
                                             )
                                             )

Please issue _Summons_____

Plaintiff _____

Address S.C.C. Prison

Smyrna, Del. 19977

Phone _____

TO:    Prothonotary

98
SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

*DEVEARL L. BACON*

                Plaintiff,

v.

*CORRECTIONAL MEDICAL SERVICE (C.M.S.)* Defendant.

) C.A. No.
)
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,

TO THE SHERIFF OF    COUNTY:

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon        , plaintiff's attorney, whose address is        , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

*SHARON AGNEW*
*Prothonotary*

_____

*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

*SHARON AGNEW*
*Prothonotary*

_____

*Per Deputy*

Rev:02/2002

SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR *NEW CASTLE* COUNTY

*SEVEARL L. BACON*
*Plaintiff*

SUBPOENA IN A CIVIL CASE

*C.M.S.* v.

Civil Action No.:

TO: *C.M.S.*
*10 Corporate Circle*
*New Castle, Del 19720*

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30 (b) (6).*

| REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER |
|---|
|  |

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  |  |

/00

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Deverrl L Bacon
Plaintiff

PRAECIPE

)
)
)
)
)
vs.                              )       Civil Action No.
)
Dr. Tammy Kastre             )
First Correctional Medical   )
( F.C.M.)                     )
Defendant                     )

Please issue  Summons

Plaintiff
Address  S.C.C. Prison
Smyrna, Del. 19977

Phone

TO:    Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR *NEW CASTLE* COUNTY

Devearl L. Bacon

Plaintiff,

v.

Dr. Tammy Kastre
First Correctional Medical *(F.C.M.)*
Defendant.

) C.A. No.
)
)
)
) SUMMONS
)
)

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon    , plaintiff's attorney, whose address is    , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

*SHARON AGNEW*
*Prothonotary*

_____

*Per Deputy*

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

*SHARON AGNEW*
*Prothonotary*

_____

*Per Deputy*

*Rev:02/2002*

IN AND FOR NEW CASTLE COUNTY

DEVEARL L. BACON

PLAINTIFF

SUBPOENA IN A CIVIL CASE

DR. TAMMY KASTRE (F.C.M)

DEFENDANT

Civil Action No.:

TO: DR TAMMY KASTRE (F.C.M)
1575 McKEE Rd, Suite 201
DOVER, DEL, 19904

☐ YOU ARE COMMANDED to appear in the Delaware Superior Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30 (b) (6).*

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER

| ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Deveail Bacon SBI#: 251242

FROM: *Stacy Shane, Support Services Secretary*

RE: *6 Months Account Statement*

DATE: January 12, 2006

---

Attached are copies of your inmate account statement for the months of
July 1, 2005 to December 31, 2005

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| July | 0 |
| Aug | 6.74 |
| Sept | 6.41 |
| Oct | 2.46 |
| Nov | 1.616 |
| Dec | 19.31 |

Average daily balances/6 months: 8.47

Attachments
CC: File

Stacy Shane
1/12/06

Mike Little
Notary public
1/13/06

/04

**Individual Statement**

Date Printed: 1/12/2006

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 | | |
|-----|-----------|-----------|-----|--------|------------------|-------|---|---|
| 00221242 | BACON | Devear | | | | | | |
| Current Location: | 22 | | Comments: | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 132860 | | DST/POSTAGE | |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 134201 | | DST/POSTAGE | |
| Pay-To | 7/20/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 134202 | | DST/POSTAGE | |
| Medical | 7/28/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | 137334 | | 7/25/05 | |
| | | | | **Ending Mth Balance:** | **$0.00** | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($0.51)

