144

Exhibit E

*145*

## FORM #585

### MEDICAL GRIEVANCE

FACILITY: __S. C C.__

INMATE'S NAME: __SEVERN L. BACON__

HOUSING UNIT: __21-C-U-6__

DATE SUBMITTED: __4-5-5__

SBI#: __22/242__

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

__Since Feb. "2005" I've put in 2. Sick-__
__Calls to see the results of my X-rays of my__
__back.__

GRIEVANT'S SIGNATURE: _____    DATE: __5, 2005__

ACTION REQUESTED BY GRIEVANT: __I want to physically see__
__my X-rays__

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Inmate Copy *146*

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** BACON, DEVEAR L | **SBI#** : 00221242 | **Institution** : DCC |
| **Grievance #** : 12958 | **Grievance Date** : 04/05/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/05/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 21, Upper, Tier C, Cell 6, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Since Feb 2005 I've put in 2 sick calls to see the results of my x-rays of my back.

**Remedy Requested** : I want to physically see my x-rays.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 04/06/2005 |
| **Investigation Sent :** 04/06/2005 | **Investigation Sent To** : Eller, Anita |
| **Grievance Amount :** | |

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

*147*

## INFORMAL RESOLUTION

| | OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|---|
| **Offender Name : BACON, DEVEAR L** | **SBI#** : 00221242 | **Institution** : DCC | |
| **Grievance #** : 12958 | **Grievance Date** : 04/05/2005 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/05/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | Housing Location :Bldg 21, Upper, Tier C, Cell 6, Top | | |

**INFORMAL RESOLUTION**

**Investigator Name** : Eller, Anita

**Date of Report** 04/06/2005

**Investigation Report :**

**Reason for Referring:**

Offender's Signature:_____

Date                    :_____

Witness (Officer)   :_____

Page 2 of 2

*148*

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|

**Offender Name :** BACON, DEVEAR L     **SBI#**   : 00221242     **Institution**   : DCC

**Grievance #**   : 12958     **Grievance Date**   : 04/05/2005     **Category**   : Individual

**Status**   : Unresolved     **Resolution Status :**     **Resol. Date**   :

**Grievance Type:** Health Issue (Medical)     **Incident Date**   : 04/05/2005     **Incident Time :**

**IGC**   : Merson, Lise M     **Housing Location :** Bldg 21, Upper, Tier C, Cell 6, Top

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Since Feb 2005 I've put in 2 sick calls to see the results of my x-rays of my back.

**Remedy Requested**   : I want to physically see my x-rays.

| INDIVIDUALS INVOLVED | | |
|---|---|---|
| **Type** | **SBI #** | **Name** |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES     **Date Received by Medical Unit :** 04/06/2005

**Investig**... /2005     **Investigation Sent To**   : Eller, Anita

**Grievance Amount :**

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 21, Upper, Tier C, Cell 6, Top | |

| INFORMAL RESOLUTION |
|---|

Investigator Name : Eller, Anita                    Date of Report 04/06/2005

Investigation Report :

Reason for Referring:

Discussed results of x-Ray w/ I/m. Insists on seeing actual Films.

Offender's Signature: Refused to sign

Date : 5/12/05

Witness (Officer): Kimly Sammaker

150

GRIEVANCE APPEAL     COPY

DEVEARL L BACON                    # 221242

22 - B - U - 2                    CA No. 12958

Date : Tuesday, Aug. 16, 2005

Board ;

This is a " re-copy " Appeal Form.

I need to physically See X-rays of back.

