

**JOSEPH R. BIDEN, III**
**ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**
**NEW CASTLE COUNTY**
**CARVEL STATE BUILDING**
**820 N. FRENCH STREET**
**WILMINGTON, DE  19801**

**CRIMINAL DIVISION (302) 577-8500**
**FAX: (302) 577-2496**
**CIVIL DIVISION (302) 577-8400**
**FAX: (302) 577-6630**
**TTY: (302) 577-5783**

**PLEASE REPLY TO:** **(302) 577-8400**

October 24, 2007

The Honorable Joseph J. Farnan, Jr.,
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE  19801

    *Re:*    *Bacon v. Carroll, et al.,*  C.A. No. 05-714-JJF

Dear Judge Farnan,

    Please be advised that State Defendants Scott, Kemp, Tingle, Kusheul, Carroll, Sagers, and Forbes take no position on *Plaintiff's Motion to Reconsider.* [D.I. 108].

    Regarding Plaintiff's *Request for Recopy* [D.I.106] of the Defendant's Discovery Response from July, 2006, a copy of said materials [D.I. 40, 41, 42, & 43] has been mailed to Plaintiff today.

Very truly yours,

/s/ Catherine Damavandi,
Deputy Attorney General, ID#3823

cc:    Clerk of the Court

        Devearl Bacon,
        SBI#221242
        Delaware Correctional Center
        1181 Paddock Road
        Smyrna, DE  19977