**# EMERGENCY**

Deverel L. Bacon
#221242
S.C.C.
Smyrna, Del. 19977

02-431
05-714

Your Honor,

Good-Day, I along with other inmates housed in SHU Lock-Down are having serious problems with Law Librarian Brian Engrem.

He's refusing to make copy's of Petitions and other legal requested documents. I can't mail my "Prevention/Exhibit's" Document because he refuse to make the copy's (see last two pages) after I sent Certificate of Serves with the addresses!

Please read Document pgs. 1-10 and Exhibits pgs. 1-37, Your Honor We need Help!

FILED
DEC 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Deverel L. Bacon