Copy

**RECEIVED**

**DEC 17 2007**

**SHU LAW LIBRARY**

Devearl L. Bacon
#221242
17-C-U-8

Case No. 02-431-JJF;
05-714-JJF;
07-4349

## REQUEST SHEET

I Need:

* Copy of the following for "Each Legal Agency":

  * 6 Copy's of Letter to Legal Agency's (Pages 1-10)

  * 6 Copy's of Exhibit's to Legal Agency's (Pages 1-37)

  * Forma Pauperis (For 3rd Cir. Ct.)

  * Staple Letter and Exhibit's.

* Also are you doing Notory from the dates of December 26-30?

cc: File

Dated: Dec. 16, 2007

Fm Bacon,
See Attached Memo.

(BE) 12/20/07

MEMO

TO: I/M Devearl Bacon #221242

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: December 20, 2007

RE: Photocopy Request

Your photocopy request addressed to Legal Agency's; Etc., All is denied. First, this document is not addressed to any specific agency. Second, the request for copies of request forms and memos from SHU Law Library will not be photocopied. You have the option of submitting your request to the Business Office with a pay-to ($.25cents/page). You must have sufficient funds in your account for this transaction.

Cc: File