EXHIBIT'S TO

INTERFERENCE

DEVEARL BACON
#221242
17-C-U-8
CASE No. 07-4349

**RECEIVED**

DEC 07 2007

**SHU LAW LIBRARY**

DEC 6, 2007

LAW LIBRARY;

I got CASE NumbeR IN 3ʳᵈ Cir. Ct., The Rules
State: "They Need 4 of everything" sent to them.
So I NEED :

※ 2 Copies of these Document (Appendix).

I'll need 2 more After that, but I'll WAIT
because I don't WANT to OVER WORK you.

※ Need A Application of FORMA PAUPERIS.

Sent: 3ᴱᵈ Cir I F P
See Attached Memo.

B.E.
12-10-07.

E-1

**RECEIVED**

DEC 0 7 2007

**SHU LAW LIBRARY**

GENERAL REQUEST FORM

BLD. # /7
Cell # C-U-8
CASE No. 07-4349

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

The 3rd Cir. Ct. WANTs 4 copies of Everything!
CAN you (for NOW) MAKE :

2 Copies of these Documents.

Name SEVEAR/BACON    S.B.I. 221242    Date: 12-6-07

Date Received: 12-7-07          Pay-to Log #
Date Sent 12-10-07              Staff Initials: B-E

Staff Notes: SEE Attached MEMO.

E-2

M E M O

TO: I/M Devearl Bacon #221242

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: December 7, 2007

RE: Photocopy Request

Your photocopy request for the Third Circuit Court of Appeals is denied. In your request, you identify a case number 07-4349 with the third circuit. On this date, I contacted the court regarding this case. The court informed me that there is no additional documentation required at this time. When they inform you of required documentation, you may let me know. I am returning your entire request to you.

Cc: File

E-3

BEVERLY BACON
#221242
17 - C - U - 8

Ms. Maria Lyons
M.H.U. Law Library

July 2, 2007

Ms Maria;

Good-Day., I Need:

① A "Complet" Civil Suit Package (Superior Court)

The SHU Law Library dosen't have the complet package!

**RECEIVED**

JUL 0 5 2007

**SHU LAW LIBRARY**



Thank You;

Beverly L Bacon

I'm Bacon.
    If there is a specific form you need
let me know.

BE 7/5/07.

E-4

**RECEIVED**

JUL 0 9 2007

**SHU LAW LIBRARY**

GENERAL REQUEST FORM

BLD. # 🏢 *17*
Cell # *C-U-8*

This request should be used to request general information, case law and/or photocopies
from the Law Library. Case law is on loan only! It must be returned to receive any new
case law, which is usually loaned out on a five for five basis. There should be no writing
on legal materials stamped SHU Law Library.

✱ MAKE ONE Copy of Motion to Amend And Exhibit's Staple

ORIGINAL + Copy BACK! - Please!

✱ 2 Motion for Modification of Sentence (Superior Ct.)

✱ Bounds V. Smith, 430 US 817 (1977)

✱ Lewis V. Casey, 518 US 343 (1996)

✱ Oliver V. Faulver, 118 F. 3d 175 (3rd Cir 1997)

✱ Jones V. Brown - F. 3d - 2006 WL 2441412 (CA3(NJ))

Name _SENEARL BACON_     S.B.I. _221242_     Date: _7-8-07_

Date Received: _7-9-07_          Pay-to Log # _____

Date Sent _7-10-07_          Staff Initials: _B.E._

Partial
Staff Notes: _Sent, Photocopies - 1x9 = 9 pgs.; Sent. Red. Form_

Copy

DEVEARL C. BACON
#221242
17-C-U-8
CASE No. 05-714-JJF

Mike Little
Legal Administrater

July 18, 2007

Mr. Little;

The SHU Law Librarian has not given me any legal cases that I've been ordering since I been moved back from Build. 21 to Build 18, 17 June 13, 2007.

All my cases (MHU) were taken, I've sent him the ones I have left and after 3 attempts he hasn't sent my cases nor has told me "What's wrong".

Can you give my Request Sheet to Compound Law Library are MHU Law Library or Order SHU Law Library to give me my Request "So I may have Access to the Court".

Condially,

DEVEARL C. BACON

CC: Hon. Judge Farnan
    Eliéen Kelly Deputy Attorney Gen.
    File

1062   E-6

GENERAL REQUEST FORM      BLD. # _i.7_
                          Cell # _c-u-8_

This request should be used to request general information, case law and/or photocopies
from the Law Library. Case Law is issued from the Law Library on a 5 for 5 basis.
Photocopy requests will be honored for Legal items only. Any items deemed non-legal
will need to be forwarded to the Business Office along with a Pay-To for .25 per page.

Out of Rights of Prisoners (Federal) Vol-2

10:1 through 10:20

Bounds V. Smith, 430 US 817 (1977)

Lewis V. Casey, 518 US. 343 (1996)

Oliver V. Fauver, 118 F.3d 175 (3rd Cir. 1997)

Jones V. Brown - F.3d - 2006 WL2441412 (C.A.3 (N.J.))

