IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVEARL BACON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 02-431-JJF |
| v. | ) |
| | ) |
| ST. LT. R. TAYLOR, LT. MS. FARMER, | ) |
| C/O MS. MCCOMB, and PERRY PHELPS, | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT OF BRIAN ENGREM**

I, Brian Engrem, having been duly sworn according to law do hereby state the following:

1. I make the following statements based upon my personal knowledge, and specialized training and experience as a Department of Correction employee.

2. I have been employed with the Delaware Department of Correction since April 2001. Currently, I am a Paralegal at the Delaware Correctional Center (DCC) located in Smyrna, Delaware. I have held this position since April 2001. My duties include facilitating communications between inmates and the courts through law library services. I am responsible for maintaining the legal collections, supervising the use of the DCC inmate law library, supervising the inmate law clerk, scheduling law library appointments and recording/maintaining data on law library use by the DCC inmate population.

3. The law library is open Monday through Friday (except on legal holidays). In addition to assistance with legal research, inmates are provided court forms such as

motions and petitions free of charge upon request. Inmates with pending court filing deadlines must notify me to be given priority on processing the request.

4. Devearl Bacon (SBI#221242) is an inmate at DCC who has been granted repeated access to the law library. Since June 2007, he has been classified to the Security Housing Unit ("SHU"). From June 2007 to December 2007 he has received approximately 5,380 pages of photocopies for his legal work, free of charge. He has also received 13 court cases for his research, and various court forms, also free of charge.

5. Records of Devearl Bacon's written requests to the library have been kept by me. His law library access records from June 2007 to December 2007 are attached hereto as Exhibit 1.

6. If an inmate's law library request is non-legal, the request is returned to the inmate along with an explanation of the reason why the tasks were not completed by the law librarian.

7. Devearl Bacon is well aware of the procedures in place and services provided at the DCC Law Library. In reviewing his recent letters to the District Court in the above-captioned case and their corresponding exhibits (D.I.110 and D.I.111), I note that his nonlegal requests to the law library were properly turned down and such request can be forwarded to the institution Business Office to be copied at a charge of $ .25 cents per page. In each instance, Mr. Bacon was provided with a written explanation of why each returned request was improper. The law library's written explanations have been included in Deavearl Bacon's exhibits to D.I.110 and D.I.111.

8. With specific regard to Devearl Bacon's request to copy the record for his appeal in *Bacon v. Carroll, Court of Appeals Docket # 07-4349*, the Third Circuit

specifically did not require any copies of the record. I advised Devearl Bacon of this fact in writing. D.I.110, Exhibit, page 2. In addition, Devearl Bacon was presumably informed of that fact earlier, as it had been entered on the dockets of both the U.S. Court of Appeals for the Third Circuit and the U.S. District Court on December 3, 2007. See *Exhibit 2, Docket Sheet for Bacon v. Carroll, 07-4349*, and *Exhibit 3, Docket Sheet for Bacon v. Carroll, 06-cv-519-JJF* (D.I.34).

9. In conclusion, Devearl Bacon's access to the law library has, and continues to be, permitted to the fullest extent allowed by DCC.

                                                                          _____
                                                                          Brian Engrem

SWORN TO AND SUBSCRIBED before me this __10__ day of January, 2008.

