NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT


FILED
NOV 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Devearl L. Bacon

DISTRICT COURT DOCKET NUMBER: 06-519-JJF

v.

Thomas Carroll, Warden, Attorney Gen.

DISTRICT COURT JUDGE: Hon. Joseph J. Farnan

Notice is hereby given that __Devearl L. Bacon__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order, [X] Other (specify) "The Court declines to issue a certificate of Appealability."

entered in this action on __10-30-07__
(date)

DATED: __Nov. 6, 2007__

Pro-Se
(Counsel for Appellant Signature)

Devearl L. Bacon
(Name of Counsel - Typed)

1181 Paddock Road
(Address)

Smyrna, Del 19977

Ms. Elizabeth R. McFarlan
(Counsel for Appellee)

820 N. French St.
(Address)

Wilmington, Del. 19801

(Telephone Number)          (Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

## Certificate of Service

I, Deveari L. Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Notice of Appeal _____ upon the following parties/person (s):

TO: Clerk of Court
US District Court
844 N. King St., Lockbox 18
Wilmington, Del.
19801

TO: _____

TO: Ms. Elizabeth R. McFarlan
Deputy Attorney General
820 N. French St.
Wilmington, Del.
19801

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of _____, 200___

IM Severly L. Bacon
SBI# 221242 UNIT 17-C-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
US District Court
844 N. King St., Lockbox 18
Wilmington, Del.
19801

Legal Mail



MAILED FROM ZIPCODE 19977
NOV 09 2007
$00.41