IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVEARL L. BACON, : | |
| Plaintiff, : | |
| v. : | C.A. No. 02-431-JJF |
| ST. LT. R. TAYLOR, et al., : | |
| Defendants. : | |

| | |
|---|---|
| DEVEARL L. BACON, : | |
| Plaintiff, : | |
| v. : | C.A. No. 05-714-JJF |
| WARDEN CARROLL, et al., : | |
| Defendants. : | |

**ORDER**

The plaintiff, Devearl L. Bacon ("Bacon"), an inmate housed at the Delaware Correctional Center ("DCC"), filed two letters on December 26, 2007 concerning law library copying services. (C.A. No. 02-431, D.I. 173 & 174; C.A. No. 05-714, D.I. 110 & 111.) The Court will construe these letters as a request for a preliminary injunction regarding access to the law library and law library copy services. Likewise, the Court will construe State Defendants' Opposition to Plaintiff's Application for Injunction Relief (C.A. No. 02-431, D.I. 176; C.A. No. 05-714, D.I. 112) as an answer to Plaintiff's request.

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff has ten days from the date of this order to file a reply to State Defendant's answer.

February 5, 2008

_____
UNITED STATES DISTRICT JUDGE