IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON )
 )
Plaintiff )
 )         Civ. No. 05-714-JJF
V. )
 )
WARDEN CARROLL, Etc., All )
Defendants. )
 )

CONTINUED PROBLEMS

FILED
APR 1 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff has had problem with receiving copies of legal documents from Law Librarian(s) that He once used to get for free. Plaintiff assert the following:

1. On April 1, 2008 Plaintiff sent request to have 3 copies of Motion to Amend/Joinder with Exhibits. Exhibits pages are numbered 1-140 and are needed for Non-Frivolous Motion to the Court and Defendants.

2. Law Librarian Brian Engrem has denied to copy Exhibit pages : (See Attachments/Exhibits) 8, 9, 61-71 and 72. Exhibit page 72 is a Legal News Artical that is needed to Demonstrate "Irreparable Damages" Plaintiff suffered.

1.

3. Mr. Engrem writes Plaintiff : ... "Your Request to Business office with a Pay-to for 25¢/page." Mr. Engrem knows that Plaintiff is "Very Indigent" and used this knowledge to his Advantage. (See Attachments).

4. Plaintiff has no moneys and Law Librarian is not making copies of Exhibits, that they use to.

WHEREFORE, Plaintiff Prays this Court help send copies to the Defendants of the Exhibits (Attachments) which the Prison is now asking Plaintiff to pay for and to make any other order which the Court seems fit.

Devearl L. Bacon
D.C.C.
Smyrna, Del 19977

April 7, 2008

2.

## Certificate of Service

I, Devearl L. Bacon, hereby certify that I have served a true and correct cop(ies) of the attached: Motion of Continued Problems _____ upon the following parties/person (s):

TO: Catherine C. Damavandi, Esq.  
Deputy Attorney General  
820 N. French St.  
Wilmington, Del.  
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 7 day of April, 2008

Devearl L. Bacon
#221242
17-C-U-8
April 1, 2008

**RECEIVED**
APR 02 2008
SHU Law Library

BF 4-3-08

Sent: Photocopies- 3×173 = 519 pgs. Memo's from Maria Lyons were not photocopied. Blank form and I need the option of sending your request to Business Office with a payroll [?] Fax $.25¢/page.

## REQUEST SHEET

I NEED:

* 3 Copies of Motion To Amend/Joinder.

* 3 Copies of Exhibit's To Motion Amend/Joinder; Exhibit page #72 is a Legal News Artical I do not need a copy of the Back-Side with an X on it I need Copy of Front Side.

* I Numbered the Exhibit's from 1-140 pgs. on Top "Left" Corner, so can you staple "Exhibit's" on the Top "Right" Corner

* I Need All works stapled

* If there is for any Reason why you wont make copies of any part of my Legal Documents, please let "us" know.

CC: Hon. Judge Farnan
Andrew A. Lundgren, Esq.
Catherine C. Damavandi, Deputy Attorney Gen.

Devearl L. Bacon

TO:         Devearl Bacon   #221242
            MHU Building 21
            C-U-6


FROM:       Maria Lyons
            Staff Paralegal
            MHU Law Library


DATE:       October 12, 2004


REF:        Legal Mail received from Mailroom


Just wanted to let you know that I am currently working on your issue. Mr. Little is on vacation until October 17, 2004 so it has been turned over to me. I was in the mailroom on Thursday and Friday of last week talking to different personnel about this issue. I looked over the legal mail logs and saw where the item had been delivered to you and you had signed for it. At this time this is as far as I have been able to go. The person who had originally handled the item is on vacation until tomorrow, October 13, 2004. I will get with that person and talk to them about the item and see what the story is. I am holding on to it because I would like for them to be able to see the notes on it and I am hoping it will help them to remember what transpired. One way or the other I will put your court documents in the mail to you tomorrow and you will have them by the end of the day. I am hoping that I will be able to answer all your questions at that time as well. Please bear with me, as this is an extremely hectic time right now. I have always found answers for you in the past and this time will be no exception.

TO: Devearl Bacon # 221242
MHU Bldg. 21
C-U-6

FROM: Maria Lyons
Staff Paralegal – MHU Law Library

DATE: October 14, 2004

REF: Legal Mailing

After checking with mailroom I discovered the following. The docket sheet was in one of the MHU/SHU mailbags not attached to anything. It was put in an envelope and delivered to you with the legal mail. I could try to guess all day as to what happened but I have no proof and can find no answers. I have done everything I can. I am returning your documents to you at this time.