IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON )
Plaintiff )
)
v. ) Civ. No 05-714-JJF
)
WARDEN CARROLL, Etc., All )
Defendants. )
)

FILED
APR 1 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO COMPEL

COMES NOW, Plaintiff DEVEARL L. BACON Pro-Se moves this Honorable Court to Compel Defendants to Answer Interrogatories Directed towards Warden Carroll, Lt. Forbes, C/o's Kemp, Tingle, Scott (3rd Sets) and 1st set Directed to Sgt. Kuschel. Plaintiff asserts the following:

1. On September 20, 2007 Defendants filed: To Enlarge Time to Answer Plaintiff's Interrogatories Directed Towards Defendants (DI # 90-94). Defendants stated: "because of New Deputy Attorney General and Paralegal" they would need until December 14, 2007 to Answer Interrogatories.

2. There has been a new Deputy Attorney General assigned

1.

to Above case who has since answered Motions towards the defense.

3. The Interrogatories directed towards the Defendants must be Answered in Order for Plaintiff to Resolove Non-Frivolous Issues.

WHEREFORE, Plaintiff Prays This Court Order Defendants to Answer to DI # 90-94.

Deveaul L. Bacon
DCC
Smyrna, Del. 19977

Dated: April 7, 2008

## Certificate of Service

I, _Devearl L. Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion To Compel_ _____ upon the following parties/person (s):

TO: _Catherine C. Damavandi, Esq._    TO: _____
_Deputy Attorney General_
_820 N. French St._
_Wilmington, Del._
_19801_

TO: _____    TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _7_ day of _April_, 200_8_