IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

COME NOW, Defendants, by and through undersigned counsel, and hereby oppose Plaintiff's *Motion to Compel*. In support of their position, Defendants represent as follows:

1. Plaintiff Devearl Bacon ("Bacon") is an inmate presently incarcerated at the Delaware Correction Center ("DCC"), Smyrna, Delaware.

2. On or about September 30, 2005, Bacon filed a complaint pursuant to 42 *U.S.C.* § 1983, with leave to proceed *in forma pauperis*. (D.I. #2) In his complaint, Bacon alleges First Amendment constitutional violations regarding access to the courts.

3. The procedural history of this case is rather long and unnecessary to recite in order to respond to Bacon's motion.

4. On or about April 14, 2008, Bacon filed a *Motion to Compel* regarding his Third Set of Interrogatories discovery request directed to Defendants. (D.I.#117).

5. "If a party fails to make a disclosure required by Rule 26(a), any other party may move to compel disclosure and for appropriate sanctions. ***The motion must include a certification that the movant has in good faith conferred or attempted to***

*confer with the party not making the disclosure in an effort to secure the disclosure without court action."* Fed. R. Civ. P. 37(a)(2)(A). Bacon's motion did not include a certification stating he acted in good faith and conferred or attempted to confer with the parties before filing his motion as required by the Federal Rules. Moreover, even if Bacon thinks the Defendants are tardy in their response, he nevertheless made no attempt to contact Defendants' counsel by any means before filing his motion.

WHEREFORE, Defendants respectfully request that this Honorable Court deny Bacon's Motion to Compel and enter an Order in the form attached hereto.

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

/s/ Catherine Damavandi_____
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
Catherine.Damavandi@state.de.us
(302) 577-8400

Dated: April 21, 2008                               Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, I electronically filed *Defendants' Response to Plaintiff's Motion to Compel* with the Clerk of Court using CM/ECF. I hereby certify that on, April 21, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Devearl Bacon, Inmate
SBI#221242
Delaware Correctional Institution
1181 Paddock Road
Smyrna, DE 19977

                              STATE OF DELAWARE
                              DEPARTMENT OF JUSTICE

                              /s/ Catherine Damavandi_____
                              Catherine Damavandi (ID # 3823)
                              Deputy Attorney General
                              State of Delaware
                              Department of Justice
                              820 N. French Street, 6th Floor
                              Wilmington, DE 19801
                              (302) 577-8400
                              Attorney for Defendants