## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. 05-714-JJF |
| WARDEN CARROLL, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel as to Defendants is hereby **DENIED**.

SO ORDERED this _____ day of _____, 2008.

_____
Judge Joseph J. Farnan, Jr.,