IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
|       Plaintiff, | ) | |
| | ) | |
|       v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
|       Defendants. | ) | |

**DEFENDANTS' MOTION FOR
ENLARGEMENT OF TIME OUT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(2), Defendants Thomas Carroll, Peter J. Forbes, Jr., Raina Scott, Dawn Tingle, Ernest Kemp and William Kuschel ("Defendants"), by the undersigned counsel, hereby move to enlarge the time out of time within which they must respond to Plaintiff's Interrogatories and in support thereof state as follows:

      1.      Plaintiff Devearl Bacon ("Bacon") is an inmate presently incarcerated at the Delaware Correction Center ("DCC"), Smyrna, Delaware.

      2.      On or about September 30, 2005, Bacon filed a complaint pursuant to 42 *U.S.C.* § 1983, with leave to proceed *in forma pauperis*. (D.I. #2) In his complaint, Bacon alleges First Amendment constitutional violations regarding access to the courts.

      3.      On or about June 23, 2006, Bacon filed discovery requests of First Set of Interrogatories directed to Defendants. (D.I.##35, 36, 37). On or about March 12, 2007, Bacon filed a Second Set of Interrogatories directed to Defendants. (D.I. ##66 through 71). On or about September 10, 2007, Bacon filed a Third Set of Interrogatories directed to Defendants. (D.I.##90, 91, 92, 93 & 97). Bacon also served a First Set of

Interrogatories directed to Defendant Kuscheul on this date. (D.I. #94).

4. Shortly thereafter, the present Deputy was a re-assigned to this case. Due to the press of other litigation involving both research and preparation of vast amounts of discovery, Defendants' Responses to Bacon's Third Set of Interrogatories was inadvertently overlooked by counsel. Additionally, during the last few months there have been several personnel changes within the Corrections Unit at the Department of Justice which resulted in an increased caseload with its accompanying obligations and severe time constraints. For these reasons, Defendants' counsel respectfully requests an extension of time of thirty (30) days in which to file Defendants' responses to Bacon's discovery requests.

5. Because there is no scheduling order in place in this matter, the progress of the litigation will not be adversely impacted by the extension.

6. This is the Defendants' second request for an extension of time to file responses to discovery.

7. A form Order is attached granting Defendants' Motion for Enlargement of time.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Enlargement of Time.

                                            **DEPARTMENT OF JUSTICE**
                                            **STATE OF DELAWARE**
                                            /s/ Catherine Damavandi
                                            Catherine Damavandi (ID # 3823)
                                            Deputy Attorney General
                                            Delaware Department of Justice
                                            Carvel State Office Building
                                            820 N. French Street, 6th Floor

Dated: April 21, 2008                          Wilmington, DE 19801
                                            Catherine.Damavandi@state.de.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### 7.1.1 CERTIFICATION OF COUNSEL

The counsel for the Defendants, Deputy Attorney General Catherine Damavandi, files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that:

1. The Plaintiff is an inmate incarcerated in the Delaware Correctional Center, Smyrna, Delaware. Since Plaintiff cannot be reached by telephone, counsel for the Defendants has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

2. She assumes that the Motion is opposed.

                                                  **DEPARTMENT OF JUSTICE**
                                                  **STATE OF DELAWARE**

                                                  /s/ Catherine Damavandi
                                                  Catherine Damavandi (ID # 3823)
                                                  Deputy Attorney General
                                                  Delaware Department of Justice
                                                  Carvel State Office Building
                                                  820 N. French Street, 6th Floor
                                                  Wilmington, DE 19801
                                                  Catherine.Damavandi@state.de.us
                                                  (302) 577-8400

Dated: April 21, 2008                                 Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, I electronically filed *Defendants' Motion For Enlargement of Time Out of Time* with the Clerk of Court using CM/ECF. I hereby certify that on April 21, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Devearl Bacon, Inmate
SBI#221242
Delaware Correctional Institution
1181 Paddock Road
Smyrna, DE 19977

                              STATE OF DELAWARE
                              DEPARTMENT OF JUSTICE

                              /s/ Catherine Damavandi_____
                              Catherine Damavandi (ID # 3823)
                              Deputy Attorney General
                              State of Delaware
                              Department of Justice
                              820 N. French Street, 6th Floor
                              Wilmington, DE 19801
                              (302) 577-8400
                              Attorney for Defendants

.