IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Thomas Carroll, Peter J. Forbes, Jr., Raina Scott, Dawn Tingle, Ernest Kemp and William Kuschel ("Defendants"), by the undersigned counsel, hereby move to enlarge the time within which they must respond to Plaintiff's *Motion to Amend, Add and Joinder of Persons* and in support thereof state as follows:

1.  Plaintiff Devearl Bacon ("Bacon") is an inmate presently incarcerated at the Delaware Correction Center ("DCC"), Smyrna, Delaware.

2.  On or about September 30, 2005, Bacon filed a complaint pursuant to 42 *U.S.C.* § 1983, with leave to proceed *in forma pauperis*. (D.I. #2) In his complaint, Bacon alleges First Amendment constitutional violations regarding access to the courts.

3.  On or about April 14, 2008, Bacon filed a *Motion to Amend, Add and Joinder of Persons,* one of three of his motions filed on this date. Bacon's Motion to Amend is forty-five (45) pages long with accompanying exhibits of one-hundred and forty-one (141) pages. After a cursory review, it appears that Bacon's Motion is nothing but a recitation of his allegations in his Complaint. However, in order to more thoroughly

review the motion, counsel for Defendants requests an enlargement of time of thirty (30) days in which to file a response.

    4.    This is the Defendants' first request for an extension of time to file a response.

    5.    A form Order is attached granting Defendants' Motion for Enlargement of time until on or before May 19, 2008.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Enlargement of Time.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Catherine Damavandi_____
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
Catherine.Damavandi@state.de.us
(302) 577-8400

Dated: April 21, 2008    Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## 7.1.1 CERTIFICATION OF COUNSEL

The counsel for the Defendants, Deputy Attorney General Catherine Damavandi, files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that:

1. The Plaintiff is an inmate incarcerated in the Delaware Correctional Center, in Smyrna, Delaware. Since Plaintiff cannot be reached by telephone, counsel for the Defendants has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

2. She assumes that the Motion is opposed.

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
Catherine.Damavandi@state.de.us
(302) 577-8400

Dated: April 21, 2008        Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, I electronically filed *Defendants' Motion For Enlargement of Time* with the Clerk of Court using CM/ECF. I hereby certify that on April 21, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Devearl Bacon, Inmate
SBI#221242
Delaware Correctional Institution
1181 Paddock Road
Smyrna, DE 19977

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Catherine Damavandi_____
        Catherine Damavandi (ID # 3823)
        Deputy Attorney General
        State of Delaware
        Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for Defendants