# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. 05-714-JJF |
| WARDEN CARROLL, et al., | ) ) | |
| Defendants. | ) | |

## **O R D E R**

This _____ Day of _____, 2008, **IT IS HEREBY ORDERED**, that Defendants' Motion for Enlargement of Time is **GRANTED** and, Defendants shall file a response to Plaintiff's *Motion to Amend, Add and Joinder of Persons* on or before May 19, 2008.

_____
Judge Joseph J. Farnan, Jr.,