IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEVEARL BACON,                )
                              )
    Plaintiff,            )
                              )
v.                            )   C. A. No. 05-714-JJF
                              )
WARDEN CARROLL, et al.,       )
                              )
    Defendants.           )

### ORDER

This __23__ Day of __April__, 2008, **IT IS HEREBY ORDERED**, that Defendants' Motion for Enlargement of Time is **GRANTED** and, Defendants shall file Responses to Plaintiff's Third Set of Interrogatories on or before May 19, 2008.

_____
Judge Joseph J. Farnan, Jr.,