**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

DEVEARL BACON,

        Plaintiff,

    v.                         C. A. No. 05-714-JJF

WARDEN CARROLL, et al.,

        Defendants.

**O R D E R**

This _____ Day of April 2008, **IT IS HEREBY ORDERED**, that

Defendants' Motion for Enlargement of Time is **GRANTED** and, Defendants shall file a

response to Plaintiff's *Motion to Amend, Add and Joinder of Persons* on or before May

19, 2008.

Judge Joseph J. Farnan, Jr.,