IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. 05-714-JJF |
| WARDEN CARROLL, et al., | ) ) | |
| Defendants. | ) ) | |

**DEFENDANT TOM CARROLL'S RESPONSE TO
PLAINTIFF'S THIRD SET OF INTERROGATORIES**

Defendant Warden Tom Carroll ("Answering Defendant") hereby responds to Plaintiff's Interrogatories:

**GENERAL OBJECTIONS**

1. Answering Defendant objects to the Interrogatories to the extent that they seek information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2. Answering Defendant objects to the Interrogatories to the extent that they purport to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

3. Answering Defendant objects to the Interrogatories to the extent that they purport to place duties upon them not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

4. Answering Defendant objects to the Interrogatories to the extent that they purport to seek information or documents not in their possession, custody or control.

5. Answering Defendant objects to the Interrogatories to the extent that they

seek the production of documents equally available to the Plaintiffs or Plaintiffs' counsel. Such documents will be identified by Answering Defendant but will not be produced.

6. Answering Defendant objects to the Interrogatories to the extent that they purport to require production of information or documents which are impractical or unduly burdensome to reproduce.

7. Answering Defendant objects to the Interrogatories to the extent that they seek the production of documents generated by or received from his counsel in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## RESPONSES

Subject to, and without waiver of the foregoing General Objections and those set forth in Answering Defendant's Responses, Answering Defendant responds, after a reasonable search, and subject to supplementation, as follows:

10. Does the Warden hear a [sic] emergency grievance?

**RESPONSE:** No.

12. Has an "agrievance"[sic] ever been received and heard on the same day?

**RESPONSE:** No, they are investigated first before they are heard.

13. In the SHU buildings, where are the agrievance [sic] located?

**RESPONSE:** Grievances can be obtained by requesting them from the tier officer or lead worker of the unit in which the inmate is housed.

    A. Where are they located in the MHU?

**RESPONSE:** See Response to Interrogatory No. 13.

    14. When a agrievance [sic] is picked up when is when is picked up from agrievance [sic] box?

**RESPONSE:** Currently grievances are picked up by the grievance officer twice weekly from the grievance boxes.

    15. Have you ever heard or seen any of inmate Devearl Bacon's agrievances [sic]?

**RESPONSE:** To the best of my knowledge and recollection, I have never heard or seen any grievances of inmate Devearl Bacon.

    A. If so, which agrievance [sic]? (Date and Number)

**RESPONSE:** See Response to Interrogatory No. 15.

    16. Dose [sic] your office have its own "received" stamp?

**RESPONSE:** Yes.

    17. How long does it take for an inmate in-house letter mailed to your office take to receive?

**RESPONSE:** I have no specific knowledge. The time required can vary due to a number of factors, including but not limited to the day of the week and time of day a letter is sent.

    18. Has Delaware DOC been ordered, sanctioned or agreed to improve its

agrievance [sic]procedures?

**RESPONSE:** I have no personal knowledge of any order, sanction or agreement of this type.

    A. Has DCC been ordered to improve its agrievance [sic]procedures?

**RESPONSE:** I have no personal knowledge of any order of the type.

                         **DEPARTMENT OF JUSTICE**
                          **STATE OF DELAWARE**

                          /s/ Catherine Damavandi
                          Catherine Damavandi (ID # 3823)
                          Deputy Attorney General
                          Delaware Department of Justice
                          Carvel State Office Building
                          820 N. French Street, 6th Floor
                          Wilmington, DE 19801
                          Catherine.Damavandi@state.de.us
                          (302) 577-8400

Dated: May 5, 2008                    Attorney for Defendant

## *CERTIFICATE OF SERVICE*

I hereby certify that on May 5, 2008, I electronically filed *Defendant Tom Carroll's' Response to Plaintiff's Third Set of Interrogatories* with the Clerk of Court using CM/ECF. I hereby certify that on May 5, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Devearl Bacon, Inmate
SBI#221242
Delaware Correctional Institution
1181 Paddock Road
Smyrna, DE 19977

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

                /s/ Catherine Damavandi_____
                Catherine Damavandi (ID # 3823)
                Deputy Attorney General
                State of Delaware
                Department of Justice
                820 N. French Street, 6th Floor
                Wilmington, DE 19801
                (302) 577-8400
                Attorney for Defendants