# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DEVEARL BACON,                          )
                                        )
       Plaintiff,                   )
                                        )
   v.                                   )   C. A. No. 05-714-JJF
                                        )
WARDEN CARROLL, et al.,                 )
                                        )
       Defendants.                  )

## VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Defendant's Responses to Plaintiff's Third Set of Interrogatories are true and correct.

_____
Thomas Carroll