IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ERNEST KEMP'S RESPONSE TO
PLAINTIFF'S THIRD SET OF INTERROGATORIES**

Defendant Officer Ernest Kemp ("Answering Defendant") hereby responds to Plaintiff's Interrogatories:

**GENERAL OBJECTIONS**

1. Answering Defendant objects to the Interrogatories to the extent that they seek information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2. Answering Defendant objects to the Interrogatories to the extent that they purport to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

3. Answering Defendant objects to the Interrogatories to the extent that they purport to place duties upon them not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

4. Answering Defendant objects to the Interrogatories to the extent that they purport to seek information or documents not in their possession, custody or control.

5. Answering Defendant objects to the Interrogatories to the extent that they seek the production of documents equally available to the Plaintiffs or Plaintiffs' counsel. Such documents will be identified by Answering Defendant but will not be produced.

6. Answering Defendant objects to the Interrogatories to the extent that they purport to require production of information or documents which are impractical or unduly burdensome to reproduce.

7. Answering Defendant objects to the Interrogatories to the extent that they seek the production of documents generated by or received from his counsel in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## RESPONSES

Subject to, and without waiver of the foregoing General Objections and those set forth in Answering Defendant's Responses, Answering Defendant responds, after a reasonable search, and subject to supplementation, as follows:

11. On April 24, 2006 who instructed you to hand out inmate Devearl L. Bacon's legal mail?

**RESPONSE:** Answering Defendant does not have sufficient knowledge to respond.

12. Have you ever handed out legal mail before April 24, 2006 to any other inmate?

**RESPONSE:** Yes.

13. How many C/O's does it take to hand out legal mail?

**RESPONSE:** Answering Defendant does not have sufficient knowledge to respond.

14. From the dates of February 3, 2006 to April 24, 2006 did you withhold inmate Devearl L. Bacon's legal mail?

**RESPONSE:** Answering Defendant does not have sufficient knowledge to respond.

15. Do you know what right to the court means?

**RESPONSE:** This Interrogatory seeks a legal conclusion to which no response is required.

    A. If so, explain what it means?

**RESPONSE:** See Response to Interrogatory No. 15.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Catherine Damavandi_____
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
Catherine.Damavandi@state.de.us
(302) 577-8400

Dated: May 5, 2008         Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, I electronically filed *Defendant Ernest Kemp's Response to Plaintiff's Third Set of Interrogatories* with the Clerk of Court using CM/ECF. I hereby certify that on May 5, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Devearl Bacon, Inmate
SBI#221242
Delaware Correctional Institution
1181 Paddock Road
Smyrna, DE 19977

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Catherine Damavandi_____
        Catherine Damavandi (ID # 3823)
        Deputy Attorney General
        State of Delaware
        Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for Defendants