### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

DEVEARL BACON,

        Plaintiff,

        v.

WARDEN CARROLL, et al.,

        Defendants.

)
)
)
)
)
)
)
)
)

C. A. No. 05-714-JJF

### DEFENDANT WILLIAM KUSCHEL'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant Officer William Kuschel ("Answering Defendant") hereby responds to Plaintiff's Interrogatories:

### GENERAL OBJECTIONS

1.      Answering Defendant objects to the Interrogatories to the extent that they seek information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

2.      Answering Defendant objects to the Interrogatories to the extent that they purport to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

3.      Answering Defendant objects to the Interrogatories to the extent that they purport to place duties upon them not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

4.      Answering Defendant objects to the Interrogatories to the extent that they purport to seek information or documents not in their possession, custody or control.

5.      Answering Defendant objects to the Interrogatories to the extent that they seek the production of documents equally available to the Plaintiffs or Plaintiffs' counsel. Such documents will be identified by Answering Defendant but will not be produced.

6.      Answering Defendant objects to the Interrogatories to the extent that they purport to require production of information or documents which are impractical or unduly burdensome to reproduce.

7.      Answering Defendant objects to the Interrogatories to the extent that they seek the production of documents generated by or received from his counsel in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## RESPONSES

Subject to, and without waiver of the foregoing General Objections and those set forth in Answering Defendant's Responses, Answering Defendant responds, after a reasonable search, and subject to supplementation, as follows:

1.      On October 3, 2004 were you working in building 21?

**RESPONSE:** Yes, Answering Defendant was working in building 21 on October 3, 2004, on the 4 to midnight shift.

2.      Did you hand out legal mail on the night of October 3, 2004 to inmate Devearl L. Bacon?

**RESPONSE:** Answering Defendant does not remember.

3.      Who instructed you to hand out legal mail on October 3, 2004? (If you answered yes to question #2)

**RESPONSE:**  See Response to Interrogatory No. 2.

4.    When legal mail is issued then signed when received by inmate, are C/O's supposed to leave with the envelopes the legal mail came in?

**RESPONSE:**  That depends whether the envelope contains elements of contraband in its construction.

5.    Who was the Shift Commander on the night of October 3, 2004?

**RESPONSE:**  Answering Defendant does not remember.

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
Catherine.Damavandi@state.de.us
(302) 577-8400

Dated: May 7, 2008                                    Attorney for Defendants

### *CERTIFICATE OF SERVICE*

I hereby certify that on May 7, 2008, I electronically filed *Defendant William*

*Kuschel's Response to Plaintiff's First  Set of Interrogatories* with the Clerk of Court

using CM/ECF.  I hereby certify that on May 7, 2008, I have mailed by United States

Postal Service, the document to the following non-registered party:


Devearl Bacon, Inmate
SBI#221242
Delaware Correctional Institution
1181 Paddock Road
Smyrna,  DE  19977



STATE OF DELAWARE
DEPARTMENT OF JUSTICE


/s/ Catherine Damavandi_____
Catherine Damavandi (ID # 3823)
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants