

**JOSEPH R. BIDEN, III**
**ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**
**NEW CASTLE COUNTY**
**CARVEL STATE BUILDING**
**820 N. FRENCH STREET**
**WILMINGTON, DE  19801**

**CRIMINAL DIVISION (302) 577-8500**
**FAX: (302) 577-2496**
**CIVIL DIVISION (302) 577-8400**
**FAX: (302) 577-6630**
**TTY: (302) 577-5783**

**PLEASE REPLY TO:** **(302) 577-8400**

May 13, 2008

Mr. Devearl Bacon, Inmate
SBI#221242
Delaware Correctional Institution
1181 Paddock Road
Smyrna, DE 19977

    *RE:* *Bacon v. Carroll, et al.,* C.A. No. 05-714-JJF;
      *Bacon v. Taylor, et al.,* C.A. No. 02-431-JJF.

Dear Mr. Bacon:

  Pursuant to the District Court's April 28, 2008 Order in the above-referenced cases, enclosed you will find a copy of D.I.111 from *Bacon v. Carroll, C.A. No. 05-714-JJF*.

           Very truly yours,

           /s/ *Catherine Damavandi*
           Deputy Attorney General, ID#3823
           Attorney for Defendants

CD/bja

Enclosure

cc: Clerk of Court (w/o enclosure)