IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
|       Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**MOTION TO AMEND, ADD AND JOINDER OF PERSONS**

Defendants, by and through undersigned counsel, hereby oppose Plaintiff's *Motion to Amend, Add and Joinder of Persons (D.I.118)*. In support of their position, Defendants represent as follows:

1. Plaintiff Devearl Bacon ("Bacon") is an inmate presently incarcerated at the Delaware Correction Center ("DCC"), Smyrna, Delaware.

2. On or about September 30, 2005, Bacon filed a complaint pursuant to 42 *U.S.C.* § 1983, with leave to proceed *in forma pauperis*. (D.I.2) In his complaint, Bacon alleges First Amendment constitutional violations of access to the courts.

3. On September 10, 2007, Plaintiff filed a Motion for Preliminary Injunction, in which he set forth numerous allegations that the prison tampered with his legal mail in 2004, 2005 and 2006. D.I.98. Plaintiff claimed that the actions described constituted denial of his right of access to the courts.

4. The Court denied Plaintiff's motion on May 12, 2008. D.I.130. In doing so, the Court found that "Plaintiff has not adduced any evidence that tends to suggest that his current access to the courts is restricted, and on the basis of the record, the Court finds

that Plaintiff has failed to demonstrate irreparable harm to justify injunctive relief. *Id.*

5. On April 14, 2008, Plaintiff filed a *Motion to Amend, Add and Joinder of Persons*. D.I.118. This filing and its corresponding exhibits contain approximately 186 pages relating to the same claims Plaintiff set forth in his prior *Motion for Preliminary Injunction* (D.I.98). Plaintiff reasserts his alleged difficulties with the prison mail system, claiming it was the result of one or more "Evil Forces." However, Plaintiff does not identify the persons who constitute these "Evil Forces." He claims that "there are two evil (or three) driving forces at work…one force from inside the prison, the other force(s) from outside the prison." D.I.118, p. 37.

6. However, documentation included with Plaintiff's current motion demonstrates that he would not cooperate with the Department of Correction staff who tried to investigate his complaints of mail tampering (i.e., the "Evil Forces"). In D.I.118, Attachment 1, p.49, it is apparent that "Inm. Bacon refused to participate in the grievance process. However, the grievance was investigated with no proof being determined to support Inm. Bacon's allegations. On p.51, one learns that "Cpl. Oney took grievance report to inmate Bacon he refused to sign and stated the grievance is still in court proceedings." Reading p.53, one discovers that "I/M will not discuss grievance. Claims it is in the hands of court. Investigation could not be conducted because I/M refused to cooperate. I/M admitted he did not cooperate in investigation."

7. By repeatedly obstructing the investigations which he requested, Plaintiff reveals that the "Evil Forces" he complains of are a fabrication. Notwithstanding the fact that "Evil Forces" cannot be added or joined as a party to litigation, Plaintiff's allegations are frivolous and have no basis in fact.

WHEREFORE, Defendants respectfully request that this Court deny Plaintiff's Motion to Amend, Add and Joinder of Persons, and enter an Order in the form attached hereto.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
Catherine.Damavandi@state.de.us
(302) 577-8400

Dated: May 19, 2008                                Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. 05-714-JJF |
| WARDEN CARROLL, et al., | ) ) | |
| Defendants. | ) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed *Defendants' Response to Plaintiff's Motion to Compel* with the Clerk of Court using CM/ECF. I hereby certify that on May 19, 2008, I caused the within document to be mailed by United States Postal Service to the following non-registered party:

      Devearl Bacon, Inmate
      SBI#221242
      Delaware Correctional Institution
      1181 Paddock Road
      Smyrna, DE 19977

      STATE OF DELAWARE
      DEPARTMENT OF JUSTICE

      /s/ Catherine Damavandi
      Catherine Damavandi (ID # 3823)
      Deputy Attorney General
      State of Delaware
      Department of Justice
      820 N. French Street, 6th Floor
      Wilmington, DE 19801
      (302) 577-8400
      Attorney for Defendants