# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-714-JJF |
| | ) | |
| WARDEN CARROLL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon review of Plaintiff's *Motion to Amend, Add and Joinder of Persons;* and it appearing that good and sufficient notice of Plaintiff's *Motion* and Defendants' *Response* has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** that Plaintiff Devearl Bacon's Motion is **DENIED**.

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Judge Joseph J. Farnan, Jr.,
United States District Court Judge