IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVEARL L. BACON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-714 JJF |
| WARDEN CARROLL, et al., | : |
| Defendants. | : |

**O R D E R**

WHEREAS, on September 20, 2007, Defendants filed a Motion to Enlarge Time (D.I. 99) requesting an extension until December 14, 2007 to respond to Plaintiff's outstanding Interrogatories;

WHEREAS, seven months have passed and Plaintiff has not yet responded to Defendants' Motion;

WHEREAS, based on the Court's review of this action, Defendant has since responded to Plaintiff's outstanding Interrogatories, thus rendering Defendants' Motion to Enlarge Time moot;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion to Enlarge Time (D.I. 99) is **DENIED** on the basis of mootness.

June 17, 2008                                           /s/ Joseph J. Farnan
   DATE                                               UNITED STATES DISTRICT JUDGE