#22/242
D.C.C.
Smyrna, Del. 19977
C.A. No. 05-714-JJF

Hon. Judge Joseph J. Farnan, Jr.
U.S. District Court
Wilmington, Del. 19801

July 13, 2008

RE: CONTINUED OPENING OF LEGAL MAIL OUTSIDE PLAINTIFF'S PRESENCE

FILED
JUL 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Your Honor;

Good-Day., On July 8, 2008 I received Legal Mail that was "Already Opened." This Legal Mail had a Staple to Seal the Torn Envelope. The Legal "Received Mail Sheet" I was Handed (by Sgt. Pritchard, 4-12pm) Someone had Already Written in "Comment Space", "Opened by Mistake."

The "Comment Space" is only suppose to be Written in by the Inmate(s) who's "Receiving the Legal Document(s)." I written "by my Signature" that: "the Envelope was Already Opened, And Sgt. Pritchard is A witness." This was no mistake and whom ever written that "comment" made it surely against my will.

6.

The Content of the Legal Document (see Exhibit page 1) was Priviledged Client Attorney Information "which was read" by Unknown Evil Forces and Contained Information about Depositions, Time, Place, Etc. This is very serious and I've demonstrated a Pattern of my Legal Mail Being Destroyed, Read, Denied, and Deliberate Preventions/Denied Access since October 3, 2004 until this very day.

On May 12, 2008 a Memorandum Order Denying my Motion of Injunction was Ordered. (Exhibit pg. 2) At Order pg. 2, pargh. 2 This Court Held:

> "The factual Allegations set forth by Plaintiff in support
> " of his Motion occurred between the years 2004-2006.
> " Plaintiff has not adduced any evidence that tends to suggest
> " that his current access to the Courts is restricted, and on the
> " basis of the Record, the Court finds that Plaintiff has failed
> " to demonstrate irreparable harm to justify injunctive relief.
> " Accordingly, the Court will deny Plaintiff's Motion for
> " Preliminary Injunction (D.I. 98)."

With this in mind, prior to Incident July 8, 2008, in December 2007 I mailed 2 outgoing packages, one to 3d Cir. Ct. of Appeals, and one being sent to Deputy Attorney General, which, was sent Back to me. The Documents (Criminal Appeal) forwarded to Deputy Attorney General

2

was destroyed, sent back to me 2 days after I sent it out. The Large Brown envelope was sent back with "A message" on it. I had to Re-send it, the problem just like now is that I was in Super-Max, I had to save "Re-used" tape and Re-tape and send document back out. Had that been the Other Package I forward to 3d Cir. Ct., I would have been "Time Barred."

I agrieved that Incident of December 2007., the Incident of July 8, 2008 is also being Agrieved. In Agrievance for July 8, 2008 Incident I requested: "to be given a Copy of Received Legal Document Sheet and to know who written in Comment Space."

Your Honor I've tryed all I know to find out who's the Evil Force Causen these Constitutional Violations., I've tryed Remedies through the Court, Grievance Inside Prison, and Outside Agencies to help me with my problems with these Evil Force(s) but "Nobody" is Helping Me., There is Nothing or No other Remedy I know of.

Can you tell me what to do or Help me Some Way?

Respectfully,



Deverel L. Bacon

3.

## Certificate of Service

I, _Devearl C. Bacon_, hereby certify that I have served a true and correct cop(ies) of the attached: _Letter to Judge Farnan, Jr._ _____ upon the following parties/person (s):

TO: _Ms. Catherine Damavandi, Esq_   TO: _____
_Deputy Attorney General_   _____
_820 N. French St._   _____
_Wilmington, Del. 19801_   _____
_____   _____

TO: _____   TO: _____
_____   _____
_____   _____
_____   _____
_____   _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _13_ day of _July_ _____, 2008

EXHIBITS

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

July 3, 2008

**VIA UNITED STATES MAIL**
Devearl L. Bacon
SBI No. 221242
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Dear Mr. Bacon:

    Enclosed is a copy of the Notice of Deposition of Bradley Lee, Sylvia Farmer, and Leigh McComb filed with the court on July 2, 2008.

    If you have any questions please feel free to contact me.

Sincerely,

Andrew A. Lundgren

AAL:a

Court determines: (1) the likelihood of success on the merits; (2) the extent to which the Plaintiff is being irreparably harmed by the conduct complained of; (3) the balancing of the hardships to the respective parties; and (4) the public interest. <u>Kos Pharmaceuticals, Inc. v. Andrx Corp.</u>, 369 F.3d 700, 708 (3d Cir.2004) (citation omitted). "Preliminary injunctive relief is 'an extraordinary remedy' and 'should be granted only in limited circumstances.'" <u>Id</u>. (citations omitted).

The factual allegations set forth by Plaintiff in support of his motion occurred between the years 2004 - 2006. Plaintiff has not adduced any evidence that tends to suggest that his current access to the courts is restricted, and on the basis of the record, the Court finds that Plaintiff has failed to demonstrate irreparable harm to justify injunctive relief. Accordingly, the Court will deny Plaintiff's Motion for Preliminary Injunction (D.I. 98).

2.  **Plaintiff's Motion for Reconsideration of the Court's Order Denying Plaintiff's Motion to Amend/Joinder of Persons**

By his Motion, Plaintiff contends that reconsideration of the Court's Memorandum Order (D.I. 39), which denied Plaintiff's Motion to Amend/Joinder of Persons (D.I. 31), is necessary to "correct a clear error of law or fact, or to prevent manifest injustice." (D.I. 108 at 1.) Plaintiff contends that the Court misunderstood the "gist" of Plaintiff's argument, that "the Prothonotary, for reasons unknown, blocked Plaintiff's path to

## Certificate of Service

I, __Devearl L. Bacon__, hereby certify that I have served a true and correct cop(ies) of the attached: __Exhibit's to Letter__ _____ upon the following parties/person (s):

TO: __Ms. Catherine Damavandi, Esq.,__
__Deputy Attorney General__
__820 N. French St.__
__Wilmington, Del. 19801__

TO: _____
_____
_____
_____

TO: _____
_____
_____
_____

TO: _____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _____ day of __July__, 2008

I/M Severel L. Bacon
SBI# 221242  UNIT 21-B-U-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, Del.
19801

Legal Mail