Date Printed: 1/12/2006

# Individual Statement

## For Month of August 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00221242 | BACON | Devear | | | | |

Current Location: 22      Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($1.06) | $0.00 | 140559 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($5.30) | $0.00 | 140563 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 140729 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 140730 | | DST/POSTAGE | |
| Mail | 8/12/2005 | $30.00 | $0.00 | $0.00 | $30.00 | 144461 | 243773368 | | J P MEYER |
| Canteen | 8/17/2005 | ($1.58) | $0.00 | $0.00 | $28.42 | 145544 | | | |
| Pay-To | 8/17/2005 | $1.00 | $0.00 | $0.00 | $29.42 | 146103 | | STALE DATED CH#2 | |
| Pay-To | 8/18/2005 | $0.00 | $0.00 | ($0.37) | $29.42 | 146846 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($0.60) | $0.00 | $0.00 | $28.82 | 147044 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($0.60) | $0.00 | $0.00 | $28.22 | 147045 | | DST/POSTAGE | |
| Medical | 8/19/2005 | ($6.00) | $0.00 | $0.00 | $22.22 | 147162 | | 7/25/05 | |
| Pay-To | 8/19/2005 | ($0.83) | $0.00 | $0.00 | $21.39 | 147260 | | DST/POSTAGE | |
| Supplies-MailP | 8/19/2005 | ($1.91) | $0.00 | $0.00 | $19.48 | 147320 | | 5/5/4 | |
| Pay-To | 8/19/2005 | ($2.67) | $0.00 | $0.00 | $16.81 | 147322 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($2.67) | $0.00 | $0.00 | $14.14 | 147323 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($1.06) | $0.00 | $0.00 | $13.08 | 147351 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($5.30) | $0.00 | $0.00 | $7.78 | 147352 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($0.37) | $0.00 | $0.00 | $7.41 | 147368 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($3.95) | $0.00 | $0.00 | $3.46 | 147371 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($3.46) | $0.00 | ($0.49) | $0.00 | 147372 | | DST/POSTAGE | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 149844 | | POSTAGE | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 149848 | | POSTAGE | |
| Supplies-MailP | 8/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 149849 | | POSTAGE | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($0.51)

106

**Individual Statement**

Date Printed: 1/12/2006

Page 1 of 1

**For Month of September 2005**

| SBI | 00221242 | Last Name | BACON | First Name | Devear | MI | Suffix | | Beg Mth Balance: | $0.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current Location: | 22 | | | Comments: | | | | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans# | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Legal | 9/7/2005 | $0.00 | $0.00 | ($4.00) | $0.00 | 154696 | | 8/2005 | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($4.75) | $0.00 | 156283 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 158545 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 158610 | | POSTAGE | |
| Mail | 9/19/2005 | $20.00 | $0.00 | $0.00 | $20.00 | 159381 | 4589450422 | | C. BERON |
| Canteen | 9/21/2005 | ($4.77) | $0.00 | $0.00 | $15.23 | 160036 | | | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($3.95) | $15.23 | 163944 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($1.75) | $15.23 | 164006 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($1.75) | $15.23 | 164007 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($1.75) | $15.23 | 164012 | | POSTAGE | |

Ending Mth Balance: $15.23

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($0.51)

**Individual Statement**

Date Printed: 1/12/2006

Page 1 of 1

**For Month of October 2005**

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $15.23 | |
|---|---|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | | | |
| Current Location: | 22 | | Comments: | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Legal | 10/5/2005 | $0.00 | $0.00 | ($2.00) | $15.23 | 166674 | | FILING FEE | |
| Supplies-MailP | 10/6/2005 | ($4.75) | $0.00 | $0.00 | $10.48 | 168066 | | POSTAGE | |
| Pay-To | 10/6/2005 | ($0.49) | $0.00 | $0.00 | $9.99 | 168089 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($3.95) | $0.00 | $0.00 | $6.04 | 168100 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $5.67 | 168101 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $5.30 | 168102 | | POSTAGE | |
| Legal | 10/6/2005 | ($4.00) | $0.00 | $0.00 | $1.30 | 168150 | | 8/2005 | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $0.93 | 168361 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.83) | $0.00 | $0.00 | $0.10 | 168389 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.10) | $0.00 | ($3.85) | $0.00 | 168485 | | POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($3.57) | $0.00 | 171741 | | 8/1/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($3.73) | $0.00 | 171811 | | 9/06/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($3.73) | $0.00 | 172025 | | 10/4/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.26) | $0.00 | 172086 | | 7/14/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.26) | $0.00 | 172089 | | 7/22/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.26) | $0.00 | 172095 | | 6/28/05 | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 176142 | | POSTAGE | |
| | | | | Ending Mth Balance: | $0.00 | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($0.51)