DEVEARL L. BACON

*/5/*

# GRIEVANCE REPORT

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** BACON, DEVEAR L | **SBI#** : 00221242 | **Institution** : DCC | |
| **Grievance #** : 12958 | **Grievance Date** : 04/05/2005 | **Category** : Individual | |
| **Status** : Withdrawn | **Resolution Status :** | **Resol. Date :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/05/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 22, Upper, Tier B, Cell 2, Bottom | | |

| OFFENDER GRIEVANCE DETAILS |
|---|

**Description of Complaint:** Since Feb 2005 I've put in 2 sick calls to see the results of my x-rays of my back.

**Remedy Requested** : I want to physically see my x-rays.

Inmate Copy

| INDIVIDUALS INVOLVED | | |
|---|---|---|
| **Type** | **SBI#** | **Name** |

| ADDITIONAL GRIEVANCE INFORMATION | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 04/06/2005 |
| **Investigation Sent :** 04/06/2005 | **Investigation Sent To** : Eller, Anita |
| **Grievance Amount :** | |

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

*152*

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# : 00221242 | Institution : DCC | |
| Grievance # : 12958 | Grievance Date : 04/05/2005 | Category : Individual | |
| Status : Withdrawn | Resolution Status: | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/05/2005 | Incident Time : | |
| IGC : Merson, Lise M | Housing Location :Bldg 22, Upper, Tier B, Cell 2, Bottom | | |

| INFORMAL RESOLUTION | |
|---|---|
| Investigator Name : Eller, Anita | Date of Report 04/06/2005 |

**Investigation Report :** Discussed results of x-rays with inmate. - insists on seeing actual films
refused to sign

**Reason for Referring:**

Offender's Signature:_____

Date                    :_____

Witness (Officer)    :_____

Delaware Correctional Center    Date 08/23/2005

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

153 

## GRIEVANCE INFORMATION - IGC

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| Offender Name : BACON, DEVEAR L | SBI# | : 00221242 | Institution    : DCC |
| Grievance #    : 12958 | Grievance Date    : 04/05/2005 | | Category    : Individual |
| Status    : Withdrawn | Resolution Status : | | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date    : 04/05/2005 | | Incident Time : |
| IGC    : Merson, Lise M | Housing Location : Bldg 22, Upper, Tier B, Cell 2, Bottom | | |

| IGC | | | |
|---|---|---|---|

**Medical Provider:**                    **Date Assigned**

**Comments:**

☑ **Forward to MGC**          ☐ **Warden Notified**

☐ **Forward to RGC**          Date Forwarded to RGC/MGC : 05/26/2005

☐ **Offender Signature Captured**          Date Offender Signed          :

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

*154*

# GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name** : BACON, DEVEAR L | **SBI#** : 00221242 | **Institution** : DCC | |
| **Grievance #** : 12958 | **Grievance Date** : 04/05/2005 | **Category** : Individual | |
| **Status** : Withdrawn | **Resolution Status** : | **Inmate Status** : | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/05/2005 | **Incident Time** : | |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 22, Upper, Tier B, Cell 2, Bottom | | |

| APPEAL REQUEST |
|---|
| No Appeal Returned. Grievance withdrawn |

| REMEDY REQUEST |
|---|
| |

155

Exhibit F

156

Exhibit B

## REQUEST FOR MATERIALS FROM PROTHONOTARY

TO: _NEW Castle_ Prothonotary
    (County Name)

REQUEST DATE: _3-20-06_

INDICTMENT NUMBER(S): _Civil Suit Need_

OFFENSE(S): _to Know Case No._

DATE OF ARREST: _____

DATE OF BIRTH: _11-27-69_

Please send the following:

    1. Court Docket Sheets                 [ ] Plain     [ ] Certified

    2. Court Docket Numbers              [ ]

    3. Indictment Sheet                  [ ]

    4. Other: _NEED Case No._           [ ]

Please send materials to the following:

_Devearl L. Bacon_

_1181 Paddock Rd._

_Smyrna, Del. 19977_

_____
(Signature)

DEVEARL L. BACON    158
#221242
22-B-U-2

Copy

Ms. Maria L
Law Library
MHU                    April 17, 2006

Ms. Maria;

Last week I asked you if you could help me find
out my case number for Civil Suit filed in January 2006
in The Superior Court.

Have you recieved any information about this Suit?

Ms. Maria with all due respect you witness the Mailing of
that Suit because you was the one who mailed it for me, that
Package cost me $27.