Name SEVEAR/ BACON   S.B.I. 221242   Date: 7-18-07

Date Received: _____        Pay-to Log # _____

Date Sent _____             Staff Initials: _____

Staff Notes: _____

2 of 2    E-7

Original

**RECEIVED**

JUL 16 2007

SHU LAW LIBRARY

**GENERAL REQUEST FORM**

BLD. # *17*
Cell # *C-4-8*

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

*PLEASE MAKE ONE Copy OF WRIT OF CERTIORARI (US Ct.)*
*/Appendix A-E, STAPLE And SEND bACK I*
*hAVE 2 WEEK dEAdLINE ! (STAPLE both OriginAL & Copy).*

*I'VE bEEN SENdiNg FOR COPIES And CASESWhich*
*hAVE bEEN PROLONGED. LAW LibRARY YOU ARE SENdiNg*
*LEgAL old WORKS OF MINE bAck With A "Specific REquest",*
*OF PERSONAL CASE NumbERS. I hAVE "NOT givEN" You*
*PERMISSION to REAd My LEgAl WoRk With dEtAils.*

*You CAN't pROloNg CASES (OR ASk FOR ANY if the PRiSON*
*took them) WheN to do is IMpAiRiNg Me DelibERAtELY.*
Name *DEVEARl L. BACON* S.B.I. *221242* Date: *7-15-07*

Date Received: *7-16-07*          Pay-to Log # _____
Date Sent _____*7-16-07*          Staff Initials: *JB.E,*

Staff Notes: *Sent, Photocopies— 1 x 267= 2pgs*
            *└ 3 blank pages not photocopied*
CC: *WARdEN CARRoll*
    *HON. JUdgE JoSEph J. FARNAN*
    *ANdREW D. LuNdgREN, ESg.*      *E-8*

Devearl C. Bacon
#321242
17-c-u-8

SHU
LAW LIBRARY

<u>RETURN + REQUEST SHEET</u>

RECEIVED
JUL 16 2007
SHU LAW LIBRARY

LIBRARIAN;

* I've been Requesting Cases to Help me prosecute my Case BACON V. CARROLL 05-714-JJF. I'm "my own Attorney" the Court will NOT GRANT me AN Attorney because "they feel I CAN do my own REASERCH to RAISE my Claim."

* I CAN NOT RAISE my claim with AN Artful Attempt if you ARE denying me "Deliberately" Right To Access.

* WHEN I WAS TRANSFERED from 21-A-L-3 to 18-C-L-7 The PRISON took All my MHU LAW LIBRARY CASES. (TRANSFERED JUNE 13, 2007)

* ANy CASE Which I'm ORDERING the MHU LAW LIBRARY has ONCE SENT ME. So-SIR the CASES Which I'm ORDERING I ONCE HAD, I still HAVE the REQUEST (COPY) Sheets.

* I'm given you All that I HAVE AS A RETURN:
    1. Rule 65
    2. Rule 35
    3. 1915 (Cost)

Sent: Ch. 10 Rights of Prisoners

B.E. 7/20/07

1. E-9

5. Davis v. Columbia.

\* Can you please send me out of Federal Rights of Prisoners:
(Vol. 2), 10:1 through 10:19 (Classification, Transfers)

\* I still have the Copy's Request And Return forms
from when you sent me all of 2:1 - 2:15, I sent
it all back to you 4 weeks ago.

Law Librarian you are impairing me from the Court
Let me remind you:
"... What is required, Rather, is that the
State take some Affirmative Action in
Each case to ensure that the "way to
the courthouse is clear."

July 15, 2007



Severt L. Bacon

cc: Hon. Judge Joseph J. Farnan
    Warden Carroll
    File

2.    F-10

**RECEIVED** Original

JUL 18 2007

SHU LAW LIBRARY

**GENERAL REQUEST FORM**

BLD. # *17*
Cell # *C-U-8*

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

＊ When I send for the Copy of this Writ, I Asked "Respectfully" that these works Both Be @ Stapled.

＊ The fold paper is A Copy of US Supe. Ct. Rule 33.1(c). "Binding" which I must have.

Please staple send back I'm on Timely Dead-line

Name SEVEARL L. BACON    S.B.I. 221242    Date: 7-16-07

Date Received: 7-18-07    Pay-to Log # _____

Date Sent 7-18-07    Staff Initials: B.E.

Staff Notes: No Staple Large Enough

CC: File

**RECEIVED**

**JUL 23 2007**

**SHU LAW LIBRARY**

GENERAL REQUEST FORM

BLD. # *17*
Cell # *C-U-8*

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

\* <u>Table of Contents: To "Self-Help Prisoner's Litigation Book"</u>

Not Available (B.E.)
{ \* <u>Out of: The Prisoner's Guide to Survival ; Chapter 3 "Getting Help from Outside pg. 197 to Due Process pg. 209</u>

\* <u>Federal Rules of Appellate Proc. Rule 22 (b)</u>   Procedure Rule "All"

? Need more Info. (B.E.)
< \* <u>Copy of Rehabilitation Act</u>

\* <u>Returns :</u>

<u>Bounds V. Smith, 430 US 817 (1977)</u>

<u>Lewis V. Casey, 518 US 343 (1996)</u>

<u>Oliver V. Fauver, 118 F. 3d 175 (3Rd Cir. 1997)</u>

Name <u>Deverall L. Bacon</u>   S.B.I. <u>221242</u>   Date: <u>7-22-07</u>

Date Received: <u>7-23-07</u>     Pay-to Log # _____

Date Sent <u>7-31-07</u>     Staff Initials <u>B.E.</u>

Staff Notes: <u>Sent: PSHLm - T.O.C. ; FRAP 22</u>

CC: File

E-12

Deverar( L. Bacon
#221242
17-C-u-8
7-31-07
Case No. 05-714-JJE

Request Sheet

I Need:

1 Copy of:

A. SI #30 And Exhibit's (staple all works)

B. SI #38 And Exhibit's (staple all works)

C. SI #53 And Exhibit's (staple all works)

D. SI #65 And Exhibit's (staple all works)

E. SI #32 And Exhibit's (staple all works)

All Exhibit's Are Numbered can you staple And send back.