                                                                          _____
                                                                          Notary

# EXHIBIT 1:
## June 2007 to December 2007
## Law Library Access Records of Devearl L. Bacon

Case 1:05-cv-00714-JJF    Document 112-2    Filed 01/16/2008    Page 4 of 16

| Inmate Name | SBI # | Date In | Date Out | Request Type | Staff |
|---|---|---|---|---|---|
| Devearl Bacon | 221242 | 6/29/2007 | 6/29/2007 | Photocopies 83 pgs. | B.E. |
| Devearl Bacon | 221242 | 6/29/2007 | 6/29/2007 | Six Mo Req Form | B.E. |
| Devearl Bacon | 221242 | 6/29/2007 | 6/29/2007 | Return Ch. 2 Rights of Prisoners | B.E. |
| Devearl Bacon | 221242 | 7/5/2007 | 7/5/2007 | Response (See File) | B.E. |
| Devearl Bacon | 221242 | 7/9/2007 | 7/10/2007 | Photocopies 9 pgs. | B.E. |
| Devearl Bacon | 221242 | 7/9/2007 | 7/19/2007 | Sent.Red.Form; Ct.Cases(4) 69 pgs. | B.E. |
| Devearl Bacon | 221242 | 7/11/2007 | 7/12/2007 | Photocopies 13 pgs. | B.E. |
| Devearl Bacon | 221242 | 7/12/2007 | 7/12/2007 | Response (See File) | B.E. |
| Devearl Bacon | 221242 | 7/16/2007 | 7/16/2007 | Photocopies 207 pgs. | B.E. |
| Devearl Bacon | 221242 | 7/16/2007 | 7/16/2007 | Ch. 10 Rights of Prisoners | B.E. |
| Devearl Bacon | 221242 | 7/18/2007 | 7/18/2007 | Response (See File) | B.E. |
| Devearl Bacon | 221242 | 7/19/2007 | 7/20/2007 | Response (See File) | B.E. |
| Devearl Bacon | 221242 | 7/23/2007 | 7/23/2007 | PSHLM-T.O.C.; FRAP 22 | B.E. |
| Devearl Bacon | 221242 | 7/23/2007 | 7/31/2007 | Reutrn Ct. Cases (3) | B.E. |
| Devearl Bacon | 221242 | 7/25/2007 | 7/26/2007 | Photocopies 3x76=228pgs. | B.E. |
| Devearl Bacon | 221242 | 7/25/2007 | 7/26/2007 | (1) Marshal Form | B.E. |
| Devearl Bacon | 221242 | 7/26/2007 | 7/26/2007 | Photocopies 230 pgs. | B.E. |
| Devearl Bacon | 221242 | 7/30/2007 | 7/31/2007 | Photocopies 2x2=4pgs.;2x4=8pgs.;2x8=16pgs. | B.E. |
| Devearl Bacon | 221242 | 7/30/2007 | 7/31/2007 | Photocopies 1x300=300pgs. | B.E. |
| Devearl Bacon | 221242 | 8/1/2007 | 8/3/2007 | Photocopies 1x235=235pgs. | B.E. |
| Devearl Bacon | 221242 | 8/13/2007 | 8/14/2007 | Photocopies 1 x 207 = 207 pgs. | B.E. |
| Devearl Bacon | 221242 | 8/14/2007 | 8/16/2007 | (5) Cert. Svc. Forms | B.E. |
| Devearl Bacon | 221242 | 8/20/2007 | 8/21/2007 | Ct. Cases (5) 63 pgs. | B.E. |
| Devearl Bacon | 221242 | 8/20/2007 | 8/20/2007 | Return Ch. 10 Rights of Prisoners | B.E. |
| Devearl Bacon | 221242 | 8/21/2007 | 8/21/2007 | Photocopies 2x3=6pgs.; (3) Cert. Svc. | B.E. |
| Devearl Bacon | 221242 | 8/28/2007 | 8/28/2007 | Photocopies 2x17=34 pgs. | B.E. |
| Devearl Bacon | 221242 | 9/10/2007 | 9/10/2007 | Photocopies 195 pgs. | B.E. |
| Devearl Bacon | 221242 | 9/12/2007 | 9/12/2007 | Photocopies 70 pgs.; Cert. Svc. (4) | O.S. |
| Devearl Bacon | 221242 | 9/17/2007 | 9/18/2007 | Photocopies 3x30=90pgs.; 3x21=63pgs. | O.S. |
| Devearl Bacon | 221242 | 9/19/2007 | 9/19/2007 | Photocopies 2x100=200 pgs. | B.E. |