**Individual Statement**

Date Printed: 1/12/2006

Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |
| Current Location: | 22 | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 11/2/2005 | $50.00 | $0.00 | $0.00 | $50.00 | 178897 | 08375555387 | | C. BACON |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.37) | $50.00 | 180568 | | | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.60) | $50.00 | 180569 | | POSTAGE | |
| Canteen | 11/9/2005 | ($19.74) | $0.00 | $0.00 | $30.26 | 181384 | | POSTAGE | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($1.29) | $30.26 | 182786 | | | |
| Supplies-MailP | 11/11/2005 | ($3.57) | $0.00 | $0.00 | $26.69 | 183210 | | 8/1/05 | |
| Supplies-MailP | 11/11/2005 | ($3.85) | $0.00 | $0.00 | $22.84 | 183212 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.75) | $0.00 | $0.00 | $21.09 | 183229 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.75) | $0.00 | $0.00 | $19.34 | 183230 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.75) | $0.00 | $0.00 | $17.59 | 183231 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($3.73) | $0.00 | $0.00 | $13.86 | 183252 | | 9/06/05 | |
| Legal | 11/11/2005 | ($2.00) | $0.00 | $0.00 | $11.86 | 183261 | | FILING FEE | |
| Supplies-MailP | 11/11/2005 | ($0.26) | $0.00 | $0.00 | $11.60 | 183374 | | 7/22/05 | |
| Supplies-MailP | 11/11/2005 | ($0.26) | $0.00 | $0.00 | $11.34 | 183371 | | 7/14/05 | |
| Supplies-MailP | 11/11/2005 | ($0.26) | $0.00 | $0.00 | $11.08 | 183378 | | 6/28/05 | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $10.71 | 183473 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($3.73) | $0.00 | $0.00 | $6.98 | 183675 | | 10/4/05 | |
| Supplies-MailP | 11/11/2005 | ($1.29) | $0.00 | $0.00 | $5.69 | 183761 | | | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $5.32 | 183847 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.60) | $0.00 | $0.00 | $4.72 | 183848 | | POSTAGE | |
| Canteen | 11/16/2005 | ($4.53) | $0.00 | $0.00 | $0.19 | 184684 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($3.57) | $0.19 | 186156 | | 11/2/05 | |
| Mail | 11/28/2005 | $20.00 | $0.00 | $0.00 | $20.19 | 188473 | 380279624 | | JP. MEYER |
| Canteen | 11/30/2005 | ($14.10) | $0.00 | $0.00 | $6.09 | 189387 | | | |
| | | | | **Ending Mth Balance:** | **$6.09** | | | | |

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($0.51)

109

**Individual Statement**

Date Printed: 1/12/2006

Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.09 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |

Current Location: 22    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 12/2/2005 | $40.00 | $0.00 | $0.00 | $46.09 | 190975 | 4743203549 | | F. M. BACON |
| Canteen | 12/7/2005 | ($20.00) | $0.00 | $0.00 | $26.09 | 192438 | | | |
| Canteen | 12/14/2005 | ($18.95) | $0.00 | $0.00 | $7.14 | 194811 | | | |
| Canteen | 12/21/2005 | ($3.49) | $0.00 | $0.00 | $3.65 | 197996 | | | |
| Mail | 12/27/2005 | $20.00 | $0.00 | $0.00 | $23.65 | 199777 | 0507585033 | | C. BACON |
| Supplies-MailP | 12/29/2005 | ($3.57) | $0.00 | $0.00 | $20.08 | 201573 | | 11/2/05 | |

Ending Mth Balance: **$20.08**

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($0.51)

110

EX # 31

Exhibit A

*11 1*

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

**MEMORANDUM**

To:     Inmate Bacon, Devear            *∂3     Au 7*

From:   Cpl. L. M. Merson, Inmate Grievance Chairperson

Date:   Monday, May 10, 2004

RE:     Grievance

The grievance submitted by you Dated: 05/04/04 is being returned to you for the following reason(s):

_____   The complaint was addressed by the IGC:

_____   **Security issue** (involves the security and/or **staffing of the Institution** and/or the safety, health, and/or
        welfare of inmates, staff, and the public.

_____   **Classification issues** (security classification, jobs, transfers, programs, housing unit assignment).
        Classification has its own appeal process. The inmate must write to the DCC Classification Office
        within 7 days after the inmate receives the Classification decision. The letter must state that the
        inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the
        classification decision.

_____   **Disciplinary issue:** Disciplinary actions cannot be grieved but must be APPEALED following the
        Correctional Code of Penal Discipline.