I need to know the "Status" of this Suit because I'm
on a Time Bar Schedule.

## Certificate of Service

I, _Severeal C. Bacon_ , hereby certify that I have served a true

and correct cop(ies) of the attached: _Exhibit To Amend, Joinder_

_____ upon the following

parties/person (s):

TO: _Ms Elizen Kelly_          TO: _____

_Deputy Attorney General_          _____

_820 N. French St._          _____

_Wilmington, Del_          _____

_19801_

TO: _____          TO: _____

_____          _____

_____          _____

_____          _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _21_ day of _April_ _2006_

Exhibit C

**SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)**

COUNTY: NEW CASTLE ☑    KENT ☐    SUSSEX ☐

Civil Case Code: _____

Civil Action Number: _____

Civil Case Type: CPEN, CMAL

(SEE PAGE TWO FOR CIVIL CASE CODE & CIVIL CASE TYPE)

Caption:

Name and Status of Party filing document:

Document Type:(e.g., COMPLAINT; ANSWER WITH COUNTERCLAIM)

Non-Arbitration ☐          eFile ☐

(CERTIFICATE OF VALUE MAY BE REQUIRED)

Arbitration ☐    Mediation ☐    Neutral Assessment ☐

DEFENDANT (CHECK ONE)    ACCEPT ☐    REJECT ☐

JURY DEMAND  YES ☑    NO ☐

TRACK ASSIGNMENT REQUESTED (CHECK ONE)

EXPEDITED ☐    STANDARD ☑    COMPLEX ☐

ATTORNEY NAME(S): _____

ATTORNEY ID(S): _____

FIRM NAME: _____

ADDRESS: _____

TELEPHONE NUMBER: _____

FAX NUMBER: _____

E-MAIL ADDRESS: _____

IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS

EXPLAIN THE RELATIONSHIP(S):

OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:

(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE.)

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 9.17.03

Exhibit D

IN THE UNITED STATES DISTRICT COURT

161

FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON )
   PLAINTIFF )
     V. )
WARDEN CARROLL, etc., )
   DEFENDANTS )
      )
      )

DI #32

CASE NO. 05-714-JJF

## MOTION TO AMEND, JOINDE OF PERSONS

COME NOW, plaintiff DEVEARL L. BACON in pursuant to Fed. Civ., P. Rules 15(A),(B); Fed. Civ., P. Rules 19(A). Plaintiff seeks to Amend and Joinder of Defendant's for each of their continued, Deliberate, Impairments, Preventions, Right to Access, Freedom of Speech, Conspiracy, and Retaliations.

In support of thee above plaintiff asserts the following:

① On April 21, 2006 Plaintiff filed Amend/Joinder for Civil Suit that was filed JANUARY 18, 2006.

② Plaintiff filed to have Ms. SHARON D. AGNEW as Defendant.

(i) A-55

③ ON April 24, 2006 plaintiff Recieved a Box of Legal Mail with Envelope Addressed to Plaintiff. This package was given to plaintiff from C/O's Mr. Kemp and Ms. D. Tingle. (See Exhibit A)

④ Plaintiff opened Box inside was All 12 copies (plus Original) of Civil Suit that was suppose to have been sent back "Feburary 1, 2006", (See Exhibit B Notice of NON-CONFORMING Documents).

⑤ After seeing Non-Conforming information plaintiff looked at dates on Envelope which was outside the box, However (Exh. A) Dates are "hand written over" and all 3 "so-called" recieved dates are not legible. Plaintiff then Notice of NON-Conforming Document Sheet that the "Ink" is still Freshly written on the paper.

   Ⓐ Plaintiff's prays this Court To Expand The Record so that Non-Conforming Sheets Authentication.

   Ⓑ Regardless of it's Authentication this information was with-Held from plaintiff, this is a Conspircy.

   Ⓒ Plaintiff deadline to file Claim was up May 1, 2006, Defendant's None that all Along. (Exh. C)

WHEREFORE, Plaintiff seeks the Joinder of Defendant's:

① C/o Mr. Kemp

② C/o Ms. D. Tingle

③ Corpral Oneny (Mail room)

④ St. Lt. Ramone Taylor.