**RECEIVED**

Sent: Photocopies—1 x 235-236 pgs

AUG 0 1 2007

(B.E) 8/3/07.

**SHU LAW LIBRARY**

I'm Bacon,
    Instruction Pages for forms and blank forms (i.e.
Assessment Form- Foundation for Innocence - 2copies)
will not be photocopied. (B.E)    E-13

SEVERAL L. BACON
#221242
17-C-4-8
Sep 2, 2007

Request Sheet

I Need :

① A copy of "Lawyer Addresses And
Information Book".

**RECEIVED**

SEP 0 5 2007

**SHU LAW LIBRARY**

M Bacon,
        You will need to identify which
lawyers you are looking for.

9/A/07.

F-14

DEVEAR / C. DACON
# 221242
9-19-07

17-C-U-8

I NEED:

* 3 copies of Rule 16 pgs.
* 3 copies of Transcript pgs.
* 5 copies of Exhibit page.

No staple, send back.

**RECEIVED**

SEP 20 2007

**SHU LAW LIBRARY**

Sent: Photocopies - 3 x 4 = 12 pgs.
Exhibit Page will not be
photocopied.

B.E.
9/20/07.

E-15

DEVEARL C. BACON
#221242
17-C-U-8
Oct 2, 2007
06-519-JJF
05-714-JJF

**RECEIVED**

OCT 0 5 2007

**SHU LAW LIBRARY**

<u>Request Sheet</u>

I Need:

✱ 1 Copy of pages A, 94-116 (you didn't add them with my last copy request. (No staple)

✱ 1 Copy of State's Answer (Staple please)

✱ What ever happen to my Request for 11:1 - 11:15 (Access To The Court) Out of Federal Right's For Prisoners Vol. 2. If there is a Reason why I'm not Receiving this Information, Can you please State it.

you will get it staff shortage 0)

Note: (1) photo copy (88) pages on 10/4/07 05

CC: File

DEVEARL L. BACON
# 221242
17-C-U-8
Oct. 7, 2007
CASE NO. 02-431-JJF

RECEIVED
OCT 0 9 2007
SHU LAW LIBRARY

## Request Sheet

\* You hAVE folded "2 Documents" Affidavit (which I Need
Notirized), And "DefendANt's Request FOR Production
of Documents."

\* I NEED 1 Copy of My Documents which ARE Numbered 1-123
towards DefendAnt's. (Staple As it is sent)

\* If there is ANY of these Documents which I NEED 1 Copy
of IN A Timely Matter which you Refuse to mAke A Copy
of plEAse put it iN writing.

\* The Documents ARE Numbered At Top Right CorNER.

\* I gAve you The folded Request For Production of Documents
to prove that "This Response" Is For CAse ANd TriAL

cc: HoN. Judge FARNAN
    ANdRew LundgREN, Esq
    EilEEN Kelly, Esq                    DEVEARL L. BACON
    file               Sent: Photocopies-1x - pgs.
              E-17        Re: 84-90 - BlAnk Forms not
                          Copied        (B.E.)    10-10-07

DEVEARL L. BACON
#221242
17-c-u-8
Oct. 14, 2007
Case No. 02-431-JJF

**RECEIVED**

OCT 15 2007

**SHU LAW LIBRARY**

<u>Request Sheet</u>

I Need:

(1.) 1 Copy of pages 1 - 112, Staple as is.

(2.) Pages "81 is on Backside of pg. 80, And 84 is on Backside of pg. 83. Please Copy.

(3.) If there is Any Document which you will Not copy - please Inform me In Writing.



cc: Andrew A. Lundgren, Esq.
    File

          Sent: Photocopies- 1x 104/106 pgs.
               Court Cases will not be photocopied
Pgs. 2, 101, 111 are
missing from request.  ⟶ (B.E.) 10-16-07.

                    E - 18

RECEIVED

OCT 29 2007

SHU LAW LIBRARY

GENERAL REQUEST FORM

BLD. # *17*
Cell # *C-U-8*

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

\* *1 Copy of Document, staple please*

\* *Send me: Title 11 del. C § 4214 (All) Habitual Criminal*

842 \* *Send me: Title 11 del. For Bankruptcy*

\* *Send me: Title 11 del. For marijuana (All)*
   *L App TIS Cg. 10 only (B.E)*

Name *Devear / Bacon*    S.B.I. *22/242*    Date: *10-28-07*

Date Received: *10-29-07*    Pay-to Log # _____

Date Sent *10-31-07*    Staff Initials: *B.E*
                        *Court Cases will not be Copied.*

Staff Notes: *Sent: Photocopies - 1x16=16 pgs.*
            *Title 11 s. 892, 4214*

*F-19*

ORIGINAL

**RECEIVED**

NOV 0 1 2007

SHU LAW LIBRARY

GENERAL REQUEST FORM

BLD. # *17*
Cell # *C-U-8*

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

ON 10-28-07 I SEND YOU "RESPONDENTS ANSWER" to my Appellent Appeal in District Court.