| Inmate Name | SBI # | Date In | Date Out | Request Type | Staff |
|---|---|---|---|---|---|
| Devearl Bacon | 221242 | 9/21/2007 | 10/12/2007 | Ch. 11 Rights of Prisoners; (2) POA Forms | B.E. |
| Devearl Bacon | 221242 | 9/25/2007 | 9/25/2007 | Photocopies 18 pgs. | O.S. |
| Devearl Bacon | 221242 | 9/27/2007 | 9/28/2007 | Photocopies 66 pgs. | O.S. |
| Devearl Bacon | 221242 | 9/27/2007 | 10/4/2007 | Cert. Svc. (4) | O.S. |
| Devearl Bacon | 221242 | 9/28/2007 | 10/5/2007 | Photocopies 561 pgs. | O.S. |
| Devearl Bacon | 221242 | 10/1/2007 | 10/1/2007 | Photocopies 561 pgs. | O.S. |
| Devearl Bacon | 221242 | 10/1/2007 | 10/1/2007 | Photocopies 205 pgs.; Cert.Svc.(4) | O.S. |
| Devearl Bacon | 221242 | 10/5/2007 | 10/5/2007 | Photocopies 88 pgs. | O.S. |
| Devearl Bacon | 221242 | 10/9/2007 | 10/10/2007 | Photocopies 1x117=117pgs.; | B.E. |
| Devearl Bacon | 221242 | 10/15/2007 | 10/16/2007 | Photocopies 106 pgs. | B.E. |
| Devearl Bacon | 221242 | 10/18/2007 | 10/18/2007 | Photocopies 3x193=529 pgs. | B.E. |
| Devearl Bacon | 221242 | 10/29/2007 | 10/31/2007 | Photocopies 1x16=16 pgs.; Title 11 s.892,4214 | B.E. |
| Devearl Bacon | 221242 | 11/1/2007 | 11/1/2007 | Response (See File) | B.E. |
| Devearl Bacon | 221242 | 11/6/2007 | 11/8/2007 | Photocopies 2x16=32 pgs.; (4) Cert. Svc | B.E. |
| Devearl Bacon | 221242 | 11/7/2007 | 11/13/2007 | Photocopies 2x2=4pgs, 1x16=16pgs.;Cert.Svc.- | B.E. |
| Devearl Bacon | 221242 | 11/13/2007 | 11/20/2007 | Photocopies 1x22=22pgs; (2) Cert. Svc. | B.E. |
| Devearl Bacon | 221242 | 11/13/2007 | 11/13/2007 | Ct. Cases (4) 40 pgs. | B.E. |
| Devearl Bacon | 221242 | 11/13/2007 | 11/13/2007 | Return Ct.Case(1);Title11s.892,4214.TISPg.10 | B.E. |
| Devearl Bacon | 221242 | 11/16/2007 | 11/20/2007 | Return FRAP 22 | B.E. |
| Devearl Bacon | 221242 | 11/16/2007 | 11/20/2007 | SixMoReqForm;(2)Afdv.Forms | B.E. |
| Devearl Bacon | 221242 | 11/29/2007 | 12/4/2007 | SHU Housing Rules | B.E. |
| Devearl Bacon | 221242 | 12/7/2007 | 12/10/2007 | Photocopies 2x248=496 pgs. | B.E. |
| Devearl Bacon | 221242 | 12/7/2007 | 12/10/2007 | Response (See File) | B.E. |
| Devearl Bacon | 221242 | 12/7/2007 | 12/10/2007 | 3rd Cir. IFP Form | B.E. |
| Devearl Bacon | 221242 | 12/11/2007 | 12/18/2007 | Response (See File) | B.E. |
| Devearl Bacon | 221242 | 12/12/2007 | 12/12/2007 | Photocopies 2x2=4pgs.; 2x28=56pgs. | B.E. |
| Devearl Bacon | 221242 | 12/17/2007 | 12/20/2007 | Photocopies 1x4=4pgs, 1x32=32pgs., 1x38=38pg | B.E. |
| Devearl Bacon | 221242 | 12/17/2007 | 12/20/2007 | (2) Marshal Forms | B.E. |
| Devearl Bacon | 221242 | 12/17/2007 | 12/20/2007 | Response (See File) | B.E. |

| Inmate Name | SBI # | Date In | Date Out | Request Type | Staff |
|---|---|---|---|---|---|
| Deveral Bacon | 221242 | 6/22/2007 | 6/25/2007 | (1) Pad Paper signed pay-to | B.E. |
| Deveral Bacon | 221242 | 6/22/2007 | 6/26/2007 | Ch. 2 Rights of Prisoners | B.E. |
| Deveral Bacon | 221242 | 7/2/2007 | 7/2/2007 | Photocopies 222 pgs. | B.E. |
| Deveral Bacon | 221242 | 7/2/2007 | 7/2/2007 | Photocopies 52 pgs.; USSCtWrit Pkg. | B.E. |
| Deveral Bacon | 221242 | 7/2/2007 | 7/2/2007 | SuperCtCvPkt.;TRO Sample Forms | B.E. |