_____   **Parole Board Decision:** The inmate must write a letter to the Parole Board within 30 days of the
        Board's decision, expressing the desire to appeal the decision and listing the reasons. The Parole
        Board's address is: Board of Parole; Carvel State Office Bldg.; 820 N. French Street, 5th Floor;
        Wilmington, DE 19801.

_____   Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
        staff, **WRITE A LETTER** to that person's supervisor; in this case, that is:

_____   This is an issue/complaint that has already been grieved by you or another inmate.

_____   Grievance is unacceptable because it has passed the seven-day time frame allotted to file a grievance.

_____   The grievance is a **photocopy**, carbon copy, written in pencil, red ink or is illegible,
        Original grievance forms only and they must be written in Black or Dark Blue Ink.

_____   This complaint is addressed in the housing rules for your housing unit. Refer to the Housing Rules,
        page _____ for clarification and/or direction.

_____   Action Request is **Inappropriate** or not completed. Inmate must make an actual request; such as,
        **request that an investigation be conducted** (inmates are not forwarded results of investigations that
        involve staff conduct).

_____   Documentation must be **attached to the grievance** when it is resubmitted that supports
        allegations/complaint; such as commissary receipts, Form 537, etc. The IGC will make copies of items
        submitted with the grievance and return the originals to the inmate.

__X__   **Other** :You were checked out by medical. Inmates are not entitled to copies of Department or Medical
paperwork unless, permission is granted by the Warden. Write a letter to him with your request. Inmates are
not entitled to pictures of DOC property. The IGC is not a court therefore, does not have the power to grant
compensation for pain and suffering.

cc: inmate
Original: file     *T-Hastings HSA/FCM ∂71*

ORIGINAL

**FORM #584**

<u>GRIEVANCE FORM</u>

FACILITY: D.C.C.                          DATE: 5-4-04

GRIEVANT'S NAME: DEVEARL C. BACON      SBI#: 221242

CASE#:                                 TIME OF INCIDENT: 4:45 AM

HOUSING UNIT: 23-A-U-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On 5-1-04 I was leaving out of Building
24 "B" dining hall, I began to walk out And
slipped down on a wet spot on the floor.

When I fell I turned to get up I felt a sharp
pain in my back; A c/o told me "don't try to move"
A Lt. came And told me "stay on the floor until
Nurse get's here". Nurse put me in wheel chair
And I was taken to nurses office., Nurse asked
me "do you fill any pain", I told her yes, Lt

ACTION REQUESTED BY GRIEVANT: [illegible handwriting: "HOLD Sheet"]

GRIEVANT'S SIGNATURE:_____        DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

**RECEIVED**

April '97 REV                          MAY 1 0 2004

Inmate Grievance Office

Z

143

Lt. asked me along with Nurse "what happen",
I said I slipped landed on my back I turned
left to right to get up off the floor and
felt like a knife stuck me up my back, a
c/o told me not to move along with a Sgt.

The Nurse wrote a report down, and orderred
me something for pain., The Lt. orderred his staff
members to "write a incident report".


On 5-1-04 it was learned that the wet
spot on the floor was being caused by water coming
from the ceiling and was a "known problem" prior
to me falling., I wrote the kitchen, Shift
Commander's asking ("was w") "why wasn't this
hazardous condition" address., I also asked
for a investigation as to why there was no
warning sign.

⑤

I WROTE INTERNAL Affairs AND M.H.U.
Buildins shift COMMANDER ASKiNG for A photo
of this hAZARdous AREA.

ACtioN RequeStEd :

① NEEd Photo of hAZARdous AREA,

② MEdicAl CARE,

③ To be COMPENSAtEd foR my pAiN ANd
suffERRiNG.

④ A COpy of All medical ANd iNCidENt REpoRT's

DEVERLL L. BACON

May 4, 2004

③

115

Copy

Devear./ L. Bacon
#221242
23-A-U-7

Internal Affairs
D.C.C.

May 2, 2004

Mr. or Ms. ;

Good-Day , On 5-1-04, building 24
dining room "B", 4:45 AM, I was leaving
out., I slipped down on a wet spot by the
first table as you enter.

On 5-1-04 dinner time I learned that
the spot of water has been a problem 3-4 daies
(or 2-3 daies) before I fell., I learned that the
wet spot is being caused from water coming
from the ceiling.