April 25, 2006

Devearl L. Bacon
#221242
D.CC
Smyrna, Del 19977

③    A-57

Dr. #32

Exhibit A

Ex-1



SSuperior Court
Office of the Prothonotary
500 N. King Street, Suite 500
Wilmington,, DE 19801-3746
020310

"Official Business, Penalty for Private Use $300"

RECEIVED

Delaware Correctional Center

Devearl L. Bacon
SBI #221242 MHU Bldg. 22
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



Exhibit B

# IN THE SUPERIOR COURT OF DELAWARE
## NEW CASTLE COUNTY

## NOTICE OF NON-CONFORMING DOCUMENTS

**New Castle County Superior Court**
**New Castle County Courthouse**
**500 N. King Street, Suite 500**
**Wilmington, DE 19801- 3746**

☒ **Document Rejected**

☐ **Document held -**
   **pending corrected filing**

DATE: 2/1/06

TO: Deveorl L. Bacon

CASE NUMBER: —————  CAPTION: Bacon vs. Carroll et al

DOCUMENT TITLE: _____

The Court has received the document indicated below. The document is being rejected and returned to you undocketed for the reasons checked. If you have any questions please contact: *Front Counter* at 255- 0758 .

| TYPE OF PLEADING | |
|---|---|
| ☒ NEW CASE | MOTION |
| WRIT | RESPONSE TO MOTION |
| PETITION FOR FORMA PAUPERIS | ANSWER TO COMPLAINT |
| OTHER: | |

| REASON FOR REJECTION | |
|---|---|
| ☒ ~~WRONG COURT~~ Need Summons | NEEDS: CIVIL ACTION NUMBER |
| NEEDS: CHECK – AMT: | NEEDS: SIGNATURE ON CHECK |
| ☒ NEEDS: PRAECIPE | NEEDS: ORIGINAL SIGNATURE ON PLEADING |
| ☒ NEEDS: FORM 30 INTERROGATORIES | NEEDS: ADDITIONAL COPIES |
| NEEDS: CASE INFORMATION STATEMENT – CIS | NEEDS: FINANCIAL STATEMENT |
| NEEDS: PETITION AND ORDER FOR NEXT OF FRIEND | NEEDS: MOTION & ORDER FOR SPECIAL PROCESS SERVER |
| NEEDS MOTION TIME & DATE | INCORRECT MOTION TIME & DATE |
| * DEADLINE PASSED: MOTION REQUIRED TO BE FILED 10 DAYS PRIOR TO HEARING DATE | * DEADLINE PASSED: RESPONSE REQUIRED TO BE FILED 4 DAYS PRIOR TO HEARING DATE |
| EXCEEDS 4 PAGE LIMIT | NO SERVICE OR AFFIDAVIT OF MAILING |
| ☒ ~~WRONG WRITS~~ Need CIS with all the information | Filing needs to be bound appropriately. (Rule 13 (b)) |
| ☒ OTHER Non-Ash cases need a certificate of Value stating the case is over ☒ One hundred thousand dollars. | *#5* |

* YOUR PLEADING WAS REJECTED AFTER SERVICE WAS DONE ON THE OTHER PARTY. IT IS YOUR OBLIGATION TO INFORM OPPOSING COUNSEL THAT PLEADING WAS REJECTED.