ON 10-31-07 You would NOT MAKE A Total Copy of This ANSWER.

I'm sending this back for you to MAKE A Total Copy, this is AN Appendix for 3rd Cir. Ct. "All Higher Courts Needs A Review of All Proceedings up into that Point."

If you will NOT copy, please put in writing — Thank You

Name DEVEARL C. BACON   S.B.I. 221242   Date: 10-31-07

Date Received: 11-01-07         Pay-to Log # _____

Date Sent 11-01-07              Staff Initials: B.C.

Staff Notes: Answered on previous request.

E-20

Ouiginal

GENERAL REQUEST FORM

BLD. # *17*
Cell # *C-U-8*

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

**RECEIVED**

**NOV 16 2007**

**SHU LAW LIBRARY**

Joe Hudson Form

2 Affidavit

"Rule of Extension" for the 3rd Circuit Court

Copy of SHU and MHU Law Library Policy : "for

Coping of Motions, Rules, Case Recieve & Requested,

And Any other Policy D.C.C. Law Libraries have."

Name DEVEARl L. BACON S.B.I. 221242    Date: 11-15-07

Date Received:    11-16-07    Pay-to-Log # _____

Date Sent    11-20-07    Staff Initials: B.E

Staff Notes: Sent: Six Mo Req. Form; (2) Affidavit Forms;
SHU Housing Rules

E-21

Marcia M. Waldron
Clerk

**OFFICE OF THE CLERK**
**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**
**21400 United States Courthouse**
**601 Market Street**
**Philadelphia, PA 19106-1790**
**www. ca3 .uscourts .gov**

Telephone
215-597-2995

# **NOTICE**

## In Re: **Bacon v. Carroll**
## No.**07-4349**

Enclosed please find case opening information regarding the above-entitled appeal. Our public website address is: ***pacer.ca3.uscourts.gov***. Do not put "www" before the address. This website will provide you with valuable information with respect to this case, including the docket. It is suggested that, if the Internet is available to you, you become familiar with the website and the information it can provide you prior to calling the Clerk's Office.

All written requests should be directed to the case manager listed below, at the above address. Please be sure to include the four digit extension on the zip code. All telephone inquires should be directed through our automated information system at **215-597-2995.** For case management information, please press 1. If you have a question about briefs or appendices press 3 or, if you have a question with regard to the calendaring of cases, oral argument or video argument, please press 5.

In the event our automated system does not provide you with an answer to your inquiry, please contact the case manager listed below by dialing seven and the four digit extension number.

CASE MANAGER: **Aina R. Laws**

TELEPHONE: **267-299-4957**

E -22

**OFFICE OF THE CLERK**

**UNITED STATES COURT OF APPEALS**

Marcia M. Waldron          FOR THE THIRD CIRCUIT                    Telephone
Clerk            21400 United States Courthouse           267-299-4957
                       601 Market Street
                  Philadelphia PA 19106-1790

www.ca3.uscourts.gov

December 3, 2007

Mr. Devearl L. Bacon #221242
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

**RE: Docket No. 07-4349**
**Bacon vs. Carroll**
**D. C. No. 06-cv-00519**

Dear Mr. Bacon #221242 :

We have today docketed the above-captioned case, filed by Devearl L.
Bacon, as No. **07-4349**. This docket number must appear on all
documents related to this case which are submitted to this Court.

**CAPTION:**  Attached please find a copy of the full caption in
this matter taken from the district court docket.  Please review this
attachment carefully and promptly advise this office in writing of any
discrepancies.  The caption is as the case was originally docketed
unless the district court has specifically ordered otherwise.
**N.B.** The mere fact that a party has been terminated from the
action does not automatically result in the party being deleted from
the caption unless the district court has entered an order directing
that the caption be so amended.

   **Please read the following carefully. Each of the following**
   **paragraphs identifies a responsibility that must be met**
   **immediately.**

      Failure of the appellant to  comply  with  the  following
      requirement(s) by the  date established below will result
      in DISMISSAL of the case without further notice, pursuant
      to Third Circuit LAR Misc. 107.

The requirements for the filing of an appearance form, disclosure
statement and civil appeal information statement are waived for pro se
litigants.

**RULES AND PROCEDURES:**
The Local Appellate Rules (LARs) and the Court's Internal Operating
Procedures (IOPs) are printed in several federal publications.  Copies
of the LARs and the IOPs are available upon written request through the
Clerk's office. The most recent amendments to the LARs and IOPs ar

$\mathcal{E} - 23$

also available on the Court's website at www.ca3.uscourts.gov.

                                   Very truly yours,
                                   MARCIA M. WALDRON
                                   Clerk

                        By:    Aina R. Laws
                               Case Manager

cc:
        Elizabeth R. McFarlan, Esq.