# EXHIBIT 2:

**Docket Sheet for *Bacon v. Carroll*, 07-4349**

 

# General Docket
## US Court of Appeals for the Third Circuit

```
Court of Appeals Docket #: 07-4349                          Filed: 12/3/07
Nsuit: 3530  Prisoner: Habeas Corpus
Bacon v. Carroll, et al
Appeal from: U.S. District Court for the District of Delaware

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0311-1 : 06-cv-00519
    Trial Judge: Joseph J. Farnan, Jr., District Judge
    Date Filed: 8/22/06
    Date order/judgment: 10/30/07
    Date NOA filed: 11/13/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: In Forma Pauperis

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
    None


Docket as of December 11, 2007 6:37 pm                     Page 1
```

---

```
07-4349   Bacon v. Carroll, et al

DEVEARL L. BACON #221242          Devearl L. Bacon #221242
      Appellant                   [NTC pro]
                                  Delaware Correctional Center
                                  1181 Paddock Road
                                  Smyrna, DE 19977



   v.

THOMAS CARROLL


ATTY GEN DE


Docket as of December 11, 2007 6:37 pm                     Page 2
```

07-4349   Bacon v. Carroll, et al

DEVEARL L. BACON #221242

        Appellant

v.

THOMAS CARROLL; ATTY GEN DE

Docket as of December 11, 2007 6:37 pm            Page 3

---

07-4349   Bacon v. Carroll, et al

| Date | Entry |
|---|---|
| 12/3/07 | CIVIL CASE DOCKETED. Notice filed by Devearl L. Bacon. (arl) |
| 12/3/07 | RECORD available on District Court CM/ECF. (arl) |
| 12/10/07 | LEGAL DIVISION LETTER SENT advising case will be submitted to a panel of this Court for a decision on the issuance of certificate of appealability. (nf) |

Docket as of December 11, 2007 6:37 pm            Page 4

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/28/2007 18:17:28 | | | |
| PACER Login: | dj0024 | Client Code: | |
| Description: | dkt report | Case Number: | 07-4349 |
| Billable Pages: | 4 | Cost: | 0.32 |

# EXHIBIT 3:

**Docket sheet for *Bacon v. Carroll*, 06-cv-519-JJF**

APPEAL, CLOSED, HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00519-JJF

Bacon v. Carroll et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Related Cases:  1:02-cv-00431-JJF
               1:04-cv-00841-JJF
               1:05-cv-00011-JJF
               1:97-cv-00709-JJF
               1:99-cv-00700-JJF
               1:05-cv-00714-JJF
               1:06-cv-00254-JJF
               1:06-cv-00267-JJF
Case in other court: USCA, 07-04349
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/22/2006
Date Terminated: 09/17/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Devearl L. Bacon**                 represented by   **Devearl L. Bacon**
                                                     SBI #221242
                                                     Delaware Correctional Center
                                                     1181 Paddock Road
                                                     Smyrna, DE 19977
                                                     PRO SE

V.