I need the ceiling and the area where
the wet spot is photoed for ladder date, and
need a investigation report.



Deveari L. Bacon

Copy

Deverel L. Bacon
#221242
23 - A - U - 7

Shift Commander
M. H. U. Build.

May 2, 2004

Sir;

Good-Day., On 5-1-04 I fell on a wet
spot in building 24 dining room "B". This
wet spot is caused from the ceiling.

I need a photo of this problem area
for ladder daies ahead.



Deveart L. Bacon

DEVEARL / L. BACON
#221242
05 - A - 11 - 7

Kitchen Commander
D. C. C.

May 2, 2004

Sir;

Good-Day., On 5-1-04 I fell down on a
wet spot in dining room "B" build. 24., It
has been learned that this spot is being caused
by water coming from the ceiling., It has been
learned that this has been a problem prior to my
fall.

I need a writen report or investigation as
to why there was no caution sign or why there was
no warning of this hazardous condition.

DEVEARL L. BACON

*118*

FORM #584

*Copy*

## GRIEVANCE FORM

FACILITY: _D.C.C._               DATE: _7-17-04_

GRIEVANT'S NAME: _DEVEAR (1. BACON_   SBI#: _27/242_

CASE#:_____       TIME OF INCIDENT:_____

HOUSING UNIT: _23 - A-U-7_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_Over 60 days AGO I filed GRIEVANCE for slip and fall,_
_I asked the Shift Commander, Internal Affairs, and_
_Kitchen Commander, to take photo's And give me A_
_investigation on the Hazard Area" And nothink was_
_done. nor was my grievance heard._

ACTION REQUESTED BY GRIEVANT: _To be paid for pain & Suffering_

GRIEVANT'S SIGNATURE:                        DATE: _July 17, 2004_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____       DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

State of Delaware )
                 )  SS.
County of New Castle )

Affidavit of: MARTIN Roberts
Dated: _____

## AFFIDAVIT

# 174059

I, MARTIN ROBERTS , being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in BLDG. #24 DINING HALL B located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

ON (5-1-04) I WITNESSED DEVEARL L. BACON FALL

ON THE FLOOR INSIDE BUILDING #24 DINING HALL AREA.

MR. BACON WAS WALKING BEFORE ME WHEN HE SLIPPED

AND FELL ON A WET SPOT ON THE FLOOR. TO THIS

DATE (5-4-04) THE WET SPOT IS STILL THERE AND

NO INMATE HAS BEEN WARNED BEFORE OR SINCE MR. BACON'S

FALL.

Affiant: Martin Roberts
                    Signature

MARTIN ROBERTS
Print Name
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this 10th day of May , 200 4

My Commission Expires:

Notary Public

/20

State of Delaware      )        Affidavit of: _MARK Tingle_
                        )  SS.  Dated: _May 4, 2004_

County of New Castle   )

## AFFIDAVIT

I, _MARK Tingle #381464_, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in _Bldg #24 D.N.N.C. Hall_ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

I. MARK TINGLE #381464

Did See Deveanl Bacon Fall inside B-dining Hall MHu Building. The time was about 4:50 a.m., the inmates were told to leave, As MR. Bacon walked towards the last table going out the door he slipped on a wet spot caused by the ceiling. MR. Bacon Fell on his back, as he turned to get up he Screamed. A c/o told him to sit still and waite until the nurse gets there.

Affiant: _Mark Tingle_
                   Signature

                   _Mark Tingle_
                   Print Name
                   Delaware Correctional Center
                   1181 Paddock Rd.
                   Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _10th_ day of _May_, 200_7_

My Commission Expires:                    _Thomas V._
                                   Notary Public

*121*

State of Delaware    )
                     )  SS.    Affidavit of: _Statement_
County of New Castle )          Dated: _1·12·05_

## AFFIDAVIT

I, _Grig DeShields_ being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in _D.C.C._ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

On 5-1-04, 4:45 A.M., I witnessed
Deveuel Bacon fall while coming out of
B. Dining hall M.H.U. Bldg.
I also witnessed the water coming down
from pipes onto the tables.

                    Affiant: _____
                                    Signature

                             _Grigory DeShields #256982_
                                    Print Name
                             Delaware Correctional Center
                             1181 Paddock Rd.
                             Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _14th_ day of _January_, 200_5_.