Is this a new case or amended it amended it needs *REVISED 10/18/02*  *A-6x*

*169*

# IN THE SUPERIOR COURT OF DELAWARE
# NEW CASTLE COUNTY

## NOTICE OF NON-CONFORMING DOCUMENTS

New Castle County Superior Court
New Castle County Courthouse
500 N. King Street, Suite 500
Wilmington, DE 19801- 3746

☒ **Document Rejected**

☐ **Document held -**
   **pending corrected filing**

DATE: 2/1/06

TO: Dexear L. Bacon

CASE NUMBER:_____CAPTION:_____

DOCUMENT TITLE:_____

The Court has received the document indicated below. The document is being rejected and returned to you undocketed for the reasons checked. If you have any questions please contact:_____at 255-_____.

| TYPE OF PLEADING | | |
|---|---|---|
| NEW CASE | | MOTION |
| WRIT | | RESPONSE TO MOTION |
| PETITION FOR FORMA PAUPERIS | | ANSWER TO COMPLAINT |
| OTHER: | | |

| REASON FOR REJECTION | | |
|---|---|---|
| WRONG COURT | | NEEDS: CIVIL ACTION NUMBER |
| NEEDS: CHECK – AMT: | | NEEDS: SIGNATURE ON CHECK |
| NEEDS: PRAECIPE | | NEEDS: ORIGINAL SIGNATURE ON PLEADING |
| NEEDS: FORM 30 INTERROGATORIES | X | NEEDS: ADDITIONAL COPIES ~~c copy~~ for each |
| NEEDS: CASE INFORMATION STATEMENT – CIS | | NEEDS: FINANCIAL STATEMENT  defendant |
| NEEDS: PETITION AND ORDER FOR NEXT OF FRIEND | | NEEDS: MOTION & ORDER FOR SPECIAL PROCESS SERVER |
| NEEDS  MOTION TIME & DATE | | INCORRECT MOTION TIME & DATE |
| * DEADLINE PASSED: MOTION REQUIRED TO BE FILED 10 DAYS PRIOR TO HEARING DATE | | * DEADLINE PASSED: RESPONSE REQUIRED TO BE FILED 4 DAYS PRIOR TO HEARING DATE |
| EXCEEDS 4 PAGE LIMIT | | NO SERVICE OR AFFIDAVIT OF MAILING |
| WRONG WRITS | | Filing needs to be bound appropriately. (Rule 13 (b)) |
| X OTHER Addresses of all the defendants need to be on the praecipe need to include the attorney | | |

*Ex-6*

*A-63*

* YOUR PLEADING WAS REJECTED AFTER SERVICE WAS DONE ON THE OTHER PARTY. IT IS YOUR OBLIGATION TO INFORM OPPOSING    COUNSEL THAT PLEADING WAS REJECTED.

Generals office

REVISED 10/18/02

Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON )
  Plaintiff )
   V. )
          )   CASE No. 05-714-JJF
WARDEN CARROLL; Etc. )
  Defendants. )
        )

## PRELIMINARY INJUNCTION RELIEF

COMES NOW, Plaintiff DEVEARL L. BACON Pro-Se MOVES This Honorable Court to GRANT Injunction Relief under The EXTRAORDINARY CIRCUMSTANCES Caused by the Defendant's Deliberate, PREVENTIONS, And IMPAIRMENTS To Plaintiff's Right To Access + Freedom Of Speech CAUSING Plaintiff IRREPARABLE DAMAGE.

Plaintiff Asserts the following:

1. On September 17, 2004 Plaintiff filed Post Conviction Remedies in The Del. Superior Court (SEE Appendix pgs A1-2). On October 3, 2004 Plaintiff RECEIVED Legal Mail from S.C.C C/o Kruschel (APPEN A4-12), Plaintiff RECEIVED Documents:

A. That NEVER WAS ORDERED FROM The Court

B. That WAS OPEN, then placed inside
    1. (Numbered 1-9*)

PRISON ENVELOPE, THEN STAMPED by S.C.C.
PRISON'S MAIL ROOM AS "RECIEVED ON OctobER 3, 2004."
(APPEN. A-4)

C. THE Documents hAd A messAge (Appen A-5)
that WAS NOT MENt for Plaintiff AND hAd AN
ARROW pointing to Deputy AttorNEY GENERAL
SEAN Lugg, ESg.