Enclosures:
        Information for Pro Se Litigants
        Caption

E-24

OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4957

www.ca3.uscourts.gov

December 3, 2007


Elizabeth R. McFarlan, Esq.
Department of Justice
820 North French Street
Carvel Office Building
Wilmington, DE  19801


**RE: Docket No. 07-4349**
      **Bacon vs. Carroll**
      **D. C. No. 06-cv-00519**


Dear Counsel:

We have today docketed the above-captioned case, filed by Devearl L.
Bacon, as No. **07-4349.** This docket number must appear on all
documents related to this case which are submitted to this Court.

**CAPTION:**  Attached please find a copy of the full caption in
this matter taken from the district court docket.  Please review this
attachment carefully and promptly advise this office in writing of any
discrepancies.  The caption is as the case was originally docketed
unless the district court has specifically ordered otherwise.
**N.B.** The mere fact that a party has been terminated from the
action does not automatically result in the party being deleted from
the caption unless the district court has entered an order directing
that the caption be so amended.

   **Please read the following carefully. Each of the following
   paragraphs identifies a responsibility that must be met
   immediately.**

**ADMITTANCE REQUIREMENTS FOR ATTORNEYS:**
Attorneys must be admitted to practice before this Court in order to
enter an appearance or file any documents. Third Circuit LAR 46.1. If
you have never been admitted to the bar of this Court, an application
form is enclosed which must be completed and returned with your form of
appearance (see paragraph below).  Requirements for admission are set
forth in Third Circuit LAR 46.1. The Court will refuse to file any
document tendered by an attorney who has not been admitted.  The
application for admission form must be received in this office by
**12/13/07.**

E-25

**APPEARANCE FORM:**
All attorneys who represent any party on appeal are also required to file the enclosed <u>Form for Appearance of Counsel</u> in each appeal in which they are involved. Third Circuit LAR 46.2. Any party whose counsel fails to file an appearance within the time indicated will not receive notices or copies of briefs and appendices. The appearance form must be received in this office by **12/13/07.**  Insofar as counsel must list the parties whom they represent on the appearance form, the filing of this form will be deemed to satisfy the requirement of Rule 12[b], FRAP, without the filing of any additional statement.

**DISCLOSURE STATEMENT:**
The Third Circuit requires that a <u>Disclosure Statement</u> (original and four copies) be filed by all parties (except governmental entities) to a civil case.  The Disclosure Statement must be received in this office by **12/13/07.**

**RULES AND PROCEDURES:**
The Local Appellate Rules (LARs) and the Court's Internal Operating Procedures (IOPs) are printed in several federal publications.  Copies of the LARs and the IOPs are available upon written request through the Clerk's office. The most recent amendments to the LARs and IOPs are also available on the Court's website at www.ca3.uscourts.gov.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: Aina R. Laws
Case Manager

cc:
        Mr. Devearl L. Bacon

Enclosures:
        Application for Admission (If Applicable)
        Form for Appearance of Counsel
        Caption

DEVEARL L. BACON,

              Appellant

       v.

THOMAS L. CARROLL;
ATTORNEY GENERAL OF THE
STATE OF DELAWARE

$E - 27$

No. 07-4349

Bacon

vs.

Carroll, et al.

Devearl L. Bacon

Appellant

(Delaware District Civil No. 06-cv-00519)

S E R V I C E   L I S T

Mr. Devearl L. Bacon #221242
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

Elizabeth R. McFarlan, Esq.
Department of Justice
820 North French Street
Carvel Office Building
Wilmington, DE  19801        302-577-8500

E - 28

## INFORMATION FOR PRO SE LITIGANTS

**YOU SHOULD KEEP A COPY OF ALL DOCUMENTS SUBMITTED TO THE COURT. IF YOU WANT A TIME STAMPED COPY OF YOUR DOCUMENT AS PROOF THAT IT WAS RECEIVED BY THE COURT, YOU MUST INCLUDE AN EXTRA COPY OF THE DOCUMENT AND A SELF-ADDRESSED STAMPED ENVELOPE.**

### BRIEF OVERVIEW OF THE APPEALS PROCESS

Your appeal begins when you file a notice of appeal or a petition for review from a final decision of a district court or agency. It will be assigned a court of appeals docket number by the Court of Appeals Clerk's Office. Any correspondence from you should indicate this number. The parties will be asked by the Clerk to complete forms necessary for the appeal to proceed. In addition, you will be notified of potential problems with the appeal, i.e., non-payment of filing fees and jurisdictional defects.

At the appropriate time, the Clerk will issue a briefing schedule. Your brief is the primary focus of the appeal, and is discussed in further detail below. Once all briefs have been filed, they will be sent to a panel of judges for a decision on the merits of the appeal. The majority of cases are decided on briefs only. No new evidence or testimony can be presented in this Court. This Court is permitted only to examine the district court/agency records for possible constitutional, legal, or factual error. Oral argument may be requested by the parties, but is granted rarely. Your appeal may be decided with or without a written opinion. Usually, motions filed before briefs are filed are referred to a panel of judges for decision before briefs are submitted to the court.

Once a final judgment is entered by this Court, a dissatisfied litigant may file a petition for rehearing in this court. In addition, the litigant may file a petition for writ of certiorari in the Supreme Court of the United States.

**CLERK'S OFFICE** The Clerk's Office receives briefs, appendices, and motions from the parties, then forwards them at the appropriate time to Circuit Judges. The Clerk's Office personnel do not decide your case.