**Respondent**

**Thomas L. Carroll**                represented by   **Elizabeth Roberts McFarlan**
                                                     Department of Justice
                                                     820 N. French St.
                                                     Wilmington, DE 19801
                                                     (302) 577-8400
                                                     Email: elizabeth.mcfarlan@state.de.us
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of Delaware**   represented by   **Elizabeth Roberts McFarlan**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 08/22/2006 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Devearl L. Bacon. (Attachments: # 1 6 Months Account Statement)(ead, ) (Entered: 08/23/2006) |
| 08/22/2006 | 2 | PETITION for Writ of Habeas Corpus - filed by Devearl L. Bacon.(ead, ) (Entered: 08/23/2006) |
| 08/22/2006 | 3 | Memorandum of Law in support of petitioners petition for writ of habeas corpus (Document filed in paper format due to size of document:. Original document(s) on file in Clerk's Office. filed by Devearl L. Bacon (ead, ) Modified on 8/23/2006 (rbe, ). (Entered: 08/23/2006) |
| 08/22/2006 | 4 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (ead, ) (Entered: 08/23/2006) |
| 08/30/2006 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 08/30/2006) |
| 09/06/2006 | 5 | ORDER, granting request to proceed informa pauperis and notifying petitioner that AEDPA applies to petition. Petitioner must file attached election form with the court. (Copy to pet. with Mag. Consent Form & AEDPA Form) Notice of Compliance deadline set for 10/6/2006. Signed by Judge Joseph J. Farnan, Jr. on 9/6/06. (dab, ) (Entered: 09/07/2006) |
| 09/14/2006 | 6 | AEDPA Election Form filed by petitioner and requesting to rule on 2254 as currently pending. (dab, ) (Entered: 09/15/2006) |
| 09/28/2006 | 7 | ORDER, Clerk shall serve by certified mail a copy of the petition 2, memorandum of law [3], the order dated 9/6/2006 5, the AEDPA election form 6, and this order upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. (Copy to petitioner, Warden & AG). Signed by Judge Joseph J. Farnan, Jr. on 9/28/2006. (maw, ) (Entered: 09/29/2006) |
| 09/29/2006 | 8 | Postal Receipt(s) for the mailing of process to Thomas L. Carroll (maw, ) (Entered: 09/29/2006) |
| 09/29/2006 | 9 | Postal Receipt(s) for the mailing of process to Attorney General of the State of Delaware (maw, ) (Entered: 09/29/2006) |
| 10/03/2006 | 10 | Return of Service Executed ( 2254 petition ). Thomas L. Carroll served on 10/2/2006, answer due 11/16/2006. (maw, ) (Entered: 10/03/2006) |
| 10/03/2006 | 11 | Return of Service Executed ( 2254 petition ). Attorney General of the State of Delaware served on 10/2/2006, answer due 11/16/2006. (maw, ) (Entered: 10/03/2006) |
| 11/13/2006 | 12 | First MOTION for Extension of Time to File Answer re 2 Petition for Writ of Habeas Corpus - filed by Thomas L. Carroll, Attorney General of the State of Delaware. (Attachments: # 1 Text of Proposed Order) (McFarlan, Elizabeth) (Entered: 11/13/2006) |
| 11/16/2006 | 13 | ORDER granting 12 Motion for Extension of Time to Answer re 2 |

|  |  | Petition for Writ of Habeas Corpus Thomas L. Carroll answer due 1/5/2007; Attorney General of the State of Delaware answer due 1/5/2007. Signed by Judge Joseph J. Farnan, Jr. on 11/16/06. (dab) (Entered: 11/16/2006) |
|---|---|---|
| 11/22/2006 | 14 | Letter to Clerk of Court from Devearl L. Bacon regarding Appendix A B C D. (dab) (Entered: 11/27/2006) |
| 11/22/2006 | 15 | MOTION to Review - filed by Devearl L. Bacon. (Attachments: # 1 Appendix A# 2 Appendix B# 3 Appendix C# 4 Appendix D)(dab) (Entered: 11/27/2006) |
| 12/13/2006 | 16 | ORDER granting 15 Motion to Accept Corrected Appendix. Signed by Judge Joseph J. Farnan, Jr. on 12/13/06. (dab) (Entered: 12/14/2006) |
| 01/05/2007 | 17 | RESPONSE to 2 Petition for Writ of Habeas Corpus by Thomas L. Carroll, Attorney General of the State of Delaware. (Attachments: # 1 Exhibit Unreported cases)(McFarlan, Elizabeth) Modified on 1/8/2007 (dab, ). (Entered: 01/05/2007) |
| 01/05/2007 | 18 | First MOTION for Extension of Time to File *State Court Records* - filed by Thomas L. Carroll, Attorney General of the State of Delaware. (Attachments: # 1 Text of Proposed Order)(McFarlan, Elizabeth) (Entered: 01/05/2007) |
| 01/16/2007 | 19 | MOTION for Extension of Time to File Response/Reply as to 17 Response to Habeas Petition - filed by Devearl L. Bacon. (dab) (Entered: 01/17/2007) |
| 01/22/2007 | 20 | Second MOTION for Extension of Time to File *State Court Records* - filed by Thomas L. Carroll, Attorney General of the State of Delaware. (McFarlan, Elizabeth) (Entered: 01/22/2007) |
| 01/23/2007 | 21 | MOTION to Amend/Correct 19 MOTION for Extension of Time to File Response/Reply as to 17 Response to Habeas Petition - filed by Devearl L. Bacon. (dab) (Entered: 01/25/2007) |
| 01/29/2007 | 22 | ORDER GRANTING D.I. # 19 Petitioner's Motion for Extension of Time to File Response/Reply and GRANTING D.I. #21 Petitioner's MOTION to Amend/Correct D.I. #19. Reply due by 2/27/2007. Signed by Judge Joseph J. Farnan, Jr. on 1/26/2007. (lec) (Entered: 01/29/2007) |
| 02/02/2007 | 23 | NOTICE of filing the following document(s) in paper format: State Court Records. Original document(s) on file in Clerk's Office. Notice filed by Elizabeth Roberts McFarlan on behalf of Thomas L. Carroll, Attorney General of the State of Delaware (McFarlan, Elizabeth) (Entered: 02/02/2007) |
| 02/02/2007 | 24 | STATE COURT RECORD filed by Attorney General of the State of Delaware. (Record on file in Clerk's Office). (lec) (Entered: 02/05/2007) |
| 02/20/2007 | 25 | REPLY TO STATE'S ANSWER and Request for Evidentiary Hearing filed by Devearl L. Bacon. (lec) (Entered: 02/22/2007) |
|  |  |  |