My Commission Expires: _June 14th, 2006_          _____
                                                  (Notary Public)

Exhibit B

123

State of Delaware            )
                             )   SS.        Affidavit of: _____
County of New Castle         )              Dated: _____

#### AFFIDAVIT

#174059

I, MARTIN ROBERTS, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in BLDG #24 DINING HALL "B" located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

ON 5-7-04 DINING HALL "B" BUILDING #24 I WALKED IN AND SEEN WATER DRIPPING FROM A PIPE IN THE CEILING DOWN TO THE FLOOR. THIS AREA IS THE EXACT AREA WHERE AS DEVEARL DACON'S MISHAP OCCURRED. THERE STILL ISN'T A DANGER ZONE SIGN FOR THIS HAZARDOUS AREA.

Affiant:    Martin Roberts #174059
            _____
            Signature

            MARTIN ROBERTS #174059
            _____
            Print Name
            Delaware Correctional Center
            1181 Paddock Rd.
            Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _11th_ day of _May_, 200 7

My Commission Expires:                    _____
                                          Notary Public

124

CAPT. STEVENS - Follow-up
Cacth Problem 9

**FORM #584**

**GRIEVANCE FORM**

Inmate Copy

FACILITY: D. C. C.

DATE: 5 - 7 - 04

GRIEVANT'S NAME: DEVEARL BACON

SBI#: 221242

CASE#:

TIME OF INCIDENT: 4:45 PM (5-7-04)

HOUSING UNIT: 23 - A - U - 7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I was walking in dining hall "B" Building 24, As I went to sit down At the first table I seen a lot of water on the table And on the floor: I stopped And didn't sit At the table, I looked up to the ceiling to see that the water was dripping out of a out-going "sewage" pipe. This is the same problem ARea to which I slipped And fell, I slipped in this ARea on 5-1-04, I Asked to have this ARea CAutioned And it wAsn't. What was a hazardous ARea is now also a unsanitary; The un-seen dAngers are horrific."

ACTION REQUESTED BY GRIEVANT: For the exposure to these conditions I want to be confiscated., I Also seek investigation Report sent to me for my own file, I also need both of these problem ARens photoed to persevere the evidence.

GRIEVANT'S SIGNATURE:                                    DATE: May 7, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES)    _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**RECEIVED**

MAY 1 7 2004

Inmate Grievance Office

125

**FORM  #584**

**GRIEVANCE FORM**

Inmate Copy

FACILITY: _D.C.C._

GRIEVANT'S NAME: _SEVEARL BACON_

CASE#: _44607_

HOUSING UNIT: _23 - A - U - 7_

DATE: _6 - 10 - 04_

SBI#: _22/242_

TIME OF INCIDENT: _4:45 AM_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR  ANY WITNESSES.

_I went to go eat in Building 24 "B" side dining_
_Area @ And the hazardous Area I feel over a_
_mouth Aso is still there_

ACTION REQUESTED BY GRIEVANT: _WARN INMATES of this problem_

GRIEVANT'S SIGNATURE:

DATE: _June 10, 2004_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES)  _____ (NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
     GRIEVANT

April '97 REV

RECEIVED

JUN 1 6 2004

Inmate Grievance Office

126



*127*

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

EVEAR/ L. BACON                23 — A — U — 7
_____    _____
Name (Print)                   Housing Location

11-27-69        22/242         5—3—04
_____     _____    _____
Date of Birth   SBI Number     Date Submitted

Complaint (What type of problem are you having)? My left big toE
is Numb Along tingling in my foot. My
back is burning

_____          May 3 2004
           Inmate Signature                        Date

The below area is for medical use only. Please do not write any further.

S:

_____

_____

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

_____

_____

A:

_____

_____

P:

_____

_____

_____

E:

_____

_____

_____          _____
Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

128

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

DEVEARL L. BACON                    23 - A - U - 7
_____                _____
Name (Print)                       Housing Location

11-27-69          22/2242          5 - 7 - 04
_____   _____   _____
Date of Birth         SBI Number         Date Submitted

Complaint (What type of problem are you having)? Yesterday I tried
dribbling a basketball around for a while, about
5 min. later my back started burning and
I stopped., Can you give me something for pain.

                              May 7, 2004
_____            _____
Inmate Signature               Date

The below area is for medical use only.  Please do not write any further.