2. Plaintiff NEVER filed for ANY Court Docket Sheet AND
WROTE Hon. Judge SusAN C. Delfesco (Appen. A,13-15) Apon the
MAttER ANd SENt OrigiNAl Documents to HER. Plaintiff hAd doNE
the followiNg:

A. Filed AN AgrieVANCE (Appen. A-16).

B. WROTE LAW LibrArIAN Ms. MARIA Lyons
Asking for HER help (Appen A, 17-18).

C. Filed for A "CurrENt" Court Docket Sheet
(Appen. A-11, St. #51).

LAW LibrAriAN Ms. MARIA Lyons (Appen. A-18, L, 1-3) iN Reply
(th) to Plaintiff: (DAted OctobER 14, 2004)

"... The docket Sheet (Which Plaintiff "did NOT
"file foR", uNtil AftER Oct. 3, 2004 INcidENt) WAS
"iN oNE MHU/SHU mAilbags Not AttAched to
"ANY thiNg. It WAS 'put iN AN ENVElope' AND
"delivERed to you with legAl MAil."

Clearly this is a Violation of Right to See Legal Mail opened and Right to Privacy.

3. On January 3, 2005 a 3rd party (which was helping Plaintiff Raise Grounds on Post-Conviction and Rule 35 Appeal(s)) sent Arguments for Reply to State's Answer (to Plaintiff's Post Conviction)., This 3rd Party's outgoing Legal Mail was "so-called" lost for over 2 months (See Appen. A, 20-23). Because of Defendant's Deliberate, Preventions, and Impairments Plaintiff had to do the following:

A. File Post-Conviction Reply Without Grounds 1 and 2 (See Appen. A-20).

B. File to Amend Arguments Grounds One and Two (Appen. A, 22-23) to Hon. Judge Susan C Delfesco See Appen. A-24, SI #'s 60 and 69.

C. Prayed The Court Accepted SI #'s 60 and 69 Appen A, 26-27.

The Defendant's Denied and Impaired Plaintiff's Rights from from "(End) Inside and Outside Legal Help." Defendant's Denial of these Rights were Agrieved (Appen. A, 32-33). Plaintiff has a Constitutional Right to get help from 3rd Party (Inmate Jeffery Fogg) and 4th Party (Mrs. Jeanne P. Meyer).

4. On September 14, 2005, 10:08 am, Plaintiff was given a Hand-Delivery Verification Sheet to prove that Plaintiff received

173

" Opinion" on Plaintiff's Denied Post-Conviction (Appen. A-29). This Hand-Delivery Verification was Ordered By Trial Judge Hon. Susan C. Delfesco., Hon. Judge Delfesco Also Ordered on Lines 5-6 (Hand-Delivery Verification):

> " The Opinion consisted of 13 pages (including) one sheet of copies of ENVELOPES REGARDING NON-delivery of opinion (Appen A-29).

Plaintiff Asserts:

   A. Trial Court Denied Post-Conviction on
    · August 29, 2005.

   B. Copies of ENVELOPES Shows (Appen. A-30)
   the Dates Received Are "hand written" over by someone (this same "hand written Evil" shows up in (adder date) twice.

   C. Plaintiff "Lost 14-15 dates of Notice of Denied Post-Conviction."

   S. Plaintiff Agrieved these Incidents involving The same Issue that started Oct. 3, 2004. (Appen A, 32-33)

5. Plaintiff in Discovery Request (Appen. A-34) questions's #5 And #7:

   5. Q. Copy of All grievances filed by Jeffery Fogg
     #269797 from dates of Nov—Jan. 2004-2005.
   R. "This Request seeks production of Confidential

information protected from discovery by 11
Del. C. § 4322."

7. Q. A copy Plaintiff's grievance filed 9-15-5 Along
with prison's Response

R. "Defendant's ARE UNAble to locate A grievance
dated September 15, 2005."

6. Plaintiff At this moment has given A Showing And Patterian
of Denied Access To The Court.

7. Plaintiff being Pro-Se only Understood that He had 30 days
to file Notice of Appeal IN The Del. Supreme Court, Opinion was
Decided on August 29, 2005, Plaintiff understood to file Notice
of Appeal by September 29, 2005. Plaintiff filed Notice of Appeal
on September 22, 2005 (Appen A, 35-36)., Plaintiff Asserts:

A. Between the 2 weeks this Opinion was
Prejudicially sent back to Judge's Chambers,
Plaintiff suffered "An Irreparable Injury."