**LEGAL DIVISION** The Legal Division supervises pro se litigation while working closely with the Clerk's Office and the Court. The Legal Division DOES NOT represent you or act as your attorney.

### RULES AND REQUIREMENTS

All litigants in this Court must follow the Federal Rules of Appellate Procedure (FRAP) and the Third Circuit Local Appellate Rules (3rd Cir. LAR). In addition, the Third Circuit Internal Operating Procedures (IOP) apply to all cases.

Court staff may assist you with procedural questions, however, they can not discuss the merits of your case with you, nor give you substantive legal advise. If you have a question about court procedures, you may call the Clerk's Office during business hours.

$E - 29$

**NOTE:** While some of the relevant rules are summarized in this document and in information sent by the Clerk's Office, it is the actual language of the rule that guides this Court's decisions. The Federal Rules are available in most law libraries.

## FEES; IN FORMA PAUPERIS; DISMISSAL

The docket fee for an appeal is paid in the district court. The amount is $255.00 for appeals filed prior to April 8, 2006 and $455.00 for appeals filed on or after April 9, 2006. The docket fee for a petition for review of a decision of a federal agency or for an original proceeding is $250.00 for appeals filed prior to April 9, 2006 and $450.00 for petitions or original proceedings filed after April 9, 2006, paid in this Court.

If you are indigent you may file a motion for in forma pauperis status which dispenses with the filing and/or docketing fee in non-prisoner cases and allows you to file fewer copies of your brief. It does not cover other expenses associated with the appeal, e.g., service, copying, mailing, or costs you may have to pay the other party if you lose the appeal. FRAP 39.

The Clerk's Office will advise you whether you need to file a motion for in forma pauperis status. If you do not pay the docket fee or file the motion to proceed in forma pauperis and additional forms as may be required in accordance with the Clerk's instructions, your appeal may be dismissed. 3rd Cir. LAR 3.3 and 107.

A. In Forma Pauperis Status for Prisoners

The Prison Litigation Reform Act of 1996, effective April 26, 1996, has made significant changes to the in forma pauperis statute, 28 U.S.C. §1915, as it applies to civil actions and appeals filed by prisoners. The statute no longer provides for the waiver of court filing or docketing fees for prisoners who are granted leave to proceed in forma pauperis. If a prisoner has been granted leave to proceed in forma pauperis, the prisoner is obligated to pay the entire filing and/or docketing fee in the manner prescribed by statute, regardless of the outcome of the proceeding or appeal.

If you are a **prisoner** and paid the filing fee at the beginning of your case in the district court or were granted in forma pauperis by the district court and are indigent or cannot afford to pay the fees on appeal, you must file a motion to proceed in forma pauperis in the Court of Appeals.

B. In Forma Pauperis Status for Non-Prisoners

If you are not a prisoner and paid the filing fee at the beginning of your case in the district court, but are indigent or cannot afford to pay the fees on appeal, you may file a motion to proceed in forma pauperis, with an affidavit of poverty, in the district court.

If the district court denies the motion, or if you were granted permission to proceed in forma pauperis at the beginning of your case in the district court but the district court dismissed your case pursuant to 28 U.S.C. §1915(e), you must file a motion to proceed in forma pauperis and affidavit of poverty in the Court of Appeals. FRAP 24. If you file a motion to proceed in forma pauperis, this

Court will review the district court record; if the Court determines that an appeal is totally without legal merit, it may dismiss the appeal <u>prior</u> to the filing of briefs. 28 U.S.C. §1915(e).

## JURISDICTIONAL DEFECTS

As a general rule, this Court can only hear appeals taken in a timely fashion from final orders of a district court or certain administrative agencies. All appeals are checked for possible jurisdictional problems. If there is a problem with your appeal, you will be sent a letter which indicates the rule or statute relevant to the jurisdictional defect in your appeal. Parties will be given an opportunity to file written responses presenting arguments on the question of jurisdiction. These responses will be sent to the Court, which will decide whether to dismiss the appeal for lack of jurisdiction.

## DEFINITIONS

**Appellant/Petitioner** -- The appellant/petitioner generally is the party who lost in the district court/agency and filed the notice of appeal. The appellant/petitioner generally wants this Court to reverse or modify the judgment of the district court or agency.

**Appellee/Respondent** -- The appellee/respondent is generally the party who won in the district court/agency. The appellee/ respondent generally wants this Court to affirm the decision of the district court or agency.

**Appendix** -- An appendix is a compilation of the relevant documents filed in the district court/agency that the court of appeals must review in order to reach a decision in your case. FRAP 30. A pro se litigant may attach relevant documents to the informal brief, rather than binding them separately in an appendix. It is the duty of <u>appellant/petitioner</u> to reproduce important documents from the district court/agency record.

**Brief** -- A brief is the written presentation of your argument on appeal. Pro se litigants may file an informal brief by completing the informal brief form provided by the Clerk. If you choose to file a formal brief, you must comply with all court rules. <u>See</u> FRAP 28, 32; 3rd Cir. LAR 28, 32.