| | | |
|---|---|---|
| 02/20/2007 | 26 | Letter to Clerk from Devearl L. Bacon requesting the Clerk to check D.I. # 25 for correct page order. (lec) (Entered: 02/22/2007) |
| 03/16/2007 | 27 | ORDER that certified state court records shall be filed on or before 1/22/2007 re D.I. 18 First MOTION for Extension of Time to File *State Court Records* filed by Thomas L. Carroll, Attorney General of the State of Delaware. Signed by Judge Joseph J. Farnan, Jr. on 3/16/2007. (lec) (Entered: 03/19/2007) |
| 03/16/2007 | 28 | ORDER that certified state court records shall be filed on or before 2/12/2007 re D.I. 20 Second MOTION for Extension of Time to File *State Court Records* filed by Thomas L. Carroll, Attorney General of the State of Delaware. Signed by Judge Joseph J. Farnan, Jr. on 3/16/2007. (lec) (Entered: 03/19/2007) |
| 09/17/2007 | 29 | MEMORANDUM OPINION. Signed by Judge Joseph J. Farnan, Jr. on 9/17/2007. (lec) (Entered: 09/18/2007) |
| 09/17/2007 | 30 | ORDER DENYING and DISMISSING D.I. 2 application for writ of habeas corpus (copy to pltf. (See Memorandum Opinion D.I. 29) copy with petition served on respondent and Attorney General for DE) (CASE CLOSED). Signed by Judge Joseph J. Farnan, Jr. on 9/17/2007. (lec) (Entered: 09/18/2007) |
| 09/28/2007 | 31 | MOTION for Reconsideration re 29 Memorandum Opinion, 30 Order Dismissing Petition for Writ of Habeas Corpus, - filed by Devearl L. Bacon. (lec) (Entered: 10/02/2007) |
| 10/30/2007 | 32 | ORDER - denying 31 Motion for Reconsideration re 29 Memorandum Opinion, 30 Order Dismissing Petition for Writ of Habeas Corpus. Signed by Judge Joseph J. Farnan, Jr. on 10/30/07. (rwc) (Entered: 10/30/2007) |
| 11/13/2007 | 33 | NOTICE OF APPEAL of 32 Order on Motion for Reconsideration. Appeal filed by Devearl L. Bacon. No fee paid. No IFP Application rec'd. (rwc) (Entered: 11/13/2007) |
| 12/03/2007 | 34 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 33 Notice of Appeal filed by Devearl L. Bacon. USCA Case Number 07-4349. USCA Case Manager: Aina Laws (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (al, ) (Entered: 12/03/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/15/2008 17:12:32 | | | |
| PACER Login: | dj0024 | Client Code: | |
| Description: | Docket | Search | 1:06-cv-00519-JJF Start date: |

|  | Report | Criteria: | 1/1/1970 End date: 1/15/2008 |
|---|---|---|---|
| Billable Pages: | 3 | Cost: | 0.24 |