S:
_____
_____
_____

O:    Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____
_____
_____

A:
_____
_____

P:
_____
_____
_____
_____

E:
_____
_____

_____          _____
Provider Signature & Title            Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

DEVEAR/ L. BACON
Name (Print)

23-A-U-7
Housing Location

11-27-69
Date of Birth

22/242
SBI Number

May 17, 2004
Date Submitted

Complaint (What type of problem are you having)? recieved meds. for my sprain back and m/alof., The Dr. ordered these meds, I want them to be self-meds.

May 17 2004
Date

Inmate Signature

The below area is for medical use only. Please do not write any further.

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

*130*

# Delaware Department of Correction
## Health Care Services Fee Sheet

==================================================================

Inmate Name _____    SBI # _____

      (Last, First  MI)

Facility _____    Date _____

    ____ **Chargeable Visit**                       **$4.00**
    ____ **Non Chargeable Visit**                  **-0-**
    ____ **Medication Handling Fee ($2.00 X ____ )**    $_____

    **Total Amount Charged To Inmate Account**    $_____

**Health Care Staff Signature:** _____

==================================================================

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

**Inmate Signature:** _____    **Date:** _____

**1) *Witness Signature:** _____    **Date:** _____

**2) *Witness Signature:** _____    **Date:** _____

==================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by_____    Date_____
  Copy:   Inmate Medical Record (yellow)
        Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

*/3/*

# Delaware Department of Correction
## Health Care Services Fee Sheet

================================================================

**Inmate Name** _____    **SBI #** _____

       (Last, First  MI)

**Facility** _____    **Date** _____

      ___ **Chargeable Visit**                              $4.00
      ___ **Non Chargeable Visit**                          -0-
      ___ **Medication Handling Fee ($2.00 X __1__ )**     $_____

### Total Amount Charged To Inmate Account          $ _____

**Health Care Staff Signature:** _____

================================================================

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

**Inmate Signature:** _____    Date: _____

**1) *Witness Signature:** _____    Date: _____

**2) *Witness Signature:** _____    Date: _____

================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office        Posted/Entered by_____    Date_____
Copy:    Inmate Medical Record (yellow)
       Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

132



*133*

*Copy*

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Severan / L. Bacon
Name (Print)

23 - A - U - 7
Housing Location

11-27-69
Date of Birth

22/242
SBI Number

May 17, 2004
Date Submitted

Complaint (What type of problem are you having)? √ need a memo for my back, what I can pick up or not, √ need memo so I can show the staff., √ need a job, I'm penny less, √ dont even have a button".

May 17, 2004
Date

Inmate Signature

The below area is for medical use only. Please do not write any further.

S:

O:   Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

COPY 134

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

DEVEARL L. BACON                    23 - A - U - 7
Name (Print)                        Housing Location
11 - 27 - 69        221242          6 - 17 - 04
Date of Birth       SBI Number      Date Submitted

Complaint (What type of problem are you having)? I NEED A REFill OF
Ibuprofen FOR my bACK. SomeThinG IS VERY
WRonG with my bACK, I NEED A X - RAY.

                                    June 17, 2004
Inmate Signature                    Date

**The below area is for medical use only. Please do not write any further.**

S:

O:     Temp:_____     Pulse:_____     Resp:_____     B/P:_____     WT:_____

A:

P:

E:

_____          _____
Provider Signature & Title                        Date & Time

3/1/99 DE01
FORM#:
MED
263

COPY 135

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

DEVEARL L. BACON
_____
Name (Print)

23 - A - U - 7
_____
Housing Location

11-27-69
_____
Date of Birth

221242
_____
SBI Number

8-23-04
_____
Date Submitted

Complaint (What type of problem are you having)? FOR THE PAST 3 WEEKS I BEEN BENDING AND MOVING MY bACK, I'm STILL IN PAIN I NEED MY IbUPROFEN RE-NEWED. I ALSO NEED A X-RAY OF MY bACK

_____
Inmate Signature

AUG. 27, 2004
_____
Date

The below area is for medical use only. Please do not write any further.