Plaintiff's Opening Brief was due 11-14-5, Plaintiff filed 1st
Motion To Extend October 25, 2005 (Appen. A-39, DI #7); Plaintiff
"informed" 3rd And 4th Parties of Opening Due Dates And Asked if
they would Aid Plaintiff in Filen Opening Brief And They stated
yes. (Appen A-43).

4th Party Mrs. Jeanne P. Meyer has been Aware of

5

Impairments and denied access which Plaintiff has been suffering. In Appen. A-42 Mrs. Meyer asks: (11-10-5)

> "Just a note - I can't remember what the date was that you said you got your extension for."

8. Plaintiff was also preparing an opening brief along with 3rd and 4th parties preparing an opening brief for Plaintiff.

9. Plaintiff filed for 3rd motion to extend opening brief from January 14, 2006 to February 14, 2006, however the Supreme Court denied this request and granted final deadline to January 30, 2006.

3rd and 4th parties wasn't aware of 3rd motion to extend, 4th party wrote Plaintiff (Appen. A;44-45) on January 3, 2006 asking Plaintiff to file motion to extend opening brief dated to from January 14, 2006 to February 14, 2006 (Appen A, 44-45), Mrs. Meyer also "included" a typed motion for extension (Appen A, 46-47).

Plaintiff asserts:

A. The lost and denied access to the Court from Aug. 29, 2005 to September 14, 2005 when Plaintiff received denied Superior Court opinion caused an irreparable damage, this "damages" was amended (Appen. A-37) D.I #38 05-714-JJF.

B. Because of 3rd and 4th parties needing extra 14 days from which Plaintiff had until January

30, 2006 Per- Order of The Del. Supreme Ct.
to file Opening Brief.

C. Plaintiff had to file Opening Brief without 3rd
And 4th Parties Aid, And Plaintiff's Lost His
Appeal In The Del. Supreme Ct. (Appen A-37).

10. We will "Never Know" if Plaintiff would have Won Appeal
In The Delaware Supreme Court because the Defendant's have
Taken This Probability Away With "Each" of Their Impairment's
And Deliberate Preventions.

11. Plaintiff on January 5, 2006 handed C/o L. Scott "outgoing"
Legal Document's to be sent to 4th Party Mrs. Jeanne P. Meyer so
that Plaintiff could have Opening Brief typed (Appen. A, 50-53),
And sent back to Plaintiff in Order to met Opening Brief Deadline
in The Supreme Court of Delaware. Plaintiff's outgoing Documents
had 5 stamps on it (more then Enought to cover mailing cost), the
Documents did not make it out to 4th Party Until January 23,
2006 (Appen. A, 50-52). This Deliberate And Impairments has
been Agrieved And Explained in 05-714-JJF's D:I #26 pgs
1-18.

12. On April 4, 2006 Plaintiff (Ope) Received Open Legal Mail
from C/o Hansen that had Already been Open without Plaintiff to
Witness the Opening, Plaintiff Agrieved this Incident (Appen. A-54).
This Right to Privcy WAS Explained in D.I #30 05-714-JJF.

7

13. On April 24, 2006 Plaintiff received a Box of Legal Mail with Envelope on Outside with received Dates "hand written" over received Dates (Appen. A-59). The Box was filled with 12 Superior Civil Suit's and a "Non-Conforming Document Sheet" Dated "February 1, 2006", However, Plaintiff received this Information April 24, 2006 from C/o's Ms. Tingle and Kemp. Plaintiff Asserts:

A. The Ink was "Still Freshly Written."

B. Plaintiff filed this Incident 05-714-JJF D.I #32 (Appen. A, 55-63) and Prayed The Court would "Authenticate The "Non-Conforming Sheet" by Expanding the Record. See Appen A-56 paraph 5 (A) and (B). Also see Habeas Corpus Rule 7(A).