**Certificate of Service** -- The rules of the Court require that you send a copy of any brief or motion to each opposing party and that you advise the Court in writing that you have done so. Service may be required regardless of whether the opposing parties were served in the District Court. A certificate of service is attached to the informal brief and must be completed and filed with the brief. Unlike the District Court, this Court does not use the U.S. Marshal to serve papers for you. This Court will <u>not</u> serve papers for you. FRAP 25, 27. When filing a motion, you must include a statement that you personally gave or mailed a copy of the motion to opposing parties and the date on which you did so.

> **Motion** -- A motion is a request by a party for a certain kind of action by the Court. A party may request, for example, extensions of time, permission to proceed <u>in forma pauperis</u>, bail, or other relief. Opposing parties may file an answer to the motion. FRAP 27.

**Petition for Rehearing** -- After the final judgment is entered, a dissatisfied litigant may petition for rehearing before the original panel or the Court in banc. You will be given instructions when the final order is entered. FRAP 35, 40. **Note**: the Court does not entertain petitions for rehearing or reconsideration of non-final orders, i.e., orders which do not close the case.

## CONTENTS OF THE BRIEF

Pro se litigants may choose to file an informal brief. Complete the informal brief form provided by the Clerk by answering the questions posed. The majority of cases in this Court are decided on the briefs only. Requests for oral argument are governed by 3rd Cir. LAR 34.1; they are rarely granted.

If you choose to do a formal brief and your brief does not comply with the rules, it may be returned to you for correction.

## ATTACHMENTS TO THE INFORMAL BRIEF/APPENDIX

At the least, you should attach to the informal brief the district court docket entries, the complaint or pleadings, the order of the district court, the district court opinion, if any, and the notice of appeal. You should also include any parts of the record deemed relevant or important. In choosing which parts of the record to include, keep in mind that the entire district court record is automatically sent to this court in all pro se appeals. Only documents that were filed in the district court may be included; new material may not be included in the appendix.

If you choose to file a formal brief, you must file a formal appendix that complies with FRAP 30 and 3rd Cir. LAR 28, 32.

You may file a motion to proceed on the original record which, if granted, would dispense with the requirements of filing an appendix or attaching certain documents to the informal brief. FRAP 30(f); 3rd Cir. LAR 30.2. However, if the motion is granted, you still must attach to each copy of your brief a copy of the docket entries in the proceedings below; a copy of the notice of appeal; and a copy of the order(s) appealed and any opinion or decision of the trial court or agency. FRAP 30; 3rd Cir. LAR 28.1, 30.2. In cases involving petitions for a writ of habeas corpus (28 U.S.C. §§ 2241, 2254 or 2255) or when leave has been granted for the appellant to proceed in forma pauperis, the appeal will be heard on the original record. 3rd Cir. LAR 30.2.

## TIME REQUIREMENTS FOR BRIEFS AND APPENDIX

**Briefs:** The Clerk's Office will inform you of the time requirements applicable in your case in a briefing letter. In the typical civil appeal, appellant's brief is due 40 days after the record is received by the Clerk. Appellee's brief is due 30 days after appellant's brief is served. The reply brief, if any, is due 14 days after service of appellee's brief. FRAP 31(a)(1).

**The appellant/petitioner is permitted to file only an appellant's brief and a single reply brief (in response to the brief(s) by appellee(s)). Appellee/respondent's brief responds to the**

**arguments in the appellant's brief. FRAP 31(a)(1).**

**Appendix:** An appendix must be filed on the same day a brief is due and served on the opposing party. FRAP 30(a)(3).

**Petition for rehearing in banc:** A petition for rehearing must be filed within 14 days after entry of judgment or 45 days in a **civil** case **and** the United States is a party. FRAP 40(a)(1).

**Extension of Time:** If you need an extension of time in which to file your brief and/or appendix, you must request the extension (well before the brief is due) by filing a motion for extension of time with the Clerk. Extensions are rarely granted. Failure to file a brief when due or to request an extension may result in dismissal of the appeal for failure to timely prosecute the appeal. 3rd Cir. LAR Misc. 107.2.

## NUMBER OF COPIES

**Briefs:** Unless you are proceeding in forma pauperis or have been granted leave to file fewer copies, you must file ten copies (total) of a formal or informal brief. 3rd Cir. LAR 31.1. If you are proceeding in forma pauperis, you may file four copies. You must serve the brief on each opposing party and file a certificate of service. FRAP 31(b).

**Appendix:** A minimum of four copies of the appendix must be filed and served. You must also file a certificate of service. FRAP 30(a)(3); LAR 30.

**Motions:** You must send an original and three copies (total of four) of any motion to the Clerk, with a certificate of service. FRAP 25(d), 27(d)(3).

**Petition for rehearing in banc:** An original and 15 copies must be filed; you must serve all opposing parties. If you are proceeding in forma pauperis you must still file an original and 15 copies.

## ANSWERS TO FREQUENTLY ASKED QUESTIONS

Will the Court appoint counsel for me? Both case law and statutes strictly limit the situations in which the Court can appoint counsel or request the services of volunteer counsel. Generally counsel is appointed only if you cannot afford to retain counsel and your appeal involves complex criminal, habeas corpus, or civil rights issues. To request the Court to appoint counsel, you should file a motion for the appointment of counsel stating reasons why counsel is necessary, and serve opposing counsel.

How is my case decided? Once all briefs have been filed (appellant's and appellee's), your case will be placed in a ready pool. Cases that were ready before yours will be sent by the Clerk to the Court first.