S:

_____

_____

_____

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

_____

_____

A:

_____

_____

P:

_____

_____

_____

_____

E:

_____

_____

_____

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
MED
263

137

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

DEVEARL L BACON _____ 23 - A - U - 7

Name (Print) _____ Housing Location

11 - 27 - 67 _____ 221240 _____ 11 - 22 - 04

Date of Birth _____ SBI Number _____ Date Submitted

Complaint (What type of problem are you having): _Yesterday I tried_
_a dance step and now my back is in pain._

_____ Inmate Signature _____ May 22, 2004

Date

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

Provider Signature & Title _____ Date & Time

3/1/99 DE01
FORM:
MED
263

Copy
138

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

DEVEAR/ BACON
Name (Print)

21 - C - U - 6
Housing Location

11-27-69
Date of Birth

221242
SBI Number

12-5-4
Date Submitted

Complaint (What type of problem are you having)? For the past 5-6 months my back has been in pain. I need a re-new Ibuprofen, I also would like to have a X-RAY of my back.

Inmate Signature

Dec 5 2004
Date

The below area is for medical use only. Please do not write any further.

S:

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

Copy 139

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Devear L Bacon                              21 - C - U - 6
_____        _____
Name (Print)                                  Housing Location

11-27-69          22/242          12-27-4
_____    _____    _____
Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having)? For the past 5-6 months
my back has been in pain. I need a re-new
Ibuprofen. I also would like to have a X-ray
of my back. This is my second sick-call.

Dec. 27 2004
_____              _____
Inmate Signature                                  Date

**The below area is for medical use only. Please do not write any further.**

S:
_____

_____

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

_____

A:
_____

_____

P:
_____

_____

_____

E:
_____

_____

_____        _____
Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED
263

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

SEVEAR/ L BACON                          21-C-11-6
_____                  _____
Name (Print)                             Housing Location

11-27-69            22/24/2              1-16-5
_____  _____  _____
Date of Birth            SBI Number       Date Submitted

Complaint (What type of problem are you having)? I LIKE to hAVE
A X-RAY foR my bACK, SomEthiNS foR my
PAIN, ANd A syphili- tEST, This is my
SEcoNd & third Sick-cAll

_____                  Jan 16, 2005
Inmate Signature                          Date

The below area is for medical use only. Please do not write any further.

S:
_____
_____
_____

O:    Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____
_____
_____

A:
_____
_____

P:
_____
_____
_____

E:
_____
_____

_____          _____
Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED
263

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

141

DEVEARL L, BACON                    2/ - C - U - 6
_____
Name (Print)                                    Housing Location

11 - 27 - 69        221242         2 - 11 - 5
_____      _____      _____
Date of Birth            SBI Number        Date Submitted

Complaint (What type of problem are you having)? ___ SEEN X-RAY DOCTOR
TODAY (got X-RAY), SHE told ME " if I WANT to SEE
ME RESULTS THEY will be done only by 2-15-5 just
put SICK CALL in SO you CAN SEE your X-RAY".

_____          7/-  11, 2005
Inmate Signature                              Date

**The below area is for medical use only.  Please do not write any further.**

S:

_____
_____

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

_____
_____

A:
_____
_____

P:
_____
_____
_____
_____

E:
_____
_____

_____          _____
Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

142

SEVERR L BACON
Name (Print)

21 - C - U - 6
Housing Location

11-27-69
Date of Birth

221242
SBI Number

3 - 16 - 5
Date Submitted

Complaint (What type of problem are you having)? _I took AN E) X-RAY 4 WEEKS AGO AND WANT to "SEE" the RESULTS with my own EYE'S._

_____
Inmate Signature

March 16, 2005
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
MED
263

DELAWARE DEPARTMENT OF CORRECTIONS
REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
FACILITY: DELAWARE CORRECTIONAL CENTER

143

This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

DEVEARL L. BACON
_____ Name (Print) _____

Date of Birth  11-27-67

SBI Number  221242

Housing Location  21-C-U-6

Date Submitted  3-16-5

Complaint (What type of problem are you having)? I took AN X-RAY 4 WEEKS AGO AND WANT to "SEE" the RESULTS with my own EYE'S.

Inmate Signature

Date  March 16, 2005

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P: 4/15/05. No results at present time. Doctor will notify if abnormal.    Leslie Robin, R.N.
Leslie Robinson, RN
4-15-05

FµÉ

E:

_____ Provider Signature & Title _____          _____ Date & Time _____

3/1/99 DE01
FORM#:
MED
263