These Documents were held by Either The MHU, Build. Staff, or The Prothonotary's Office for almost 90 days! This is a Clear Showing of Deliberate Preventions, Denied Access, and Impairments To The Courts.

14. Plaintiff Inhouse and Outgoing Mail has not been making it out and to Him Timely Where as Other Inmate are not receiving these Rights To Access Impairment and Irreparable Damages this gives Rise to Due Process And Atypical hardship Apon the Plaintiff in jail with Denied Appeal.

8.

15. Appendix A-64, Lines 1-6 LAW LIBRARIAN Ms. MARIA Lyons WROTE:

" I have made phone calls to have people look for your Envelop... "

Plaintiff does not and hasn't had a clear path to The Court!

WHEREFORE, Plaintiff Prays This Court ORDER S.C.C.'s WARDEN CARROLL To "FREE Plaintiff DEVEARL L. BACON From Custody" because of The IRREPARABLE DAMAGE Suffered Above, and To MAKE These Evil's A Public Notification.

DATE: September 6, 2007

DEVEARL L. BACON #221242
S.C.C.
SmyRNA, Del. 19977

9.

# **Certificate of Service**

I, _Deveaar L. Bacon_, hereby certify that I have served a true.
and correct cop(ies) of the attached: _Motion Preliminary Injunction_
_Relief_ _____ upon the following

parties/person (s):

TO: _Ms. Eileen Kelly_                    TO: _____
_Deputy Attorney General_                 _____
_820 N. French St._                       _____
_Wilmington, Del._                        _____
_____19801_                               _____

TO: _____                   TO: _____
_____                       _____
_____                       _____
_____                       _____
_____                       _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __6__ day of _September_ _____, 2007

Exhibit F

## HAND-DELIVERY VERIFICATION

By my signature listed below, I certify that on Wednesday, September 14, 2005, I

received a copy of an Opinion regarding case numbers IN 00-07-01666-1667R1,

1671-1673-R1; and IN 00-07-0347-0349-R1, 0351-0352-R1, 0356-0358-R1

0358-R1 – ID 0006017660 from Judge Susan C. Del Pesco decided upon on

August 29, 2005.   The opinion consisted of 13 pages including one sheet of

copies of envelopes regarding non-delivery of opinion.

Devereal L. Bacon

(Print name)

Staff Witness  - Cindy Atallian
Master Correctional Counselor

(Print name)

Staff Witness - Thomas Seacord
Lieutenant

(Print name)

SUPERIOR COURT OF THE STATE OF DELAWARE
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
020310

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300



RECEIVED
SEP 0 6 2005
JUDGE D.S. PESCO'S OFFICE

Deveari L. Bacon, ID 00060176660
Delaware Correctional Center
1811 Paddock Rd
[19801-3733] 12



RETURN TO SENDER

A [ ] INSUFFICIENT ADDRESS
C [ ] ATTEMPTED NOT KNOWN
[ ] NO SUCH NUMBER/STREET
S [ ] NOT DELIVERABLE AS ADDRESSED
[ ] UNABLE TO FORWARD

STATE MAIL

SUPERIOR COURT OF THE STATE OF DELAWARE
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
020310

OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300

Deveari L. Bacon, ID 00060176660
Delaware Correctional Ce...
1811 Paddock Rd.
P.O. Box 500
Smyrna, DE 19...

Screened by:
Delaware Capitol
Police

RECEIVED
SEP 1 3 2005
JUDGE D.S. PESCO'S OFFICE

## Certificate of Service

I, _Seveart L Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _Exhibit's To Motion To Reconsider_ upon the following parties/person (s):

TO: _Ms Catherine Samavandi_
_Deputy Attorney General_
_820 N. French St._
_Wilmington, Del._
_19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _18_ day of _____ , 200___

Legal Mail

FROM: DEVEARL BACON
SBI# 221242 UNIT M-C-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
US District Court
844 N. King St., Lockbox 18
Wilmington, Del. 19801