The judges will very carefully analyze the lower court records, briefs, and appendices in your case. Oral argument is not a right. The judges will ask for oral argument only when they think it will be useful in deciding a case. 3rd Cir. LAR 34.1. If the Court orders oral argument, you will be notified by the clerk ten (10) days in advance. Otherwise, the case is considered only on the record,

briefs, and appendix. Three judges will decide your case, applying the appropriate legal standards. **Note:** it is inappropriate to contact the judges directly. Direct all correspondence either to the Clerk's Office or to the Staff Attorney's Office.

Will there be an opinion? According to IOP Chapter 6, the judges will write opinions only when there is reason to do so. There is no right to an opinion. If the panel members agree unanimously that the district court decision was not clearly erroneous, that a jury verdict is supported by the facts, that the record supports an agency decision, that no error of law is present, that the district court did not abuse its discretion, or that the court lacks jurisdiction, the Court may affirm the decision of the district court by JUDGMENT ORDER.

What if I lose? Despite your arguments to the contrary, you may lose an appeal. If you disagree with this Court's final decision, you may file a petition for rehearing in this Court. The Clerk's Office will send information regarding petitions for rehearing at the appropriate time. Alternatively, you may file a petition for writ of certiorari in the Supreme Court of the United States, 1 First Street, N.E., Washington, D.C., 20543. Contact that Court for further information (202-479-3000).

06/17/04

$E - 34$

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. ___07-4349___ (arl)

___Devearl L. Bacon___ vs. ___Carroll, et al___

The Clerk will enter my appearance as Counsel of Record for (please list names of **all** parties represented, using additional sheet(s) if needed):

___Thomas L. Carroll; Attorney General of the State of Delaware___

who IN THIS COURT is (please check <u>only</u> one):

_____ Petitioner(s)          _____ Appellant(s)          _____ Intervenor (s)

_____ Respondent(s) __X__ Appellee(s)          _____ Amicus Curiae

(Type or Print) Name ___Elizabeth R. McFarlan___

Mr.          Ms.          Mrs.          Miss

Firm ___Delaware Dept. of Justice___

Address ___820 N. French Street, 7th Floor___

City & State ___Wilmington, DE 19801___
Zip Code _____

Phone (302) 577-8500

Fax (302) 577-5865
PLEASE TYPE E-Mail Address ___elizabeth.mcfarlan@state.de.us___

**SIGNATURE OF COUNSEL:** _____

ONLY COUNSEL OF RECORD SHALL ENTER AN APPEARANCE AND ONLY THAT ATTORNEY WILL BE THE ONE NOTIFIED OF THE COURT'S ACTION IN THIS CASE. OTHER ATTORNEYS WHO DESIRE NOTIFICATION SHOULD MAKE APPROPRIATE ARRANGEMENTS WITH COUNSEL OF RECORD.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

REV. 08/15/01     Xc: Devearl L. Bacon

E - 35

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Δ.C.C.                           DATE: 12-11-07

GRIEVANT'S NAME: Δενεαρ l Bacon     SBI#: 221242

CASE#:_____      TIME OF INCIDENT:_____

HOUSING UNIT: 17-C-U-8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Since June 2007 unto December 12, 2007 SHU Law
Librarian Brian Engrem has been Preventing And Denying
me Access To The Court.

He has been Violating My Constitutional Rights And Law
Library is Not Adequate.

_____

_____

_____

ACTION REQUESTED BY GRIEVANT: Want Hearing And Want to Exhaust
through Grievance Remedies

_____

_____

GRIEVANT'S SIGNATURE:_____    DATE: 12-11-07

WAS AN INFORMAL RESOLUTION ACCEPTED?_____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

E-36

**RECEIVED**

DEC 12 2007

**SHU LAW LIBRARY**

GENERAL REQUEST FORM

BLD. # 17
Cell # C-U-8
CASE No. 07-4349

This request should be used to request general information, case law and/or photocopies
from the Law Library. Case law is on loan only! It must be returned to receive any new
case law, which is usually loaned out on a five for five basis. There should be no writing
on legal materials stamped SHU Law Library.

You forgot to MAKE 2 copies of
this Document., This WAS NOT PART of
the Documents that you Refused to copy.

F/m Bacon,
   Your request is denied. This document
has been photocopied on previous
requests. Exhibits need to be made
a part of a court motion.

Name Several Bacon  S.B.I. 221242  Date: 12-10-07

Date Received: 12-12-07        Pay-to Log # _____

Date Sent    12-12-07          Staff Initials: BE

Staff Notes: _____

E - 37

## **Certificate of Service**

I, *DEVEARL L. BACON*, hereby certify that I have served a true
and correct cop(ies) of the attached: *Letter And Exhibit's*
*To Letter* upon the following

parties/person (s):

TO: *US Sept. of Justice*
*Civil Division*
*12th & Market Street*
*Wilmington, Del. 19899*

TO: *Hon. Judge FARNAN*
*US District Ct.*
*844 N. King St.*
*Wilmington, Del. 19801*

TO: *3rd Cir. Ct.*
*601 Market Street*
*Philadelphia, PA. 19106*

TO: *O. & C.*
*200 W. 9th St.*
*Wilmington, Del. 19801*

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of _____, 200 ___